# EXHIBIT A

13688399.v1

| Company Name | Account # | Contact # | Average Monthly $'s |
|---|---|---|---|
| Westfield Gas & Electric<br>100 Elm St<br>Westfield, MA 01085 | 110582-315321 | 413-572-0100 | $ 29,000.00 |
| Westfield Gas & Electric<br>100 Elm St<br>Westfield, MA 01085 | 114762-315320 | 413-572-0100 | $ 160.00 |
| Westfield Gas & Electric<br>100 Elm St<br>Westfield, MA 01085 | 107177-314121 | 413-572-0100 | $ 302.00 |
| Westfield Gas & Electric<br>100 Elm St<br>Westfield, MA 01085 | 107093-315320 | 413-572-0100 | $ 234.00 |
| Westfield Gas & Electric<br>100 Elm St<br>Westfield, MA 01085 | 115139-315320 | 413-572-0100 | $ 288.00 |
| Comcast<br>1 Comcast Center<br>Philadelphia, PA 19103-2838 | 8773 11 022 0042589 | 800-391-3000 | $ 350.00 |
| Westfield Water<br>28 Sackett St<br>Westfield, MA 01085 | 15 | 413-572-6226 | $ 200.00 |
| Westfield Water<br>28 Sackett St<br>Westfield, MA 01085 | 16 | 413-572-6226 | $ 7.00 |
| Westfield Water<br>28 Sackett St<br>Westfield, MA 01085 | 17 | 413-572-6226 | $ 100.00 |
| AEP (Power)<br>420 Riverport Rd<br>Kingsport, TN 37660-3500 | 0241-092-552-1-9 | 1-888-710-4237 | $ 6,500.00 |
| Dish Network<br>9601 S. Meridian Blvd<br>Meridian, CO 80112 | 8255-7070-8504-8531 | 1-800-333-3474 | $ 136.07 |
| Western VA Water Authority<br>12042 W Broad St<br>Richmond, VA 23233 | 192877-562711 | 540-853-5700 | $ 600.00 |
| Lumos (Internet)<br>1900 Roanoke Rd<br>Daleville, VA 24083 | 400722587 | 1-855-465-8667 | $ 56.95 |
| Roanoke Gas<br>519 Kimball Ave NE<br>Roanoke, VA 24016 | 0813538-6 | 540-777-4427 | $ 650.00 |
| Command Link (Internet)<br>PO Box 1246<br>Everett, WA 98206 | 25177 | 855-270-5465 | **$ 2,965.92** |
| Ring Central Inc.<br>20 Davis Drive<br>Belmont, CA 94002 | 607422040 | 888-898-4591 | $ 2,648.06 |
| | | **TOTAL** | **$44,198.00** |

13688399.v1