**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | **Case No. 22-10602** |
| ) | |
| **Agway Farm & Home Supply, LLC,** ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that McGuireWoods LLP hereby appears in the above captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield ("Anthem") in the case of the above-captioned debtor (the "Debtor"). Anthem demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, (i) that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned attorney at the address set forth below and (ii) that the undersigned attorney be added to the mailing matrix of file in the case as set forth below:

Joseph S. Sheerin, Esq.
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
E-mail: jsheerin@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail or otherwise, which (i) affect the Debtor or its property or (ii) affect Anthem's rights, including by requiring any act, delivery of any property, payment or other conduct by Anthem.

1

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of Anthem: (1) to have final orders in non-core matters and proceedings in which a Bankruptcy Court does not have the power to enter a final order under Article III of the Constitution entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction, or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Anthem is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Anthem expressly reserves. Nor shall this Notice of Appearance and Request for Service of Papers be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: July 11, 2022
Richmond, Virginia

Respectfully submitted,

ANTHEM HEALTH PLANS OF VIRGINIA, INC.
d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD

/s/ *Joseph S. Sheerin*
Joseph S. Sheerin, Esq.
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
E-mail: jsheerin@mcguirewoods.com

*Counsel for Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Case No. 22-10602 |
| | ) |
| Agway Farm & Home Supply, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served on this date via ECF e-mail to all parties receiving electronic transmission in this bankruptcy case.

Dated: July 11, 2022
Richmond, Virginia

ANTHEM HEALTH PLANS OF VIRGINIA, INC.,
d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD

*/s/ Joseph S. Sheerin*
Joseph S. Sheerin, Esq.
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
E-mail: jsheerin@mcguirewoods.com

*Counsel for Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield*

3