# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor. | **Re: Docket No. ___** |

**ORDER AUTHORIZING THE DEBTOR TO RETAIN AND EMPLOY ABC SERVICES GROUP, INC./CHARLES KLAUS AS CHIEF LIQUIDATING OFFICER EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

Upon consideration of the ("Application")[1] of the Debtor for an  of an Order Authorizing it to Retain and Employ ABC Services Group, Inc./Charles Klaus ("ABCSG") as the Debtor's chief liquidating officer effective *nunc pro tunc* to the Petition Date, all as more fully described in the Application, and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided; and it appearing that no other or further notice need be provided; and a hearing, if any, having been held to consider the relief requested in the Application (the "Hearing"); and due and proper notice of the Hearing, if any, having been provided, and upon the record of the Hearing, if any, and all of the proceedings had before the Court; and upon the Klaus Declaration; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms not otherwise herein shall have the meanings set forth in the Application.

13702947.v1

HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. Pursuant to section 327(a) of the Bankruptcy Code, the Debtor is authorized to employ and retain ABCSG as its chief liquidating officer in this chapter 11 case effective *nunc pro tunc* as of the Petition Date.

3. ABCSG shall be entitled to an allowance of compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case upon the filing and approval of interim and final applications pursuant to the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and such other orders as this Court may direct.

4. ABCSG shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case in compliance with sections 330 and 331 of the Bankruptcy Code, and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and such other procedures as may be fixed by order of this Court.

5. ABCSG shall use its reasonable best efforts to avoid duplication of services provided by any of the Debtor's other retained professionals in this chapter 11 case.

6. To the extent that there is any inconsistency between this Order and the Engagement Agreement or the Application, the provisions of this Order shall govern.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or relate to the implementation of this Order.