**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 18, 2022 AT 4:30 P.M. (ET)**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJItf-GvrDsrHH4UC7euOPlliUMdNVW6744**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**ALL PARTIES MUST REGISTER NO LATER THAN 9:00 A.M. (ET) ON JULY 18, 2022.**

**MATTERS GOING FORWARD:**

1.  Debtor's Motion Pursuant to 11 U.S.C. §363 and 105(a) and Federal Rule of Bankruptcy Procedures 2002 for Interim and Final Orders Authorizing Debtor to Establish De Minimis Asset Sale Procedures [Filed July 5, 2022; Docket No. 9].

    Objection Deadline:    At the hearing.

    Responses/Objections Received:  None at this time.

    Related Documents:

    A.  Declaration of Jay Quickel, President and CEO of Agway Farm & Home Supply, LLC, in Support of First Day Motions [Filed July 5, 2022; Docket No. 10].

    B.  Certification of Counsel Regarding Debtor's Motion Pursuant to 11 U.S.C. §363 and 105(a) and Federal Rule of Bankruptcy Procedures 2002 for Interim and Final Orders Authorizing Debtor to Establish De Minimis Asset Sale Procedures [Filed July 7, 2022; Docket No. 32].

13702039.v1

C. Interim Order Granting Debtor's Motion Pursuant to 11 U.S.C. §363 and 105(a) and Federal Rule of Bankruptcy Procedures 2002 for Interim and Final Orders Authorizing Debtor to Establish De Minimis Asset Sale Procedures [Filed July 7, 2022; Docket No. 37].

D. Notice of Further Interim Hearing Regarding Debtor's Motion Pursuant to 11 U.S.C. §363 and 105(a) and Federal Rule of Bankruptcy Procedures 2002 for Interim and Final Orders Authorizing Debtor to Establish De Minimis Asset Sale Procedures [Filed July 7, 2022; Docket No. 40].

Status: This matter is going forward.

Dated:  July 14, 2022
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 295-2000
Facsimile:   (302) 250-4495
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
Max Casal  (admitted *pro hac vice*)
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 427-1654
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com
E-mail: mcasal@shulmanbastian.com

*Proposed Counsel to the Debtor and Debtor in Possession*

13702039.v1