## **EXHIBIT A**

Revised Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC,[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Re: Docket No. 9, 37, ___** |

### INTERIM ORDER GRANTING DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §363 AND 105(A) AND FEDERAL RULE OF BANKRUPTCY PROCEDURES 2002 FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO ESTABLISH DE MINIMIS ASSET SALE PROCEDURES

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor-in-possession (the "Debtor") for interim and final orders authorizing and establishing procedures to (a) sell or transfer in the ordinary course of the Debtor's business and without further order of the Court certain assets, including any rights or interests therein (the "De Minimis Assets"; and the sales of such De Minimis Assets, the "De Minimis Asset Sales") and (b) pay all necessary expenses incurred by the Debtor in connection with the De Minimis Asset Sales, and recognizing the Court granted interim relief of the Motion as set forth in the Interim Order Granting Debtor's Motion Pursuant to 11 U.S.C. 363 and 105(a) and Federal Rule of Bankruptcy Procedure 2002 for Interim and Final Orders Authorizing Debtor to Establish De Minimis Asset Sale Procedures [Docket No. 37] ("Interim Order");  the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested is necessary to avoid immediate and irreparable harm to the Debtor and its estate as contemplated by Bankruptcy Rule 6003 and as more thoroughly

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

1

provided in the Motion and the First Day Declaration, (iv) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given under the particular circumstances and that no other or further notice is necessary, and (v) good and sufficient cause exists for granting of the relief requested in the Motion as set forth herein. Therefore, for good cause shown.

**IT IS HEREBY ORDERED THAT:**

1. The interim relief granted in the Interim Order is granted and continued such that the Debtor may continue sales of its De Minimis Assets pursuant to the terms set forth in the Interim Order until the time of the final hearing on the Motion set for August 3, 2022 at 2:00 p.m. (prevailing Eastern Time).

2. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

3. This Court retains jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.