# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Agway Farm & Home Supply, LLC<br><br>Debtor. | Case No. 22-10602<br><br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE**, that William A. Crawford and Franklin & Prokopik, P.C., enter their appearance in the above-captioned case as counsel for Growmark FS, L.L.C., pursuant to Bankruptcy rules 2002(g), 2002(i) and 9010, and § 1109 of the Bankruptcy Code, and request that all notices given or required to be given in these cases and all orders, pleadings and other papers be given and sent to the following:

> William A. Crawford
> Franklin & Prokopik, P.C.
> 500 Creek View Road
> Suite 502
> Newark, DE 19711
> ethompson@fandpnet.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to § 1109(b) the foregoing request that includes not only the notices and papers referred to in the Bankruptcy Rules stated above, but also, without limitation, any and all other orders, notices, applications, motions, petitions, requests, complaints, demands, pleadings, disclosure statement plans, and any answers or replies and other papers, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopy or otherwise, which relate in any way to the above-referenced case or proceedings therein.

/s/ William A. Crawford
William A. Crawford, Fed. Bar No. 000023239
Franklin & Prokopik, P.C.
500 Creek View Road, Suite 502
Newark, Delaware 19711
(302) 594-9780
(302) 594-9785 (Fax)
WCrawford@fandpnet.com
*Attorney for Growmark FS, LLC*

Dated:  July 20, 2022