# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC,[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Objection Deadline: July 27, 2022 at 4:00 p.m. (ET)** <br> **Hearing Date: August 3, 2022 at 2:00 p.m. (ET)** |

## NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION AMOUNTS TO CERTAIN CRITICAL VENDORS

**PLEASE TAKE NOTICE** that on July 20, 2022, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for an Order Authorizing Debtor to Pay Pre-Petition Amounts to Certain Critical Vendors* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon the undersigned counsel so as to be received on or before **July 27, 2022 at 4:00 p.m. (ET) (the "Objection Deadline")**. At the same time, you must also serve a copy of the response upon the Debtor's proposed counsel:

| | |
|---|---|
| Jeffrey R. Waxman (DE Bar No. 4159) | Alan J. Friedman (admitted *pro hac vice*) |
| Brya M. Keilson (DE Bar No. 4643) | Melissa Davis Lowe (admitted *pro hac vice*) |
| MORRIS JAMES LLP | Max Casal (admitted *pro hac vice*) |
| 500 Delaware Avenue, Suite 1500 | SHULMAN BASTIAN FRIEDMAN & BUI LLP |
| Wilmington, DE 19801 | 100 Spectrum Center Drive, Suite 600 |
| Telephone: (302) 888-6800 | Irvine, CA 92618 |
| Facsimile: (302) 571-1750 | Telephone: (949) 340-3400 |
| E-mail: jwaxman@morrisjames.com | Facsimile: (949) 340-3000 |
| E-mail: bkeilson@morrisjames.com | E-mail: afriedman@shulmanbastian.com |
| | E-mail: mlowe@shulmanbastian.com |
| | E-mail: mcasal@shulmanbastian.com |

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

13709815.v1

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **August 3, 2022 at 2:00 p.m. prevailing Eastern Time** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Please note that due to COVID-19, and in accordance with this Court's Sixth Amended Order Governing The Conduct Of Hearings Due to Coronavirus Disease 2019 (COVID-19) And Reconstituting Operations, the hearing shall be conducted electronically.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: July 20, 2022<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman (admitted *pro hac vice*)<br>Melissa Davis Lowe (admitted *pro hac vice*)<br>Max Casal (admitted *pro hac vice*)<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>E-mail: afriedman@shulmanbastian.com<br>E-mail: mlowe@shulmanbastian.com<br>E-mail: mcasal@shulmanbastian.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |