IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGWAY FARM & HOME SUPPLY, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10602 (JKS) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") hereby appears by their counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ"). PSZJ hereby enters its appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in these cases. PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon PSZJ at the addresses, telephone, and facsimile numbers set forth below:

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, Virginia 23230.

DOCS_DE:239927.1 02311/001

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| Bradford J. Sandler (DE Bar No. 4142) | Robert J. Feinstein, Esq. |
| Colin R. Robinson (DE Bar No. 5524) | 780 Third Avenue, 34th Floor |
| Steven W. Golden (DE Bar No. 6807) | New York, NY 10017-2024 |
| 919 N. Market Street, 17th Floor | Telephone: (212) 561-7700 |
| P.O. Box 8705 | Facsimile: (212) 561-7777 |
| Wilmington, DE 19899-8705 (Courier 19801) | Email: rfeinstein@pszjlaw.com |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | |
|       crobinson@pszjlaw.com | |
|       sgolden@pszjlaw.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Committee, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 22, 2022 **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Robert J. Feinstein (to be admitted *pro hac vice*)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   rfeinstein@pszjlaw.com
            bsandler@pszjlaw.com
            crobinson@pszjlaw.com
            sgolden@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*