# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AGWAY FARM & HOME SUPPLY, LLC, | ) Case No. 22-10602 (JKS) |
| | ) |
| Debtor. | ) Re: Docket Nos. 6, 56 |
| | ) |

**NOTICE OF WITHDRAWAL OF OBJECTION APPALACHIAN POWER COMPANY d/b/a AMERICAN ELECTRIC POWER TO THE MOTION PURSUANT TO SECTIONS 105 AND 366 OF THE BANKRUPTCY CODE FOR ENTRY OF INTERIM AND FINAL ORDERS (I) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICES TO, OR DISCRIMINATING AGAINST, THE DEBTOR, (II) DETERMINING THAT THE UTILITY COMPANIES ARE ADEQUATELY ASSURED OF POSTPETITION PAYMENT AND (III) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE**

Appalachian Power Company d/b/a American Electric Power (collectively, "AEP"), by counsel, hereby withdraws its *Objection* (Docket No. 56) to the *Motion Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor, (II) Determining that the Utility Companies are Adequately Assured of Postpetition Payment and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance* (Docket No. 6), pursuant to a settlement between AEP and the Debtor.

Dated: August 2, 2022           **McCARTER & ENGLISH, LLP**

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)
Shannon D. Humiston (DE#5740)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
E-mail: wtaylor@mccarter.com
      shumiston@mccarter.com

*and*

**LAW FIRM OF RUSSELL R. JOHNSON III, PLC**

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russell@russelljohnsonlawfirm.com
      john@russelljohnsonlawfirm.com

*Counsel for Appalachian Power Company
d/b/a American Electric Power*

2