**Fill in this information to identify the case:**

Debtor name  AGWAY FARM & HOME SUPPLY, LLC

United States Bankruptcy Court for the:  Central District of California

Case number (If known):  22-10602 (JKS)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From 1/1/2022<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ 24,235,249.00 |
   | **For prior year:** | From 1/1/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 221,293,860.0 |
   | **For the year before that:** | From 1/1/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 8,849,599.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor   **AGWAY FARM & HOME SUPPLY, LLC**
_____
Name

Case number *(if known)* 22-10602 (JKS)

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| | | | | *Check all that apply* |
| 3.1. | REFER TO ATTACHED | _____ | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State      ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State      ZIP Code | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | | _____ | $_____ | _____ |
| | Insider's name | | | _____ |
| | REFER TO ATTACHED | | | |
| | Street | | | _____ |
| | City        State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City        State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

Debtor    AGWAY FARM & HOME SUPPLY, LLC
_____
          Name

Case number *(if known)* 22-10602 (JKS)
_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State        ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State        ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. REFER TO ATTACHED | | | ☐ Pending |
| | | Name | ☐ On appeal |
| **Case number** | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |
| 7.2. **Case title** | | **Court or agency's name and address** | ☐ Pending |
| | | Name | ☐ On appeal |
| **Case number** | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |

| Debtor | AGWAY FARM & HOME SUPPLY, LLC | Case number (if known) | 22-10602 (JKS) |
|--------|-------------------------------|------------------------|----------------|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|----------------------------|-------|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| City          State      ZIP Code | **Case number** | Street |
| | | City          State      ZIP Code |
| | **Date of order or assignment** | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

---

Debtor  AGWAY FARM & HOME SUPPLY, LLC
_____
          Name

Case number (if known) 22-10602 (JKS)
_____

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | REFER TO ATTACHED | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | I | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | a | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Debtor  AGWAY FARM & HOME SUPPLY, LLC
_____
Name

Case number *(if known)* 22-10602 (JKS)
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street _____ | | | |
| | City _____ State ___ ZIP Code ____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street _____ | | | |
| | City _____ State ___ ZIP Code ____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City _____ State ___ ZIP Code ____ | | |
| 14.2. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City _____ State ___ ZIP Code ____ | | |

| Debtor | AGWAY FARM & HOME SUPPLY, LLC | Case number (if known) | 22-10602 (JKS) |
|---|---|---|---|
| | Name | | |

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City     State     ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City     State     ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

| Debtor | AGWAY FARM & HOME SUPPLY, LLC | Case number (if known) | 22-10602 (JKS) |
|---|---|---|---|
| | Name | | |

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City    State    ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City    State    ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

Debtor    AGWAY FARM & HOME SUPPLY, LLC
Name                                                    Case number (if known) 22-10602 (JKS)

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Debtor | AGWAY FARM & HOME SUPPLY, LLC | Case number (if known) | 22-10602 (JKS) |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____     To _____ |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____     To _____ |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____     To _____ |

---

| Debtor | AGWAY FARM & HOME SUPPLY, LLC | Case number *(if known)* 22-10602 (JKS) |
|---|---|---|
| | Name | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Southern States Finance | From 12.-18-20   To 7-31-21 |
| Name | |
| 6606 W. Broad Street | |
| Street | |
| Richmond          VA          23030 | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2.** Agway Finance | From 8-1-21   To present |
| Name | |
| 6606 W. Broad Street | |
| Street | |
| Richmond          VA          23030 | |
| City          State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Moss Adams | From 3/2021   To 7/2021 |
| Name | |
| 14555 Dallas Parkway, Suite 300 | |
| Street | |
| Dallas          TX          75254 | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.2.** | From _____   To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Agway Finance | |
| Name | |
| 6606 W. Broad Street | |
| Street | |
| Richmond, VA 23030 | |
| City          State          ZIP Code | |

Debtor    AGWAY FARM & HOME SUPPLY, LLC                              Case number *(if known)* 22-10602 (JKS)
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City                    State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Todd Seehase/Gibraltar Business Capital |
| Name |
| 400 Skokie Blvd., Suite 375 |
| Street |
| Northborook                    IL            60062 |
| City                    State            ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City                    State            ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Employees of Southern States Cooperative | 10/2020 | $ 18,000,000.00 |
| **Name and address of the person who has possession of inventory records** | | (approximate) |
| 27.1.  Agway Management | | |
| Name | | |
| 6606 W. Broad Street | | |
| Street | | |
| Richmond                    VA            23030 | | |
| City                    State            ZIP Code | | |

| Debtor | AGWAY FARM & HOME SUPPLY, LLC | Case number *(if known)* 22-10602 (JKS) |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2.

Name

Street

City                     State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lance Miller | 6606 W. Broad Street, Richmond, VA | Director | |
| Jay Quickel | 6606 W. Broad Street, Richmond, VA | President and CEO | |
| ABC/Chuck Klaus | 13681 Newport Ave, #8-609 Tustin CA | CLO | |
| Agway Holdings, LLC | 6606 W. Broad Street, Richmond, VA | Sole Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Matthew Grossman | Richmond, VA | CFO | From 2-1-21 To 1-14-22 |
| Cameron Kruse | Houston, TX | Interim CFO | From 1-15-22 To 4-15-22 |
| Agway Holdings, LLC | 6606 W. Broad Street, Richmond, VA | Prior Manager | From ___ To ___ |
| | | | From ___ To ___ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   REFER TO ATTACHED | | | |
| Name | | | |
| Street | | | |
| City               State        ZIP Code | | | |
| **Relationship to debtor** | | | |

Debtor  AGWAY FARM & HOME SUPPLY, LLC
        Name

Case number (if known) 22-10602 (JKS)

| **Name and address of recipient** | | | |
|---|---|---|---|
| 30.2 | | _____ _____ _____ |
| | Name | _____ |
| | Street | _____ |
| | | |
| | City          State        ZIP Code | _____ |
| **Relationship to debtor** | | _____ |
| | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/09/2022
               MM / DD / YYYY

