IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC[1], | Case No. 22-10602 (JKS) |
| Debtor. | |

*AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 11, 2022 AT 1:00 P.M. (ET)

** AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT **

**MATTERS GOING FORWARD:**

1. Debtor's Motion for an Order Approving (1) Key Employee Incentive Plan, (2) Key Employee Retention Plan, and (3) Granting Related Relief [Filed July 20, 2022; Docket No. 70].

   Objection Deadline:   July 27, 2022 at 4:00 p.m.; extended to August 1, 2022 at 11:30 a.m. for the Committee.

   Responses/Objections Received:

   A. Preliminary Objection of the Official Committee of Unsecured Creditors to Debtor's Motion for an Order Approving (1) Key Employee Incentive Plan, (2) Key Employee Retention Plan, and (3) Granting Related Relief [Filed August 1, 2022; Docket No. 88].

   B. The United States Trustee's Initial Objection to Debtor's Motion for an Order Approving (1) Key Employee Incentive Plan; (2) Key Employee Retention Plan, and (3) Granting Related Relief [Filed August 1, 2022; Docket No. 92].

   Related Documents:

   A. **Supplemental Declaration of Jay Quickel, President and CEO of Agway Farm & Home Supply, LLC, in Support of Debtor's Motion for an Order Approving (1) Key Employee Incentive Plan; (2) Key Employee Retention Plan, and (3) Granting Related Relief [Filed August 10, 2022; Docket No.**

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

[2] Amended items appear in **BOLD**.

**132**].

B. **Certification of Counsel Regarding Order Approving (1) Key Employee Incentive Plan; (2) Key Employee Retention Plan, and (3) Granting Related Relief** [Filed August 10, 2022; **Docket No. 133**].

C. **Order Granting Debtor's Motion for an Order Approving (1) Key Employee Incentive Plan, (2) Key Employee Retention Plan, and (3) Granting Related Relief** [Filed July 20, 2022; **Docket No. 134**].

**Status**: An order has been entered.  No hearing is necessary.

Dated:  August 10, 2022
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
Max Casal (admitted *pro hac vice*)
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3000
Facsimile: (949) 340-3400
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com
E-mail: mcasal@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*

13735318.v1