## EXHIBIT A

**Declaration of Bradford J. Sandler**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor.[1] | |

## DECLARATION OF BRADFORD J. SANDLER
## IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS FOR ORDER, PURSUANT TO 11 U.S.C.
## §§ 327, 328, AND 1103, FED. R. BANKR. P. 2014, AND LOCAL RULE 2014-1,
## AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION
## OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF JULY 20, 2022

I, BRADFORD J. SANDLER, declare under penalty of perjury as follows:

1.      I am a partner in the firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), located at 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, and have been duly admitted to practice law in the state of Delaware and the United States District Court for the District of Delaware, among other jurisdictions.  I am authorized to submit this declaration (the "Declaration") in support of the *Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C §§ 327, 328, and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of July 20, 2022* (the "Application").[2]

2.      Neither I, the Firm, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtor, its creditors or any other

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

parties in interest herein, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee, except as set forth herein.

## Disclosure of Connections

3.      Section 1103(b) of the Bankruptcy Code does not incorporate the general "disinterestedness" standard of section 327(a) of the Bankruptcy Code.  However, Bankruptcy Rule 2014 requires that an application for employment under section 1103 disclose all connections with the Debtor, its estate, the professionals and the U.S. Trustee.  The Firm, therefore, discloses its known connections herein.

4.      The Firm is in the process of making an investigation of disinterestedness as part of its retention as counsel to the Committee.  The Firm is undertaking a full and thorough review of its computer database, which contains the names of clients and other parties interested in particular matters.  The Firm requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the Firm's database and to enter conflict information regarding new clients or new matters into that database.  Thus, a review of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation.  In particular, an employee of the Firm, under my supervision, is in the process of entering the names of the parties set forth on Schedule 1 attached hereto in the Firm's database with respect to the Firm's conflict check in this Case.

5.      Further, PSZ&J represented, represents, and in the future will likely represent many committees in matters unrelated to the Debtor and this Case, whose members may be creditors and/or committee members in this Case.  The Firm, however, is not representing any

of those entities in this Case and will not represent any members of these committees in any claims that they may have collectively or individually against the Debtor.

6.    To date, it appears that PSZ&J does not hold or represent any interest adverse to and has no connection, subject to the disclosures set forth below and herein, with the Debtor herein, its creditors, the U.S. Trustee for the District of Delaware, or any party in interest herein in the matters upon which PSZ&J is to be retained.

7.    PSZ&J is continuing to conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new material facts, connections, or relationships are discovered or arise, PSZ&J will supplement its disclosure to the Court.

8.    PSZ&J and certain of its partners, of counsel, and associates represented, represent and in the future will likely represent creditors of the Debtor in connection with matters unrelated to the Debtor and this Case. At this time, the Firm is not aware of any such representations except as noted herein. If the Firm identifies any further such representations, the Firm shall make further disclosures as may be appropriate at that time.

9.    The Firm has represented, represents, and in the future will likely represent debtors and creditors committees in cases unrelated to the Debtor and this Case wherein one or more of the firms representing the Debtor or other parties-in-interest serve as or will serve as professionals.

10.    PSZ&J is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the Firm, its partners, of counsel and associates:

(a)    are not creditors, equity security holders or insiders of the Debtor;

3

(b)     are not and were not, within two (2) years before the Petition Date, a director, officer, or employee of the Debtor; and

(c)     do not have an interest materially adverse to the interests of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as disclosed herein.

<u>**Compensation**</u>

11.     The Firm has not received a retainer from the Debtor or the Committee, nor has the Firm received any payment or promise of payment, during the one-year period prior to the Petition Date on this engagement.  No compensation has been paid or promised to be paid from a source other than the Debtor's estate in this Case on this engagement.  No promises have been received by the Firm nor by any partners, of counsel or associates thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with this Case, except among the partners, of counsel, and associates of the Firm.  Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by the Firm in its representation of the Committee.

