**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 24, 2022 AT 10:00 A.M. (ET)**

** AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT **

**RESOLVED MATTERS:**

1. Debtor's Motion for Interim and Final Orders Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [Filed July 5, 2022; Docket No. 4].

    Objection Deadline: July 27, 2022 at 4:00 p.m.; extended to August 1, 2022 at 11:30 a.m. for the Official Committee of Unsecured Creditors ("Committee").

    Responses/Objections Received: None.

    Related Documents:

    A. Certification of Counsel Regarding Interim Order Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [Filed July 7, 2022; Docket No. 26].

    B. Interim Order Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [Filed July 7, 2022; Docket No. 33].

    C. Certification of Counsel Regarding Amended Interim Order Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [Filed July 8, 2022; Docket No. 43].

    D.  Amended Interim Order Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [Filed July 12, 2022; Docket No. 48].

    E.  Certification of Counsel Regarding Amended Interim Order Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [Filed August 3, 2022; Docket No. 118].

    F.  Second Interim Order Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [Filed August 3, 2022; Docket No. 119].

    G.  Certification of Counsel Regarding Final Order Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [Filed August 18, 2022; Docket No. 139].

    H.  Final Order Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [Filed August 19, 2022; Docket No. 145].

Status: An order has been entered by the Court. No hearing is necessary.

2. Debtor's Motion for Entry of an Order (I) Establishing Deadlines for Submitting Proofs of Claim, (II) Approving the Form and Manner for Submitting Such Proofs of Claim, and (III) Approving Notice Thereof [Filed July 29, 2022; Docket No. 83].

Objection Deadline: August 17, 2022 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

    A.  Certification of Counsel Regarding Order Establishing Bar Dates for Filing Claims, Including Requests for Payment Under 11 U.S.C. § 503(b)(9), and Approving Form and Manner of Notice Thereof [Filed August 19, 2022; Docket No. 144].

    B. Order Establishing Bar Dates for Filing Claims, Including Requests for Payment Under 11 U.S.C. § 503(b)(9), and Approving Form and Manner of Notice Thereof [Filed August 19, 2022; Docket No. 150].

Status: An order has been entered by the Court. No hearing is necessary.

3. Debtor's Application for Appointment of Stretto as Administrative Advisor Effective as of the Petition Date [Filed August 1, 2022; Docket No. 93].

Objection Deadline: August 17, 2022 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

    A. Certificate of No Objection [Filed August 18, 2022; Docket No. 140].

    B. Order Authorizing Retention and Appointment of Stretto as Administrative Advisor Effective as of the Petition Date [Filed August 19, 2022; Docket No. 146].

Status: An order has been entered by the Court. No hearing is necessary.

4. Debtor's Motion for Entry of an Order Extending the Debtor's Time to File Its Schedules and Statements [Filed August 2, 2022; Docket No. 105].

Objection Deadline: August 17, 2022 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

    A. Certificate of No Objection [Filed August 18, 2022; Docket No. 141].

    B. Order Extending the Debtor's Time to File Its Schedules and Statements [Filed August 18, 2022; Docket No. 147].

Status: An order has been entered by the Court. No hearing is necessary.

5. Application of the Debtor for an Order Authorizing and Approving the Employment of ABC Services Group, Inc./Charles Klaus as Chief Liquidating Officer *Nunc Pro Tunc* to the Petition Date [Filed August 4, 2022; Docket No. 120].

Objection Deadline: August 17, 2022 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

    A. Certification of Counsel Regarding Order Authorizing and Approving the Employment of ABC Services Group, Inc./Charles Klaus as Chief Liquidating Officer *Nunc Pro Tunc* to the Petition Date [Filed August 18, 2022; Docket No. 142].

    B. Order Authorizing and Approving the Employment of ABC Services Group, Inc./Charles Klaus as Chief Liquidating Officer *Nunc Pro Tunc* to the Petition Date [Filed August 18, 2022; Docket No. 148].

Status: An order has been entered by the Court. No hearing is necessary.

6. Debtor's Application for an Order Authorizing It to Retain and Employ Richardson Kontogouris Emerson LLP, as Accountants to the Debtor Effective *Nunc Pro Tunc* to the Petition Date [Filed August 4, 2022; Docket No. 121].

Objection Deadline: August 17, 2022 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

    A. Certificate of No Objection [Filed August 18, 2022; Docket No. 143].

    B. Order Authorizing It to Retain and Employ Richardson Kontogouris Emerson LLP, as Accountants to the Debtor Effective *Nunc Pro Tunc* to the Petition Date [Filed August 18, 2022; Docket No. 149].

Status: An order has been entered by the Court. No hearing is necessary.

| | |
|---|---|
| Dated: August 22, 2022<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 295-2000<br>Facsimile: (302) 250-4495<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman (CA Bar No. 132580)<br>Melissa Davis Lowe (CA Bar No. 245521)<br>Max Casal (CA Bar No. 342716)<br>100 Spectrum Center Drive; Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 427-1654<br>Facsimile: (949) 340-3000<br>E-mail: afriedman@shulmanbastian.com<br>E-mail: mlowe@shulmanbastian.com<br>E-mail: mcasal@shulmanbastian.com<br><br>*Counsel to the Debtor and Debtor in Possession* |