**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Objection Deadline: September 15, 2022 at 4:00 p.m.**<br>**Hearing Date: September 22, 2022 at 10:00 a.m.** |

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER: (I) (A) APPROVING BIDDING PROCEDURES AND PROTECTIONS IN CONNECTION WITH A SALE OF THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) SCHEDULING AN AUCTION AND SALE HEARING; (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; AND (D) GRANTING RELATED RELIEF; AND (II) (A) AUTHORIZING SALE OF DEBTOR'S INTELLECTUAL PROPERTY AND CERTAIN EQUIPMENT FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; AND (B) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 1, 2022, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of an Order: (I) (A) Approving Bidding Procedures and Protections in Connection with a Sale of the Sale of Certain of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Scheduling an Auction and Sale Hearing; (C) Approving the Form and Manner of Notice Thereof; and (D) Granting Related Relief; and (II) (A) Authorizing Sale of Debtor's Intellectual Property and Certain Equipment Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (B) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon the undersigned counsel so as to be received on or before **September 15, 2022 at 4:00 p.m. (ET) (the "Objection Deadline"**). At the same time, you must also serve a copy of the response upon the Debtor's counsel:

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

13759040.v1

2

| | |
|---|---|
| Alan J. Friedman, Esquire | Jeffrey R. Waxman, Esquire |
| Melissa Davis Lowe, Esquire | Brya M. Keilson, Esquire |
| Max Casal. Esquire | MORRIS JAMES LLP |
| SHULMAN BASTIAN FRIEDMAN & BUI LLP | 500 Delaware Avenue, Suite 1500 |
| 100 Spectrum Center Drive, Suite 600 | Wilmington, DE 19801 |
| Irvine, CA 92618 | Telephone: (302) 888-6800 |
| Telephone: (949) 340-3400 | Facsimile: (302) 571-1750 |
| Facsimile: (949) 340-3000 | E-mail: jwaxman@morrisjames.com |
| E-mail: afriedman@shulmanbastian.com | E-mail: bkeilson@morrisjames.com |
| E-mail: mlowe@shulmanbastian.com | |
| E-mail: mcasal@shulmanbastian.com | |

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **September 22, 2022 at 10:00 a.m. prevailing Eastern Time** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Please note that due to COVID-19, and in accordance with this Court's Sixth Amended Order Governing The Conduct Of Hearings Due to Coronavirus Disease 2019 (COVID-19) And Reconstituting Operations, the hearing shall be conducted electronically.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated:  September 1, 2022<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman (admitted *pro hac vice*)<br>Melissa Davis Lowe (admitted *pro hac vice*)<br>Max Casal (admitted *pro hac vice*)<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>E-mail: afriedman@shulmanbastian.com<br>E-mail: mlowe@shulmanbastian.com<br>E-mail: mcasal@shulmanbastian.com<br><br>*Counsel to the Debtor and Debtor in Possession* |