# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Re: Docket No. 172** |

## CERTIFICATE OF NO OBJECTION

I, Brya M. Keilson, hereby certify as follows:

On September 2, 2022, *ABC Services Group, Inc./Charles Klaus as Chief Liquidating Officer Effective nunc pro tunc to the Petition Date* [Docket No. 148] (the "Retention Order"), ABC Services Group, Inc. ("ABCSG"), filed its *Notice of Staffing Report by ABC Services Group, Inc. for the Period from July 5, 2022 through July 31, 2022* (the "Application") [Docket No. 172].

The deadline to object to the Application was September 16, 2022.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Dated:  September 22, 2022     **MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Brya M. Keilson, Esquire (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: bkeilson@morrisjames.com

*Counsel to the Debtors and Debtors in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

13792312.v1