# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Agway Farm & Home Supply, LLC</u>　　　　　　　Case No. <u>22-10602</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>North West Rubber Ltd</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Schedule Amount: <u>USD$46,971.00</u><br>Schedule # <u>2408407</u> |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO BOX 633<br>Woodmere, NY 11598 | Phone: <u>604-786-2133</u><br>Last four digits of Acct.#　<u>N/A</u><br><br>Name and Current Address of Transferor: |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#:　<u>N/A</u> | North West Rubber Ltd<br>PO Box 8000<br>Sumas, WA 98295 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#:　<u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>　　　　　　　　　　　　　　Date: <u>September 22</u>, 2022
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attention: Clerk

AND TO: Agway Farm & Home Supply, LLC,
Case No. 22-10602 (the "Debtor")

Claim # N/A

**North West Rubber Ltd,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$46,971.00**("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __13th__ DAY OF __September__, 2022.

ASSIGNOR: North West Rubber Ltd

_David Pruim_
(Signature)

David Pruim
(Print Name)

CFO
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

| Debtor | **Agway Farm & Home Supply, LLC, a Delaware Limited Liability Company** | Case number (if known) | **22-10602 (JKS)** |
|---|---|---|---|
| | Name | | |

| 3.256 | Nonpriority creditor's name and mailing address<br>**NJ E-Z PASS**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $56.45 |
|---|---|---|---|
| 3.257 | Nonpriority creditor's name and mailing address<br>**NO SPILL INC**<br>**10975 Benson Drive Suite 390**<br>**Overland Park, KS 66210**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $8,079.72 |
| 3.258 | Nonpriority creditor's name and mailing address<br>**NORTH ATLANTIC TRUCKING INC**<br>**100 PROGRESS AVE**<br>**Springfield, MA 01104**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,925.98 |
| 3.259 | Nonpriority creditor's name and mailing address<br>**NORTH CENTRAL COMPANIES**<br>**601 CARLSON PARKWAY SUITE 400**<br>**MINNETONKA, MN 55305-5226**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $94,957.80 |
| 3.260 | Nonpriority creditor's name and mailing address<br>**NORTH STATES INDUSTRIES INC**<br>**5455 HIGHWAY 169 N**<br>**PLYMOUTH, MN 55442**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,127.04 |
| 3.261 | Nonpriority creditor's name and mailing address<br>**NORTH WEST RUBBER LTD**<br>**PO Box 8000**<br>**Sumas, WA 98295**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $46,971.00 |
| 3.262 | Nonpriority creditor's name and mailing address<br>**NOVOS LAW, LLP**<br>**1801 Century Park East, 16th floor**<br>**Los Angeles, CA 90067**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $180.00 |



## Claim Summary

**Creditor Name** North West Rubber Ltd
**Creditor Address** PO Box 8000
Sumas, WA 98295
**Debtor Name** Agway Farm & Home Supply, LLC
**Debtor Case No.** 22-10602
**Claim No.**
**Date Filed**
**Schedule No.** 2408407

**Schedule Amount**

General Unsecured $46,971.00
Priority $0.00
Secured $0.00
Admin Priority $0.00

**Filed Claim Amount**

General Unsecured $0.00
Priority $0.00
Secured $0.00
Admin Priority $0.00

**Current Claim Amount**

General Unsecured $46,971.00
Priority $0.00
Secured $0.00
Admin Priority $0.00
*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Copyright © 2022 Stretto, All rights reserved.
410 Exchange, Ste 100
Irvine, CA 92602