**Exhibit 2**

**Bidding Procedures Key Dates**

## BIDDING PROCEDURES KEY DATES

| EVENT | DATE |
|---|---|
| Hearing to approve the Bidding Procedures | September 22, 2022 at 10:00 a.m.[1] |
| Service of Bidding Procedures Order, Sale Notice | No later than two (2) Business Days after entry of the Order approving the Bidding Procedures |
| Bid Deadline | October 10, 2022 at 5:00 p.m. |
| Deadline to file proposed form of Sale Order | October 13, 2022 at 4:00 p.m. |
| Deadline for Sale Objections | October 7, 2022 at 4:00 p.m. |
| Auction | October 12, 2022 at 10:00 a.m. |
| Objections to Auction Process | October 13, 2022 at 4:00 p.m. |
| Sale Hearing | October 14, 2022 at 12:00 p.m. |

---

[1] All references to time refer to prevailing Eastern Time.