# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC [1] | Case No. 22-10602 (JKS) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 29, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Bradford Capital Holdings, LP, Attn: Brian L. Brager at PO Box 4353, Clifton, NJ 07012:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 192]**

Furthermore, on September 29, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 192]**

Furthermore, on September 29, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on TRC Master Fund LLC, Attn: Terrel Ross at PO Box 633, Woodmere, NY 11598:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 207]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 208]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 217]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 218]**

---

[1] 1 The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230

Furthermore, on September 29, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Garant GP at PO Box 12442, Newark, NJ 07101-3542:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 207]**

Furthermore, on September 29, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Garant GP at 375 Chemin St-Francios Ouest, St-Francis, Quebec, Canada G0R 3A0:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 208]**

Furthermore, on September 29, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on North West Rubber Ltd at PO Box 8000, Sumas, WA 98295:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 217]**

Furthermore, on September 29, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on North West Rubber Ltd. at 33850 Industrial Avenue, Abbotsford, BC V2Z 3A1, Canada:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 218]**

Furthermore, on September 30, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Bradford Capital Holdings, LP, Attn: Brian L. Brager at PO Box 4353, Clifton, NJ 07012:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 227]**

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on September 30, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 227]**

Dated: September 30, 2022

Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 30th day of September, 2022, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Dare Products Inc | Robert Wilson | 860 Betterly Road | Springfield | MI | 49037 |
| Dare Products Inc. - Vendor | | PO Box 157 | Battle Creek | MI | 49016-0157 |

# **<u>Exhibit B</u>**



## Exhibit B
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Agri Fab Inc. | | PO Box 6718 | Carol Stream | IL | 60197-6718 |
| Agri-Fab | Attn: Denise Moller | 809 S. Hamilton St | Sullivan | IL | 61951 |
| Agri-Fab, Inc | c/o AR Dept | 809 S Hamilton St | Sullivan | IL | 61951 |