**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor. | |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 case:

| **Date** | **Time** |
|---|---|
| November 22, 2022 | 10:00 a.m. (prevailing ET) |
| December 20, 2022 | 10:00 a.m. (prevailing ET) |
| January 24, 2023 | 10:00 a.m. (prevailing ET) |

**Dated: October 6th, 2022
Wilmington, Delaware**

**J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE**

13817754.v1