**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor. | Re: Docket No. 202, 206 |

## CERTIFICATE OF NO OBJECTION

I, Brya M. Keilson, hereby certify as follows:

On September 20, 2022, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Motion of the Debtor and Debtor-In-Possession for Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement* (the "Motion") [D.I. 202].

On September 21, 2022, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Notice of Filing of Proposed Order Regarding Motion of the Debtor and Debtor-In-Possession for Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement* (the "Notice of Filing") [D.I. 206].

The deadline to object to the Motion was October 6, 2022.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon. The Debtor respectfully requests that the Court enter the Order granting the Motion, a copy of which was attached as **Exhibit 1** to the Notice of Filing.

13820581.v1

<div style="display:flex">
<div>
Dated:  October 7, 2022
Wilmington, Delaware
</div>
<div>

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bkeilson@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*
</div>
</div>