# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGWAY FARM & HOME SUPPLY, LLC[1],<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10602 (JKS)<br><br>Re: D.I. 256 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, I caused the United States Trustee's Objection to the Debtor's Expedited Motion to Designate Stalking Horse Purchaser, Approve Stalking Horse Purchase Agreement, And Provide Bid Protections For Remaining Assets [D.I. 248] to be served via email upon the parties listed below and through the CM/ECF notification system to all duly registered parties thereto.

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

Robert J. Feinstein
Steven W Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024
Email: rfeinstein@pszjlaw.com
Email: sgolden@pszjlaw.com

Bradford J. Sandler
Colin R. Robinson
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
Email: crobinson@pszjlaw.com

Alan J. Friedman, Esq.
Max Casal, Esq.
Melissa Davis Lowe, Esq.
Shulman Bastian Friedman & Bui LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618
Email: mlowe@shulmanbastian.com
Email: mcasal@shulmanbastian.com
Email: afriedman@shulmanbastian.com

Jeffrey R. Waxman, Esq.
Brya Michele Keilson, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
Email: jwaxman@morrisjames.com
Email: BKeilson@morrisjames.com

Joseph S. Sheerin, Esq.
McGuire Woods LLP
Gateway Plaza
800 E. Canal Street
Richmond, VA 23219-3916
Email: jsheerin@mcguirewoods.com

William A. Crawford, Esq.
Franklin & Prokopik, P.C.
500 Creek View Road, Suite 502
Newark, DE 19711
Email: WCrawford@fandpnet.com

Ryan P. Newell, Esq.
Robert F. Poppiti, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
Email: renewell@ycst.com
Email: rpoppiti@ycst.com

Andrew P. Sherrod, Esq.
Hirschler Fleischer
The Edgeworth Building
2100 East Carey Street
P.O. Box 500
Richmond, Virginia 23218
Email: asherrod@hirschlerlaw.com

Stephen E. Leach, Esq.
Hirschler Fleischer
8270 Greensboro Drive, Suite 700
Tyson, Virginia 22102
Email: sleach@hirschlerlaw.com

*/s/Richard L. Schepacarter*
Richard L. Schepacarter
Trial Attorney