| **Agway Farm & Home Supply, LLC  22-10602** | | | |
|---|---|---|---|
| **October 14, 2022 - 12:00PM** | | | |
| **Sale Hearing** | | | |
| **First Name** | **Last Name** | **Party Representing** | **Firm Name** |
| John | Atkins | CT Gardens, An AGWAY Retailer (Interested party) | |
| Max | Casal | Debtor | Shulman Bastian Friedman & Bui LLP |
| Alan | Friedman | Debtor | Shulman Bastian Friedman & Bui LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Brian | Hall | Florida Hardware | Smith, Gambrell & Russell |
| Michael | Joyce | True Value | Joyce, LLC |
| Melissa | Lowe | Debtor | Shulman Bastian Friedman & Bui LLP |
| Jennifer | McLemore | Harris Holding | Williams Mullen |
| Jay | Quickel | Debtor | Agway Farm & Home Supply |
| Jamie | Weinstein | Harris Holding | Harris Holding |
| Rachel | Werkheiser | USBC | USBC |
| Becky | Yerak | Wall Street Journal | News Corp |

## SIGN-IN SHEET

| CASE NAME: Agway Farm & Home Supply, LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 22-10602 JKS | DATE: 10/14/2022 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard L. Schepacarter | USDOJ - OUST | Andrew R. Vara, U.S. Trustee |
| Colin R. Robinson | Pachulski Stang Ziehl + Jones | Official Committee of Unsecured Creditors |
| Jeff Waxman | Morris James | Debtor |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |