# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC,[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Re: Docket No. ___** |

## ORDER SHORTENING THE NOTICE PERIOD WITH RESPECT TO THE EXPEDITED MOTION TO DESIGNATE STALKING HORSE PURCHASER, APPROVE STALKING HORSE PURCHASE AGREEMENT, AND PROVIDE BID PROTECTIONS FOR REMAINING ASSETS

Upon consideration of the *Debtor's Motion for Entry of an Order Shortening the Notice Period with Respect to the Expedited Motion to Designate Stalking Horse Purchaser, Approve Stalking Horse Purchase Agreement, and Provide Bid Protections for Remaining Assets* (the "Motion to Shorten"), filed by the Debtor,[2] seeking entry of an order shortening time for notice on the Bid Protections Motion, scheduling the hearing date and time, and establishing the deadline by which parties must file objections to the Bid Protections Motion; and the Court having determined that granting the relief requested in the Motion to Shorten is in the best interest of the Debtor, the Debtor's creditors, and other parties in interest; and it appearing that due and adequate notice of the Motion to Shorten and the Stalking Horse Motion has been given; and no other or further notice of such Motion to Shorten is necessary or required; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, that:

1. The Motion to Shorten is granted to the extent set forth herein.

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Shorten.

2.    A hearing on the Bid Protections Motion will be held on October 14, 2022 at 12:00 p.m. (ET).

3.    The deadline to file objections to the Bid Protections Motion shall be at the hearing on October 14, 2022 at 12:00 p.m. (ET).

Dated: October 14th, 2022
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE