# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor. | **Re: Docket No. 235** |

## CERTIFICATE OF NO OBJECTION

I, Brya M. Keilson, hereby certify as follows:

On October 3, 2022, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Debtor's Motion for Order Extending the Period to Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027* (the "Motion") [D.I. 235].

The deadline to object to the Motion was October 17, 2022.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon. The Debtor respectfully requests that the Court enter the Order granting the Motion, a copy of which was attached as **Exhibit A** to the Motion.

| | |
|---|---|
| Dated: October 18, 2022<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: bkeilson@morrisjames.com<br><br>*Counsel to the Debtor and Debtor in Possession* |

13847293.v1