IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC [1] | Case No. 22-10602 (JKS) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 18, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on Liquid Asset Partners, LLC at sales@liquidap.com.

- **Order (A) Authorizing Sale of Certain of Debtor's Assets Pursuant to Successful Bidder(s)' Asset Purchase Agreements, Free and Clear of Liens, Claims, Interests, and Encumbrances; and (B) Granting Related Relief** (Docket No. 277)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: October 21, 2022

_/s/ Ana M. Galvan_
Ana M. Galvan

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 21st day of October, 2022 by Ana M. Galvan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

---

[1] 1 The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Liquid Asset Partners, LLC | | 2700 Patterson Ave SE | Grand Rapids | MI | 49546 |
| Myron Bowling Auctioneers, Inc | Christopher Lee | 3901 Kraus Lane | Hamilton | OH | 45014 |