IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC [1] | Case No. 22-10602 (JKS) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 20, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Supplemental Declaration of Alan J. Friedman in Support of the Application of the Debtor to Employ and Retain Shulman Bastian Friedman & Bui LLP as Counsel to the Debtor Nunc Pro Tunc to the Petition Date** (Docket No. 282)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: October 21, 2022

_____
Ana M. Galvan

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 21st day of October, 2022 by Ana M. Galvan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

*JESSIE DE GUZMAN*
*Notary Public - California*
*Orange County*
*Commission # 2401464*
*My Comm. Expires Apr 20, 2026*

---

[1] 1 The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| City Clerk of Boston, MA | | 1 City Hall Ave | | | Boston | MA | 02109 |
| City Clerk of Richmond, VA | Accounts Payable Department | 900 E Broad St | Room 1004 | | Richmond | VA | 23219 |
| Internal Revenue Service | | 310 Lowell St | | | Andover | MA | 01810 |
| Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Massachusetts Department of Revenue | | 200 Arlington St | | | Chelsea | MA | 02150 |
| Massachusetts Secretary of the Commonwealth Corp Div | | One Ashburton Place | Room 1717 | | Boston | MA | 02108-1512 |
| Securities & Exchange Commission | | 100 F St NE | | | Washington | DC | 20549 |
| Virginia Commissioner of Revenue | | 144 N Sycamore St | | | Petersburg | VA | 23803 |
| Virginia Department of Taxation | | 1957 Westmoreland St | | | Richmond | VA | 23230 |
| Virginia Department of Taxation | | 600 E Main St | Suite 1100 | | Richmond | VA | 23219 |
| Virginia Office of the Attorney General | | 202 N Ninth St | | | Richmond | VA | 23219 |
| Virginia State Income Tax | | 9901 Lori Rd | | | Chesterfield | VA | 23832 |

# **Exhibit B**



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Agway Farm & Home Supply, LLC | c/o Morris James LLP | Attn: Jeffrey R. Waxman & Brya M. Keilson | jwaxman@morris.james.com<br>bkeilson@morrisjames.com |
| Agway Farm & Home Supply, LLC | c/o Shulman Bastrian | Attn: Alan J. Friedman & Melissa Davis Lowe | afriedman@shulmanbastian.com<br>mlowe@shulmanbastian.com |
| Animal Health International Inc. | Attn: Heather Kayser | | heather.kayser@pattersonvet.com |
| Animal Health International Inc. | c/o Bernick Lifson PA | Attn: Jack E. Pierce | jpierce@bernicklifson.com |
| Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield | c/o McGuireWoods LLP | Attn: Joseph S. Sheerin, Esq. | jsheerin@mcguirewoods.com |
| Cargill Animal Nutrition- Pro Pet | | | kate_hibbard@cargill.com |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Gallagher North America, Inc. [Gallagher Power Fence Inc.] | Attn: Julie McGovern | | julie.mcgovern@gallagher.com |
| Growmark FS, LLC | c/o Franklin & Prokopik | Attn: William A. Crawford | wcrawford@fandpnet.com |
| Hub Group, Inc. | Attn: Geoffrey F. De Martino | | gdemartino@hubgroup.com<br>susan.henry@troutman.com |
| Mansfield Oil Company of Gainesville, Inc. | c/o Thompson, O'Brien, Kappler & Nasuti, PC | | mpugh@tokn.com |
| Massachusetts Office of the Attorney General | | | ago@state.ma.us |
| Office of the U.S. Trustee tor the District of Delaware | Attn: Richard L. Schepacarter | | ustpregion03.wl.ecf@usdoj.gov<br>richard.schepacarter@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Colin R. Robinson, & Steven W. Golden | bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br>sgolden@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein | rfeinstein@pszjlaw.com |
| Securities & Exchange Commission | Attn: Lara Shalov Mehraban | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Southern States Cooperative, Inc. | c/o Hirschler Felischer | Attn: Andrew P. Sherrod | asherrod@hirschlerlaw.com |
| Southern States Cooperative, Inc. | c/o Hirschler Fleischer | Attn: Stephen E. Leach | sleach@hirschlerlaw.com |
| Southern States Cooperative, Inc. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Ryan P. Newell & Robert F. Poppiti, Jr. | rpoppiti@ycst.com<br>rnewell@ycst.com<br>bankfilings@ycst.com |
| The Scotts Company, LLC | Attn: David S. Robinson | | dave.robinson@scotts.com |
| True Value Company, LLC | c/o Beck Chaet Bamberger & Polsky SC | Attn: Devon J. Eggert | deggert@bcblaw.net<br>pfoster@bcblaw.net |
| True Value Company, LLC | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| U.S. Attorneys Office for the District of Delaware | Attn: David C. Weiss | | usade.ecfbankruptcy@usdoj.gov |
| Wildlife Sciences LLC | Attn: William J. Gleason | | bill.gleason@wildlifesciences.net<br>james.hanson@wildlifesciences.net<br>colton.gleason@wildlifesciences.net |
| Woodgrain Millwork Inc. | Attn: President, General, or Managing Agent | | creditdept@woodgrain.com |
| Woodgrain Millwork Inc. | Attn: President, General, or Managing Agent | | rhullette@woodgrain.com |