**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC,[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Objection Deadline: November 17, 2022 at 4:00 p.m. (ET)** |

**SUMMARY OF FOURTH MONTHLY FEE APPLICATION OF SHULMAN BASTIAN
FRIEDMAN & BUI LLP, BANKRUPTCY COUNSEL TO THE DEBTOR, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM OCTOBER 1, 2022 THROUGH  OCTOBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | Shulman Bastian Friedman & Bui LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | July 5, 2022 (effective July 5, 2022) |
| Period for which compensation and reimbursement is sought: | October  1, 2022 through October 31, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary legal services rendered: | $55,724.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $86.60 |

This is a(n):    <u> X </u>  monthly    ____ interim    ___ final application

---

[1] The last four digits of the Debtor's federal tax identification number are 1247.  The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

## PRIOR APPLICATIONS FILED

| Dated Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 08/08/2022 | 7/5/2022 – 7/31/2022 | $89,666.00 | $41.05 | $71,732.80 (80%) | $41.05 (100%) |
| 09/08/2022 | 8/1/2022 – 8/31/2022 | $55,401.00 | $19.50 | $44,320.80 (80%) | $19.50 (100%) |
| 10/6/2022 | 9/1/2022 – 9/30/2022 | $32,427.50 | $0.00 | $25,942.00 (80%) | $0.00 (100%) |

13890542.v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC,[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Objection Deadline: November 17, 2022 at 4:00 p.m. (ET)** |

**FOURTH MONTHLY FEE APPLICATION OF SHULMAN BASTIAN FRIEDMAN &
BUI LLP, BANKRUPTCY COUNSEL TO THE DEBTOR, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM OCTOBER 1, 2022 THROUGH  OCTOBER 31, 2022**

Shulman Bastian Friedman & Bui LLP ("SBFB"), general bankruptcy counsel to Agway
Farm & Home Supply, LLC, the debtor and debtor in possession (the "Debtor"), hereby submits
its monthly fee application (the "Application") for entry of an order pursuant to section 331 of
title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code")
granting interim compensation in the amount of $55,724.00 and reimbursement of expenses in
the amount $86.60 for the period from October 1, 2022 through October 31, 2022 (the
"Compensation Period"), and in support thereof, SBFB respectfully represents as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.
This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).

2.      Venue of this proceeding and this Application is proper in this District pursuant to
28 U.S.C. §§1408 and 1409.

---

[1] The last four digits of the Debtor's federal tax identification number are 1247.  The Debtor's address is 6606 W.
Broad Street, Richmond, VA 23230.

3.      The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## BACKGROUND

4.      On July 5, 2022 (the "Petition Date"), the Debtor filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Court") for relief under chapter 11 of the Bankruptcy Code.  The Debtor continues as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code while it completes its dissolution and winddown.  On July 18, 2022, an official committee of unsecured creditors (the "Committee") was appointed in this case.  No trustee or examiner has been appointed.

5.      On July 13, 2022, the Debtor filed a Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Administrative Compensation Motion") [D.I. 54].  The deadline for filing objections to the Administrative Compensation Motion was 4:00 p.m. (ET) on July 27, 2022.  No objections to the Administrative Compensation Motion were filed and on August 2, 2022 the Debtor submitted its Certification of Counsel and proposed form of order approving the Administrative Compensation Motion [D.I. 103].  On August 3, this Court entered an Order granting the Administrative Compensation Motion [D.I. 114].

6.      On July 13, 2022, the Debtor filed an application seeking the retention and employment of Shulman Bastian Friedman & Bui LLP as bankruptcy counsel for the Debtor nunc pro tunc to the Petition Date [D.I. 50].  On August 3, 2022, this Court entered an Order [D.I. 112] approving the retention of SBFB as bankruptcy counsel to the Debtor nunc pro tunc to the Petition Date.

2

7.    Attached hereto as **Exhibit A** is a full and detailed statement describing the services rendered by each professional and paraprofessional at SBFB during the Compensation Period.

8.    To apprise this Court of the legal services provided during the Compensation Period, SBFB sets forth the following summary of legal services rendered.  The summary is intended only to highlight the general categories of services performed by SBFB on behalf of the Debtor; it is not intended to set forth each and every item of professional services which SBFB performed.

- **Estate Analysis**

This category includes time expended by SBFB in connection with addressing potential collection actions, including preparation of demand letters to collect receivables, review and analysis of issues related to collection of accounts receivable and multiple conferences and correspondence related to same.  This category includes (i) review and analysis of issues and numerous communications relating to status of outstanding receivables and action plan, (ii) conferences with John Hart Farms addressing settlement, including the review/preparation of a settlement agreement, (iii) finalize a complaint for turnover of accounts receivable, and (iv) participate in numerous communications and discussions with recipients of demand letter.

SBFB expended 39.50 hours of time for a charge of $11,120.00 services rendered with respect to matters relating to estate analysis.

