**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC,[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Objection Deadline: November 21, 2022 at 4:00 p.m. (ET)** |

**SUMMARY OF THIRD MONTHLY FEE APPLICATION OF FOCUS MANAGEMENT GROUP USA INC. FINANCIAL ADVISORS TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| | |
|---|---|
| Name of Applicant: | Focus Management Group USA Inc. |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | July 5, 2022 (effective September 5, 2022) |
| Period for which compensation and reimbursement is sought: | September 01, 2022 through September 30, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary legal services rendered: | $24,705.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $140.00 |

This is a(n):    __X__ monthly    ____ interim    ____ final application

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230. Without prejudice to seeking payment of full amount upon application
13898450.v1

## PRIOR APPLICATIONS FILED

| Dated Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 9/23/2022 | July 5, 2022 to July 31, 2022 | $42,370.00 | $105.00 | $33,896.00 (80%) | $105.00 (100%) |
| 9/29/2022 | August 1, 2022 to August 31, 2022 | $24,557.50 | $105.00 | $19,646.00 (80%) | $105.00 (100%) |
| | | | | | |
| | | $66,927.50 | $ 210.00 | $53,542.00 | $ 210.00 |

13898450.v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC[1], | Case No. 22-10602 (JKS) |
| Debtor. | **Obj. Deadline: November 21, 2022 at 4:00 p.m. (ET)** |

**THIRD MONTHLY FEE APPLICATION OF FOCUS MANAGEMENT GROUP USA INC., FINANCIAL ADVISOR TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 01, 2022 THROUGH SEPTEMBER 30, 2022**

Focus Management Group USA Inc ("FOCUS"), financial advisor to Agway Farm & Home Supply, LLC, the debtor and debtor in possession (the "Debtor"), hereby submits its monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting monthly compensation in the amount of $24,705.00 and reimbursement of expenses in the amount $140.00 for the period from September 01, 2022 through September 30, 2022 (the "Compensation Period"), and in support thereof, FOCUS respectfully represents as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).

2. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

3. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

**BACKGROUND**

4. On September 5, 2022 (the "Petition Date"), the Debtor filed a voluntary petition.

13898450.v1

with the United States Bankruptcy Court for the District of Delaware (the "Court") for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its properties as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On July 18, 2022, an official committee of unsecured creditors (the "Committee") was appointed in this case.   No trustee or examiner has been appointed.

5. On July 13, 2022, the Debtor filed a Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Administrative Compensation Motion") [D.I. 54]. The deadline for filing objections to the Administrative Compensation Motion was 4:00 p.m. (ET) on July 27, 2022.  No objections to the Administrative Compensation Motion were filed and on September 2, 2022 the Debtor submitted its Certification of Counsel and proposed form of order approving the Administrative Compensation Motion [D.I. 103]. On September 3, this Court entered an Order granting the Administrative Compensation Motion [D.I. 114].

6. On July 13, 2022, the Debtor filed an application seeking the retention and employment of Focus Management Group USA Inc as financial advisor for the Debtor nunc pro tunc to the Petition Date [D.I. 52].  On September 03, 2022, this Court entered an Order [D.I.113] approving the retention of FOCUS as bankruptcy counsel to the Debtor nunc pro tunc to the

Petition Date.

7. Attached hereto as **Exhibit A** is a full and detailed statement describing the services rendered by each professional and paraprofessional at FOCUS during the Compensation Period.

8. To apprise this Court of the services provided during the Compensation Period, FOCUS sets forth the following summary of services rendered. The summary is intended only to highlight the general categories of services performed by FOCUS on behalf of the Debtor; it is not intended to set forth each and every item of professional services which FOCUS performed.

- **Business Analysis**

This category includes time expended by FOCUS in connection with assisting the Debtor in (1) updating business plans, (2) cash flow projections with variance analysis, (3) review of weekly operational expenses and (4) budgets and monitoring collections and disbursements.

FOCUS expended 32.7 hours of time for a charge of $15,532.50 for services rendered with respect to matters relating to business analysis.

- **Business Operations**

This category includes time expended by FOCUS in connection with addressing issues related to the Debtor's business operations. Such included (1) review of various payroll and personnel matters.

FOCUS expended 1.2 hours of time for a charge of $570.00 services rendered with respect to matters relating to business operations.

- **Case Administration**

This category includes time expended by FOCUS in connection with (1) prepare the monthly operating reports (MORS) for the court, and (2) participating in numerous conference calls with the Debtor addressing various case administrative matters,

FOCUS expended 14.3 hours of time for a charge of $6,792.50 for services rendered with respect to matters relating to case administration.

- **Asset Analysis & Recovery**

This category includes time expended by FOCUS in connection with (1) discussions with

Debtor regarding the sale of intellectual property and (2) participating in conference calls with the Debtor addressing various matters in the sales process.

FOCUS expended .2 hours of time for a charge of $95.00 for services rendered with respect to matters relating to asset analysis & recovery.

- **Fee/Employment Applications**

This category includes time expended by FOCUS in connection with (1) the preparation of the July and August monthly fee applications with supporting time and expense details.

FOCUS expended 4.9 hours of time for a charge of $1,715.00 for services rendered with respect to matters relating to fee applications.

9. The total sum due to FOCUS for professional services rendered on behalf of the Debtor during for the Compensation Period is $24,705.00. FOCUS submits that the professional services it rendered on behalf of the Debtor during this time were reasonable and necessary.

10. FOCUS incurred $140.00 of expenses during the Compensation Period. A chart detailing the specific disbursements are attached hereto as **Exhibit A**.

11. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements, including that copying charges were only $.10 per page.

*Blank to end of page*

**WHEREFORE**, FOCUS hereby requests pursuant to the procedures allowed in the Administrative Compensation Order: (i) monthly allowance of compensation for necessary and valuable professional services rendered to the Debtor in the amount of $24,705.00 and reimbursement of expenses in the amount of $140.00 for the period from September 1, 2022 through September 30, 2022; (ii) payment in the total amount of $19,764.00 (representing 80% of the total fees ($24,705.00) billed and 100% of the expenses $140.00 incurred during the Application Period); and (iii) such other relief as this Court deems just and proper.

Dated: November 11, 2022                **MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Jeffrey R. Waxman (DE Bar No. 4152)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (*admitted pro hac vice*)
Melissa Davis Lowe (*admitted pro hac*)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 427-1654
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*

13898450.v1