**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AGWAY FARM & HOME SUPPLY, LLC[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10602 (JKS)<br><br>**Re: Docket No. 305** |

**ORDER AUTHORIZING EXTENSION OF EXCLUSIVE PERIODS DURING WHICH THE DEBTOR MAY FILE A PLAN AND DISCLOSURE STATEMENT AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121(d)**

Upon consideration of the Motion of the Debtor for an Order Extending the Exclusive Periods During which the Debtor May File a Plan and Disclosure Statement and Solicit Acceptances Thereof Pursuant to 11 U.S.C. § 1121(d) (the "Motion"),[2] and finding that due and sufficient notice of the Motion having been given, and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion is GRANTED; and

2. The period during which the Debtor has the exclusive right to file a plan is extended through and including January 31, 2023;

3. The period during which the Debtor has the exclusive right to solicit acceptances of a plan is extended through and including April 1, 2023; and

4. Notwithstanding the above, the Committee may at any time during the extension of

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.
[2] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

13877999.v1

the Exclusive Periods, file a joint plan with the Debtor.

5. This initial extension of the Exclusivity Periods without prejudice to the right of the Creditors Committee to: (i) seek to terminate the Debtor's Exclusivity Periods, after notice and an opportunity for hearing of no less than fourteen (14) days and (ii) object to any future extension of the Exclusivity Periods.

**Dated: November 17th, 2022**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

13877999.v1