# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC[1] | Case No. 22-10602 (JKS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON NOVEMBER 22, 2022 AT 10:00 A.M. (ET)

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

**ADJOURNED MATTERS:**

1. Motion of the Debtor and Debtor-in-Possession for Order Pursuant to 11 U.S.C. § 554(a) Authorizing Debtor to Abandon, Destroy, and/or Dispose of the Estates Interest in Certain Records and Documents [Filed October 26, 2022; Docket No. 294].

   Response/Objection Deadline: November 15, 2022; extended to December 14, 2022 for Southern States Cooperative, Incorporated.

   Responses/Objections Received: None at this time.

   Related Documents: None at this time.

   Status: This matter has been adjourned to the next omnibus hearing on December 20, 2022 at 10:00 a.m.

**RESOLVED MATTERS:**

2. Application of Debtor for an Order Authorizing the Retention and Employment of Myron Bowling Auctioneers, Inc. as Auctioneers Effective as of October 12, 2022 [Filed October 13, 2022; Docket No. 258].

   Response/Objection Deadline: November 3, 2022 at 4:00 p.m.

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

13906194.v1

Responses/Objections Received:

    A. Informal comments received from the United States Trustee.

Related Documents:

    A. Certification of Counsel Regarding Order Authorizing the Retention and Employment of Myron Bowling Auctioneers, Inc. as Auctioneers Effective as of October 12, 2022 [Filed November 4, 2022; Docket No. 308].

    B. Order Authorizing the Retention and Employment of Myron Bowling Auctioneers, Inc. as Auctioneers Effective as of October 12, 2022 [November 14, 2022; Docket No. 331].

Status:  An order has been entered by the Court.  Accordingly, no hearing is necessary.

3. Motion of Agway Farm & Home Supply, LLC for an Order Extending the Exclusive Periods During Which Debtor May File a Plan and Disclosure Statement and Solicit Acceptances Thereof Pursuant to 11 U.S.C. § 1121(d) [Filed November 2, 2022; Docket No. 305].

   Response/Objection Deadline:  November 15, 2022 at 4:00 p.m.

   Responses/Objections Received:  None.

   Related Documents:

    A. Certificate of No Objection [Filed November 16, 2022; Docket No. 340].

    B. Order Extending the Exclusive Periods During Which Debtor May File a Plan and Disclosure Statement and Solicit Acceptances Thereof Pursuant to 11 U.S.C. § 1121(d) [Filed November 18, 2022; Docket No. 346].

   Status: An order has been entered by the Court.  Accordingly, no hearing is necessary.

*[Signature Page to Follow]*

|  |  |
|---|---|
| Dated: November 18, 2022<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman (admitted *pro hac vice*)<br>Melissa Davis Lowe (admitted *pro hac vice*)<br>Max Casal (admitted *pro hac vice*)<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>E-mail: afriedman@shulmanbastian.com<br>E-mail: mlowe@shulmanbastian.com<br>E-mail: mcasal@shulmanbastian.com<br><br>*Counsel to the Debtor and Debtor in Possession* |