# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC[1] | Case No. 22-10602 (JKS) |
| Debtor. | **RE: Docket No. 330** |

## CERTIFICATE OF NO OBJECTION

I, Brya M. Keilson, hereby certify as follows:

On November 11, 2022, Focus Management Group USA Inc. ("<u>Focus</u>"), financial advisor for the above-captioned debtor and debtor-in-possession (the "<u>Debtor</u>"), filed the *Third Monthly Fee Application of Focus Management Group USA Inc., Financial Advisor to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2022 to September 30, 2022* (the "<u>Application</u>") [D.I. 330].

The deadline to object to the Application was November 21, 2022.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [D.I. 114], no further order is required, and Focus is entitled to receive 80% of its fees ($19,764.00) and 100% of its expenses ($140.00).

| | |
|---|---|
| Dated: November 23, 2022 | **MORRIS JAMES LLP** |
| | <u>/s/ Brya M. Keilson</u><br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: bkeilson@morrisjames.com |
| | *Counsel to the Debtor and Debtor-In-Possession* |

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.