**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **AGWAY FARM & HOME SUPPLY, LLC.**[1] | ) Case No. 22-10602 (JKS) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) **Obj. Deadline: December 19, 2022 at 4:00 p.m. (EST)** |
| | ) |

**SUMMARY COVER SHEET TO THE THIRD MONTHLY FEE APPLICATION**
**OF FTI CONSULTING, INC.,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
<u>**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**</u>

Name of Applicant:                                      FTI Consulting, Inc.

Authorized to provide professional
services to:                                                   Official Committee of Unsecured Creditors

Date of Retention:                                      September 15, 2022, effective as of July 26, 2022

Period for which compensation
and reimbursement are sought:              October 1, 2022, through October 31, 2022

Amount of compensation sought as
actual, reasonable, and necessary:         $17,406.00 (80% of $21,757.50)

Amount of expense reimbursement
sought as actual, reasonable, and necessary:      $0.00

This is an:      <u>X</u>  monthly_____interim      ____final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

137186080.1

2

## COMPENSATION BY TIMEKEEPER

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Zucker, Clifford | Senior Managing Director | $1,325 | 1.9 | $2,517.50 |
| Eldred, John | Managing Director | 965 | 0.8 | 772.00 |
| Flaharty, William | Managing Director | 1,055 | 1.4 | 1,477.00 |
| Ganti, Narendra | Managing Director | 985 | 9.1 | 8,963.50 |
| Addicks, Michael | Consultant | 475 | 16.9 | 8,027.50 |
| **GRAND TOTAL** | | | **30.1** | **$21,757.50** |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 11.4 | $8,322.00 |
| 6 | Asset Sales | 2.5 | 2,462.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 11.9 | 6,617.50 |
| 18 | Potential Avoidance Actions & Litigation Matters | 1.3 | 1,264.50 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 1.5 | 1,477.50 |
| 21 | General Meetings with Committee & Committee Counsel | 0.9 | 1,022.50 |
| 24 | Preparation of Fee Application | 0.6 | 591.00 |
| | **GRAND TOTAL** | **30.1** | **$21,757.50** |

4

## SUMMARY OF EXPENSES

| Expense Type | Amount |
|---|---:|
| **Total** | **$0.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AGWAY FARM & HOME SUPPLY, LLC.**[1] | ) | Case No. 21-10602 (JKS) |
| | ) | |
| | ) | |
| Debtor.[2] | ) | |
| | ) | **Obj. Deadline:  December 19, 2022 at 4:00 p.m. (EST)** |
| | ) | |
| | ) | |

**THIRD MONTHLY FEE APPLICATION OF FTI CONSULTING, INC.,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
<u>**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**</u>

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy</u> <u>Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "<u>Administrative Order</u>") [D.I. 114], the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("<u>FTI</u>"), as financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in these chapter 11 cases, hereby submits this *Third Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period October 1, 2022 to October 31, 2022* (the "<u>Application Period</u>").

**<u>BACKGROUND</u>**

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

.

1.       On July 5, 2022 (the "Petition Date"), the Debtor commenced these chapter 11 cases by filing petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

2.       On July 18, 2022, the U.S. Trustee appointed an Official Committee of Unsecured Creditors [D.I. 63]. At the formation meeting the Committee selected Pachulski Stang Ziehl & Jones LLP as its counsel. On July 27, 2022, the Committee selected FTI as its financial advisor. The Committee consists of the following six members:

   a) The Scotts Company, LLC;
   b) Animal Health International, Inc.;
   c) Wildlife Sciences, LLC;
   d) Capital Forrest Products;
   e) Hub Group, Inc.; and
   f) American Wood Fibers, Inc.


3.       On September 9, 2022, the Court entered the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors* [D.I. 195] (the "Retention Order").

**RELIEF REQUESTED**

4.       FTI submits this Fee Application pursuant to the Bankruptcy Rules, the Administrative Order, and the Retention Order. By this Fee Application, FTI seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $17,406.00 for the Application Period (80% of $21,757.50 total fees), and $0.00 of actual and necessary expenses incurred, for a total compensation of $17,406.00 in accordance with the terms of the Administrative Order. FTI reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such

expenses may not have been captured in FTI's billing system as of the date of filing this Fee Application.

**SUMMARY OF FEES**

5.      The total number of hours expended by FTI professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 30.1 hours. Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

6.      Services rendered by (i) each professional and paraprofessional, (ii) a summary of the time incurred by task, (iii) detailed time entries during the Application Period, (iv) summary of the expenses incurred by task, and (v) detailed expense entries are attached hereto as **Exhibit A, Exhibit B, Exhibit C**, **Exhibit D**, and **Exhibit E,** respectively. The following paragraphs describe the primary services rendered by FTI during the Application Period.

