## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor.[1] | |

**Objection Deadline: December 19, 2022 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if Necessary**

### THIRD MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | July 20, 2022 by Order entered September 21, 2022 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2022 – October 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $111,238.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $472.50 |

This is a:  ☒ monthly  ☐ interim  ☐ final application.

The total time expended for preparation of this monthly fee application is approximately 4 hours and the corresponding compensation requested is approximately $2,000.00.

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

**PRIOR MONTHLY APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 10.07.22 | 07.20.22 – 08.31.22 | $263,934.50 | $391.68 | $263,934.50 | $391.68 |
| 10.28.22 | 09.01.22 – 09.30.22 | $135,367.50 | $84.20 | $135,367.50 | $84.20 |

**PACHULSKI STANG ZIEHL & JONES LLP PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert J. Feinstein | Partner, 1982 | $1525.00 | 0.30 | $457.50 |
| Bradford J. Sandler | Partner 1996 | $1445.00 | 8.60 | $12,427.00 |
| Paul John Labov | Partner, 2002 | $1195.00 | 44.40 | $53,058.00 |
| Colin R. Robinson | Counsel, 1997 | $1025.00 | 39.80 | $40,795.00 |
| Ian Densmore | Paralegal | $495.00 | 3.00 | $1,485.00 |
| Patricia J. Jeffries | Paralegal | $495.00 | 3.30 | $1,633.50 |
| Andrea R. Paul | Case Management Assistant | $395.00 | 1.20 | $474.00 |
| Karen S. Neil | Case Management Assistant | $395.00 | 2.30 | $908.50 |

**Grand Total:** $111,238.50
**Total Hours:** 102.90
**Blended Rate:** $1,081.03

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 42.50 | $49,106.50 |
| Bankruptcy Litigation | 10.90 | $11,399.50 |
| Case Administration | 4.60 | $ 2,422.00 |
| Claims Administration / Objections | 1.50 | $ 1,815.50 |
| Compensation of Professionals | 9.30 | $ 8,403.50 |
| Compensation of Professionals / Other | 1.60 | $ 1,532.00 |
| Financial Filing | 5.40 | $ 6,341.00 |
| General Creditors' Committee | 11.50 | $13,144.50 |
| Hearing | 8.50 | $ 9,001.50 |
| Operations | 1.30 | $ 1,626.50 |
| Plan & Disclosure Statement | 5.60 | $ 6,241.00 |
| Retention of Professionals / Other | 0.20 | $    205.00 |
| **Totals** | **102.90** | **$111,238.50** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider[2] (if applicable) | Total Expenses |
|---|---|---|
| Pacer – Court Research | | $140.10 |
| Postage | | $   2.90 |
| Reproduction Expense | | $ 13.40 |
| Reproduction / Scan Copy | | $316.10 |
| **Total** | | **$472.50** |

---

[2] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor.[1] | |

**Objection Deadline:  December 19, 2022 at 4:00 p.m. (ET)**
**Hearing Date:  Scheduled only if Necessary**

**THIRD MONTHLY APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OF OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, entered on August 3, 2022 [Docket No. 114] (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its *Third Monthly Application for Compensation and Reimbursement of Expenses for the Period of October 1, 2022 through October 31, 2022* (the "Application").

By this Application, PSZJ seeks (i) a monthly interim allowance of compensation in the amount of $111,238.50 and actual and necessary expenses in the amount of $472.50 for a total allowance of $111,711.00 and (ii) payment of $88,990.80 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of $472.50 (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of $89,463.30 for the period

---

[1]  The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

of October 1, 2022 through October 31, 2022 (the "Interim Period").    In support of this

Application, PSZJ respectfully represents as follows:

**Background**

1.    On July 5, 2022 (the "Petition Date"), the Debtor filed a voluntary petition

for relief under chapter 11 of the Bankruptcy Code.  The Debtor is operating its business and

managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in this

chapter 11 case.

2.    On July 18, 2022, the Office of the United States Trustee established the

Committee pursuant to section 1102(a)(1) of the Bankruptcy Code, which currently is comprised

of the following seven members: (i) The Scotts Company, LLC; (ii) Animal Health International,

Inc.; (iii) Wildlife Sciences, LLC; (iv) Capital Forrest Products; (v) Gallagher North America, Inc.;

(vi) Hub Group, Inc.; and (vii) American Wood Fibers, Inc.[Docket Nos. 118 and 289].

3.    On August 3, 2022, the Court signed the Administrative Order, authorizing

certain professionals ("Professionals") to submit monthly applications for interim compensation

and reimbursement for expenses, pursuant to the procedures specified therein.  The Administrative

Order provides, among other things, that a Professional may submit monthly fee applications.  If

no objections are made within ten (10) days after service of the monthly fee application the Debtors

are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred

percent (100%) of the requested expenses.  Beginning with the period September 30, 2022, and at

three-month intervals or such other intervals convenient to the Court, each Professional shall file

and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

4.     The retention of PSZJ, as counsel to the Committee, was approved effective as of July 20, 2022, by this Court's *Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of July 20, 2022* [Docket No. 205] (the "Retention Order").  The Retention Order authorized PSZJ to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## PSZJ'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.     All services for which PSZ&J requests compensation were performed for or on behalf of the Committee.  PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in this case.  PSZ&J has not received a retainer in this case.

