### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC [1] | Case No. 22-10602 (JKS) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 6, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Fourth Monthly Application of Morris James LLP, as Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2022 Through October 31, 2022** (Docket No. 381)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 9, 2022

_____
Sharon Lee

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 9th day of December, 2022 by Sharon Lee, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CHRISTIAN CRUZ MURILLO
Commission # 2369057
Notary Public - California
ORANGE County
My Comm. Expires AUG 2, 2025

---

[1] 1 The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230

# <u>Exhibit A</u>



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Agway Farm & Home Supply, LLC | c/o Shulman Bastrian | Attn: Alan J. Friedman & Melissa Davis Lowe | afriedman@shulmanbastian.com mlowe@shulmanbastian.com |
| Agway Farm & Home Supply, LLC | c/o Morris James LLP | Attn: Jeffrey R. Waxman & Brya M. Keilson | jwaxman@morris.james.com bkeilson@morrisjames.com |
| Office of the U.S. Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | ustpregion03.wl.ecf@usdoj.gov richard.schepacarter@usdoj.gov |

In re: Agway Farm Home Supply, LLC
Case No. 22-10602 (JKS)