# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor. | **Re: Docket No. 294** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT** the Debtor hereby provides notice of its withdrawal, without prejudice, of the *Motion of the Debtor and Debtor-in-Possession for Order Pursuant to 11 U.S.C. § 554(a) Authorizing Debtor to Abandon, Destroy, and/or Dispose of the Estate's Interest in Certain Records and Documents* [Docket No. 294] filed on October 26, 2022 with the United States Bankruptcy Court for the District of Delaware.

*[Remainder of Page Left Intentionally Blank]*

13941573.v1

Dated: December 12, 2022  
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
Max Casal (admitted *pro hac vice*)
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com
E-mail: mcasal@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*

2

13941573.v1