# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGWAY FARM & HOME SUPPLY, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10602 (JKS)<br><br>**Re: Docket No. 371** |

## CERTIFICATE OF NO OBJECTION

I, Brya M. Keilson, hereby certify as follows:

On November 30, 2022, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Debtor's Motion for Entry of an Order (I) Authorizing Debtor to (A) Reject Certain Unexpired Leases of Nonresidential Real Property and Certain Executory Contracts and (B) Abandon Certain Personal Property in Connection Therewith; (II) Granting Related Relief; and (III) Establishing Procedures for the Rejection of Executory Contracts and Unexpired Leases* (the "Motion") [D.I. 371].

The deadline to object to the Motion was December 13, 2022.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon. The Debtor respectfully requests that the Court enter the Order granting the Motion, a copy of which was attached as Exhibit A to the Motion.

| | |
|---|---|
| Dated: December 14, 2022<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>E-mail: bkeilson@morrisjames.com<br><br>*Counsel to the Debtor and Debtor*<br>*in Possession* |

13942337.v1