## EXHIBIT A

### In re: Agway Farm & Home Supply, LLC Case No. 22-10602 (JKS)
### First Interim Fee Period: July 5, 2022 Through and including September 30, 2022

| Name of Professional | Firm's Role in Case | Compensation Requested (Interim Period) | Expenses Requested (Interim Period) | Amounts of Any Voluntary Fee Reductions (Interim Period) | Amounts of Any Voluntary Expense Reductions (Interim Period) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Shulman Bastian Friedman & Bui LLP** | Bankruptcy Counsel to the Debtor | $177,494.50 | $60.55 | $0.00 | $0.00 | $177,494.50 | $60.55 |
| **Morris James LLP** | Counsel to the Debtor | $230,657.00 | $2,795.90 | $0.00 | $0.00 | $230,657.00 | $2,795.90 |
| **Focus Management Group USA Inc.** | Financial Advisors to the Debtor | $91,632.50 | $350.00 | $0.00 | $350.00 | $91,632.50 | $0.00 |
| **RICHARDSON KONTOGOURIS EMERSON LLP**[1] | Accountants to the Debtor | $4,334.00 | $0.00 | $0.00 | $0.00 | $4,334.00 | $0.00 |

---

[1] RICHARDSON KONTOGOURIS EMERSON LLP's compensation period is from July 16, 2022 to September 15, 2022.

13957293.v1