Form 210A (10/06)

# United States Bankruptcy Court
# District Of Delaware

In re:    **Agway Farm & Home Supply, LLC,**
Case No.    **22-10602-JKS**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2),** Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **Fair Harbor Capital, LLC**<br>**As assignee of Tenax Corporation** | **Tenax Corporation** |

Name and Address where notices to transferee should be sent:

    **Fair Harbor Capital, LLC**
    **Ansonia Finance Station**
    **PO Box 237037**
    **New York, NY  10023**

Court Claim # (if known):  11
Amount of Claim:  $32,344.84
Date Claim Filed:

Phone:
Last Four Digits of Acct. #:  ___n/a____

Name and Address where transferee payments should be sent (if different from above):

Phone:  _____n/a_____
Last Four Digits of Acct #:  _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____    Date:____January 6, 2023_____
    Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District Of Delaware

In re:     **Agway Farm & Home Supply, LLC,**
Case No.   **22-10602-JKS**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.  11 (if known)**

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on January 6, 2023.

| Name of Transferee: | Name of Alleged Transferor: |
|---|---|
| **Fair Harbor Capital, LLC** <br> **as** assignee of Tenax Corporation | **Tenax Corporation** |

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                          _____
                                                 Clerk of the Court

thereof.

## Notice of Transfer and Waiver of Notice

TENAX CORPORATION ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Transfer of Claim Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's General Unsecured Claim including cure rights (as defined in the Agreement) against Agway Farm & Home Supply, LLC or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than $25,744.84, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 22-10602-JKS, . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, TENAX CORPORATION (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**TENAX CORPORATION ("Seller")**
4800 E MONUMENT ST
BALTIMORE, MD 21205 USA

Print Name: ANNA ZIMMERMAN  Title: Controller  Signature: [signature]
Signature: [signature]  Date: 9/16/22
Phone: [redacted]  Fax: ___
Email: [redacted]

Updated Address: ___

This agreement is null and void if payment is not received in (four) 4 weeks.

**Fair Harbor Capital, LLC ("Purchaser")**
PO Box 237037
New York, NY 10023

[signature]
Fred Glass, Member Fair Harbor Capital, LLC