IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC [1] | Case No. 22-10602 (JKS) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 30, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of First Amended Ordinary Course Professionals List** (Docket No. 424)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: January 13, 2022

_____
Sharon Lee

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 13th day of January, 2022 by Sharon Lee, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CHRISTIAN CRUZ MURILLO
Commission # 2369057
Notary Public - California
ORANGE County
My Comm. Expires AUG 2, 2025

---

[1] 1 The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| City Clerk of Boston, MA | | 1 City Hall Ave | | Boston | MA | 02109 |
| City Clerk of Richmond, VA | Accounts Payable Department | 900 E Broad St | Room 1004 | Richmond | VA | 23219 |
| Internal Revenue Service | | 310 Lowell St | | Andover | MA | 01810 |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Kaufman & Canoles PC | | 150 W Main St | Suite 2100 | Norfolk | VA | 23510-1665 |
| Massachusetts Department of Revenue | | 200 Arlington St | | Chelsea | MA | 02150 |
| Massachusetts Secretary of the Commonwealth Corp Div | | One Ashburton Place | Room 1717 | Boston | MA | 02108-1512 |
| Securities & Exchange Commission | | 100 F St NE | | Washington | DC | 20549 |
| Sherin And Lodgen LLP | | 101 Federal St | | Boston | MA | 02110 |
| Virginia Commissioner of Revenue | | 144 N Sycamore St | | Petersburg | VA | 23803 |
| Virginia Department of Taxation | | 1957 Westmoreland St | | Richmond | VA | 23230 |
| Virginia Department of Taxation | | 600 E Main St | Suite 1100 | Richmond | VA | 23219 |
| Virginia Office of the Attorney General | | 202 N Ninth St | | Richmond | VA | 23219 |
| Virginia State Income Tax | | 9901 Lori Rd | | Chesterfield | VA | 23832 |

# **<u>Exhibit B</u>**



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Agway Farm & Home Supply, LLC | c/o Morris James LLP | Attn: Jeffrey R. Waxman & Brya M. Keilson | jwaxman@morris.james.com<br>bkeilson@morrisjames.com |
| Agway Farm & Home Supply, LLC | c/o Shulman Bastrian | Attn: Alan J. Friedman & Melissa Davis Lowe | afriedman@shulmanbastian.com<br>mlowe@shulmanbastian.com |
| Animal Health International Inc. | Attn: Heather Kayser | | heather.kayser@pattersonvet.com |
| Animal Health International Inc. | c/o Bernick Lifson PA | Attn: Jack E. Pierce | jpierce@bernicklifson.com |
| Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield | c/o McGuireWoods LLP | Attn: Joseph S. Sheerin, Esq. | jsheerin@mcguirewoods.com |
| Cargill Animal Nutrition- Pro Pet | | | kate_hibbard@cargill.com |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Growmark FS, LLC | c/o Franklin & Prokopik | Attn: William A. Crawford | wcrawford@fandpnet.com |
| Hub Group, Inc. | Attn: Geoffrey F. De Martino | | gdemartino@hubgroup.com<br>kenneth.listwak@troutman.com |
| Mansfield Oil Company of Gainesville, Inc. | c/o Thompson, O'Brien, Kappler & Nasuti, PC | | mpugh@tokn.com |
| Massachusetts Office of the Attorney General | | | ago@state.ma.us |
| Office of the U.S. Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | ustpregion03.wl.ecf@usdoj.gov<br>richard.schepacarter@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Colin R. Robinson, & Steven W. Golden | bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br>sgolden@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein | rfeinstein@pszjlaw.com |
| Securities & Exchange Commission | Attn: Lara Shalov Mehraban | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Southern States Cooperative, Inc. | c/o Hirschler Felischer | Attn: Andrew P. Sherrod | asherrod@hirschlerlaw.com |
| Southern States Cooperative, Inc. | c/o Hirschler Fleischer | Attn: Stephen E. Leach | sleach@hirschlerlaw.com |
| Southern States Cooperative, Inc. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Ryan P. Newell & Robert F. Poppiti, Jr. | rpoppiti@ycst.com<br>rnewell@ycst.com<br>bankfilings@ycst.com |
| The Scotts Company, LLC | Attn: David S. Robinson | | dave.robinson@scotts.com |
| True Value Company, LLC | c/o Beck Chaet Bamberger & Polsky SC | Attn: Devon J. Eggert | deggert@bcblaw.net<br>pfoster@bcblaw.net |
| True Value Company, LLC | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| U.S. Attorneys Office for the District of Delaware | Attn: David C. Weiss | | usade.ecfbankruptcy@usdoj.gov |
| Wildlife Sciences LLC | Attn: William J. Gleason | | bill.gleason@wildlifesciences.net<br>james.hanson@wildlifesciences.net<br>colton.gleason@wildlifesciences.net |
| Woodgrain Millwork Inc. | Attn: President, General, or Managing Agent | | rhullette@woodgrain.com |
| Woodgrain Millwork Inc. | Attn: President, General, or Managing Agent | | creditdept@woodgrain.com |