**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **AGWAY FARM & HOME SUPPLY, LLC.**[1] ) | Case No. 22-10602 (JKS) |
| ) | |
| Debtor. ) | |
| ) | Obj. Deadline: January 30, 2023 at 4:00 pm (ET) |
| ) | |

**SUMMARY COVER SHEET TO THE FOURTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 15, 2022, effective as of July 26, 2022 |
| Period for which compensation and reimbursement are sought: | November 1, 2022, through November 30, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $29,456.40 (80% of $36,820.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $454.25 |

This is an:     _X_ monthly    ___ interim    ___ final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

137186080.1

DOCS_DE:242034.1 02312/002

2

## COMPENSATION BY TIMEKEEPER

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Zucker, Clifford | Senior Managing Director | 1,325.00 | 1.6 | $2,120.00 |
| Ganti, Narendra | Managing Director | 985 | 18.0 | 17,730.00 |
| Griffin, Allison | Managing Director | 985 | 5.8 | 5,713.00 |
| Davis, Jackilyn | Senior Director | 975 | 8.6 | 8,385.00 |
| McDonnell, Chad | Director | 610 | 4.7 | 2,867.00 |
| Addicks, Michael | Consultant | 475 | 7.8 | 3,705.00 |
| Hellmund-Mora, Marili | Manager | 325 | 1.9 | 617.50 |
| **SUBTOTAL** | | | **48.4** | **$41,137.50** |
| Less: 50% discount for non-working travel time | | | | (3,940.00) |
| **GRAND TOTAL** | | | **48.4** | **$37,197.50** |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 3.0 | $3,363.00 |
| 6 | Asset Sales | 0.5 | 492.50 |
| 13 | Analysis of Other Miscellaneous Motions | 0.5 | 492.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 8.9 | 5,655.50 |
| 19 | Case Management | 15.6 | 15,280.00 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 3.2 | 2,964.50 |
| 21 | General Meetings with Committee & Committee Counsel | 0.4 | 530.00 |
| 22 | Meetings with Other Parties | 4.2 | 2,562.00 |
| 24 | Preparation of Fee Application | 4.1 | 1,917.50 |
| 25 | Travel Time | 8.0 | 7,880.00 |
| | **SUBTOTAL** | **48.4** | **$41,137.50** |
| | Less: 50% discount for non-working travel time | | (3,940.00) |
| | **GRAND TOTAL** | **48.4** | **$37,197.50** |

4

## SUMMARY OF EXPENSES

| Expense Type | Amount |
|---|---:|
| Lodging | $123.50 |
| Transportation | 312.50 |
| Working Meals | 18.25 |
| **Total** | **$454.25** |

DOCS_DE:242034.1 02312/002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| **AGWAY FARM & HOME SUPPLY, LLC**[1] | ) ) ) | Case No. 21-10602 (JKS) |
| Debtor.[2] | ) ) ) ) ) ) | Obj. Deadline: January 30, 2023 at 4:00 pm (ET) |

**FOURTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Administrative Order") [D.I. 114], the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in these chapter 11 cases, hereby submits this *Fourth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period November 1, 2022 to November 30, 2022* (the "Application Period").

## BACKGROUND

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

.

1.      On July 5, 2022 (the "Petition Date"), the Debtor commenced these chapter 11 cases by filing petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

2.      On July 18, 2022, the U.S. Trustee appointed an Official Committee of Unsecured Creditors [D.I. 63]. At the formation meeting the Committee selected Pachulski Stang Ziehl and Jones LLP as its counsel. On July 27, 2022, the Committee selected FTI as its financial advisor. The Committee consists of the following seven members:

   a) The Scotts Company, LLC;
   b) Animal Health International, Inc.;
   c) Wildlife Sciences, LLC;
   d) Capital Forrest Products;
   e) Gallagher North America, Inc.;
   f) Hub Group, Inc.; and
   g) American Wood Fibers, Inc.

3.      On September 9, 2022, the Court entered the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors* [D.I. 195] (the "Retention Order").

**RELIEF REQUESTED**

4.      FTI submits this Fee Application pursuant to the Bankruptcy Rules, the Administrative Order, and the Retention Order. By this Fee Application, FTI seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $29,456.40 for the Application Period (80% of $36,820.50 total fees), and $454.25 of actual and necessary expenses incurred, for a total compensation of $29,910.65 in accordance with the terms of the Administrative Order. FTI reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such

2

expenses may not have been captured in FTI's billing system as of the date of filing this Fee Application.

## SUMMARY OF FEES

5. The total number of hours expended by FTI professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 48.4 hours. Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

6. Services rendered by (i) each professional and paraprofessional, (ii) a summary of the time incurred by task, (iii) detailed time entries during the Application Period, (iv) summary of the expenses incurred by task, and (v) detailed expense entries are attached hereto as **Exhibit A, Exhibit B, Exhibit C**, **Exhibit D**, and **Exhibit E,** respectively. The following paragraphs describe the primary services rendered by FTI during the Application Period.

