# EXHIBIT A

**November 1, 2022 – November 30, 2022 Invoice**

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

CRR

|  |  |
|---|---|
| | November 30, 2022 |
| Invoice | 131438 |
| Client | 02312 |
| Matter | 00002 |
| | **CRR** |

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  11/30/2022

| | |
|---|---|
| FEES | $113,515.00 |
| EXPENSES | $93.32 |
| **TOTAL CURRENT CHARGES** | **$113,608.32** |
| **BALANCE FORWARD** | **$299,949.60** |
| **LAST PAYMENT** | **$108,378.20** |
| **TOTAL BALANCE DUE** | **$305,179.72** |

Pachulski Stang Ziehl & Jones LLP

Page:      2

Agway Farms O.C.C.

Invoice 131438

02312    - 00002

November 30, 2022

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1445.00 | 20.70 | $29,911.50 |
| CRR | Robinson, Colin R. | Counsel | 1025.00 | 41.00 | $42,025.00 |
| ECO | Corma, Edward  A. | Associate | 675.00 | 1.60 | $1,080.00 |
| IDD | Densmore, Ian | Paralegal | 495.00 | 10.30 | $5,098.50 |
| KSN | Neil, Karen S. | Case Man. Asst. | 395.00 | 1.80 | $711.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 495.00 | 2.00 | $990.00 |
| PJL | Labov, Paul John | Partner | 1195.00 | 28.20 | $33,699.00 |
| | | | | 105.60 | $113,515.00 |

Pachulski Stang Ziehl & Jones LLP
Agway Farms O.C.C.
02312    -00002

Page:      3
Invoice 131438
November 30, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 7.00 | $10,115.00 |
| BL | Bankruptcy Litigation [L430] | 5.90 | $5,793.50 |
| CA | Case Administration [B110] | 12.40 | $8,093.00 |
| CO | Claims Admin/Objections[B310] | 3.50 | $4,372.50 |
| CP | Compensation Prof. [B160] | 3.30 | $1,739.50 |
| CPO | Comp. of Prof./Others | 2.80 | $2,590.00 |
| EB | Employee Benefit/Pension-B220 | 3.30 | $3,941.50 |
| EC | Executory Contracts [B185] | 11.10 | $12,973.50 |
| FF | Financial Filings [B110] | 1.90 | $2,031.50 |
| FN | Financing [B230] | 2.10 | $2,866.50 |
| GC | General Creditors Comm. [B150] | 2.00 | $2,722.00 |
| OP | Operations [B210] | 7.80 | $9,429.00 |
| PD | Plan & Disclosure Stmt. [B320] | 40.40 | $44,065.00 |
| RP | Retention of Prof. [B160] | 0.60 | $867.00 |
| RPO | Ret. of Prof./Other | 1.50 | $1,915.50 |
| | | 105.60 | $113,515.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    - 00002

Page:       4

Invoice 131438

November 30, 2022

## __Summary of Expenses__

| Description | Amount |
|---|---|
| Conference Call [E105] | $4.62 |
| Pacer - Court Research | $18.10 |
| Reproduction/ Scan Copy | $70.60 |
| | $93.32 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

