# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor. | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 case:

| Date | Time |
|---|---|
| February 28, 2023 | 10:00 a.m. (prevailing ET) |
| March 28, 2023 | 11:00 a.m. (prevailing ET) |
| April 19, 2023 | 11:00 a.m. (prevailing ET) |

**Dated: January 26th, 2023**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

13999607.v1