# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **AGWAY FARM & HOME SUPPLY, LLC.**[1] | ) Case No. 22-10602 (JKS) |
| | ) |
| Debtor. | ) |
| | ) **Obj. Deadline: February 24, 2023 at 4:00 pm (ET)** |

**SUMMARY COVER SHEET TO THE FOURTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD <u>DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022</u>**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 15, 2022, effective as of July 26, 2022 |
| Period for which compensation and reimbursement are sought: | December 1, 2022, through December 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $48,129.20 (80% of $60,161.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $227.05 |
| This is an: | __X__ monthly ___ interim ___ final application. |

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

1

137186080.1

DOCS_DE:242220.1 02312/002

2

## COMPENSATION BY TIMEKEEPER

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Zucker, Clifford | Senior Managing Director | 1,325.00 | 0.7 | $927.50 |
| Eldred, John | Managing Director | 965 | 5.3 | 5,114.50 |
| Ganti, Narendra | Managing Director | 985 | 12.3 | 12,115.50 |
| Griffin, Allison | Managing Director | 985 | 7.1 | 6,993.50 |
| Davis, Jackilyn | Senior Director | 975 | 7.3 | 7,117.50 |
| McDonnell, Chad | Director | 610 | 33.8 | 20,618.00 |
| Addicks, Michael | Consultant | 475 | 8.5 | 4,037.50 |
| Bader, Daniel | Consultant | 475 | 9.8 | 4,655.00 |
| Hellmund-Mora, Marili | Manager | 325 | 1.7 | 552.50 |
| **SUBTOTAL** | | | **86.5** | **$62,131.50** |
| Less: 50% discount for non-working travel time | | | | (1,970.00) |
| **GRAND TOTAL** | | | **86.5** | **$60,161.50** |

DOCS_DE:242220.1 02312/002

# COMPENSATION BY PROJECT CATEGORY

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 1.1 | $1,185.50 |
| 2 | Cash & Liquidity Analysis | 5.0 | 2,375.00 |
| 6 | Asset Sales | 0.3 | 295.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 1.3 | 1,280.50 |
| 18 | Potential Avoidance Actions & Litigation Matters | 12.8 | 10,717.00 |
| 19 | Case Management | 0.4 | 394.00 |
| 21 | General Meetings with Committee & Committee Counsel | 0.9 | 1,022.50 |
| 24 | Preparation of Fee Application | 1.7 | 552.50 |
| 25 | Travel Time | 4.0 | 3,940.00 |
| 26 | Tech Services and Imaging | 59.0 | 40,369.00 |
| | **SUBTOTAL** | **86.5** | **$62,131.50** |
| | Less: 50% discount for non-working travel time | | (1,970.00) |
| | **GRAND TOTAL** | **86.5** | **$60,161.50** |

# SUMMARY OF EXPENSES

| Expense Type | Amount |
|---|---:|
| Transportation | $204.90 |
| Working Meals | 22.15 |
| **Total** | **$227.05** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AGWAY FARM & HOME SUPPLY, LLC.**[1] | ) | Case No. 21-10602 (JKS) |
| | ) | |
| | ) | |
| Debtor.[2] | ) | |
| | ) | Obj. Deadline: February 24, 2023 at 4:00 pm (ET) |
| | ) | |
| | ) | |

**FOURTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Administrative Order") [D.I. 114], the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in these chapter 11 cases, hereby submits this *First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period December 1, 2022 to December 31, 2022* (the "Application Period").

## BACKGROUND

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

.

DOCS_DE:242220.1 02312/002

1. On July 5, 2022 (the "Petition Date"), the Debtor commenced these chapter 11 cases by filing petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

2. On July 18, 2022, the U.S. Trustee appointed an Official Committee of Unsecured Creditors [D.I. 63]. At the formation meeting the Committee selected Fox Rothschild LLP as its counsel. On July 27, 2022, the Committee selected FTI as its financial advisor. The Committee consists of the following seven members:

    a) The Scotts Company, LLC;
    b) Animal Health International, Inc.;
    c) Wildlife Sciences, LLC;
    d) Capital Forrest Products;
    e) Gallagher North America, Inc.;
    f) Hub Group, Inc.; and
    g) American Wood Fibers, Inc.

3. On September 9, 2022, the Court entered the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors* [D.I. 195] (the "Retention Order").

**RELIEF REQUESTED**

4. FTI submits this Fee Application pursuant to the Bankruptcy Rules, the Administrative Order, and the Retention Order. By this Fee Application, FTI seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $48,129.20 for the Application Period (80% of $60,161.50 total fees), and $227.05 of actual and necessary expenses incurred, for a total compensation of $48,356.25 in accordance with the terms of the Administrative Order. FTI reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such

2

expenses may not have been captured in FTI's billing system as of the date of filing this Fee Application.