✖    /s/ Jay Quickel                          Printed name  Jay Quickel
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor   Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Payments Made to Creditors within 90 Days:

| Vendor Name | Pmt Rqst Date | Sum of Pmt Amount |
|---|---|---|
| 132449 HUB GROUP TRUCKING INC | 4/7/2022 | 102,842.57 |
| 134487 SL 323 LOCKHOUSE ROAD LLC | 4/7/2022 | 57,861.25 |
| 140019 METROPOLITAN LIFE INSURANCE COMPANY | 4/7/2022 | 5,813.86 |
| 140364 ADP LLC | 4/7/2022 | 9,148.88 |
| 76359 HARRIS HOLDING LLC | 4/7/2022 | 83,212.71 |
| 139929 SOUTHERN STATES COOPERATIVE INCORPC | 4/8/2022 | 10,920.00 |
| 42566 - RUBINBROWN LLP | 4/11/2022 | 6,250.00 |
| 1014597 LAWRENCE TRANSPORTATION SYSTEM INC | 4/13/2022 | 1,300.00 |
| 117229 MD SECURITY | 4/13/2022 | 2,560.00 |
| 117596 NEXCOMMUNICATIONS INC | 4/13/2022 | 1,664.44 |
| 123335 PASCOE WORKFORCE SOLUTIONS | 4/13/2022 | 13,518.07 |
| 126376 FEDERAL EXPRESS | 4/13/2022 | 945.59 |
| 130899 SGS NORTH AMERICA INC | 4/13/2022 | 511.30 |
| 132229 AMA TRANSPORTATION INC | 4/13/2022 | 576.72 |
| 135754 SUE MARTIN PALLET | 4/13/2022 | 4,800.00 |
| 135761 COLUMBIA GAS OF MASSACHUSETTS | 4/13/2022 | 961.12 |
| 135859 WILTON COMMERCIAL II LLC | 4/13/2022 | 1,634.50 |
| 136637 AGV CLEANING | 4/13/2022 | 1,100.00 |
| 137690 SUPERIOR PLUS ENERGY SERVICE INC | 4/13/2022 | 109.25 |
| 139708 CSC | 4/13/2022 | 1,127.60 |
| 139797 ETONIEN LLC | 4/13/2022 | 39,000.00 |
| 139816 ORACLE AMERICA INC | 4/13/2022 | 48,183.45 |
| 140165 RICHARDSON KONTOGOURIS EMERSON LLP | 4/13/2022 | 13,369.00 |
| 140492 RINGCENTRAL INC | 4/13/2022 | 2,718.40 |
| 140777 LS EVOLUTION LLC | 4/13/2022 | 7,382.00 |
| 39977 THE IMAGINE GROUP, LLC | 4/13/2022 | 6,430.75 |
| 40029 ACCOUNTING PRINCIPALS | 4/13/2022 | 28,128.14 |
| 42035 CAMERON KRUSE | 4/13/2022 | 2,469.92 |
| 42393 ASEC GROUP, LLC DBA PERSONIV | 4/13/2022 | 4,000.00 |
| 42568 COGNIZANT TECHNOLOGY SOLUTIONS U.S. C | 4/13/2022 | 61,232.00 |
| 45122 SOUTHEASTERN FREIGHT LINES, INC. | 4/13/2022 | 642.11 |
| 45171 ROBERT HALF MANAGEMENT RESOURCES | 4/13/2022 | 12,419.88 |
| 57102 MAYBURY ASSOCIATES INC | 4/13/2022 | 484.29 |
| 58032 W B MASON COMPANY INC | 4/13/2022 | 809.17 |
| 58498 NORTH EAST FRTWAYS DBA LAND AIR EXPRE | 4/13/2022 | 4,483.26 |
| 66460 PITT OHIO EXPRESS INC | 4/13/2022 | 433.70 |
| 696359 COMCAST | 4/13/2022 | 346.73 |
| 698948 ASMARK INSTITUTE INC | 4/13/2022 | 270.00 |
| 708261 A DUIE PYLE TRUCKING INC | 4/13/2022 | 5,432.34 |
| 76867 SUMMIT HANDLING SYSTEMS INC | 4/13/2022 | 267.74 |
| 89126 REGISTRATIONS BY DESIGN INC | 4/13/2022 | 110.00 |
| CITY OF WESTFIELD | 4/13/2022 | 32,723.78 |
| FOCUS MANAGEMENT GROUP USA, INC | 4/13/2022 | 12,527.50 |
| SHULMAN BASTIAN FRIEDMAN & BUI LLP | 4/13/2022 | 24,037.30 |
| US DEPARTMENT OF LABOR - OSHA | 4/13/2022 | 17.17 |
| 139754 NFP PROPERTY AND CASUALTY SERVICES II | 4/18/2022 | 72,841.69 |
| 121549 REPUBLIC SERVICES INC  956 | 4/20/2022 | 1,905.92 |
| 124291 CUSTOM RECYCLING INC | 4/20/2022 | 13,271.20 |
| 132229 AMA TRANSPORTATION INC | 4/20/2022 | 954.26 |
| 139797 ETONIEN LLC | 4/20/2022 | 13,000.00 |
| 140556 COMMANDLINK LLC | 4/20/2022 | 2,965.92 |
| 140777 LS EVOLUTION LLC | 4/20/2022 | 1,360.00 |
| 42009 MSC INDUSTRIAL SUPPLY CO INC | 4/20/2022 | 31.09 |
| 45171 ROBERT HALF MANAGEMENT RESOURCES | 4/20/2022 | 4,268.48 |
| 57102 MAYBURY ASSOCIATES INC | 4/20/2022 | 112.99 |