12.     Subject to Court approval in accordance with section 330(a) of the Bankruptcy Code and any applicable orders of this Court, compensation will be payable to PSZ&J on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by PSZ&J.  The current standard hourly rates for professionals and paralegals presently designated to represent the Committee are:

(a)     Partners/Counsel     $945.00 to $1,775.00 per hour

(b)     Associates     $675.00 to $825.00 per hour

4

      (c)      Paralegals         $460.00 to $495.00 per hour

      13.      The hourly rates set forth above are the Firm's standard hourly rates for work of this nature, which are subject to adjustment from time to time.  These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  These rates are subject to periodic adjustments to reflect economic and other conditions.  Other attorneys and paralegals may from time to time serve the Committee in connection with the matters described herein, and the Firm will charge its standard hourly rates for their services.  It is the Firm's policy to charge its clients in all areas of practice for all other out-of-pocket expenses incurred in connection with the client's case.  The expenses charged to clients include, Court filing fees, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying and scanning charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for working meals, computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  The Firm will charge the Committee for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients and in accordance with the guidelines set forth in Local Bankruptcy Rule 2014-1, and all amendments and supplemental standing orders of the Court.  The Firm believes that it is more appropriate to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

14.     Subject to Court approval, the Committee is seeking to retain FTI Consulting, Inc. ("FTI") as its financial advisor.  PSZ&J intends to work closely with FTI to ensure that there is no unnecessary duplication of services performed or charged to the Debtor's estate.

**U.S. Trustee Guidelines**

15.     PSZ&J provides the responses listed below as a courtesy to comply with the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Case* (the "2013 UST Guidelines").[3]  Pursuant to Part D1 of the 2013 UST Guidelines, PSZ&J is seeking employment as counsel for the Committee under sections 327, 328, and 1103 of the Bankruptcy Code and it hereby provides the following responses set forth below:

| Questions Required by Part D1 of 2013 UST Guidelines: | Answer: | Further Explanation: |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. | N/A |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. | N/A |

---

[3] *See* 78 Fed. Reg. 36248 (June 17, 2013).

| Questions Required by Part D1 of 2013 UST Guidelines: | Answer: | Further Explanation: |
|---|---|---|
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | PSZ&J did not represent the client in the 12 month period prepetition. The billing rates for PSZ&J are disclosed in the Application and are subject to periodic adjustment in accordance with the Firm's practice. | None. |
| Has your client approved your respective budget and staffing plan, and, if so, for what budget period? | No. | PSZ&J anticipates filing a budget at the time it files its interim fee applications. In accordance with the 2013 UST Guidelines, the budget may be amended as necessary to reflect changed circumstances or unanticipated developments. |

16.    PSZ&J intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the 2013 UST Guidelines, both in connection with this Application and the interim and final fee applications to be filed by PSZ&J in this Case. As to this Case and any other case in which PSZ&J may be involved, PSZ&J reserves all rights regarding the scope, application, and enforceability of the 2013 UST Guidelines.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 19, 2022

*/s/ Bradford J. Sandler*
Bradford J. Sandler

## **SCHEDULE 1**

**List of Potentially Interested Parties**

**Debtor:**
Agway Farm & Home Supply

**Trade Vendors:**
120128 Versapet Inc
A Duie Pyle Trucking Inc
A T Films Inc
Absorbent Products Ltd
Accounting Principals
Acf Inc
Acme Paper And Supply Co
Adp LLC
Adp Screening And Selection Services Corp
Advanced Drainage Sys Inc
Ag Spray Equipment Inc
Agratronix LLC
Agri Fab Inc
Ainsworth Pet Nutrition LLC
Allied Seed LLC
Alterra Tools Limited
Ama Transportation Inc
American Colloid Co
American Wood Fibers Inc Circleville, Oh
American Wood Fibers Inc Dixfield, Me
American Wood Fibers Inc Jessup, Md
American Wood Fibers Inc Lebanon, Ky
American Wood Fibers Inc Marion, Va
American Wood Fibers Inc Somerset, Ky
American Wood Fibers Inc Troy, Va
American Wood Fibers Inc
Ames Companycamp Hill.
Anchor Hocking LLC
Ancra International LLC
Anilogics Outdoors
Animal Health International Inc
Apex Tool Group LLC
Aquascape Designs Inc
Argee Corp
Asmark Institute Inc
Atlas Chemical Corporation
Atlas Paper Co
Austinville Limestone Co
Automatic Trap Company
Automotive Resources International
Avanti
Axiom Impressions LLC