- **Asset Disposition**

This category includes time expended by SBFB in connection with the sale process for the sale of the Debtor's assets.  Such services included but are not limited to the following: (1) strategy with respect to the sales process, (2) addressing pending sale issues with the Committee

13890542.v1

and various parties, (3) review, analysis and revisions of the bid procedures motion, (4) review and revisions of sale documents and participating in numerous communications and multiple correspondence relating to same, (5) communications addressing sales process and related options to vacate and rejection procedures, (6) address issues relating to pending sales of certain of the Debtor's inventory and IP, (7) communications and review of various offers for auction and remnant inventory, (8) review and analysis of bid/offer by Myron Bowling, review auctioneer agreement, address various issues regarding Myron Bowling's bid, preparation of motion to approve Myron Bowling as stalking horse bidder, and preparation of application to employ Myron Bowling as auctioneer for remnant inventory, (9) multiple conferences and communications related to potential overbids, (10) prepare for and attend Zoom auction(s), (11) prepare sale order (12) prepare for and attend sale hearing, (13) review, analyze and multiple communications and correspondence related to multiple sale/closing documents, and (14) address issues relating to and preparation of a motion to abandon/destroy certain records.

SBFB expended 70.90 hours of time for a charge of $35,848.00 for services rendered with respect to matters relating to asset disposition.

- **Business Operations**

This category includes time expended by SBFB in connection with addressing issues related to the Debtor's business operations. Such included (1) dealing with lease related matters, (2) abandonment of records, (3) review and analysis of budgetary issues, and (4) employee related issues.

SBFB expended 3.80 hours of time for a charge of $1,912.00 for services rendered with respect to matters relating to business operations.

4

- **<u>Case Administration</u>**

This category includes time expended by SBFB in connection with (1) reviewing of the Debtor's monthly operating report and communications addressing same, (2) participating in conference calls with the Debtor and Committee counsel relating to pending issues/next steps in case, and (3) attending to various case administrative matters, calendaring of hearings and various related deadlines, and updating and maintaining casefiles.  Moreover, this category includes time reviewing and analyzing relevant statutory authority relating to abandoned property and entitlement to administrative claim.

SBFB expended 7.10 hours of time for a charge of $2,756.00 for services rendered with respect to matters relating to case administration.

- **<u>Claims Administration & Objections</u>**

This category includes analysis regarding potential claim issues, including review of various claims and corresponding with various claimants relating to filed claims.

SBFB expended 1.00 hours of time for a charge of $470.00 for services rendered with respect to matters relating to claims administration and objections.

- **<u>Employee Benefits and Pension</u>**

This category includes time expended by SBFB in connection with reviewing and analyzing separation agreements and related amendments and waivers and how to address with the Debtor's employees.

SBFB expended .20 hours of time for a charge of $105.00 for services rendered with respect to matters relating to employee benefits and pension.

13890542.v1

- **Fee Application**

This category includes time expended by SBFB in connection with reviewing and revising invoices in preparation of monthly fee applications, addressing issues relating to monthly fee applications, and in commencing drafting of this monthly fee application of SBFB. This category includes reviewing and providing comments to the monthly fee application of RKE (the Detor's accountants) and assisting in the preparation and finalizing of same. Lastly, this category includes drafting of SBFB's first interim fee application.

SBFB expended 7.10 hours of time for a charge of $2,275.00 for services rendered with respect to matters relating to fee application.

- **Employment**

This category includes time expended by SBFB in connection with the preparation of an application to employ Myron Bowling as auctioneer in connection with remnant inventory, and addressing issues relating to same. This category also includes addressing issues relative to employment disclosures and the drafting of a declaration making additional disclosures relating to SBFB's employment.

SBFB expended 3.60  hours of time for a charge of $1,099.00  for services rendered with respect to matters relating to employment applications.

- **General Litigation**

This category includes time expended by SBFB in connection with multiple team correspondence related to pending litigation and resolution of same.

SBFB expended .20 hours of time for a charge of $139.00 for services rendered with respect to matters relating to general litigation.

6

9.      The total sum due to SBFB for professional services rendered on behalf of the Debtor during for the Compensation Period is $55,724.00.  SBFB submits that the professional services it rendered on behalf of the Debtor during this time were reasonable and necessary.

10.      SBFB incurred $86.60 of expenses during the Compensation Period.  A chart detailing the specific disbursements are attached hereto as **Exhibit B**.

11.      The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements, including that copying charges were only $.10 per page.

**WHEREFORE**, SBFB hereby requests pursuant to the procedures allowed in the Administrative Compensation Order: (i) interim allowance of compensation for necessary and valuable professional services rendered to the Debtor in the amount of $55,724.00 and reimbursement of expenses in the amount of $86.60 for the period from October 1,  2022 through October 31, 2022; (ii) payment in the total amount of $44,665.80 (representing 80% of the total fees ($44,579.20) billed and 100% of the expenses $86.60 incurred during the Application Period); and (iii) such other relief as this Court deems just and proper.

13890542.v1

Dated:  November 7, 2022
Wilmington, Delaware

**MORRIS JAMES LLP**

/s/ Brya M. Keilson
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
Max Casal (admitted *pro hac vice*)
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com
E-mail: mcasal@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*

13890542.v1