*Code 2 – Cash and Liquidity Analysis (11.4 hours)*

7.      During the Application Period, FTI monitored the Debtor's liquidity position and performed diligence on the Debtor's 13-week cash flow forecasts and weekly budget to actual variances. As part of this diligence, FTI corresponded with Debtor's advisors in order to understand the underlying drivers of the budget, key budget assumptions, and explanations for significant weekly budget-to-actual variances. FTI prepared and distributed weekly reports to the Committee summarizing and analyzing the details of the 13-week cash flow forecasts, which are refreshed every week, as well as actual results compared to budget in order to keep the Committee informed of the Debtor's current and projected liquidity position

*Code 6 – Asset Sales (2.5 hours)*

3

8.      During the Application Period, FTI reviewed and assessed inventory, intellectual property, and liquidation sale proposals.

*Code 14 – Analysis of Claims & Liabilities Subject to Compromise (11.9 hours)*

9.      Time in this code includes analysis of various first day motions including, among others, critical vendor, professional retention applications, and lease rejection motions.

*Code 18 – Potential Avoidance Actions & Litigation Matters (1.3 hours)*

10.     During the Statement Period, FTI professionals reviewed documents and issues relating to the depositions of a number of parties-in-interest in these cases.

*Code 20 – General Meetings with Debtor & Debtor's Professionals (1.5 hours)*

11.     FTI participated in various calls and in-person meetings with the Debtor's personnel, their counsel and financial advisor to discuss the key case issues including; work plan, due diligence, prioritization, and assessment of case strategy.

*Code 21 – General Meetings with Committee & Committee Counsel (0.9 hours)*

12.     Work in this area included participation in periodic calls with the Committee and its counsel to discuss case strategy and status, current financial and operational results, the Debtor's corporate structure, interrelationships among the Debtor and certain non-debtors, preliminary understanding of claims, pending motions and various other case issues

*Code 24 – Preparation of Fee Application (0.6 Hours)*

13.     During the Application period FTI prepared the July-August Fee Application.

## CONCLUSION

WHEREFORE, FTI respectfully requests an interim allowance of compensation for professional services rendered as financial advisor to the Committee during the Application Period in the amount of $17,406.00 (80% of $21,757.50 total fees), and $0.00 for actual and necessary

4

expenses incurred, for a total compensation of $17,406.00 pursuant to the Administrative Order,

and such other and further relief that the Court deems just and proper.

Dated: December 9, 2022                        FTI CONSULTING, INC.

By: */s/ Cliff Zucker*_____
    Cliff Zucker
    1166 Ave of the Americas, 15th Floor
    New York, NY 10036
    Telephone: 212-841-9355
    E-mail: cliff.zucker@fticonsulting.com

    Financial Advisors to the Official
    Committee of Unsecured Creditors of
    Agway Farm & Home Supply, LLC

**<u>VERIFICATION PURSUANT TO DEL. BANKR. L.R. 2016-2(g) AND 28 U.S.C. § 1746</u>**

I, Cliff Zucker, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1.      I am a Senior Managing Director with the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("<u>FTI</u>").  FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") in these Chapter 11 cases.

2.      I have read the foregoing statement of FTI for compensation and reimbursement of expenses (the "<u>Fee Application</u>"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: December 9, 2022                    FTI CONSULTING, INC.

By: */s/ Cliff Zucker*_____
      Cliff Zucker
      1166 Ave of the Americas, 15th Floor
      New York, NY 10036
      Telephone: 212-841-9355
      E-mail: cliff.zucker@fticonsulting.com

      Financial Advisors to the Official
      Committee of Unsecured Creditors of
      Agway Farm & Home Supply, LLC

6

**EXHIBIT A**
**AGWAY FARM & HOME SUPPLY, LLC - CASE NO. 22-10602**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD OCTOBER 1, 2022 TO OCTOBER 31, 2022**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Zucker, Clifford | Senior Managing Director | $1,325 | 1.9 | $2,517.50 |
| Eldred, John | Managing Director | 965 | 0.8 | 772.00 |
| Flaharty, William | Managing Director | 1,055 | 1.4 | 1,477.00 |
| Ganti, Narendra | Managing Director | 985 | 9.1 | 8,963.50 |
| Addicks, Michael | Consultant | 475 | 16.9 | 8,027.50 |
| **GRAND TOTAL** | | | **30.1** | **$21,757.50** |