### Fee Statements

6.     The fee statement for the Interim Period is attached hereto as **Exhibit A**. This statement contains daily time logs describing the time spent by each attorney and

paraprofessional during the Interim Period.  To the best of PSZJ's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order.  PSZJ's time reports are initially handwritten or directly entered in the billing system, by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  PSZJ is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  PSZJ's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  To the extent it is feasible, PSZJ professionals attempt to work during travel.

**Actual and Necessary Expenses**

7.    A summary of the actual and necessary expenses incurred by PSZJ for the Interim Period is attached hereto as part of **Exhibit A**.  PSZJ customarily charges $0.10 per page for photocopying expenses related to cases, such as this, arising in Delaware.  PSZJ's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZJ summarizes each client's photocopying charges on a daily basis.

8.    PSZJ charges $0.25 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZJ's calculation of the actual costs incurred by PSZJ for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable

in relation to the amount charged by outside vendors who provide similar services.  PSZJ does not charge the Debtors for the receipt of faxes in these cases.

9.      With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZJ charges the standard usage rates these providers charge for computerized legal research.  PSZJ bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZJ is passed on to the client.

10.     PSZJ believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZJ believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

11.     The names of the timekeepers of PSZJ who have rendered professional services in these cases during the Interim Period are set forth in the attached **Exhibit A**.  PSZJ, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with the Debtors' cases, and performed all necessary professional services which are described and narrated in detail below.  PSZJ's efforts have been extensive due to the size and complexity of the Debtors' cases.

**Summary of Services by Project**

12.      The services rendered by PSZJ during the Interim Period can be grouped into the categories set forth below.  PSZJ attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**.  **Exhibit A** identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

A.      **Asset Disposition**

13.      During the Interim Period, the Firm, among other things: (i) reviewed and analyzed issues in connection with the sale process of the Debtor's assets; (ii) reviewed and analyzed Myron Bowling asset purchase agreement and issues relating to the auction in connection therewith; (iii) reviewed and analyzed the Debtor's IP assets; (iv) prepared for and attended the auction; (v) addressed issues in connection with the sale order; and (vi) addressed post sale hearing closing deadlines.

Fees:  $49,106.50         Hours:  42.50

B.      **Bankruptcy Litigation**

14.      During the Interim Period, the Firm, among other things: (i) performed a review of documents produced by Debtors in connection with investigation, and conferred with

counsel regarding same; (ii) reviewed hearing agendas and prepared virtual hearing notebooks; and (iii) reviewed, analyzed and performed research regarding the US Trustee's objection to the Debtors' remnant sale procedures and bid protections.

Fees: $11,399.50          Hours: 10.90

**C.    Case Administration**

15.    During the Interim Period, the Firm, among other things: (i) reviewed correspondence and pleadings and forwarded them to appropriate parties; (ii) maintained a memorandum of critical dates; (iii) maintained service lists; and (iv) reviewed agendas.

Fees: $2,422.00          Hours: 4.60

**D.    Claims Administration/ Objection**

16.    During the Interim Period, the Firm, among other things, responded to various creditor inquiries.

Fees: $1,815.50          Hours: 1.50

**E.    Compensation of Professionals**

17.    During the Interim Period, the Firm, among other things, prepared its second monthly fee application, addressed correspondence from creditor regarding fee applications, and conferred with the Committee chair regarding professional fee applications.

Fees: $8,403.50          Hours: 9.30

**F.    Compensation of Professionals / Other**

18.    During the Interim Period, the Firm, among other things, assisted Committee professionals with the preparation and filing of their monthly fee applications.

Fees:  $1,532.00          Hours:  1.60

**G.    Financial Filings**

19.    During the Interim Period, the Firm, among other things, reviewed and analyzed weekly budgets and monthly operating reports.

Fees:  $6,341.00          Hours:  5.40

**H.    General Creditors' Committee**

20.    During the Interim Period, the Firm, among other things, conferred with the Committee and its advisors regarding routine case matters and status updates.

Fees:  $13,144.50          Hours:  11.50

**I.    Hearing**

21.    During the Interim Period, the Firm, among other things, prepared for and attended the auction and sale hearing.

Fees:  $9,001.50          Hours:  8.50

**J.    Operations**

22.    During the Interim Period, the Firm, among other things, reviewed and analyzed financial updates from FTI, conferred regarding business operations and receivable collections.

Fees:  $1,626.50          Hours:  1.30

**K.    Plan and Disclosure Statement**

23.    During the Interim Period, the Firm, among other things, discussed the plan and disclosure statement process, and draft plan of liquidation.

Fees:  $6,241.00                    Hours:  5.60

**L.**      **Retention of Professionals / Other**

24.      During the Interim Period, the Firm conferred with counsel regarding issues

relating to Hilco's retention.