*Code 2 – Cash and Liquidity Analysis (3.0 hours)*

7. During the Application Period, FTI monitored the Debtor's liquidity position and performed diligence on the Debtor's 13-week cash flow forecasts and weekly budget to actual variances. As part of this diligence, FTI corresponded with Debtor's advisors in order to understand the underlying drivers of the budget, key budget assumptions, and explanations for significant weekly budget-to-actual variances. FTI prepared and distributed weekly reports to the Committee summarizing and analyzing the details of the 13-week cash flow forecasts, which are refreshed every week, as well as actual results compared to budget in order to keep the Committee informed of the Debtor's current and projected liquidity position

*Code 6 – Asset Sales (0.5 hours)*

8. During FTI reviewed and assessed inventory, intellectual property, and liquidation sale proposals.

*Code 14 – Analysis of Claims & Liabilities Subject to Compromise  (8.9 hours)*

9. Time in this code includes analysis of various first day motions including, among others, critical vendor, professional retention applications, and lease rejection motions.

*Code 19 – Case Management  (15.6 hours)*

10. During the Statement Period, FTI professionals reviewed documents and issues relating to the depositions of a number of parties-in-interest in these cases.

*Code 20 – General Meetings with Debtor & Debtor's Professionals  (3.2 hours)*

11. FTI participated in various calls and in-person meetings with the Debtor's personnel, their counsel and financial advisor to discuss the key case issues including; work plan, due diligence, prioritization and assessment of case strategy.

*Code 21 – General Meetings with Committee & Committee Counsel  (0.4 hours)*

12. Work in this area included participation in periodic calls with the Committee and its counsel to discuss case strategy and status, current financial and operational results, the Debtor's corporate structure, interrelationships among the Debtor and certain non-debtors, preliminary understanding of claims, pending motions and various other case issues

*Code 24 – Preparation of Fee Application  (4.1 Hours)*

13. During the Application period FTI prepared the October Fee Application.

## CONCLUSION

WHEREFORE, FTI respectfully requests an interim allowance of compensation for professional services rendered as financial advisor to the Committee during the Application Period in the amount of $29,456.40 (80% of $36,820.50 total fees), and $454.25 for actual and necessary

expenses incurred, for a total compensation of $29,910.65 pursuant to the Administrative Order, and such other and further relief that the Court deems just and proper.

| | |
|---|---|
| Dated: January 19, 2023 | FTI CONSULTING, INC. |
| | By: */s/ Cliff Zucker*_____ |
| | Cliff Zucker |
| | 1166 Ave of the Americas, 15th Floor |
| | New York, NY 10036 |
| | Telephone: 212-841-9355 |
| | E-mail: cliff.zucker@fticonsulting.com |
| | |
| | Financial Advisors to the Official Committee of Unsecured Creditors of Agway Farm & Home Supply, LLC |

5

## VERIFICATION PURSUANT TO DEL. BANKR. L.R. 2016-2(g) AND 28 U.S.C. § 1746

I, Cliff Zucker, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1. I am a Senior Managing Director with the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 cases.

2. I have read the foregoing statement of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: January 19, 2023        FTI CONSULTING, INC.

By: */s/ Cliff Zucker*
Cliff Zucker
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone: 212-841-9355
E-mail: cliff.zucker@fticonsulting.com

Financial Advisors to the Official
Committee of Unsecured Creditors of
Agway Farm & Home Supply, LLC

6

**EXHIBIT A**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 1, 2022 TO NOVEMBER 30, 2022**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Zucker, Clifford | Senior Managing Director | 1,325.00 | 1.6 | $2,120.00 |
| Ganti, Narendra | Managing Director | 985 | 18.0 | 17,730.00 |
| Griffin, Allison | Managing Director | 985 | 5.8 | 5,713.00 |
| Davis, Jackilyn | Senior Director | 975 | 8.6 | 8,385.00 |
| McDonnell, Chad | Director | 610 | 4.7 | 2,867.00 |
| Addicks, Michael | Consultant | 475 | 7.8 | 3,705.00 |
| Hellmund-Mora, Marili | Manager | 325 | 1.9 | 617.50 |
| **SUBTOTAL** | | | **48.4** | **$41,137.50** |
| Less: 50% discount for non-working travel time | | | | (3,940.00) |
| **GRAND TOTAL** | | | **48.4** | **$37,197.50** |