<div align="right">

Page:    5

Invoice 131438

November 30, 2022

</div>

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 09/01/2022 | BJS | AD | Conference with PL regarding sale process | 0.30 | 1445.00 | $433.50 |
| 09/01/2022 | BJS | AD | Review sale motion | 0.50 | 1445.00 | $722.50 |
| 09/02/2022 | BJS | AD | Various emails with Colin R Robinson regarding Premier UCC-1 | 0.20 | 1445.00 | $289.00 |
| 09/02/2022 | BJS | AD | Teleconference with Hilco regarding IP sale | 0.50 | 1445.00 | $722.50 |
| 09/05/2022 | BJS | AD | Various emails with PSZJ regarding sale, investigation | 0.30 | 1445.00 | $433.50 |
| 09/06/2022 | BJS | AD | Various emails with Streamback regarding sale | 0.40 | 1445.00 | $578.00 |
| 09/07/2022 | BJS | AD | Telephone conference with Streambank regarding sale process | 0.50 | 1445.00 | $722.50 |
| 09/07/2022 | BJS | AD | Various emails with FTI regarding inventory | 0.20 | 1445.00 | $289.00 |
| 09/08/2022 | BJS | AD | Call with FTI regarding IP sale | 0.50 | 1445.00 | $722.50 |
| 09/09/2022 | BJS | AD | Various emails with CRR regarding Hilco | 0.20 | 1445.00 | $289.00 |
| 09/12/2022 | BJS | AD | Various emails with Streambank regarding IP diligence, sale issues | 0.50 | 1445.00 | $722.50 |
| 09/16/2022 | BJS | AD | Various emails with PSZJ/FTI regarding inventory | 0.50 | 1445.00 | $722.50 |
| 09/19/2022 | BJS | AD | Various emails with CRR regarding sale update | 0.30 | 1445.00 | $433.50 |
| 09/22/2022 | BJS | AD | Various emails with FTI regarding inventory sales; Various emails with Streambank regarding IP sale | 0.50 | 1445.00 | $722.50 |
| 09/23/2022 | BJS | AD | Various emails with Kalnit regarding sale | 0.20 | 1445.00 | $289.00 |
| 09/27/2022 | BJS | AD | Various emails with R Kalnit regarding sale | 0.20 | 1445.00 | $289.00 |
| 09/28/2022 | BJS | AD | Various emails with CR regarding sale | 0.30 | 1445.00 | $433.50 |
| 09/29/2022 | BJS | AD | Attention to sale update | 0.50 | 1445.00 | $722.50 |
| 09/30/2022 | BJS | AD | Various emails with FTI regarding inventory | 0.30 | 1445.00 | $433.50 |
| 11/03/2022 | BJS | AD | Various emails with CR regarding purchase price allocation | 0.10 | 1445.00 | $144.50 |
|  |  |  |  | **7.00** |  | **$10,115.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 11/09/2022 | CRR | BL | Review, respond to PLabov re status of litigation. | 0.40 | 1025.00 | $410.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312   - 00002

<div align="right">

Page:      6

Invoice 131438

November 30, 2022

</div>

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2022 | CRR | BL | Attention re Reservation of rights, limited objection to motion to abandon and email to ECorma re prep. | 0.30 | 1025.00 | $307.50 |
| 11/15/2022 | CRR | BL | Review possible opposition to motion to abandon and confer w/ ECorma. | 0.70 | 1025.00 | $717.50 |
| 11/15/2022 | PJL | BL | Review abandonment motion and discuss same with internal team. | 1.80 | 1195.00 | $2,151.00 |
| 11/15/2022 | ECO | BL | E-mails with Colin Robinson re objection to be filed. | 0.10 | 675.00 | $67.50 |
| 11/15/2022 | ECO | BL | Prepare limited objection/reservation of rights re motion for leave to destroy records. | 1.40 | 675.00 | $945.00 |
| 11/15/2022 | ECO | BL | Prepare e-mail to Colin Robinson forwarding objection. | 0.10 | 675.00 | $67.50 |
| 11/16/2022 | CRR | BL | Further discussions with Debtor re motion to abandon and email confirmation to Debtor re adjournment. | 0.70 | 1025.00 | $717.50 |
| 11/17/2022 | CRR | BL | Review draft limited objection re motion to abandon and confer w/ ECorma. | 0.40 | 1025.00 | $410.00 |
| | | | | **5.90** | | **$5,793.50** |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/19/2022 | BJS | CA | Review Agenda and discuss with CRR | 0.10 | 1445.00 | $144.50 |
| 09/20/2022 | BJS | CA | Review Agenda and Discuss with CR | 0.10 | 1445.00 | $144.50 |
| 10/12/2022 | IDD | CA | Review agenda for hearing on 10/14/2022 (.1); forward to attorneys to inquire about Zoom appearances at same (.1); request production of hearing binders for same (.1) | 0.30 | 495.00 | $148.50 |
| 10/12/2022 | IDD | CA | Review docket to update Critical Dates memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 495.00 | $99.00 |
| 10/13/2022 | IDD | CA | Update pleadings binder for hearing on 10/14/2022 | 0.20 | 495.00 | $99.00 |
| 10/13/2022 | IDD | CA | Review docket to update Critical Dates memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 495.00 | $99.00 |
| 10/14/2022 | IDD | CA | Update pleadings binder for hearing on 10/14/2022 | 0.20 | 495.00 | $99.00 |
| 10/14/2022 | IDD | CA | Review docket to update Critical Dates memorandum (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    - 00002