**SUMMARY OF FEES**

5.  The total number of hours expended by FTI professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 86.5 hours. Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

6.  Services rendered by (i) each professional and paraprofessional, (ii) a summary of the time incurred by task, (iii) detailed time entries during the Application Period, (iv) summary of the expenses incurred by task, and (v) detailed expense entries are attached hereto as **Exhibit A, Exhibit B, Exhibit C**, **Exhibit D**, and **Exhibit E,** respectively. The following paragraphs describe the primary services rendered by FTI during the Application Period.

*Code 1 – Current Operating Results & Events (1.1 hours)*

1.  During the Application Period, FTI reviewed the Debtor's financial information, including P&L, balance sheet, and other data. As part of this review, FTI analyzed the Debtor's November Monthly Operating Report ("MOR"). This was necessary to better understand the Debtor's current financial situation, as well as their historical profitability and asset composition.

*Code 2 – Cash and Liquidity Analysis (5.0 hours)*

2.  During the Application Period, FTI monitored the Debtor's liquidity position and performed diligence on the Debtor's 13-week cash flow forecasts and weekly budget to actual variances. As part of this diligence, FTI corresponded with Debtor's advisors in order to understand the underlying drivers of the budget, key budget assumptions, and explanations for significant weekly budget-to-actual variances. FTI prepared and distributed weekly reports to the

3

Committee summarizing and analyzing the details of the 13-week cash flow forecasts, which are refreshed every week, as well as actual results compared to budget in order to keep the Committee informed of the Debtor's current and projected liquidity position

*Code 6 – Asset Sales (0.3 hours)*

3. During FTI reviewed and assessed inventory, intellectual property, and liquidation sale proposals.

*Code 14 – Analysis of Claims & Liabilities Subject to Compromise (1.3 hours)*

4. Time in this code includes analysis of various first day motions including, among others, critical vendor, professional retention applications, and lease rejection motions.

*Code 18 – Potential Avoidance Actions & Litigation Matters (12.8 hours)*

5. During the Statement Period, FTI professionals reviewed documents.

*Code 19 – Case Management (0.4 hours)*

6. During the Statement Period, FTI professionals reviewed documents and issues relating to the depositions of a number of parties-in-interest in these cases.

*Code 21 – General Meetings with Committee & Committee Counsel (0.9 hours)*

7. Work in this area included participation in periodic calls with the Committee and its counsel to discuss case strategy and status, current financial and operational results, the Debtor's corporate structure, interrelationships among the Debtor and certain non-debtors, preliminary understanding of claims, pending motions and various other case issues

*Code 24 – Preparation of Fee Application (1.7 Hours)*

8. During the Application period FTI prepared the November Fee Application.

*Code 25 – Travel Time (4.0 Hours)*

4

9. During the Application period FTI spent time traveling for meetings with the debtor.

*Code 26 – Tech Services and Imaging (59.0 Hours)*

10. During the Application period FTI analyzed documents and report related to the debtor's technology and analyzed data from the various enterprise systems.

**CONCLUSION**

WHEREFORE, FTI respectfully requests an interim allowance of compensation for professional services rendered as financial advisor to the Committee during the Application Period in the amount of $48,129.20 (80% of $60,161.50 total fees), and $227.05 for actual and necessary expenses incurred, for a total compensation of $48,356.25 pursuant to the Administrative Order, and such other and further relief that the Court deems just and proper.

Dated: February 6, 2023　　　　　　　　　　FTI CONSULTING, INC.

　　　　　　　　　　　　　　　　　　　　　By: */s/ Cliff Zucker*_____
　　　　　　　　　　　　　　　　　　　　　　Cliff Zucker
　　　　　　　　　　　　　　　　　　　　　　1166 Ave of the Americas, 15th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　Telephone: 212-841-9355
　　　　　　　　　　　　　　　　　　　　　　E-mail: cliff.zucker@fticonsulting.com

　　　　　　　　　　　　　　　　　　　　　　Financial Advisors to the Official
　　　　　　　　　　　　　　　　　　　　　　Committee of Unsecured Creditors of
　　　　　　　　　　　　　　　　　　　　　　Agway Farm & Home Supply, LLC.

# VERIFICATION PURSUANT TO DEL. BANKR. L.R. 2016-2(g) AND 28 U.S.C. § 1746

I, Cliff Zucker, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1.  I am a Senior Managing Director with the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 cases.

2.  I have read the foregoing statement of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: February 6, 2023           FTI CONSULTING, INC.

By: */s/ Cliff Zucker*_____
    Cliff Zucker
    1166 Ave of the Americas, 15th Floor
    New York, NY 10036
    Telephone: 212-841-9355
    E-mail: cliff.zucker@fticonsulting.com

    Financial Advisors to the Official
    Committee of Unsecured Creditors of
    Agway Farm & Home Supply, LLC