| | | |
|---|---|---|
| 58968 WILLIAM F SULLIVAN & CO INC | 4/20/2022 | 50.00 |
| 66460 PITT OHIO EXPRESS INC | 4/20/2022 | 1,347.44 |
| 708261 A DUIE PYLE TRUCKING INC | 4/20/2022 | 195.12 |
| 76867 SUMMIT HANDLING SYSTEMS INC | 4/20/2022 | 3,254.15 |
| 82902 FLYNNS PEST CONTROL INC | 4/20/2022 | 2,990.00 |
| 89784 EBIX INC | 4/20/2022 | 44.65 |
| LENOVO FINANCIAL SERVICES | 4/20/2022 | 11,193.89 |
| 110357 SKYLINE SERVICES L L C | 4/28/2022 | 75.38 |
| 126376 FEDERAL EXPRESS | 4/28/2022 | 114.32 |
| 130899 SGS NORTH AMERICA INC | 4/28/2022 | 455.90 |
| 132229 AMA TRANSPORTATION INC | 4/28/2022 | 882.14 |
| 135859 WILTON COMMERCIAL II LLC | 4/28/2022 | 1,634.50 |
| 137690 SUPERIOR PLUS ENERGY SERVICE INC | 4/28/2022 | 103.74 |
| 139708 CSC | 4/28/2022 | 723.00 |
| 139797 ETONIEN LLC | 4/28/2022 | 13,000.00 |
| 140194 SHERIN AND LODGEN LLP | 4/28/2022 | 2,976.75 |
| 140777 LS EVOLUTION LLC | 4/28/2022 | 2,924.00 |
| 40029 ACCOUNTING PRINCIPALS | 4/28/2022 | 12,953.01 |
| 42009 MSC INDUSTRIAL SUPPLY CO INC | 4/28/2022 | 21.98 |
| 45171 ROBERT HALF MANAGEMENT RESOURCES | 4/28/2022 | 6,396.73 |
| 57829 WESTFIELD GAS & ELECTRIC | 4/28/2022 | 23,879.70 |
| 58029 ELM ELECTRICAL INC | 4/28/2022 | 1,238.41 |
| 58030 BATTERY SHOP OF NEW ENGLAND INC | 4/28/2022 | 584.38 |
| 59785 CITY CLERK OF WESTFIELD | 4/28/2022 | 4,077.55 |
| 62344 SEGRA | 4/28/2022 | 2,963.17 |
| 66460 PITT OHIO EXPRESS INC | 4/28/2022 | 2,698.14 |
| 696359 COMCAST | 4/28/2022 | 346.68 |
| 702909 RYDER TRANSPORTATION SVCS INC | 4/28/2022 | 2,475.91 |
| 708261 A DUIE PYLE TRUCKING INC | 4/28/2022 | 2,677.98 |
| 76359 HARRIS HOLDING LLC | 4/28/2022 | 83,212.71 |
| 82902 FLYNNS PEST CONTROL INC | 4/28/2022 | 480.00 |
| 1014597 LAWRENCE TRANSPORTATION SYSTEM INC | 5/5/2022 | 6,797.55 |
| 110763 KAUFMAN AND CANOLES PC | 5/5/2022 | 2,391.50 |
| 125298 REDWOOD MULTIMODAL | 5/5/2022 | 2,400.00 |
| 126376 FEDERAL EXPRESS | 5/5/2022 | 33.52 |
| 130100 SPS COMMERCE INC | 5/5/2022 | 8,333.34 |
| 130463 NORTH ATLANTIC TRUCKING INC | 5/5/2022 | 15,582.85 |
| 130899 SGS NORTH AMERICA INC | 5/5/2022 | 1,016.20 |
| 132229 AMA TRANSPORTATION INC | 5/5/2022 | 4,356.08 |
| 134487 SL 323 LOCKHOUSE ROAD LLC | 5/5/2022 | 57,861.25 |
| 135761 COLUMBIA GAS OF MASSACHUSETTS | 5/5/2022 | 267.32 |
| 137690 SUPERIOR PLUS ENERGY SERVICE INC | 5/5/2022 | 199.37 |
| 140019 METROPOLITAN LIFE INSURANCE COMPANY | 5/5/2022 | 5,813.86 |
| 140165 RICHARDSON KONTOGOURIS EMERSON LLP | 5/5/2022 | 2,162.00 |
| 140492 RINGCENTRAL INC | 5/5/2022 | 2,672.04 |
| 140556 COMMANDLINK LLC | 5/5/2022 | 2,965.92 |
| 40029 ACCOUNTING PRINCIPALS | 5/5/2022 | 6,041.41 |
| 42568 COGNIZANT TECHNOLOGY SOLUTIONS U.S. C | 5/5/2022 | 38,308.00 |
| 42624 HOWELL'S MOTOR FREIGHT INC | 5/5/2022 | 5,651.52 |
| 45171 ROBERT HALF MANAGEMENT RESOURCES | 5/5/2022 | 12,140.00 |
| 58032 W B MASON COMPANY INC | 5/5/2022 | 284.12 |
| 58498 NORTH EAST FRTWAYS DBA LAND AIR EXPRE | 5/5/2022 | 2,529.72 |
| 66460 PITT OHIO EXPRESS INC | 5/5/2022 | 9,353.23 |
| 698948 ASMARK INSTITUTE INC | 5/5/2022 | 196.66 |
| 708261 A DUIE PYLE TRUCKING INC | 5/5/2022 | 17,434.36 |
| 82902 FLYNNS PEST CONTROL INC | 5/5/2022 | 1,306.00 |