Behlen Mfg Co
Behrens Manufacturing LLC
Bekaert Corporation
Benebone LLC
Bennetts Creek Nursery
Berne Apparel Company
Berry Global Films
Best Bee Brothers LLC
Big & J Industries
Bio Lab Inc
Black Gold Compost Co
Bloem LLC
Bluegrass Treated Wood Inc
Bonide Products Co Inc
Bonnie Plant Farm
Border Concepts Inc.
Boss Pet Products Inc
Botanical Interests
Buds Blooms Nursery Inc
Burley Clay Products
Burpee Garden Products Co
C S Products Company Inc
C E T C O
C H S Cooperatives
C I T Group/Commercial Services
C M C Steel
Cam Too Camellia Nursery Inc
Canine Caviar Pet Foods Inc
Cans Unlimited Inc
Capital Forest Fencing
Capital Forest Products Inc
Capital Forest Soils
Cargill Wholesale Dc's
Cargill Animal Nutrition West Branch
Cargill Animal Nutrition
Cargill Inc
Cargill Salt Division Akron, Oh
Cargill Salt Division Cincinnati, Oh
Cargill Salt Division Cleveland, Oh
Cargill Salt Division Dlvd
Cargill Salt Division Watkins Glen, Ny
Cargill Salt Division White March, Md
Cargill Salt Division
Carhartt
Carolina Greenhouse Plants Inc
Carolina Soil Inc

Carson Industries
Cavalor
Centurion Garden And Outdoor Living Inc
Cg Roxane LLC
Chapin International Inc
Chase Staffing Services
Church Dwight Co Inc
Cintas Corporation 220
Classic Brands LLC
Cloverdale Warehouse F H
Coast Of Maine Brands Quarryville
Coast Of Maine Brands
Coastal Pet Product Inc
Coburn Chemicals Inccockeysville Md
Columbia Gas Of Massachusetts
Comcast (previous)
Contech Engineered Solution
Continental Industries Inc
Cordex North America Inc
Corona Clippercorona Ca
Cox Shavings Inc
Critical Point Advisors LLC
Csc
Custom Recycling Inc
D D Commodities Ltd
Dano Enterprises Inc
Dare Products Inc Vendor
Darling Ingredients Inc
Deacero/Stay Tuff Fence Mfg
Decker Mfg Co
Diamond Farrier Co
Dimex LLC
Dize Company
Dnu 41032 Sioux Steel Company
Dnu A And B Milling Co Inc
Dnu Acme General Supply
Dnu Boss Manufacturing Company
Dnu Cat Gloves
Dnu Kyjen Company LLC Dba Outward Hound
Dnu/Evolved Habitats
Dnu/Intergro Inc
Dnu/Safety Works Inc
Dorfman Pacific
Doskocil Mfg Co Inc Dba Petmate
Drp Resources
Dry Creek Products Inc