**EXHIBIT B**
**AGWAY FARM & HOME SUPPLY, LLC - CASE NO. 22-10602**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD OCTOBER 1, 2022 TO OCTOBER 31, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| 2 | Cash & Liquidity Analysis | 11.4 | 8,322.00 |
| 6 | Asset Sales | 2.5 | 2,462.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 11.9 | 6,617.50 |
| 18 | Potential Avoidance Actions & Litigation Matters | 1.3 | 1,264.50 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 1.5 | 1,477.50 |
| 21 | General Meetings with Committee & Committee Counsel | 0.9 | 1,022.50 |
| 24 | Preparation of Fee Application | 0.6 | 591.00 |
| | **GRAND TOTAL** | **30.1** | **$21,757.50** |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2022 TO OCTOBER 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 10/6/2022 | Addicks, Michael | 1.3 | Analysis of budget versus actual performance for week ended 9/30. |
| 2 | 10/6/2022 | Zucker, Clifford | 0.4 | Review and analysis of wind down budget and results. |
| 2 | 10/7/2022 | Ganti, Narendra | 0.5 | Review budget to actual. |
| 2 | 10/7/2022 | Ganti, Narendra | 0.5 | Review updated presentation to committee. |
| 2 | 10/7/2022 | Addicks, Michael | 1.7 | Prepare weekly update for distribution to UCC on 10/7. |
| 2 | 10/17/2022 | Ganti, Narendra | 0.5 | Review budget to actual. |
| 2 | 10/17/2022 | Zucker, Clifford | 0.5 | Review and analysis of revised wind down budget. |
| 2 | 10/17/2022 | Zucker, Clifford | 0.3 | Review and analysis of budget/actual results. |
| 2 | 10/19/2022 | Addicks, Michael | 2.3 | Perform analysis of operating budget for waterfall recovery scenarios for unsecured creditors. |
| 2 | 10/19/2022 | Addicks, Michael | 1.4 | Update waterfall model based on claims reconciliation. |
| 2 | 10/20/2022 | Ganti, Narendra | 0.5 | Review budget to actual for cash flow. |
| 2 | 10/20/2022 | Zucker, Clifford | 0.3 | Review and analysis of weekly cashflow activity. |
| 2 | 10/21/2022 | Ganti, Narendra | 0.7 | Review draft version of waterfall. |
| 2 | 10/27/2022 | Ganti, Narendra | 0.5 | Call with M. Grau to discuss timing of updated budget. |
| **2 Total** | | | **11.4** | |
| 6 | 10/5/2022 | Ganti, Narendra | 0.5 | Call with J. Quickel, CEO, to discuss IP sale and liquidator motion. |
| 6 | 10/10/2022 | Ganti, Narendra | 0.5 | Review offer from Liquid asset for fixed assets. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2022 TO OCTOBER 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 10/11/2022 | Addicks, Michael | 1.2 | Perform analysis of claims register for recovery scenarios. |
| 14 | 10/13/2022 | Addicks, Michael | 1.6 | Perform analysis on claims register for distributions to unsecured creditor |
| 14 | 10/13/2022 | Addicks, Michael | 2.3 | Create waterfall recovery model for analysis of recovery scenarios. |
| 14 | 10/14/2022 | Addicks, Michael | 1.4 | Perform analysis of claims register for recovery scenarios. |
| 14 | 10/18/2022 | Addicks, Michael | 1.3 | Perform reconciliation on Claims register. |
| 14 | 10/26/2022 | Addicks, Michael | 2.1 | Create analysis presentation of claims pools based on SOALs, proof of claim filings, and unsecured creditors committee members. |
| 14 | 10/31/2022 | Flaharty, William | 1.4 | Review of insurance issues from review of policies. |
| 14 | 10/31/2022 | Ganti, Narendra | 0.3 | Call with M. Addicks to discuss claims. |
| 14 | 10/31/2022 | Addicks, Michael | 0.3 | Call with N. Ganti to discuss claims. |
| **14 Total** | | | **11.6** | |
| 18 | 10/6/2022 | Eldred, John | 0.8 | Prepare for and attend meeting with counsel re investigation next steps. |
| 18 | 10/6/2022 | Ganti, Narendra | 0.5 | Call with Pachulski to discus investigation. |
| **18 Total** | | | **1.3** | |
| 20 | 10/6/2022 | Ganti, Narendra | 1.5 | Meeting B. Harwood, Agway, and C. Klaus, ABC Services, to discuss liquidators, budget and IP. |
| **20 Total** | | | **1.5** | |
| 21 | 10/12/2022 | Ganti, Narendra | 0.5 | Call with Committee to discuss auction and nest steps. |
| 21 | 10/12/2022 | Zucker, Clifford | 0.4 | Committee call on financial and legal update. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2022 TO OCTOBER 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 Total | | | **0.6** | |
| Grand Total | | | **30.1** | |

**EXHIBIT D**
**AGWAY FARM & HOME SUPPLY, LLC - CASE NO. 22-10602**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2022 TO OCTOBER 31, 2022**

| Expense Type | Amount |
|---|---|
| **Total** | **$0.00** |

**EXHIBIT E**
**AGWAY FARM & HOME SUPPLY, LLC - CASE NO. 22-10602**
**EXPENSE DETAIL**
**FOR THE PERIOD OCTOBER 1, 2022 TO OCTOBER 31, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|