Fees:  $205.00                    Hours:  .20

**Valuation of Services**

25.      Attorneys and paraprofessionals of PSZJ expended a total 102.90 hours in

connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert J. Feinstein | Partner, 1982 | $1525.00 | 0.30 | $457.50 |
| Bradford J. Sandler | Partner 1996 | $1445.00 | 8.60 | $12,427.00 |
| Paul John Labov | Partner, 2002 | $1195.00 | 44.40 | $53,058.00 |
| Colin R. Robinson | Counsel, 1997 | $1025.00 | 39.80 | $40,795.00 |
| Ian Densmore | Paralegal | $495.00 | 3.00 | $1,485.00 |
| Patricia J. Jeffries | Paralegal | $495.00 | 3.30 | $1,633.50 |
| Andrea R. Paul | Case Management Assistant | $395.00 | 1.20 | $474.00 |
| Karen S. Neil | Case Management Assistant | $395.00 | 2.30 | $908.50 |

**Grand Total:**      **$111,238.50**
**Total Hours:**            **102.90**
**Blended Rate:**      **$1,081.03**

26.      The nature of work performed by these persons is fully set forth in

**Exhibit A** attached hereto.  These are PSZJ's normal hourly rates for work of this character. The

reasonable value of the services rendered by PSZJ for the Committee during the Interim Period is

$111,238.50.

27.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZJ is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZJ has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZJ respectfully requests that, for the period of October 1, 2022 through October 31, 2022, (i) an interim allowance be made to PSZJ for compensation in the amount $111,238.50 and actual and necessary expenses in the amount of $472.50 for a total allowance of $111,711.00 and (ii) payment of $88,990.80 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of $472.50 (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of $89,463.30, and for such other and further relief as this Court may deem just and proper.

Dated:   December 9, 2022          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

## **DECLARATION**

STATE OF DELAWARE          :
                                                  :
COUNTY OF NEW CASTLE   :

       Bradford J. Sandler, after being duly sworn according to law, deposes and says:

       a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and am admitted to appear before this Court.

       b)      I am familiar with the legal services rendered by PSZJ as counsel to the Committee.

       c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2, the Administrative Order signed on or about August 3, 2022 and submit that the Application substantially complies with such rule and orders.

                */s/ Bradford J. Sandler*
                Bradford J. Sandler

# EXHIBIT A

**October 1, 2022 – October 31, 2022 Invoice**

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

October 31, 2022

CRR

Invoice    131217
Client      02312
Matter     00002
**CRR**

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2022

| | |
|---|---:|
| FEES | $111,238.50 |
| EXPENSES | $472.50 |
| **TOTAL CURRENT CHARGES** | **$111,711.00** |
| **BALANCE FORWARD** | **$188,238.60** |
| **TOTAL BALANCE DUE** | **$299,949.60** |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    - 00002

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| ARP | Paul, Andrea R. | Case Man. Asst. | 395.00 | 1.20 | $474.00 |
| BJS | Sandler, Bradford J. | Partner | 1445.00 | 8.60 | $12,427.00 |
| CRR | Robinson, Colin R. | Counsel | 1025.00 | 39.80 | $40,795.00 |
| IDD | Densmore, Ian | Paralegal | 495.00 | 3.00 | $1,485.00 |
| KSN | Neil, Karen S. | Case Man. Asst. | 395.00 | 2.30 | $908.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 495.00 | 3.30 | $1,633.50 |
| PJL | Labov, Paul John | Partner | 1195.00 | 44.40 | $53,058.00 |
| RJF | Feinstein, Robert J. | Partner | 1525.00 | 0.30 | $457.50 |
| | | | | 102.90 | $111,238.50 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 42.50 | $49,106.50 |
| BL | Bankruptcy Litigation [L430] | 10.90 | $11,399.50 |
| CA | Case Administration [B110] | 4.60 | $2,422.00 |
| CO | Claims Admin/Objections[B310] | 1.50 | $1,815.50 |
| CP | Compensation Prof. [B160] | 9.30 | $8,403.50 |
| CPO | Comp. of Prof./Others | 1.60 | $1,532.00 |
| FF | Financial Filings [B110] | 5.40 | $6,341.00 |
| GC | General Creditors Comm. [B150] | 11.50 | $13,144.50 |
| HE | Hearing | 8.50 | $9,001.50 |
| OP | Operations [B210] | 1.30 | $1,626.50 |
| PD | Plan & Disclosure Stmt. [B320] | 5.60 | $6,241.00 |
| RPO | Ret. of Prof./Other | 0.20 | $205.00 |
| | | 102.90 | $111,238.50 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    - 00002

Page:    4
Invoice 131217
October 31, 2022

## **Summary of Expenses**

| Description | Amount |
| --- | --- |
| Pacer - Court Research | $140.10 |
| Postage [E108] | $2.90 |
| Reproduction Expense [E101] | $13.40 |
| Reproduction/ Scan Copy | $316.10 |
| | $472.50 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    - 00002