**EXHIBIT B**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD NOVEMBER 1, 2022 TO NOVEMBER 30, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 3.0 | $3,363.00 |
| 6 | Asset Sales | 0.5 | 492.50 |
| 13 | Analysis of Other Miscellaneous Motions | 0.5 | 492.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 8.9 | 5,655.50 |
| 19 | Case Management | 15.6 | 15,280.00 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 3.2 | 2,964.50 |
| 21 | General Meetings with Committee & Committee Counsel | 0.4 | 530.00 |
| 22 | Meetings with Other Parties | 4.2 | 2,562.00 |
| 24 | Preparation of Fee Application | 4.1 | 1,917.50 |
| 25 | Travel Time | 8.0 | 7,880.00 |
| | **SUBTOTAL** | **48.4** | **$41,137.50** |
| | Less: 50% discount for non-working travel time | | (3,940.00) |
| | **GRAND TOTAL** | **48.4** | **$37,197.50** |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2022 TO NOVEMBER 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 11/1/2022 | Ganti, Narendra | 0.7 | Call with J. Quickel, C. Klaus, M. Flaharty to discuss cash flow and insurance issues. |
| 2 | 11/1/2022 | Ganti, Narendra | 0.8 | Review draft budget extension to March 2023. |
| 2 | 11/4/2022 | Zucker, Clifford | 0.7 | Review and analysis of draft waterfall analysis scenarios. |
| 2 | 11/9/2022 | Zucker, Clifford | 0.5 | Review comments to revised waterfall scenarios. |
| 2 | 11/18/2022 | Ganti, Narendra | 0.3 | Call with M. Grau, Focus, to discuss budget. |
| 6 | 11/15/2022 | Ganti, Narendra | 0.5 | Call with C. Klaus (ABC Services) to discuss inventory sale and records issue. |
| 13 | 11/18/2022 | Ganti, Narendra | 0.5 | Call with C. Klaus (ABC Services) to discuss records retention. |
| 14 | 11/2/2022 | Addicks, Michael | 1.4 | Revised claims for waterfall recovery scenarios to incorporate all scheduled and filed amounts. |
| 14 | 11/2/2022 | Ganti, Narendra | 0.4 | Call with the FTI team to discuss waterfall and claims analysis. |
| 14 | 11/2/2022 | Ganti, Narendra | 0.9 | Review claims analysis and waterfall. |
| 14 | 11/3/2022 | Addicks, Michael | 2.4 | Update waterfall recovery scenario analysis based on revised claim estimates. |
| 14 | 11/3/2022 | Addicks, Michael | 1.6 | Finalize presentation on recovery scenarios and draft budget for distribution to UCC. |
| 14 | 11/3/2022 | Ganti, Narendra | 0.8 | Review summary of claims filed and schedules for waterfall analysis. |
| 14 | 11/3/2022 | Ganti, Narendra | 0.7 | Review draft version of waterfall analysis. |
| 14 | 11/7/2022 | Addicks, Michael | 0.7 | Update waterfall recovery presentation based on advice from Counsel. |
| 19 | 11/8/2022 | Davis, Jackilyn | 0.6 | Meeting with team to discuss engagement overview. |
| 19 | 11/8/2022 | Davis, Jackilyn | 0.6 | Internal meeting to discuss debrief background and next steps. |
| 19 | 11/8/2022 | Davis, Jackilyn | 0.8 | Summarize meeting notes and next steps. |
| 19 | 11/8/2022 | Ganti, Narendra | 0.5 | Call with FTI team to discus imaging and backup of Agway data. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2022 TO NOVEMBER 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 11/8/2022 | Griffin, Allison | 0.5 | Confer with the FTI team on ERP and unstructured data preservation and case details. |
| 19 | 11/9/2022 | Davis, Jackilyn | 0.3 | Internal meeting to discuss next steps. |
| 19 | 11/9/2022 | Griffin, Allison | 0.5 | Confer with the FTI team and update ERP data preservation questions for client call; Consolidate project notes. |
| 19 | 11/10/2022 | Davis, Jackilyn | 0.3 | Discuss meeting format and objectives. |
| 19 | 11/10/2022 | Davis, Jackilyn | 0.9 | Analyze meeting notes in preparation for Company call; meeting with the Company to discuss data systems that need to be preserved. |
| 19 | 11/10/2022 | Davis, Jackilyn | 0.4 | Update notes from the FTI meeting. |
| 19 | 11/10/2022 | Ganti, Narendra | 1.0 | Call with Agway management to discuss imaging and back up of data. |
| 19 | 11/10/2022 | Griffin, Allison | 0.5 | Confer with FTI team members and draft next steps for potential ERP collection. |
| 19 | 11/22/2022 | Davis, Jackilyn | 0.5 | Internal meeting to discuss data preservation next steps; summarization of notes. |
| 19 | 11/22/2022 | Ganti, Narendra | 0.4 | Call with FTI team to discuss records retention and back up of systems. |
| 19 | 11/22/2022 | Griffin, Allison | 0.5 | Confer with the FTI team regarding Netsuite collection next steps and coordination with the client. |
| 19 | 11/23/2022 | Davis, Jackilyn | 0.8 | Research regarding corporate structure; correspondence regarding next steps. |
| 19 | 11/28/2022 | Davis, Jackilyn | 0.4 | Test access to NetSuite system. |
| 19 | 11/28/2022 | Griffin, Allison | 0.4 | Draft data preservation next steps for NetSuite system and finance information gather questions regarding data integrity. |
| 19 | 11/28/2022 | Griffin, Allison | 1.7 | Correspond with Agway team to gain access to NetSuite system; Test and troubleshoot NetSuite credentials; Review information on NetSuite system. |
| 19 | 11/29/2022 | Davis, Jackilyn | 0.8 | Internal meeting to discuss structured data next steps; correspondence regarding billing and staffing. |
| 19 | 11/29/2022 | Griffin, Allison | 0.5 | Confer with the FTI team on creating backup of NetSuite system and drafting questions for finance team. |
| 19 | 11/30/2022 | Davis, Jackilyn | 0.6 | Communication regarding ODBC data connections. |
| 19 | 11/30/2022 | Davis, Jackilyn | 1.6 | Test ODBC access and analyze available reports. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2022 TO NOVEMBER 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 11/30/2022 | Griffin, Allison | 0.5 | Confer with the FTI team regarding Azure database collection; Correspondence with client regarding data preservation. |
| 20 | 11/10/2022 | Griffin, Allison | 0.7 | Call with Agway team J. Quickel, B. Harwood, and Sam Altman to discuss company ERP data access for preservation. |
| 20 | 11/21/2022 | Ganti, Narendra | 2.0 | Meeting with C. Klaus (ABC Services) on remnant inventory sale, records retention, and other issues. |
| 20 | 11/30/2022 | McDonnell, Chad | 0.5 | Participate on call with client and 3rd party IT. |
| 21 | 11/4/2022 | Zucker, Clifford | 0.4 | Review comments to report to UCC on financial issues. |
| 22 | 11/29/2022 | McDonnell, Chad | 2.2 | Coordinate with Nexcom to create O365 admin account; Configure admin account with proper roles to perform data exports. |
| 22 | 11/30/2022 | McDonnell, Chad | 2.0 | Work with FTI DBA team to attempt configuration of admin account for Azure database exports. |
| 24 | 11/11/2022 | Hellmund-Mora, Marili | 1.0 | Prepare the October fee application. |
| 24 | 11/14/2022 | Addicks, Michael | 1.1 | Prepare the October fee application. |
| 24 | 11/15/2022 | Addicks, Michael | 0.4 | Incorporate updates to the October fee application. |
| 24 | 11/15/2022 | Ganti, Narendra | 0.5 | Review and provide comments to theOctober fee application. |
| 24 | 11/15/2022 | Hellmund-Mora, Marili | 0.9 | Prepare the October fee application to ensure compliance with bankruptcy guidelines. |
| 24 | 11/16/2022 | Addicks, Michael | 0.2 | Revise the October fee application. |
| 25 | 11/20/2022 | Ganti, Narendra | 4.0 | Travel time from Home to Cloverdale warehouse. |
| 25 | 11/21/2022 | Ganti, Narendra | 4.0 | Travel time from Roanoke to Home. |