Page:        7

Invoice 131438

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/2022 | IDD | CA | Review docket to update Critical Dates memo (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 495.00 | $99.00 |
| 10/24/2022 | IDD | CA | Review docket to update Critical Dates memo (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 495.00 | $99.00 |
| 11/01/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/02/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/03/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 11/03/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/04/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 11/04/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/07/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 11/07/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/08/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 11/08/2022 | PJL | CA | Conference with Debtor's counsel regarding open issues. | 0.30 | 1195.00 | $358.50 |
| 11/08/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/09/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 11/09/2022 | BJS | CA | Various emails with J McGovern regarding Gallagher; Various emails with UST regarding same | 0.40 | 1445.00 | $578.00 |
| 11/09/2022 | PJL | CA | Review current status of open items and investigation. | 1.40 | 1195.00 | $1,673.00 |
| 11/09/2022 | PJL | CA | Discussion with C. Robinson regarding open issues. | 0.40 | 1195.00 | $478.00 |
| 11/09/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/10/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/11/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |

Pachulski Stang Ziehl & Jones LLP
Agway Farms O.C.C.
02312    -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/11/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/14/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/15/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/16/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 11/16/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/17/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 11/17/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/18/2022 | BJS | CA | Review Amended Agenda and Discuss with CR | 0.10 | 1445.00 | $144.50 |
| 11/18/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/21/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 11/21/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/22/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 11/22/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/23/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 11/23/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/28/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 11/28/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/29/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 11/29/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| 11/30/2022 | IDD | CA | Review docket to update Critical Dates memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 495.00 | $148.50 |
| | | | | **12.40** | | **$8,093.00** |

Pachulski Stang Ziehl & Jones LLP
Agway Farms O.C.C.
02312    -00002

Page:      9
Invoice 131438
November 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Claims Admin/Objections[B310]** | | | | | | |
| 09/01/2022 | BJS | CO | Various emails with M Dargay regarding claims | 0.20 | 1445.00 | $289.00 |
| 09/02/2022 | BJS | CO | Review PCMG claim | 0.10 | 1445.00 | $144.50 |
| 09/04/2022 | BJS | CO | Various emails with FTI regarding Preier Tech | 0.50 | 1445.00 | $722.50 |
| 09/08/2022 | BJS | CO | Various emails with B Gleason regarding claims | 0.30 | 1445.00 | $433.50 |
| 11/01/2022 | PJL | CO | Review creditor response and revise same, including discussion with internal team. | 1.30 | 1195.00 | $1,553.50 |
| 11/04/2022 | PJL | CO | Review of correspondence regarding bar date. | 0.60 | 1195.00 | $717.00 |
| 11/09/2022 | CRR | CO | Review update re transfer of Committee member claim. | 0.10 | 1025.00 | $102.50 |
| 11/10/2022 | CRR | CO | Review transfer, assignment of claim. | 0.10 | 1025.00 | $102.50 |
| 11/22/2022 | CRR | CO | Review claim assignments. | 0.30 | 1025.00 | $307.50 |
|  |  |  |  | **3.50** |  | **$4,372.50** |
| **Compensation Prof. [B160]** | | | | | | |
| 10/25/2022 | IDD | CP | File Certificate of No Objection for PSZJ 1st Monthly Fee Application | 0.20 | 495.00 | $99.00 |
| 10/28/2022 | IDD | CP | Finalize PSZJ 2nd Monthly Fee Application (.1); file same with the Court (.2); arrange service of same on required parties (.1) | 0.40 | 495.00 | $198.00 |
| 11/10/2022 | IDD | CP | Draft Certificate of No Objection for PSZJ's 2nd Monthly Fee Application | 0.30 | 495.00 | $148.50 |
| 11/15/2022 | PJJ | CP | Draft 3rd monthly fee statement. | 0.50 | 495.00 | $247.50 |
| 11/15/2022 | CRR | CP | Attention re fee application prep and email to PJeffries. | 0.20 | 1025.00 | $205.00 |
| 11/17/2022 | PJJ | CP | Draft October fee statement. | 1.50 | 495.00 | $742.50 |
| 11/28/2022 | IDD | CP | File Certificate of No Objection for PSZJ 2nd Monthly Fee Application with the Court | 0.20 | 495.00 | $99.00 |
|  |  |  |  | **3.30** |  | **$1,739.50** |
| **Comp. of Prof./Others** | | | | | | |
| 09/12/2022 | BJS | CPO | Various emails with CR re: Debtor's fee application | 0.10 | 1445.00 | $144.50 |
| 09/12/2022 | BJS | CPO | Review SBFB fee application | 0.10 | 1445.00 | $144.50 |