| | | |
|---|---|---|
| FOCUS MANAGEMENT GROUP USA, INC | 5/5/2022 | 997.50 |
| INSIGHT DIRECT USA, INC. | 5/5/2022 | 1,676.78 |
| PRECISION DELIVERY SOLUTIONS LLC | 5/5/2022 | 3,191.64 |
| 42625 WEBSTER EXPRESS INC | 5/10/2022 | 1,768.00 |
| 1014597 LAWRENCE TRANSPORTATION SYSTEM INC | 5/11/2022 | 2,110.90 |
| 117596 NEXCOMMUNICATIONS INC | 5/11/2022 | 3,206.56 |
| 126376 FEDERAL EXPRESS | 5/11/2022 | 128.86 |
| 132229 AMA TRANSPORTATION INC | 5/11/2022 | 7,626.40 |
| 138900 ROANOKE VALLEY LAWN CARE LLC | 5/11/2022 | 1,500.00 |
| 140165 RICHARDSON KONTOGOURIS EMERSON LLP | 5/11/2022 | 5,289.00 |
| 140492 RINGCENTRAL INC | 5/11/2022 | 2,648.05 |
| 140777 LS EVOLUTION LLC | 5/11/2022 | 544.00 |
| 40029 ACCOUNTING PRINCIPALS | 5/11/2022 | 4,202.27 |
| 42393 ASEC GROUP, LLC DBA PERSONIV | 5/11/2022 | 4,000.00 |
| 42627 MJ NORTON SECURITY INC | 5/11/2022 | 1,680.00 |
| 42643 - BRIAN TESTO ASSOCIATES, LLC | 5/11/2022 | 11,000.00 |
| 45171 ROBERT HALF MANAGEMENT RESOURCES | 5/11/2022 | 17,560.00 |
| 66460 PITT OHIO EXPRESS INC | 5/11/2022 | 6,660.43 |
| 708261 A DUIE PYLE TRUCKING INC | 5/11/2022 | 3,501.25 |
| 719461 CH ROBINSON COMPANY INC | 5/11/2022 | 20,355.00 |
| FOCUS MANAGEMENT GROUP USA, INC | 5/11/2022 | 23,524.38 |
| PRECISION DELIVERY SOLUTIONS LLC | 5/11/2022 | 1,305.84 |
| 139754 NFP PROPERTY AND CASUALTY SERVICES II | 5/16/2022 | 72,841.69 |
| 42646 - CANUSA HERSHMAN RECYCLING COMPANY | 5/16/2022 | 37,066.80 |
| 1014597 LAWRENCE TRANSPORTATION SYSTEM INC | 5/19/2022 | 4,809.21 |
| 110763 KAUFMAN AND CANOLES PC | 5/19/2022 | 294.00 |
| 111171 Y R C FREIGHT | 5/19/2022 | 2,210.63 |
| 121549 REPUBLIC SERVICES INC  956 | 5/19/2022 | 1,024.88 |
| 125298 REDWOOD MULTIMODAL | 5/19/2022 | 5,050.00 |
| 130463 NORTH ATLANTIC TRUCKING INC | 5/19/2022 | 3,663.60 |
| 132229 AMA TRANSPORTATION INC | 5/19/2022 | 2,540.01 |
| 136637 AGV CLEANING | 5/19/2022 | 2,200.00 |
| 40029 ACCOUNTING PRINCIPALS | 5/19/2022 | 6,932.70 |
| 42568 COGNIZANT TECHNOLOGY SOLUTIONS U.S. C | 5/19/2022 | 4,308.00 |
| 436250 CINTAS CORPORATION 220 | 5/19/2022 | 2,375.81 |
| 45171 ROBERT HALF MANAGEMENT RESOURCES | 5/19/2022 | 3,260.00 |
| 57829 WESTFIELD GAS & ELECTRIC | 5/19/2022 | 13,136.64 |
| 58968 WILLIAM F SULLIVAN & CO INC | 5/19/2022 | 50.00 |
| 66460 PITT OHIO EXPRESS INC | 5/19/2022 | 5,486.52 |
| 708261 A DUIE PYLE TRUCKING INC | 5/19/2022 | 7,474.09 |
| 76867 SUMMIT HANDLING SYSTEMS INC | 5/19/2022 | 3,323.82 |
| 82902 FLYNNS PEST CONTROL INC | 5/19/2022 | 1,255.00 |
| 89784 EBIX INC | 5/19/2022 | 66.97 |
| 139754 NFP PROPERTY AND CASUALTY SERVICES II | 5/24/2022 | 72,841.69 |
| 130899 SGS NORTH AMERICA INC | 5/25/2022 | 1,288.40 |
| 42632 FOLEY & LARDNER LLP | 5/25/2022 | 8,474.00 |
| FOCUS MANAGEMENT GROUP USA, INC | 5/25/2022 | 7,587.50 |
| 1014597 LAWRENCE TRANSPORTATION SYSTEM INC | 5/26/2022 | 13,071.48 |
| 125298 REDWOOD MULTIMODAL | 5/26/2022 | 1,925.00 |
| 126376 FEDERAL EXPRESS | 5/26/2022 | 18.50 |
| 132229 AMA TRANSPORTATION INC | 5/26/2022 | 6,121.15 |
| 138900 ROANOKE VALLEY LAWN CARE LLC | 5/26/2022 | 750.00 |
| 139816 ORACLE AMERICA INC | 5/26/2022 | 8,502.57 |
| 40029 ACCOUNTING PRINCIPALS | 5/26/2022 | 6,801.20 |
| 42625 WEBSTER EXPRESS INC | 5/26/2022 | 2,640.00 |
| 436250 CINTAS CORPORATION 220 | 5/26/2022 | 390.17 |

| | | |
|---|---|---:|
| 45171 ROBERT HALF MANAGEMENT RESOURCES | 5/26/2022 | 4,472.00 |
| 66460 PITT OHIO EXPRESS INC | 5/26/2022 | 2,915.93 |
| 67274 HATHAWAY PAPER COMPANY | 5/26/2022 | 1,175.57 |
| 708261 A DUIE PYLE TRUCKING INC | 5/26/2022 | 12,600.58 |
| PRECISION DELIVERY SOLUTIONS LLC | 5/26/2022 | 4,643.44 |
| 1002740 CUMMINS ATLANTIC INC | 6/2/2022 | 663.92 |
| 132229 AMA TRANSPORTATION INC | 6/2/2022 | 2,702.96 |
| 134487 SL 323 LOCKHOUSE ROAD LLC | 6/2/2022 | 57,861.25 |
| 135761 COLUMBIA GAS OF MASSACHUSETTS | 6/2/2022 | 920.17 |
| 40029 ACCOUNTING PRINCIPALS | 6/2/2022 | 6,147.71 |
| 42625 WEBSTER EXPRESS INC | 6/2/2022 | 3,162.50 |
| 436250 CINTAS CORPORATION 220 | 6/2/2022 | 181.77 |
| 45171 ROBERT HALF MANAGEMENT RESOURCES | 6/2/2022 | 35,729.00 |
| 66460 PITT OHIO EXPRESS INC | 6/2/2022 | 2,100.18 |
| 696359 COMCAST | 6/2/2022 | 346.68 |
| 698948 ASMARK INSTITUTE INC | 6/2/2022 | 192.66 |
| 708261 A DUIE PYLE TRUCKING INC | 6/2/2022 | 1,623.76 |
| 76359 HARRIS HOLDING LLC | 6/2/2022 | 83,212.71 |
| 82722 TOTAL QUALITY LOGISTICS INC | 6/2/2022 | 3,900.00 |
| 82902 FLYNNS PEST CONTROL INC | 6/2/2022 | 625.00 |
| 140019 METROPOLITAN LIFE INSURANCE COMPANY | 6/3/2022 | 2,272.38 |
| 140165 RICHARDSON KONTOGOURIS EMERSON LLP | 6/3/2022 | 4,395.00 |
| 42613 - EXECUTIVE SECURITY CONCEPTS | 6/3/2022 | 2,843.75 |
| 117596 NEXCOMMUNICATIONS INC | 6/7/2022 | 1,255.88 |
| 126376 FEDERAL EXPRESS | 6/7/2022 | 18.50 |
| 132229 AMA TRANSPORTATION INC | 6/7/2022 | 999.79 |
| 139708 CSC | 6/7/2022 | 237.50 |
| 139929 SOUTHERN STATES COOPERATIVE INCORP( | 6/7/2022 | 8,420.00 |
| 140492 RINGCENTRAL INC | 6/7/2022 | 2,648.05 |
| 140493 MANHATTAN ASSOCIATES INC | 6/7/2022 | 227,000.00 |
| 140556 COMMANDLINK LLC | 6/7/2022 | 2,965.92 |
| 40029 ACCOUNTING PRINCIPALS | 6/7/2022 | 9,390.34 |
| 436250 CINTAS CORPORATION 220 | 6/7/2022 | 1,431.77 |
| 45171 ROBERT HALF MANAGEMENT RESOURCES | 6/7/2022 | 10,880.00 |
| 66460 PITT OHIO EXPRESS INC | 6/7/2022 | 2,627.61 |
| 708261 A DUIE PYLE TRUCKING INC | 6/7/2022 | 6,693.79 |
| 82722 TOTAL QUALITY LOGISTICS INC | 6/7/2022 | 8,450.00 |
| PRECISION DELIVERY SOLUTIONS LLC | 6/7/2022 | 860.56 |
| 139754 NFP PROPERTY AND CASUALTY SERVICES II | 6/8/2022 | 145,999.40 |
| 130899 SGS NORTH AMERICA INC | 6/9/2022 | 303.60 |
| 40029 ACCOUNTING PRINCIPALS | 6/10/2022 | 11,298.00 |
| SHULMAN BASTIAN FRIEDMAN & BUI LLP | 6/13/2022 | 29,064.16 |
| 1009224 SOUTHEASTERN FREIGHT LINES | 6/14/2022 | 22,758.32 |
| 126376 FEDERAL EXPRESS | 6/14/2022 | 40.57 |
| 132229 AMA TRANSPORTATION INC | 6/14/2022 | 3,610.87 |
| 140165 RICHARDSON KONTOGOURIS EMERSON LLP | 6/14/2022 | 19,071.00 |
| 40029 ACCOUNTING PRINCIPALS | 6/14/2022 | 5,765.96 |
| 436250 CINTAS CORPORATION 220 | 6/14/2022 | 3,314.09 |
| 45171 ROBERT HALF MANAGEMENT RESOURCES | 6/14/2022 | 14,606.50 |
| 57102 MAYBURY ASSOCIATES INC | 6/14/2022 | 100.42 |
| 66460 PITT OHIO EXPRESS INC | 6/14/2022 | 2,555.33 |
| 699137 SAFETY KLEEN CORP | 6/14/2022 | 20.00 |
| 708261 A DUIE PYLE TRUCKING INC | 6/14/2022 | 1,320.28 |
| 82722 TOTAL QUALITY LOGISTICS INC | 6/14/2022 | 7,700.00 |
| 82902 FLYNNS PEST CONTROL INC | 6/14/2022 | 1,250.00 |
| FOCUS MANAGEMENT GROUP USA, INC | 6/14/2022 | 4,595.00 |