Dry Creek Ulysses Pa
Ds Livestock LLC
Duke Pecan Co LLC
Duraflame Inc
Durvet Inc
Dutch Valley Partners LLC
Dyk Automotive LLC
Earth Duster L L C
Earth Rated
Earthway Products Inc
Eastern Shore Forest Products Inc
Eastpenn Manufacturing Co. Inc.
Easy Gardener
Easy Gardner Jobes Ross
Easy Heat Wood Pellets Corp
Eaton Brothers Corp
Encap LLC
Envirem Organics Ltd
Epochrain Barrels
Equine Specialty Feed Company
Espoma Company
Ethical Products Inc
Etonien LLC
Evergreen Enterprises
Exclusively Pet Inc
Executive Security Concepts
Expeditors International Of Washington Inc
F B C Chemical Corporation
Fabral Corporation
Farm Innovators Inc
Farnam Company Inc
Federal Express
Festival Windchimes
FIMCO – Agspray
First Insurance Funding
Flex O Glass Incag
Flynns Pest Control Inc
Fm Browns Sons Inc
Fmc Corporation Philadephia Pa
Foliera Inc
Food Science Corp
Four Paws
Franklin Brothers Nursery
Franklin Electric Co Inc
Frost Cutlery Company LLC
Gaia Enterprises Inc

Gallagher
Garant Gp
Gardenscape Transport Inc
Gardenscape
Garmin International
Garmon Corporation The
Generac Power Systems Inc
General Timber Inc
General Tools And Instruments CoLLC
Ghost Controls LLC
Ghp Group Inc
Gish Logging Inc
Glamos Wire Products
Global Equipment Co Inc Apache Mfg
Global Harvest Foods Inc
Grant County Mulch Inc Doswell Plant
Grant County Mulch Inc
Graymont (Pa) Inc
Great Southern Wood Preserving
Green Garden Products (Seed)
Green Thumb Com
Greenleaf Nursery Company
Growmark Inc Bloomington Il
Gsm Outdoors LLC
Gulf Stream H G Incfor Tech Pac
Hanes Geo Components
Happy Jack Inc
Hc Companies Inc The
Healthy Pet Lp Corp
Heath Mfg Company
Henry Company
Hiatt Manufacturing Inc
High Country Plastics Inc
Himalayan Corp
Hines Growers Inc
Hoovers Hatchery Company LLC
Hub Group Trucking Inc
Hundley Seed Co
Huvepharma Inc
Hy Ko Products Inc
Hydrofarm LLC
I Must Garden LLC
Indipets Inc
Inland Tarp Liner Inc
Iron Will Farm Inc
Irving Farms Marketing

Jarden Home Brands
Jm Smucker Company
Jones Natural Chews Co
Justrite Safety Group
Kaytee Products Inc
Kenmulch Inc
Kent Pet Group Inc
Kent Precision Foods Group Inc
Kik International LLC
King Ag Products Inc
Kong Company
Kontoor Brands Inc
Kreamer Feed Inc
Kwang Sung America Inc
L D Oliver Seed Co Inc
Lacrosse Footwear Inclacrosse Wi
Land O Lakes Purina Feeds LLC
Lawrence Transportation System Inc
Lebanon Seaboard Corp
Lehigh Anthracite Lp
Lennox International Inc The
Lexington Paint Supply
Lfs Inc
Lhoist Inccheml Lime
Lhoist North America
Liberty Distribution Co
Libertysteel Wire
Lignetics Of West Virginia Inc Glenville, Wv
Lignetics Of West Virginia Inc
Lignetics Of West Virginia Strong, Me
Ligneticsinc
Link Handle Company
Logical Brand, Inc.
Lozier Store Fixtures
Ls Evolution LLC
Luster Leaf Inc
Madison Wood Preservers Inc
Maine Farmers Exchange
Maine Wood Pellets Co LLC
Manakey Group LLC
Manchester Tank And Equipment
Manna Pro Corporation
Manna Pro Products LLC
Mansfield Oil Company Of Gainesville
Mar Vo Mineral Co Inc
Mascot Pecan Co