Page:     5

Invoice 131217

October 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Disposition [B130]

| 10/01/2022 | PJL | AD | Further attention to sale and remnant asset sale, including discussions with Hilco, Debtors and internal team. | 2.60 | 1195.00 | $3,107.00 |
| 10/03/2022 | CRR | AD | Review bid information request from Hilco. | 0.30 | 1025.00 | $307.50 |
| 10/04/2022 | PJL | AD | Review Myron Bowling Asset Purchase Agreement and open issues relating to auction. | 2.40 | 1195.00 | $2,868.00 |
| 10/05/2022 | CRR | AD | Review Myron Bowling APA and discuss internally. | 1.50 | 1025.00 | $1,537.50 |
| 10/05/2022 | PJL | AD | Review Myron Bowling Asset Purchase Agreement and open issues relating to auction. | 1.90 | 1195.00 | $2,270.50 |
| 10/06/2022 | BJS | AD | Review Motion regarding Myron Bowling | 0.30 | 1445.00 | $433.50 |
| 10/06/2022 | BJS | AD | Various emails with Hilco regarding IP sale | 0.20 | 1445.00 | $289.00 |
| 10/06/2022 | CRR | AD | Participate in multiple discussions re Myron Bowling bid and sale next steps with Debtor, Hilco. | 2.20 | 1025.00 | $2,255.00 |
| 10/06/2022 | PJL | AD | Review current status of bids and sale. | 1.20 | 1195.00 | $1,434.00 |
| 10/07/2022 | BJS | AD | Attention to sale issues | 1.00 | 1445.00 | $1,445.00 |
| 10/07/2022 | CRR | AD | Review and discuss remnant inventory bid with Debtor. | 1.40 | 1025.00 | $1,435.00 |
| 10/07/2022 | CRR | AD | Review draft motion re Myron Bowling bid. | 0.30 | 1025.00 | $307.50 |
| 10/07/2022 | PJL | AD | Review and respond to Myron Bowling correspondence. | 0.90 | 1195.00 | $1,075.50 |
| 10/07/2022 | PJL | AD | Review bidding issues. | 0.70 | 1195.00 | $836.50 |
| 10/10/2022 | BJS | AD | Attention to IP sale | 0.30 | 1445.00 | $433.50 |
| 10/10/2022 | BJS | AD | Various Emails with Debtor regarding sale process; Review overbid | 0.40 | 1445.00 | $578.00 |
| 10/10/2022 | CRR | AD | Review update from Hilco and discuss internally. | 0.50 | 1025.00 | $512.50 |
| 10/10/2022 | CRR | AD | Review, discus remnant overbid. | 0.80 | 1025.00 | $820.00 |
| 10/10/2022 | CRR | AD | Respond to Committee member re sale status. | 0.30 | 1025.00 | $307.50 |
| 10/10/2022 | PJL | AD | Review bidding procedures and internal call. | 1.60 | 1195.00 | $1,912.00 |
| 10/10/2022 | PJL | AD | Review over-bid on Myron Bowling and discuss same with internal team. | 1.70 | 1195.00 | $2,031.50 |
| 10/11/2022 | BJS | AD | Teleconference with CR regarding sale/auction | 0.30 | 1445.00 | $433.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      6
Agway Farms O.C.C.                                                  Invoice 131217
02312   -00002                                                     October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/2022 | BJS | AD | Teleconference with PL regarding sale/auction | 0.10 | 1445.00 | $144.50 |
| 10/11/2022 | CRR | AD | Review and multiple discussions re sale processes with Debtor and update BSandler, PLabov, FT. | 1.80 | 1025.00 | $1,845.00 |
| 10/11/2022 | CRR | AD | Further analysis re remnant overbid and review redlined APA. | 0.70 | 1025.00 | $717.50 |
| 10/11/2022 | PJL | AD | Review over-bid and discuss same internally. | 1.80 | 1195.00 | $2,151.00 |
| 10/12/2022 | BJS | AD | Various emails with PSZJ/FTI regarding auction results | 0.20 | 1445.00 | $289.00 |
| 10/12/2022 | BJS | AD | Teleconference with CR, FTI, PL regarding sale, strategy; Teleconference with UCC regarding update; conference with PL regarding waterfall | 1.00 | 1445.00 | $1,445.00 |
| 10/12/2022 | CRR | AD | Review bid analysis from FTI. | 0.80 | 1025.00 | $820.00 |
| 10/12/2022 | CRR | AD | Multiple discussions with Debtor's counsel re remnant bids. | 0.40 | 1025.00 | $410.00 |
| 10/12/2022 | PJL | AD | Review competitive bid and discussions with Debtor's counsel and internal team. | 1.70 | 1195.00 | $2,031.50 |
| 10/13/2022 | BJS | AD | Review UST Objection; Various emails with PSZJ regarding same | 0.30 | 1445.00 | $433.50 |
| 10/13/2022 | BJS | AD | Review Sale Order; Various emails with PL regarding same | 0.10 | 1445.00 | $144.50 |
| 10/13/2022 | BJS | AD | Various emails with counsel regarding sale order, TV issues | 0.30 | 1445.00 | $433.50 |
| 10/13/2022 | CRR | AD | Review, comments to sale order and discuss with PLabov, Debtor. | 1.80 | 1025.00 | $1,845.00 |
| 10/13/2022 | CRR | AD | Multiple discussions with PLabov re UST objection. | 0.30 | 1025.00 | $307.50 |
| 10/13/2022 | CRR | AD | Review further revised sale order and confer w/ Debtor, PLabov re comments. | 0.80 | 1025.00 | $820.00 |
| 10/13/2022 | CRR | AD | Review Klaus declaration in support of sale order. | 0.40 | 1025.00 | $410.00 |
| 10/13/2022 | CRR | AD | Review UST objection re remnant sale procedures and bid protections. | 0.60 | 1025.00 | $615.00 |
| 10/13/2022 | CRR | AD | Research re approval of bid protections on short notice re UST objection. | 0.90 | 1025.00 | $922.50 |
| 10/13/2022 | PJL | AD | Review and revise Sale Order – 2x – and discuss same with Debtor's counsel and internal team. | 2.20 | 1195.00 | $2,629.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