**EXHIBIT D**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2022 TO NOVEMBER 30, 2022**

| Expense Type | Amount |
|---|---:|
| Lodging | $123.50 |
| Transportation | 312.50 |
| Working Meals | 18.25 |
| **Total** | **$454.25** |

**EXHIBIT E**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2022 TO NOVEMBER 30, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 11/21/22 | Ganti, Narendra | Lodging | Hotel - 11/20/22 - 11/21/22 - While traveling to Cloverdale, VA to attend meeting with C. Klaus of ABC Services on Agway. | $123.50 |
| | | **Lodging Total** | | **123.50** |
| 11/21/22 | Ganti, Narendra | Transportation | R/T mileage to Cloverdale, VA for meeting with C. Klaus, ABC Services, on Agway | 312.50 |
| | | **Transportation Total** | | **312.50** |
| 11/21/22 | Ganti, Narendra | Working Meals | Lunch for self while traveling to Cloverdale, VA to attend meeting with C. Klaus of ABC Services on Agway. | 11.12 |
| 11/21/22 | Ganti, Narendra | Working Meals | Breakfast for self while traveling to Cloverdale, VA to attend meeting with C. Klaus of ABC Services on Agway. | 7.13 |
| | | **Working Meals Total** | | **18.25** |
| | | **Grand Total** | | **$454.25** |