Pachulski Stang Ziehl & Jones LLP
Agway Farms O.C.C.
02312    -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/25/2022 | IDD | CPO | File Certificate of No Objection for FTI 1st Monthly Fee Application | 0.20 | 495.00 | $99.00 |
| 10/28/2022 | IDD | CPO | Draft Notice for FTI 2nd Monthly Fee Application (.2); finalize FTI 2nd Monthly Fee Application (.2); file same with the Court (.2); arrange service of same on required parties (.1) | 0.70 | 495.00 | $346.50 |
| 11/04/2022 | BJS | CPO | Review COC regarding Myron | 0.10 | 1445.00 | $144.50 |
| 11/04/2022 | BJS | CPO | Review SBF fee application | 0.10 | 1445.00 | $144.50 |
| 11/07/2022 | BJS | CPO | Review SBF's fee application | 0.10 | 1445.00 | $144.50 |
| 11/08/2022 | BJS | CPO | Review MJ fee applications | 0.20 | 1445.00 | $289.00 |
| 11/10/2022 | IDD | CPO | Draft Certificate of No Objection for FTI's 2nd Monthly Fee Application | 0.30 | 495.00 | $148.50 |
| 11/11/2022 | BJS | CPO | Review Focus Management fee application | 0.10 | 1445.00 | $144.50 |
| 11/14/2022 | BJS | CPO | Review Focus Management fee application | 0.10 | 1445.00 | $144.50 |
| 11/14/2022 | BJS | CPO | Review MJ fee application | 0.10 | 1445.00 | $144.50 |
| 11/14/2022 | CRR | CPO | Review recent Debtor professional fee applications. | 0.30 | 1025.00 | $307.50 |
| 11/18/2022 | BJS | CPO | Review RKE fee application | 0.10 | 1445.00 | $144.50 |
| 11/28/2022 | IDD | CPO | File Certificate of No Objection for FTI 2nd Monthly Fee Application with the Court | 0.20 | 495.00 | $99.00 |
| | | | | 2.80 | | $2,590.00 |

### Employee Benefit/Pension-B220

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/14/2022 | BJS | EB | Various emails with Debtors regarding revised/amended KERP | 0.10 | 1445.00 | $144.50 |
| 11/14/2022 | CRR | EB | Review update re KERP from Debtor's counsel. | 0.40 | 1025.00 | $410.00 |
| 11/14/2022 | PJL | EB | Review correspondence from Debtor's counsel regarding KERP extension and respond to same. | 0.20 | 1195.00 | $239.00 |
| 11/15/2022 | BJS | EB | Attention to KERP | 0.20 | 1445.00 | $289.00 |
| 11/15/2022 | PJL | EB | Review correspondence on KERP and discuss same internally. | 0.50 | 1195.00 | $597.50 |
| 11/16/2022 | CRR | EB | Review PLabov analysis re KERP update, amendment and response to Debtor. | 0.20 | 1025.00 | $205.00 |
| 11/16/2022 | PJL | EB | Review in detail KERP motion and discuss same | 1.60 | 1195.00 | $1,912.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | with internal team and Debtor's counsel. | | | |
| 11/21/2022 | BJS | EB | Review COC regarding KERP | 0.10 | 1445.00 | $144.50 |
| | | | | **3.30** | | **$3,941.50** |