| | | |
|---|---|---|
| PRECISION DELIVERY SOLUTIONS LLC | 6/14/2022 | 2,133.66 |
| 1014597 LAWRENCE TRANSPORTATION SYSTEM INC | 6/21/2022 | 2,415.08 |
| 116266 IRVING FARMS MARKETING | 6/21/2022 | 107,823.20 |
| 120351 MAINE FARMERS EXCHANGE | 6/21/2022 | 45,900.00 |
| 121549 REPUBLIC SERVICES INC  956 | 6/21/2022 | 933.58 |
| 126376 FEDERAL EXPRESS | 6/21/2022 | 18.50 |
| 132229 AMA TRANSPORTATION INC | 6/21/2022 | 4,509.93 |
| 139816 ORACLE AMERICA INC | 6/21/2022 | 47,371.42 |
| 40029 ACCOUNTING PRINCIPALS | 6/21/2022 | 1,503.87 |
| 436250 CINTAS CORPORATION 220 | 6/21/2022 | 2,002.13 |
| 45171 ROBERT HALF MANAGEMENT RESOURCES | 6/21/2022 | 9,260.00 |
| 45660 DODSON PEST CONTROL | 6/21/2022 | 1,155.00 |
| 57829 WESTFIELD GAS & ELECTRIC | 6/21/2022 | 10,127.75 |
| 58032 W B MASON COMPANY INC | 6/21/2022 | 132.25 |
| 58968 WILLIAM F SULLIVAN & CO INC | 6/21/2022 | 50.00 |
| 59785 CITY CLERK OF WESTFIELD | 6/21/2022 | 261.00 |
| 63950 ESTES EXPRESS LINES | 6/21/2022 | 4,048.64 |
| 66460 PITT OHIO EXPRESS INC | 6/21/2022 | 4,819.88 |
| 708261 A DUIE PYLE TRUCKING INC | 6/21/2022 | 18,462.31 |
| 82722 TOTAL QUALITY LOGISTICS INC | 6/21/2022 | 12,650.00 |
| 89784 EBIX INC | 6/21/2022 | 11,491.39 |
| 1000764 AVERITT EXPRESS INC | 6/29/2022 | 2,895.78 |
| 1014597 LAWRENCE TRANSPORTATION SYSTEM INC | 6/29/2022 | 21,268.91 |
| 125298 REDWOOD MULTIMODAL | 6/29/2022 | 9,050.00 |
| 126376 FEDERAL EXPRESS | 6/29/2022 | 173.68 |
| 130463 NORTH ATLANTIC TRUCKING INC | 6/29/2022 | 7,108.63 |
| 132229 AMA TRANSPORTATION INC | 6/29/2022 | 3,950.48 |
| 134487 SL 323 LOCKHOUSE ROAD LLC | 6/29/2022 | 57,861.25 |
| 139708 CSC | 6/29/2022 | 274.00 |
| 139816 ORACLE AMERICA INC | 6/29/2022 | 6,940.95 |
| 40029 ACCOUNTING PRINCIPALS | 6/29/2022 | 9,917.02 |
| 42393 ASEC GROUP, LLC DBA PERSONIV | 6/29/2022 | 4,000.00 |
| 42625 WEBSTER EXPRESS INC | 6/29/2022 | 1,000.00 |
| 436250 CINTAS CORPORATION 220 | 6/29/2022 | 925.76 |
| 45171 ROBERT HALF MANAGEMENT RESOURCES | 6/29/2022 | 12,140.00 |
| 52502 LAWRENCE TRANSPORTATION SYSTEMS | 6/29/2022 | 2,415.08 |
| 66460 PITT OHIO EXPRESS INC | 6/29/2022 | 3,518.01 |
| 696359 COMCAST | 6/29/2022 | 345.71 |
| 698948 ASMARK INSTITUTE INC | 6/29/2022 | 190.66 |
| 708261 A DUIE PYLE TRUCKING INC | 6/29/2022 | 6,540.20 |
| 719461 CH ROBINSON COMPANY INC | 6/29/2022 | 3,585.00 |
| 76359 HARRIS HOLDING LLC | 6/29/2022 | 83,212.71 |
| 82722 TOTAL QUALITY LOGISTICS INC | 6/29/2022 | 8,350.00 |
| 82902 FLYNNS PEST CONTROL INC | 6/29/2022 | 1,250.00 |
| FOCUS MANAGEMENT GROUP USA, INC | 6/29/2022 | 1,757.50 |
| PRECISION DELIVERY SOLUTIONS LLC | 6/29/2022 | 1,650.88 |
| 139754 NFP PROPERTY AND CASUALTY SERVICES II | 6/30/2022 | 91,104.75 |
| 139797 ETONIEN LLC | 6/30/2022 | 810.00 |
| 140165 RICHARDSON KONTOGOURIS EMERSON LLP | 6/30/2022 | 3,550.00 |
| 117596 NEXCOMMUNICATIONS INC | 7/1/2022 | 1,000.00 |
| 42659 - LIA CHAMPA | 7/1/2022 | 117.79 |
| 139708 CSC | 7/3/2022 | 200.00 |
| FOCUS MANAGEMENT GROUP USA, INC | 7/5/2022 | 6,495.00 |
| | | **2,984,427.55** |