Master Gardner Co (The)
Mccorkle Nurseries Inc
Mccutcheons
Medford Nursery Inc
Melissa And Doug LLC
Melnor Inc
Mercury Paint Corp Dba National Paint
Messinas
Metal Sales Mfg Corporation
Metropolitan Life Insurance Company
Mibro Group (Div Of Richelieu America)
Michigan Peat
Micron Bio Systems
Mid West Metal Products Co Inc
Midwest Can Company
Midwestern Pet Foods Inc
Milk Products Inc
Miller Mfg Co Inc
Milorganite Div Mmsd
Miracogallagher
Monrovia Nursery Co
Moore Farm Inc
Morton Salt Inc
Motomco Ltd
Mr Heater Inc
Mr Heaterimport
Msp Design Group
Mtd Products Inc
Mtd Southwest Inc
Mulch Manufacturing Co
Naked Bee The
National Salvage Service Corp
Nature Products Usa
Natures Way Bird Products LLC
Nc Granite Corp
Neat Distributing LLC
Neogen Corp
Neptunes Harvest
Netherland Bulb
Nexstep Commercial Products
No Spill Inc
North Carolina Dept Of Agriculture
North Central Companies
North States Industries Inc
North West Rubber Ltd
Nutramax Laboratories Veterinary Science

Nutrimax, Inc.
Nutrivet Wellness
Nv Pets Sales And Marketing
Oklahoma Steel And Wire Co Inc
Old Farmers Almanac
Old World Industries
Oldcastle Osp Lime And Rock
Oldcastle Patio
Oldcastle Soil Mulches
Onward Manufacturing Company Ltd
Oracle America Inc
Orbit Irrigation LLC
Origin Point Brands LLC
Pacer Pumps
Parker Mccrory (Parts Only)
Parkermccrory Mfg Co
Pascoe Workforce Solutions
Paslode Nz
Pbi Gordon Corporation
Pdz Company LLC
Pearl Valley Farms Inc
Pet Adventures Worldwide Inc
Pet Ag Inc
Pet Factory Inc
Phillips Feed Pet Supply
Pine Tree Farms Inc
Pitt Ohio Express Inc
Plant Food Company Inc
Plantation Products LLC
Polygro L L C
Polyvinyl Films Inc
Powerfields
Ppg Architectural Finishes Inc
Precious Cat Inc
Premier Horticulture Cloverdale Do
Premier Horticulture Inc
Premier Powder Coating And Custom Fab LLC
Prides Corner Farms
Principle Plastics Inc
Private Brands Inc Gordon Corp Specialty
Pro Pet Cargill Animal Nutrition
Probec Inc
Profile Products LLC
Profile Products LLC/Wood Recycling Inc
Psav Presentation Services
Pure Treats Inc

Purina Animal Nutrition, LLC
Quality Steel Corporation
Quikreteatlanta Ga
R B Rubber Products Inc
R E Michel Company Inc
Radio Systems Corporationelectric Dr
Ragan Massey Inc
Ralco Nutrition Inc
Ray Murray Inc
Red Wing Shoes
Redbarn Pet Products Inc
Redmond Minerals
Reeves International
Registrations By Design Inc
Retail Internal Vendor
Rhino Seed And Turf Supply
Richardson Kontogouris Emerson Llp
Ricoh Usa Inc
Ridley Feed Ingrdnt
Riverbend Nursery LLC
Roanoke Feed Mill
Robert Allen Home Garden
Robert Half Management Resources
Robin 117568 Big And J Industries LLC
Rocky Brands Uss LLC
Roto Salt Co Inc
Royal Oak Sales Inc
Royal Pest Solutions Inc
Royal Wood Shavings Inc Canada
Royal Wood Shavings Inc Red Oak
Royal Wood Shavings Inc
Rsm LLC
Rubbermaid Comm Prods
Rubbermaid Incorporated
Ruckers Wholesale Service Co
Rugg Mfg Co
Rustoleum Corp
S J Ellis Farms Inc
Saint Gabriel Laboratories
Sandys Plants Inc
Saunders Brothers Inc
Scott Pet Products
Scotts Company The
Scotwood Industries Fob Westfield, Ma
Scotwood Industries
Seedway Inc Hall Ny Vendor