Page:      7

Invoice 131217

October 31, 2022

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2022 | PJL | AD | Review United States Trustee objection and discuss same with internal team and Debtor's counsel. | 1.20 | 1195.00 | $1,434.00 |
| 10/14/2022 | BJS | AD | Review COC regarding sale | 0.10 | 1445.00 | $144.50 |
| 10/14/2022 | CRR | AD | Review revised sale order and email to Debtor's counsel. | 0.30 | 1025.00 | $307.50 |
| 10/14/2022 | CRR | AD | Post-hearing review of entered orders, closing deadlines. | 0.40 | 1025.00 | $410.00 |
| 10/14/2022 | CRR | AD | Review, respond re revised order pre-hearing and updated schedules to order from Debtor. | 0.30 | 1025.00 | $307.50 |
| 10/14/2022 | PJL | AD | Review redline of Order and discuss same with Debtor's counsel. | 0.80 | 1195.00 | $956.00 |
| 10/20/2022 | BJS | AD | Review COC regarding sale | 0.10 | 1445.00 | $144.50 |
| 10/24/2022 | PJL | AD | Review open issues on Hilco expenses. | 0.30 | 1195.00 | $358.50 |
|  |  |  |  | **42.50** |  | **$49,106.50** |

## Bankruptcy Litigation [L430]

| 10/03/2022 | BJS | BL | Review Motion to Remove | 0.10 | 1445.00 | $144.50 |
|---|---|---|---|---|---|---|
| 10/03/2022 | CRR | BL | Review Debtor informal production and confer w/ PLabov, FTI re next steps. | 1.50 | 1025.00 | $1,537.50 |
| 10/03/2022 | CRR | BL | Review Debtor's motion to extend removal period. | 0.30 | 1025.00 | $307.50 |
| 10/03/2022 | PJL | BL | Review investigation notes and documents. | 1.90 | 1195.00 | $2,270.50 |
| 10/06/2022 | BJS | BL | Teleconference with CR regarding investigation/how to proceed | 0.30 | 1445.00 | $433.50 |
| 10/06/2022 | CRR | BL | Prepare (.7) and attend meeting re investigation with FTI and PLabov (.5). | 1.20 | 1025.00 | $1,230.00 |
| 10/06/2022 | CRR | BL | Respond to Committee member re investigation. | 0.20 | 1025.00 | $205.00 |
| 10/06/2022 | PJL | BL | Attend investigation call and follow up with internal team regarding open issues. | 1.80 | 1195.00 | $2,151.00 |
| 10/07/2022 | CRR | BL | Review diligence items and confer with FTI re sending to Committee. | 0.40 | 1025.00 | $410.00 |
| 10/11/2022 | BJS | BL | Review Agenda and Discuss with CR | 0.10 | 1445.00 | $144.50 |
| 10/12/2022 | ARP | BL | Prepare hearing and virtual notebook for hearing 10-14-22. | 1.00 | 395.00 | $395.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

Page:    8
Invoice 131217
October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2022 | ARP | BL | Prepare hearing and virtual notebook for hearing on 10-14-22. | 0.20 | 395.00 | $79.00 |
| 10/14/2022 | BJS | BL | Review amended agenda and Discuss with CR | 0.10 | 1445.00 | $144.50 |
| 10/14/2022 | PJL | BL | Review documents in FTI data room. | 0.60 | 1195.00 | $717.00 |
| 10/25/2022 | CRR | BL | Discussion with FTI re next steps in investigation. | 0.40 | 1025.00 | $410.00 |
| 10/26/2022 | CRR | BL | Review, consider issues re Debtor motion to abandon certain records. | 0.80 | 1025.00 | $820.00 |
| | | | | **10.90** | | **$11,399.50** |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 10/03/2022 | PJL | CA | Review and revise agenda for Debtor advisor call. | 0.40 | 1195.00 | $478.00 |
| 10/03/2022 | IDD | CA | Review docket to update Critical Dates memorandum (.2); remind attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 10/04/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 10/04/2022 | IDD | CA | Review docket to update Critical Dates memorandum (.2); remind attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 10/05/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 10/05/2022 | IDD | CA | Review docket to update Critical Dates memorandum (.2); remind attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 10/06/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 10/06/2022 | IDD | CA | Review docket to update Critical Dates memorandum (.2); remind attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 10/07/2022 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); remind attorneys of upcoming deadlines (.1) | 0.20 | 495.00 | $99.00 |
| 10/10/2022 | IDD | CA | Review docket to update Critical Dates memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 495.00 | $99.00 |
| 10/11/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 10/11/2022 | IDD | CA | Review docket to update Critical Dates | 0.20 | 495.00 | $99.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     9

Agway Farms O.C.C.