## Executory Contracts [B185]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/16/2022 | CRR | EC | Discuss lease amendment with Debtor's counsel. | 0.20 | 1025.00 | $205.00 |
| 11/16/2022 | CRR | EC | Internal discussion w/ PLabov re lease amendment. | 0.30 | 1025.00 | $307.50 |
| 11/16/2022 | PJL | EC | Review various correspondence on extension of office lease, review same and discuss same internally. | 1.80 | 1195.00 | $2,151.00 |
| 11/17/2022 | BJS | EC | Various emails with PSZJ regarding corp lease | 0.20 | 1445.00 | $289.00 |
| 11/17/2022 | CRR | EC | Confer w/ FTI re Debtor's proposal to amend office lease. | 0.30 | 1025.00 | $307.50 |
| 11/17/2022 | PJL | EC | Review motion to extend office space, including discussion with internal team, FTI, and Debtors' counsel. | 1.80 | 1195.00 | $2,151.00 |
| 11/18/2022 | PJL | EC | Internal discussion regarding lease extension including review of Debtors' counsel's justification and FTI input. | 1.10 | 1195.00 | $1,314.50 |
| 11/21/2022 | CRR | EC | Prepare email to Debtor re office lease renewal. | 0.30 | 1025.00 | $307.50 |
| 11/21/2022 | PJL | EC | Review correspondence on office lease extension and discuss same internally. | 0.70 | 1195.00 | $836.50 |
| 11/22/2022 | PJL | EC | Further discussion internally and with Debtors' counsel regarding extension of lease. | 1.10 | 1195.00 | $1,314.50 |
| 11/23/2022 | CRR | EC | Emails with Debtor's counsel re office lease amendment. | 0.20 | 1025.00 | $205.00 |
| 11/29/2022 | BJS | EC | Various emails with PSZJ/FTI regarding office lease | 0.20 | 1445.00 | $289.00 |
| 11/29/2022 | CRR | EC | Further internal discussions re office lease. | 0.70 | 1025.00 | $717.50 |
| 11/29/2022 | CRR | EC | Confer w/ Debtor's counsel re office lease. | 0.30 | 1025.00 | $307.50 |
| 11/29/2022 | PJL | EC | Review correspondence on extension of office lease and respond to same. | 0.70 | 1195.00 | $836.50 |
| 11/30/2022 | PJL | EC | Further back and forth with Debtors' counsel, FTI and internal team on need for extension of office lease, employees maintained post 12/31/22 and document storage. | 1.20 | 1195.00 | $1,434.00 |

Pachulski Stang Ziehl & Jones LLP
Agway Farms O.C.C.
02312   -00002

|  |  |  |  | 11.10 |  | $12,973.50 |
|---|---|---|---|---|---|---|

**Financial Filings [B110]**

| 11/02/2022 | CRR | FF | Review budget update from FTI. | 0.20 | 1025.00 | $205.00 |
|---|---|---|---|---|---|---|
| 11/09/2022 | CRR | FF | Review updated waterfall and internal comments. | 0.50 | 1025.00 | $512.50 |
| 11/10/2022 | CRR | FF | Review re amended schedule filed by Debtor. | 0.20 | 1025.00 | $205.00 |
| 11/17/2022 | BJS | FF | Review Monthly operating report | 0.10 | 1445.00 | $144.50 |
| 11/17/2022 | CRR | FF | Discuss scheduling, waterfall analysis with BSandler, PLabov. | 0.30 | 1025.00 | $307.50 |
| 11/21/2022 | CRR | FF | Review updated waterfall and email to FTI. | 0.50 | 1025.00 | $512.50 |
| 11/29/2022 | BJS | FF | Review MOR | 0.10 | 1445.00 | $144.50 |
|  |  |  |  | 1.90 |  | $2,031.50 |

**Financing [B230]**

| 09/01/2022 | BJS | FN | Various emails with PL regarding lien | 0.20 | 1445.00 | $289.00 |
|---|---|---|---|---|---|---|
| 09/02/2022 | BJS | FN | Various emails with PSZJ/FTI regarding Primer lien | 0.20 | 1445.00 | $289.00 |
| 09/14/2022 | BJS | FN | Various emails with PL/CR regarding Premier | 0.20 | 1445.00 | $289.00 |
| 09/21/2022 | BJS | FN | Various emails with M Lowe regarding liens | 0.10 | 1445.00 | $144.50 |
| 11/02/2022 | BJS | FN | Various emails with B O'Kane regarding budget | 0.10 | 1445.00 | $144.50 |
| 11/02/2022 | BJS | FN | Various emails with FTI/PSZJ regarding budget/wind down | 0.30 | 1445.00 | $433.50 |
| 11/07/2022 | BJS | FN | Review FTI report regarding waterfall/financial; Various emails with FTI regarding same | 0.50 | 1445.00 | $722.50 |
| 11/07/2022 | CRR | FN | Review revised waterfall from FTI and BSandler comments. | 0.40 | 1025.00 | $410.00 |
| 11/08/2022 | BJS | FN | Teleconference with C R regarding waterfall | 0.10 | 1445.00 | $144.50 |
|  |  |  |  | 2.10 |  | $2,866.50 |