| Transaction Date | Description | Customer Reference | Debit Amount | | |
|---|---|---|---|---|---|
| 04/26/2022 | EFT DEBIT | 704915061853 | 5,361.12 | | |
| 04/26/2022 | EFT DEBIT | ACCOUNT ADMINIS | 150.00 | | |
| | | | | | /550049148 HANMI BANK 10180 RESEDA BLVD NORTHRIDGE, |
| 04/01/2022 | FEDWIRE DEBIT | NONREF | 6,333.25 | NONREF | CA 91324 US |
| 05/02/2022 | EFT DEBIT | 6573290 | 35.00 | PAYMENTECH | FEE |
| 04/01/2022 | EFT DEBIT | AGWAY-11203 | 7,697.59 | CCA FINANCIAL IN | CCD |
| 04/01/2022 | EFT DEBIT | 064242129900001 | 1,822.90 | VERIZON WIRELESS | PAYMENTS |
| 04/08/2022 | EFT DEBIT | 556375790008683 | 15,748.74 | JP MORGAN CHASE | COMM CARD |
| 04/11/2022 | EFT DEBIT | ST-Y6O4N3U7E3I5 | 4,671.00 | inty usa, inc. | CCD |
| 04/12/2022 | EFT DEBIT | 0240925521 | 5,322.02 | AMER ELECT PWR | CPPWDRAWAL |
| | | | | | /550049148 HANMI BANK 10180 RESEDA BLVD NORTHRIDGE, |
| 04/18/2022 | FEDWIRE DEBIT | NONREF | 200,000.00 | NONREF | CA 91324 US |
| 04/20/2022 | EFT DEBIT | 900-95699609 | 14,572.13 | FIRST INSURANCE | CCD |
| 05/09/2022 | EFT DEBIT | 480019482297 | 3,785.37 | GREAT-WEST TRUST | PAYMENTS |
| 05/09/2022 | EFT DEBIT | ACCOUNT ADMINIS | 10.00 | HSAWCSPCUSTODIAN | HSACONTRIB |
| 04/20/2022 | EFT DEBIT | 900-95892469 | 9,294.69 | FIRST INSURANCE | CCD |
| 04/20/2022 | EFT DEBIT | 202220146334 | 546.00 | VDACS Portal | CCD |
| 05/12/2022 | EFT DEBIT | BB00760119 | 1,500.00 | ANTHEM BLUE R16W | CCD |
| | | | | | /5400007295 ABC SERVICES GROUP, INC 13681 NEWPORT AVE., SUITE 8-609 TUSTIN, CA |
| 04/22/2022 | FEDWIRE DEBIT | NONREF | 50,000.00 | NONREF | 92780 US |
| 04/22/2022 | EFT DEBIT | ST-P5O9I7P2K5V9 | 2,540.18 | inty usa, inc. | CCD |
| | | | | | /4122405285 NFP P&C TRUST - |
| 04/28/2022 | FEDWIRE DEBIT | NONREF | 140,206.50 | NONREF | AZ US |
| | | | | | /4122405285 NFP P&C TRUST - |
| 04/28/2022 | FEDWIRE DEBIT | NONREF | 140,206.50 | NONREF | AZ US |
| | | | | | /209113307 MORRIS JAMES |
| 05/02/2022 | FEDWIRE DEBIT | NONREF | 75,000.00 | NONREF | LLP ESCROW ACCOUNT US |
| | | | | | /4122405285 NFP P&C TRUST - |
| 05/02/2022 | FEDWIRE DEBIT | NONREF | 26,261.74 | NONREF | AZ US |
| | | | | | /025463633 SANDS ANDERSON PC RICHMOND REG 1111 EAST MAIN STREET RICHMOND, VA |
| 05/02/2022 | FEDWIRE DEBIT | NONREF | 15,000.00 | NONREF | 23218 US |
| 05/26/2022 | EFT DEBIT | 704685163728 | 2,508.22 | GREAT-WEST TRUST | PAYMENTS |
| 05/26/2022 | EFT DEBIT | ACCOUNT ADMINIS | 10.00 | HSAWCSPCUSTODIAN | HSACONTRIB |
| 05/02/2022 | EFT DEBIT | AGWAY-11203 | 7,697.59 | CCA FINANCIAL IN | CCD |
| 06/02/2022 | EFT DEBIT | 6573290 | 35.00 | PAYMENTECH | FEE |