Segra
Sergeants Pet Careproducts LLC
Service Tool Co LLC
Seymour Midwest LLC
Sgs North America Inc
Shameless Pets Inc
Siffron
Simmons Mfg Company
Skouts Honor
Sl 323 Lockhouse Road LLC
Smartscale Gallagher
Smith Seed Services
Smittys Supply Inc
Solo Motors Inc
Solucal Usa Inc
Somersetpellet Fuel Co85216
Songbird Essentials LLC
Southeast Seed Inc
Southeastern Freight Lines, Inc.
Southern Container Corp Of Wilson Inc
Southern Outdoor Technologies Inc
Southern States Cooperative Inc
Spectrum Group
Spectrum Products Inc
Sps Commerce Inc
Ssc Inc
Sta Rite Flotec Industries Inc
Standlee Hay Company Inc
Statesville Service
Stay Tuff Fence Manufacturing
Steel Tech Inc
Stephens Pipe And Steel
Stoltzfus Feed Supply Inc
Sue Martin Pallet
Sun Gro Horticulture
Sunset Vista Designs Co Inc
Sunshine Mills Inc
Swan Products Inc
Sweet Meadow Farms
T C I Trucking Warehousing
T F H Publications Inc
Tarantin Industries Inc
Tarter Farm Ranch Equipment
Tenax Corporation
The Higgins Group Corp.
The Imagine Group, LLC

The Scotts Comarysville Oh
The Scotts Companylebanon Ct
The Wild Bone Company
Thermacell Repellents Inc
Thermorock Inc
Tobb Products LLC
Tri County Wood Preserving
Triest Irrigation
Truck Shields LLC Dba Signature Products
True Value Company
Truper S A De C V
Tuthill Corp Fill Rite Division
Tzumi Innovations LLC
Ufp New London Inc
Union Corrugating Co Inc
Unipet LLC
Unisource Worldwide Inc
Unisource
United Pet Group Inc
United Salt Corporation
Universal Synergy Group LLC
University Of Kentucky
Us Department Of Labor Osha
Van Bloem Gardens
Vaporizer Dlvd
Vaporizer New Castle, Pa
Vaporizer Plainfield, Ct
Vaporizer Retsof, Ny
Vaporizer LLC
Virginia Berry Farm
Virginia Diner
Vitakraft Sun Seed Inc
Vivid Life Sciences LLC
Walkwhiz LLC
Ware Manufacturing Inc
Watkins Products
Wdg Holdings LLC
Weaver Leather Inc
Weber Stephen Products Copalatine
Westchester Protective Gear
Wet Forget Inc
Whitetail Inst Of America
Wholesome Pride Pet Treats
Wildlife Sciences LLC
Williamson Greenhouses Inc
Wolverine World Wide

Woodgrain Millwork Inc
Woodstream Corp
Worthington Cylinders
Yaya Organics LLC
Zeiglers Distributor Inc
Zesty Paws LLC

**Officers/Insiders**
Jay Quickel
ABC Services Group, Inc.
Agway Holdings, LLC

**Debtor Professionals:**
Shulman Bastian Friedman & Bui LLP
Paladin Management Group
Focus Management
Stretto

**Delaware Bankruptcy Judges:**
Chief Judge Laurie Selber Silverstein
Judge John T. Dorsey
Judge Craig T. Goldblatt
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge J. Kate Stickles
Judge Mary F. Walrath
Judge Ashley M. Chan

**Office of the United States Trustee,**
**Region 3, Wilmington, DE Office, Key Personnel**
Andrew Vara
T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Ramona Harris
Nyanquoi Jones
Jane Leamy

Hannah M. McCollum
Joseph McMahon
Angelique Okita
James R. O'Malley
Michael Panacio
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Rosa Sierra
Karen Starr
Dion Wynn