Invoice 131217

02312    -00002

October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | memorandum (.1); advise attorneys of upcoming deadlines (.1) | | | |
| 10/12/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 10/12/2022 | BJS | CA | Review Agenda and Discuss with CR | 0.10 | 1445.00 | $144.50 |
| 10/13/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 10/17/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 10/18/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 10/24/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 10/26/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 10/27/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 10/28/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 10/31/2022 | KSN | CA | Maintain document control. | 0.30 | 395.00 | $118.50 |
| | | | | 4.60 | | $2,422.00 |

### Claims Admin/Objections[B310]

| 10/05/2022 | CRR | CO | Respond to Committee member inquiry. | 0.10 | 1025.00 | $102.50 |
|---|---|---|---|---|---|---|
| 10/06/2022 | CRR | CO | Review, respond to Committee member re transfer of claim. | 0.30 | 1025.00 | $307.50 |
| 10/19/2022 | CRR | CO | Review possible claim assignment by Committee member. | 0.20 | 1025.00 | $205.00 |
| 10/20/2022 | BJS | CO | Various emails with T Cobb regarding Scotts | 0.20 | 1445.00 | $289.00 |
| 10/20/2022 | BJS | CO | Various emails with J McGovern regarding Gallagher claim | 0.30 | 1445.00 | $433.50 |
| 10/26/2022 | PJL | CO | Conference with creditor regarding waterfall and potential distribution. | 0.40 | 1195.00 | $478.00 |
| | | | | 1.50 | | $1,815.50 |

### Compensation Prof. [B160]

| 10/03/2022 | CRR | CP | Review FTI, PSZJ fee applications and emails to BSandler, PLabov re filing. | 0.40 | 1025.00 | $410.00 |
|---|---|---|---|---|---|---|
| 10/03/2022 | PJL | CP | Review and revise Fee Application. | 1.00 | 1195.00 | $1,195.00 |
| 10/04/2022 | BJS | CP | Teleconference with CR regarding fee app | 0.20 | 1445.00 | $289.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

Page:    10

Invoice 131217

October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/2022 | CRR | CP | Emails with Committee chair re fee applications. | 0.20 | 1025.00 | $205.00 |
| 10/04/2022 | PJL | CP | Review fee application. | 0.90 | 1195.00 | $1,075.50 |
| 10/07/2022 | BJS | CP | Teleconference with CR regarding how to proceed | 0.10 | 1445.00 | $144.50 |
| 10/07/2022 | BJS | CP | Review and revise fee app | 0.20 | 1445.00 | $289.00 |
| 10/07/2022 | CRR | CP | Emails re filing of fee applications and review. | 0.30 | 1025.00 | $307.50 |
| 10/07/2022 | PJL | CP | Review correspondence from creditor on fee applications. | 0.90 | 1195.00 | $1,075.50 |
| 10/07/2022 | IDD | CP | Draft Notice for PSZJ 1st Monthly Fee Application (.3); file PSZJ 1st monthly fee application with the Court (.2); serve same on required parties (.1) | 0.60 | 495.00 | $297.00 |
| 10/17/2022 | PJJ | CP | Draft September fee statement. | 0.50 | 495.00 | $247.50 |
| 10/18/2022 | PJJ | CP | Revise invoices (2.0) and draft 2nd monthly fee application (.5). | 2.50 | 495.00 | $1,237.50 |
| 10/18/2022 | PJJ | CP | Prepare notice of filing fee application. | 0.30 | 495.00 | $148.50 |
| 10/18/2022 | CRR | CP | Review email re invoice and fee application. | 0.20 | 1025.00 | $205.00 |
| 10/27/2022 | BJS | CP | Review and Revised PSZJ fee app | 0.30 | 1445.00 | $433.50 |
| 10/28/2022 | BJS | CP | Review and revised fee app | 0.30 | 1445.00 | $433.50 |
| 10/28/2022 | CRR | CP | Review, finalize fee applications and confer with IDensmore re filing and service. | 0.40 | 1025.00 | $410.00 |
| | | | | **9.30** | | **$8,403.50** |

### Comp. of Prof./Others

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/03/2022 | BJS | CPO | Review FTI fee app; Review response regarding Buckhanon | 0.10 | 1445.00 | $144.50 |
| 10/06/2022 | BJS | CPO | Review SBF fee app and discuss with CR | 0.10 | 1445.00 | $144.50 |
| 10/07/2022 | IDD | CPO | Draft Notice for FTI 1st monthly fee application (.3); serve FTI 1st monthly fee application with the Court (.2); serve same on required parties (.1) | 0.60 | 495.00 | $297.00 |
| 10/17/2022 | BJS | CPO | Review Rate Change by FTI | 0.10 | 1445.00 | $144.50 |
| 10/17/2022 | CRR | CPO | Review notice of FTI rate increase and email for filing to IDensmore. | 0.20 | 1025.00 | $205.00 |
| 10/27/2022 | CRR | CPO | Review docket re fee app deadline and email to FTI re CNO's. | 0.30 | 1025.00 | $307.50 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

Page:    11

Invoice 131217

October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/28/2022 | BJS | CPO | Review FTI fee app | 0.10 | 1445.00 | $144.50 |
| 10/28/2022 | BJS | CPO | Various Emails with O Ward regarding fee app | 0.10 | 1445.00 | $144.50 |
| | | | | 1.60 | | $1,532.00 |