**General Creditors Comm. [B150]**

| 09/01/2022 | BJS | GC | Various emails with UCC/Debtor regarding sale process | 0.50 | 1445.00 | $722.50 |
|---|---|---|---|---|---|---|
| 09/03/2022 | BJS | GC | Various emails with UCC regarding sale issues, investigation | 0.50 | 1445.00 | $722.50 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

<div align="right">

Page:     13

Invoice 131438

November 30, 2022

</div>

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/13/2022 | BJS | GC | Various emails with Debtors/UCC regarding IP sale | 0.10 | 1445.00 | $144.50 |
| 09/14/2022 | BJS | GC | Various emails with Debtor/UCC regarding IP sale | 0.50 | 1445.00 | $722.50 |
| 11/03/2022 | CRR | GC | Respond to Committee member re True Value sale. | 0.10 | 1025.00 | $102.50 |
| 11/05/2022 | CRR | GC | Respond to Committee member re case status. | 0.10 | 1025.00 | $102.50 |
| 11/29/2022 | CRR | GC | Respond to Committee member re case update and status. | 0.20 | 1025.00 | $205.00 |
| | | | | **2.00** | | **$2,722.00** |

## Operations [B210]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/02/2022 | BJS | OP | Review FTI report | 0.30 | 1445.00 | $433.50 |
| 09/02/2022 | BJS | OP | Review Staffing Report | 0.10 | 1445.00 | $144.50 |
| 09/02/2022 | BJS | OP | Review budget/operating performance | 0.30 | 1445.00 | $433.50 |
| 09/12/2022 | BJS | OP | Various emails with PSZJ regarding UCC report | 0.20 | 1445.00 | $289.00 |
| 11/03/2022 | BJS | OP | Various emails with FTI/PSZJ regarding digital backups | 0.20 | 1445.00 | $289.00 |
| 11/03/2022 | CRR | OP | Review, consider FTI request re digital backups for Debtor's records and respond. | 0.80 | 1025.00 | $820.00 |
| 11/03/2022 | CRR | OP | Review NYC tax audit communications, documents and prep for call. | 0.90 | 1025.00 | $922.50 |
| 11/03/2022 | PJL | OP | Internal discussion with FTI on need for back up of information and revert to discussion with Debtors' counsel. | 1.60 | 1195.00 | $1,912.00 |
| 11/04/2022 | PJL | OP | Internal discussion regarding meeting with J. Quickel and respond to FTI correspondence regarding same. | 0.60 | 1195.00 | $717.00 |
| 11/15/2022 | BJS | OP | Attention to abandonment issues; Various emails with FTI/PSZJ regarding abandonment; meeting with CR regarding same | 0.40 | 1445.00 | $578.00 |
| 11/15/2022 | CRR | OP | Multiple discussions re motion to abandon certain records with Debtor, internal. | 0.70 | 1025.00 | $717.50 |
| 11/15/2022 | CRR | OP | Confer w/ FTI re visit to facilities re records. | 0.20 | 1025.00 | $205.00 |
| 11/16/2022 | BJS | OP | Teleconference CR regarding abandonment | 0.30 | 1445.00 | $433.50 |
| 11/17/2022 | BJS | OP | Various emails with FTI regarding Accounts Receivable | 0.10 | 1445.00 | $144.50 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

Page:    14

Invoice 131438

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/21/2022 | BJS | OP | Various emails with PSZJ regarding abandonment of docs, necessity of same | 0.10 | 1445.00 | $144.50 |
| 11/22/2022 | BJS | OP | Attention to office lease terms; document preservation; Various emails with UCC/Debtors regarding same | 0.20 | 1445.00 | $289.00 |
| 11/30/2022 | PJL | OP | Review Southern States correspondence on abandonment/destruction of records, including internal discussion regarding same. | 0.80 | 1195.00 | $956.00 |
| | | | | **7.80** | | **$9,429.00** |