| Date | Type | Reference | Amount | Description | |
|---|---|---|---|---|---|
| | | | | | /0254563633 SANDS ANDERSON PC RICHMOND REG 1111 EAST MAIN STREET RICHMOND, VA 23218 US |
| 05/04/2022 | FEDWIRE DEBIT | NONREF | 15,000.00 | NONREF | |
| 05/04/2022 | EFT DEBIT | 064242129900001 | 517.53 | VERIZON WIRELESS | PAYMENTS |
| | | | | | /550049148 HANMI BANK 10180 RESEDA BLVD NORTHRIDGE, CA 91324 US |
| 05/05/2022 | FEDWIRE DEBIT | NONREF | 48,895.00 | NONREF | |
| 06/03/2022 | EFT DEBIT | FL00121300 | 20,750.02 | ANTHEM BLUE W160 | CCD |
| 06/03/2022 | EFT DEBIT | ACCOUNT ADMINIS | 10.00 | HSAWCSPCUSTODIAN | HSACONTRIB |
| 05/09/2022 | EFT DEBIT | ST-R4G7D5H7C0A3 | 4,671.00 | inty usa, inc. | CCD |
| 06/06/2022 | EFT DEBIT | 705149484318 | 2,005.81 | GREAT-WEST TRUST | PAYMENTS |
| 05/09/2022 | EFT DEBIT | 556375790008683 | 3,303.66 | JP MORGAN CHASE | COMM CARD |
| 05/12/2022 | EFT DEBIT | 0240925521 | 4,584.32 | AMER ELECT PWR | CPPWDRAWAL |
| 05/17/2022 | EFT DEBIT | 900-95892469 | 9,294.69 | FIRST INSURANCE | CCD |
| | | | | | /1007161464 FOCUS MANAGEMENT GROUP USA, INC 30725 US HWY 19N PMB 330 PALM HARBOUR, FL 34684 US |
| 05/20/2022 | FEDWIRE DEBIT | NONREF | 50,000.00 | NONREF | |
| 06/16/2022 | EFT DEBIT | BB00778196 | 2,638.15 | ANTHEM BLUE R16W | CCD |
| 06/17/2022 | EFT DEBIT | CK0802206160001 | 433.65 | VSP VISION CARE, | CCD |
| 06/21/2022 | EFT DEBIT | 701184516092 | 2,004.36 | GREAT-WEST TRUST | PAYMENTS |
| 05/20/2022 | EFT DEBIT | AGNC0000019153 | 3,543.00 | NATIONWIDE | WEB |
| | | | | | /1000681781 BANKRUPTCY MANAGEMENT SOLUTIONS, I US |
| 05/23/2022 | FEDWIRE DEBIT | NONREF | 25,000.00 | NONREF | |
| 05/23/2022 | EFT DEBIT | ST-Z0T8Y9C0C2K9 | 2,410.74 | inty usa, inc. | CCD |
| | | | | | /550049148 HANMI BANK 10180 RESEDA BLVD NORTHRIDGE, CA 91324 US |
| 05/25/2022 | FEDWIRE DEBIT | NONREF | 62,788.95 | NONREF | |
| 06/01/2022 | EFT DEBIT | AGWAY-11203 | 7,697.59 | CCA FINANCIAL IN | CCD |
| 07/05/2022 | EFT DEBIT | 6573290 | 35.00 | PAYMENTECH | FEE |
| | | | | | /2822-6691 MORRIS JAMES LLP US |
| 06/02/2022 | FEDWIRE DEBIT | NONREF | 35,000.00 | NONREF | |
| | | | | | /550049148 HANMI BANK 10180 RESEDA BLVD NORTHRIDGE, CA 91324 US |
| 06/02/2022 | FEDWIRE DEBIT | NONREF | 22,406.00 | NONREF | |
| 06/02/2022 | EFT DEBIT | 064242129900001 | 662.30 | VERIZON WIRELESS | PAYMENTS |
| | | | | | /5301130287 ABC SERVICES GROUP, INC 13681 NEWPORT AVE., SUITE 8-609 TUSTIN, CA 92780 US |
| 06/03/2022 | FEDWIRE DEBIT | NONREF | 212,373.49 | NONREF | |

| Date | Type | Ref | Amount | Description | Detail |
|------|------|-----|--------|-------------|--------|
| 06/06/2022 | FEDWIRE DEBIT | NONREF | 11,000.00 | NONREF | /2360718585 BRIAN TESTO ASSOCIATES, LLC US |
| 06/08/2022 | EFT DEBIT | 556375790008683 | 4,269.33 | JP MORGAN CHASE | COMM CARD |
| 06/09/2022 | EFT DEBIT | ST-L1B1Q3D6T4Q0 | 3,590.95 | inty usa, inc. | CCD |
| 06/13/2022 | EFT DEBIT | 0240925521 | 4,472.77 | AMER ELECT PWR | CPPWDRAWAL |
| 06/21/2022 | EFT DEBIT | ST-V8V7L8E2K6J6 | 2,165.38 | inty usa, inc. | CCD |
| 06/30/2022 | FEDWIRE DEBIT | NONREF | 44,297.00 | NONREF | /550049148 HANMI BANK 10180 RESEDA BLVD NORTHRIDGE, CA 91324 US |
| 07/01/2022 | FEDWIRE DEBIT | NONREF | 17,153.10 | NONREF | /5301130287 ABC SERVICES GROUP, INC 13681 NEWPORT AVE., SUITE 8-609 TUSTIN, CA 92780 US |
| 07/01/2022 | FEDWIRE DEBIT | NONREF | 11,352.50 | NONREF | /550049148 HANMI BANK 10180 RESEDA BLVD NORTHRIDGE, CA 91324 US |
| 07/01/2022 | EFT DEBIT | AGWAY-11203 | 7,697.59 | CCA FINANCIAL IN | CCD |
| 07/05/2022 | FEDWIRE DEBIT | NONREF | 60,742.00 | NONREF | /2822-6691 MORRIS JAMES LLP US |
| 07/05/2022 | FEDWIRE DEBIT | NONREF | 18,737.50 | NONREF | /2822-6691 MORRIS JAMES LLP US |
| 07/05/2022 | FEDWIRE DEBIT | NONREF | 3,130.40 | NONREF | /1000681781 STRETTO US |
| 07/05/2022 | EFT DEBIT | 064242129900001 | 725.89 | VERIZON WIRELESS | PAYMENTS |

**1,456,164.09**

**Insiders - payments within 12 months of BK filing**

| | | |
|---|---:|---|
| Jay Quickel | 367,500.02 | CEO |
| Matt Grossman | 150,769.22 | CFO - initial |
| Etonian – Cameron Kruze | 239,721.99 | CFO - interim |
| Insiders - Officers | 757,991.23 | |
| | | |
| Critical Point Capital/Advisors | 210,751.00 | |
| Southern States Cooperative | 1,110,072.04 | |
| Insiders - other | 1,320,823.04 | |
| | | |
| | 2,078,814.27 | |

SOFA PART 2 – ITEM 4

Jay Quickel

8014 W 131st Terrace
Overland Park, KS 66213

Matt Grossman

12209 Ivyglen CT
Richmond VA 23232

Cameron Kruze

Etonian
1230 Rosecrans Ave, Ste. 530
Manhattan Beach, CA 90266

Critical Point Capital/Advisors

Critical Point Capital
1230 Rosecrans Ave, Ste. 270
Manhattan Beach, CA 90266

Southern States Cooperative

Southern States Cooperative
Attn: Tommy Didlake
6606 W. Broad St
Richmond VA 23230