## Financial Filings [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/2022 | CRR | FF | Confer w/ NGanti re updated budget and next meeting. | 0.30 | 1025.00 | $307.50 |
| 10/07/2022 | PJL | FF | Review and comment on updated budget. | 0.80 | 1195.00 | $956.00 |
| 10/17/2022 | CRR | FF | Review FTI update re budget. | 0.20 | 1025.00 | $205.00 |
| 10/17/2022 | PJL | FF | Review of prior budget and discussion on lack of current budget. | 0.80 | 1195.00 | $956.00 |
| 10/20/2022 | BJS | FF | Review MOR | 0.10 | 1445.00 | $144.50 |
| 10/20/2022 | CRR | FF | Review Debtor's MOR. | 0.20 | 1025.00 | $205.00 |
| 10/20/2022 | PJL | FF | Review open issues with C. Robinson and B. Sandler regarding updated budget. | 0.80 | 1195.00 | $956.00 |
| 10/25/2022 | BJS | FF | Various emails with FTI regarding budget | 0.20 | 1445.00 | $289.00 |
| 10/25/2022 | CRR | FF | Review budget update from FTI and respond re Debtor's status on revised budget. | 0.40 | 1025.00 | $410.00 |
| 10/31/2022 | PJL | FF | Review status of budget and response to document requests. | 1.60 | 1195.00 | $1,912.00 |
| | | | | 5.40 | | $6,341.00 |

## General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2022 | PJL | GC | Prepare for and attend Committee call. | 1.90 | 1195.00 | $2,270.50 |
| 10/07/2022 | CRR | GC | Prepare Committee update. | 0.70 | 1025.00 | $717.50 |
| 10/07/2022 | CRR | GC | Review, respond to Committee chair re investigation, sales processes. | 0.40 | 1025.00 | $410.00 |
| 10/07/2022 | PJL | GC | Draft update to Committee. | 0.40 | 1195.00 | $478.00 |
| 10/09/2022 | RJF | GC | Review committee update, Asset Purchase Agreement. | 0.30 | 1525.00 | $457.50 |
| 10/09/2022 | CRR | GC | Review, revise update to Committee and send re sale, investigation. | 1.70 | 1025.00 | $1,742.50 |
| 10/10/2022 | PJL | GC | Committee correspondence. | 0.40 | 1195.00 | $478.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

Page:    12

Invoice 131217

October 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/2022 | CRR | GC | Multiple emails with Committee re sale process, next meeting. | 0.70 | 1025.00 | $717.50 |
| 10/12/2022 | CRR | GC | Attend Committee meeting. | 0.50 | 1025.00 | $512.50 |
| 10/12/2022 | PJL | GC | Prepare for, attend and present and Committee Meeting. | 1.00 | 1195.00 | $1,195.00 |
| 10/12/2022 | PJL | GC | Attend FTI prep call. | 0.30 | 1195.00 | $358.50 |
| 10/14/2022 | CRR | GC | Emails with FTI, Committee member re access to documents. | 0.10 | 1025.00 | $102.50 |
| 10/28/2022 | PJL | GC | Review creditor inquiry and discuss open issues with C. Robinson. | 1.10 | 1195.00 | $1,314.50 |
| 10/28/2022 | PJL | GC | Review correspondence from FTI. | 0.60 | 1195.00 | $717.00 |
| 10/28/2022 | PJL | GC | Conference with B. Sandler regarding open issues. | 0.60 | 1195.00 | $717.00 |
| 10/31/2022 | PJL | GC | Review correspondence from FTI and discuss same with internal team, respond to correspondence. | 0.80 | 1195.00 | $956.00 |
|  |  |  |  | **11.50** |  | **$13,144.50** |

**Hearing**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 10/12/2022 | CRR | HE | Prepare for and attend auction. | 3.90 | 1025.00 | $3,997.50 |
| 10/12/2022 | PJL | HE | Prepare for and attend auction. | 1.70 | 1195.00 | $2,031.50 |
| 10/13/2022 | CRR | HE | Prepare for sale hearing. | 0.60 | 1025.00 | $615.00 |
| 10/14/2022 | CRR | HE | Prepare for sale hearing re remaining UST objection re Myron Bowling break-up fee. | 0.80 | 1025.00 | $820.00 |
| 10/14/2022 | CRR | HE | Attend sale hearing. | 1.50 | 1025.00 | $1,537.50 |
|  |  |  |  | **8.50** |  | **$9,001.50** |

**Operations [B210]**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 10/07/2022 | CRR | OP | Review FTI financial update. | 0.30 | 1025.00 | $307.50 |
| 10/12/2022 | CRR | OP | Confer w/ PSZJ and FTI teams prior to Committee meeting. | 0.30 | 1025.00 | $307.50 |
| 10/24/2022 | BJS | OP | Various emails with M Massey regarding operations | 0.20 | 1445.00 | $289.00 |
| 10/31/2022 | BJS | OP | Various emails with FTI/PSZJ regarding budget, Accounts receivable collections | 0.50 | 1445.00 | $722.50 |
|  |  |  |  | **1.30** |  | **$1,626.50** |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Plan & Disclosure Stmt. [B320]** | | | | | | |
| 10/17/2022 | BJS | PD | Various emails with PSZJ/FTI regarding waterfall | 0.10 | 1445.00 | $144.50 |
| 10/18/2022 | PJL | PD | Discussion with B. Sandler regarding plan and disclosure statement process and review of open issues. | 1.40 | 1195.00 | $1,673.00 |
| 10/19/2022 | CRR | PD | Attention draft plan of liquidation. | 1.00 | 1025.00 | $1,025.00 |
| 10/21/2022 | CRR | PD | Attention to draft plan of liquidation. | 1.80 | 1025.00 | $1,845.00 |
| 10/21/2022 | PJL | PD | Conference with B. Sandler regarding Committee member and plan process. | 0.70 | 1195.00 | $836.50 |
| 10/25/2022 | PJL | PD | Call regarding Quickel support and plan and disclosure statement. | 0.60 | 1195.00 | $717.00 |
|  |  |  |  | **5.60** |  | **$6,241.00** |
| **Ret. of Prof./Other** | | | | | | |
| 08/19/2022 | CRR | RPO | Confer w/ PLabov, BSandler re Hilco retention. | 0.20 | 1025.00 | $205.00 |
|  |  |  |  | **0.20** |  | **$205.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$111,238.50**