## Plan & Disclosure Stmt. [B320]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2022 | BJS | PD | Attention to exclusivity; Various emails with Debtors regarding same; Teleconference with PL regarding same | 0.50 | 1445.00 | $722.50 |
| 11/02/2022 | CRR | PD | Multiple discussions re exclusivity with Debtor's counsel, PLabov and provide comments to draft motion. | 2.70 | 1025.00 | $2,767.50 |
| 11/02/2022 | PJL | PD | Review and discuss motion to extend exclusivity. | 0.70 | 1195.00 | $836.50 |
| 11/02/2022 | PJL | PD | Revise proposed Order and motion to extend exclusivity. | 0.60 | 1195.00 | $717.00 |
| 11/02/2022 | PJL | PD | Conference with Debtors' counsel and review of potential language on Committee carve-out on exclusivity. | 1.70 | 1195.00 | $2,031.50 |
| 11/04/2022 | PJL | PD | Conference with Debtors' counsel regarding open issues. | 0.70 | 1195.00 | $836.50 |
| 11/07/2022 | CRR | PD | Review, revise plan and address plan issues. | 2.30 | 1025.00 | $2,357.50 |
| 11/07/2022 | PJL | PD | Review waterfall and discuss same with internal team. | 0.40 | 1195.00 | $478.00 |
| 11/09/2022 | BJS | PD | Review FTI deck; Various emails with N Ganti regarding same | 0.30 | 1445.00 | $433.50 |
| 11/09/2022 | CRR | PD | Review, revise draft plan. | 1.80 | 1025.00 | $1,845.00 |
| 11/10/2022 | CRR | PD | Revise draft plan. | 2.80 | 1025.00 | $2,870.00 |
| 11/11/2022 | CRR | PD | Revise, update draft Plan. | 1.70 | 1025.00 | $1,742.50 |
| 11/14/2022 | PJL | PD | Conference with B. Sandler regarding open issues on Agway plan and disclosure statement. | 0.40 | 1195.00 | $478.00 |
| 11/15/2022 | CRR | PD | Revise draft Plan. | 1.50 | 1025.00 | $1,537.50 |

Pachulski Stang Ziehl & Jones LLP

<div style="float:right">Page:    15</div>

Agway Farms O.C.C.

<div style="float:right">Invoice 131438</div>

02312    -00002

<div style="float:right">November 30, 2022</div>

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/17/2022 | BJS | PD | Review Waterfall; Various emails with CR regarding same | 0.40 | 1445.00 | $578.00 |
| 11/17/2022 | BJS | PD | Various emails with PL, CR regarding plan/Disclosure Statement | 0.10 | 1445.00 | $144.50 |
| 11/17/2022 | CRR | PD | Further revisions to draft plan and update BSandler, PLabov. | 3.70 | 1025.00 | $3,792.50 |
| 11/18/2022 | CRR | PD | Continue revisions to draft Plan. | 2.50 | 1025.00 | $2,562.50 |
| 11/18/2022 | CRR | PD | Review order re exclusivity re scheduling, critical dates. | 0.20 | 1025.00 | $205.00 |
| 11/21/2022 | CRR | PD | Revise Plan and email to BSandler, PLabov. | 6.30 | 1025.00 | $6,457.50 |
| 11/21/2022 | PJL | PD | Review combined disclosure statement and plan and discuss internally. | 1.80 | 1195.00 | $2,151.00 |
| 11/23/2022 | BJS | PD | Various emails with S Balasiano regarding plan | 0.20 | 1445.00 | $289.00 |
| 11/23/2022 | CRR | PD | Revisions to draft Plan. | 1.60 | 1025.00 | $1,640.00 |
| 11/29/2022 | BJS | PD | Review and Revise draft plan; Various emails with PL, CR regarding same | 1.30 | 1445.00 | $1,878.50 |
| 11/29/2022 | CRR | PD | Review internal comments, edits to Plan and revise. | 1.80 | 1025.00 | $1,845.00 |
| 11/29/2022 | PJL | PD | Revise combined plan and disclosure statement. | 2.40 | 1195.00 | $2,868.00 |
|  |  |  |  | **40.40** |  | **$44,065.00** |