Attachment SOFA – Part 3

Legal Action or Assignments

| Case Title | Nature of Case | Court Name/Address | Status of Case (i.e., pending, on appeal, or concluded |
|---|---|---|---|
| *American Wood Fibers, Inc. v. Agway Farm & Home Supply, LLC et al.*<br><br>Case Number: 2022CV000100 | Breach of Contract | Wood County Circuit Court, Wisconsin<br>400 Market St, Wisconsin Rapids, WI 54494 | Pending |
| *Growmark, Inc. et al. v. Agway Farm & Home Supply, LLC*<br><br>Case Number C-10-CV-22-000147 | Breach of Contract | Circuit Court for Frederick County, Maryland<br>100 W Patrick St, Frederick, MD 21701 | Pending |
| *Madison Wood Preservers, Incorporated v. Agway Farm & Home Supply, LLC*<br><br>Case Number CL22005849-00 | Breach of Contract | Circuit Court of Madison County, Virginia<br>1 Main Street<br>P. O. Box 220<br>Madison, VA 22727-0220 | Pending |
| *Ragan & Massey, Inc. v. Agway Farm & Home Supply, LLC*<br><br>Case Number: 20220000608 | Breach of Contract | 21st District Court for the Parish of Tangipahoa, Louisiana<br>110 N Bay St #100, Amite City, LA 70422 | Pending |

| | | | |
|---|---|---|---|
| *HUB Group, Inc. v. Southern States Cooperative Inc. and Agway Farm & Home Supply, LLC,*<br><br>Case Number: N22C-04-131 PRW CCLD | Breach of Contract | Superior Court of the State of Delaware<br>500 North King Street<br>Wilmington, DE 19801 | Pending |
| *Southeast Seed Inc. v. Agway Farm & Home Supply, LLC*<br><br>Case Number: 21-2022-CC-000023CCAXMX | Breach of Contract | County Court of the Eighth Judicial Circuit in and for Gilchrist County, Florida<br>112 S Main St #1004, Trenton, FL 32693 | Pending |
| *Rhino Seed & Landscape Supply LLC v. Southern States Inc. d/b/a Agway Farm & Home*<br><br>Case Number: 22-31440-CB | Breach of Contract | Livingston County Circuit Court, Michigan<br>204 S. Highlander Way<br>Howell, MI 48843 | Pending |
| *Animal Health International, Inc. v. Agway Farm & Home Supply, LLC*<br><br>Case Number: CL22002471-00 | Breach of Contract | Circuit Court for the City of Richmond, Virginia<br> 900 E. Broad Street, **Richmond**, **VA** 23219 | Pending |
| *Gallagher North America Inc. v. Agway Farm & Home Supply, LLC*<br><br>Case Number: 22CY-CV05137 | Breach of Contract | 7th Judicial Circuit Court, Clay County, Missouri<br>11 S Water St Off, Liberty, MO 64068 | Pending |

| | | | |
|---|---|---|---|
| *Miller Manufacturing Company v. Agway Farm & Home, LLC*<br><br>Case Number: 27-cv-22-7648 | Breach of Contract | Fourth Judicial District of the County of Hennepin, Minnesota<br>301 South 6th St, Minneapolis, MN 55402 | Default judgment entered |
| *FIMCO, INC. v. Agway Farm & Home Supply, LLC*<br><br>Case Number: 760CL22002275-00 | Breach of Contract | Circuit Court of the City of Richmond, Virginia<br>400 N 9th St #102, Richmond, VA 23219 | Pending |
| *North Central Companies, Inc. v. Agway Farm & Home Suppply, LLC*<br><br>*Case No. 27-CV-22-10018* | Breach of Contract | State of Minnesota, County of Hennepin, District Court, Fourth Judicial District<br>300 South 6th Street Rm. #C-332 Minneapolis, MN 55487 | Pending |
| *Envirem Organics, LTD v. Agway Farm and Home Supply LLC*<br><br>Case Number CV202209 | Breach of Contract | Superior Court of Waldo County Maine<br>11 Market St, Belfast, ME 04915 | Prejudgment levy obtained |

SOFA –

Part 6 – Certain Payments or Transfers

11.  Payments related to bankruptcy (within one year prior to Petition)::

| Who was paid or who received the transfer | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Dr., Suite 600<br>Irvine, CA 92618<br><br>afriedman@shulmanbastian.com<br><br>Who made the payment, if not debtor:  N/A – Made by Debtor | N/A | 1/26/22 – 7/1/22 | $488,871.25 |
| Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br><br>jwaxman@morrisjames.com<br><br>Who made the payment, if not debtor:  N/A – Made by Debtor | N/A | | $189,479.50 |
| ABC Services Group, Inc.<br>13681 Newport Avenue, #8-609<br>Tustin, CA 92780<br><br>Chuck@abcservices.group<br><br>Who made the payment, if not debtor:  N/A – Made by Debtor | N/A | 4/22/2022 – 7/1/2022 | $280,524.09 |
| Focus Management Group USA. Inc.<br>30725 US Hwy 19 N PMB 330<br>Palm Harbor, FL 34684 | N/A | 1/22/22 – 6/29/22 | $241,898.68 |

| | | | |
|---|---|---|---|
| www.focusmg.com<br><br>Who made the payment, if not debtor:  N/A – Made by Debtor | | | |

| Insiders - payments within 12 months of BK filing | | |
|---|---|---|
| Jay Quickel | 367,500.02 | CEO |
| Matt Grossman | 150,769.22 | CFO - initial |
| Etonian – Cameron Kruze | 239,721.99 | CFO - interim |
| Insiders - Officers | 757,991.23 | |
| | | |
| Critical Point Capital/Advisors | 210,751.00 | |
| Southern States Cooperative | 1,110,072.04 | |
| Insiders - other | 1,320,823.04 | SOFA Part 13 - Item 30 |
| | | |
| | 2,078,814.27 | |

Jay Quickel

8014 W 131st Terrace
Overland Park, KS 66213

Matt Grossman

12209 Ivyglen CT
Richmond VA 23232

Cameron Kruze

Etonian
1230 Rosecrans Ave, Ste. 530
Manhattan Beach, CA 90266

Critical Point Capital/Advisors

Critical Point Capital
1230 Rosecrans Ave, Ste. 270
Manhattan Beach, CA 90266

Southern States Cooperative

Southern States Cooperative
Attn: Tommy Didlake
6606 W. Broad St
Richmond VA 23230