Pachulski Stang Ziehl & Jones LLP                          Page:    14
Agway Farms O.C.C.                                         Invoice 131217
02312    -00002                                           October 31, 2022

_____

## **Expenses**

| | | | |
|---|---|---|---:|
| 10/05/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/05/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/05/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/05/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/05/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/05/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/05/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/05/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/05/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/05/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/05/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2022 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2022 | RE | ( 77 @0.10 PER PG) | 7.70 |
| 10/07/2022 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2022 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 10/07/2022 | RE2 | SCAN/COPY ( 100 @0.10 PER PG) | 10.00 |
| 10/07/2022 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 10/07/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/10/2022 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 10/10/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/10/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/10/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/10/2022 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/10/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/10/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/10/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/10/2022 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 10/10/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/10/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/10/2022 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 10/10/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/10/2022 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312   -00002

Page:   15

Invoice 131217

October 31, 2022

| | | | |
|---|---|---|---|
| 10/12/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/12/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/12/2022 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 10/12/2022 | RE2 | SCAN/COPY ( 104 @0.10 PER PG) | 10.40 |
| 10/12/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/12/2022 | RE2 | SCAN/COPY ( 206 @0.10 PER PG) | 20.60 |
| 10/12/2022 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 10/12/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/12/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/12/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/12/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/12/2022 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/12/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/12/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/12/2022 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/12/2022 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 10/12/2022 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | 7.40 |
| 10/13/2022 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 10/13/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/13/2022 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 10/13/2022 | RE2 | SCAN/COPY ( 264 @0.10 PER PG) | 26.40 |
| 10/13/2022 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 10/13/2022 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 10/13/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/13/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/13/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/13/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2022 | RE2 | SCAN/COPY ( 134 @0.10 PER PG) | 13.40 |
| 10/13/2022 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/13/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/13/2022 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/13/2022 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 10/13/2022 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

| | | | |
|---|---|---|---|
| 10/13/2022 | RE2 | SCAN/COPY ( 134 @0.10 PER PG) | 13.40 |
| 10/13/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/14/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/14/2022 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 10/14/2022 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 10/14/2022 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 10/14/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/14/2022 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 10/14/2022 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/14/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/14/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/14/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/14/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/14/2022 | RE2 | SCAN/COPY ( 134 @0.10 PER PG) | 13.40 |
| 10/14/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/14/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/14/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/19/2022 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 10/19/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/19/2022 | RE2 | SCAN/COPY ( 168 @0.10 PER PG) | 16.80 |
| 10/19/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/19/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/19/2022 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/19/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/19/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/19/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/19/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/19/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/19/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/19/2022 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/19/2022 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |

Pachulski Stang Ziehl & Jones LLP

Page:   17

Agway Farms O.C.C.

Invoice 131217

02312   -00002

October 31, 2022

| 10/19/2022 | RE2 | SCAN/COPY ( 202 @0.10 PER PG) | 20.20 |
|---|---|---|---|
| 10/19/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/19/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/24/2022 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 10/24/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/24/2022 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/24/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/24/2022 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 10/24/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/24/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/24/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/24/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/24/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/26/2022 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/26/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/28/2022 | PO | 02312.00001 :Postage Charges for 10-28-22 | 2.90 |
| 10/28/2022 | RE | ( 34 @0.10 PER PG) | 3.40 |
| 10/28/2022 | RE | ( 19 @0.10 PER PG) | 1.90 |
| 10/28/2022 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/28/2022 | RE2 | SCAN/COPY ( 102 @0.10 PER PG) | 10.20 |
| 10/28/2022 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 10/31/2022 | PAC | Pacer - Court Research | 140.10 |
| 10/31/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/31/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/31/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/31/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/31/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/31/2022 | RE2 | SCAN/COPY ( 103 @0.10 PER PG) | 10.30 |
| 10/31/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

**Total Expenses for this Matter**                    **$472.50**

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    - 00002

Page:    18

Invoice 131217

October 31, 2022

---

### REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    **10/31/2022**

**Total Fees**                                              **$111,238.50**

**Total Expenses**                                          **472.50**

**Total Due on Current Invoice**                            **$111,711.00**

**Outstanding Balance from prior invoices as of**    **10/31/2022**            **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130900 | 08/31/2022 | $263,934.50 | $391.68 | $52,786.90 |
| 131012 | 09/30/2022 | $135,367.50 | $84.20 | $135,451.70 |

**Total Amount Due on Current and Prior Invoices:**            **$299,949.60**