### Retention of Prof. [B160]

|  |  |  |  | | | |
|---|---|---|---|---|---|---|
| 09/19/2022 | BJS | RP | Review and revise supplemental declaration | 0.30 | 1445.00 | $433.50 |
| 09/20/2022 | BJS | RP | Review and Revise supplemental declaration | 0.30 | 1445.00 | $433.50 |
|  |  |  |  | **0.60** |  | **$867.00** |

### Ret. of Prof./Other

|  |  |  |  | | | |
|---|---|---|---|---|---|---|
| 09/01/2022 | BJS | RPO | Various emails with R Kalnit regarding retention issues | 0.10 | 1445.00 | $144.50 |
| 09/02/2022 | BJS | RPO | Various emails with J Waxman regarding Hilco | 0.10 | 1445.00 | $144.50 |
| 09/06/2022 | BJS | RPO | Various emails with PSZJ regarding Streambank retention | 0.30 | 1445.00 | $433.50 |
| 09/08/2022 | BJS | RPO | Various emails with CRR, UST regarding indemnification/FTI | 0.10 | 1445.00 | $144.50 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312   - 00002

Page:   16

Invoice 131438

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/09/2022 | BJS | RPO | Various emails with PSZJ regarding Hilco retention; Review retention application | 0.30 | 1445.00 | $433.50 |
| 11/11/2022 | CRR | RPO | Review FTI retention re forensic imaging and backup and respond to NGanti. | 0.60 | 1025.00 | $615.00 |
| | | | | 1.50 | | $1,915.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$113,515.00**

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

Page:    17

Invoice 131438

November 30, 2022

## Expenses

| | | | |
|---|---|---|---|
| 10/11/2022 | CC | Conference Call [E105] AT&T Conference Call, CRR | 2.19 |
| 10/12/2022 | CC | Conference Call [E105] AT&T Conference Call, CRR | 1.62 |
| 10/25/2022 | CC | Conference Call [E105] AT&T Conference Call, CRR | 0.81 |
| 11/04/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/04/2022 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/04/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/04/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/08/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/08/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/08/2022 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/08/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/08/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/08/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/08/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/08/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/08/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/08/2022 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 11/08/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/08/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/08/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/08/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/09/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/09/2022 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 11/09/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/09/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/09/2022 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 11/09/2022 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 11/09/2022 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 11/10/2022 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 11/10/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/10/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/10/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP
Agway Farms O.C.C.
02312   - 00002

| | | | |
|---|---|---|---|
| 11/15/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/15/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/15/2022 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 11/15/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/15/2022 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 11/17/2022 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 11/17/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/17/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/18/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/18/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/18/2022 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 11/18/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/18/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/18/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/21/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/21/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/22/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/22/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/23/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/23/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/23/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/23/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/23/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/23/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/28/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/28/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/28/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/28/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/28/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/28/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/28/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/28/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/30/2022 | PAC | Pacer - Court Research | 18.10 |
| 11/30/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

Page:    19
Invoice 131438
November 30, 2022

| | | | |
|---|---|---|---|
| 11/30/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/30/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/30/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/30/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/30/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/30/2022 | RE2 | SCAN/COPY ( 80 @0.10 PER PG) | 8.00 |
| 11/30/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/30/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |

**Total Expenses for this Matter**                    **$93.32**

Pachulski Stang Ziehl & Jones LLP
Agway Farms O.C.C.
02312    -00002

Page:    20
Invoice 131438
November 30, 2022

<div align="center">

**REMITTANCE ADVICE**

**Please include this Remittance with your payment**

</div>

**For current services rendered through:**    **11/30/2022**

**Total Fees**                                                                    **$113,515.00**

**Total Expenses**                                                                    **93.32**

**Total Due on Current Invoice**                                              **$113,608.32**

    **Outstanding Balance from prior invoices as of**    **11/30/2022**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130900 | 08/31/2022 | $263,934.50 | $391.68 | $52,786.90 |
| 131012 | 09/30/2022 | $135,367.50 | $84.20 | $27,073.50 |
| 131217 | 10/31/2022 | $111,238.50 | $472.50 | $111,711.00 |

    **Total Amount Due on Current and Prior Invoices:**              **$305,179.72**