# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Agway Farm & Home Supply, LLC | ) Case No. 22-10602 |
| | ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

<u>Pearl Valley Farms Inc.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

Court Claim # (if known): <u>N/A</u>
Amount of Claim: <u>N/A</u>
Date Claim Filed: <u>N/A</u>
Schedule # (if known): <u>2408412</u>
Amount of Schedule: <u>$12,562.20</u>

Phone: <u>815.242.7650 x129</u>
Last four digits of Acct.# <u>N/A</u>

Name and Current Address of Transferor:

Pearl Valley Farms Inc.
968 S Kent Rd
Pearl City, IL 61062

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>
Transferee/Transferee's Agent

Date: <u>February 9, 2023</u>

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attention: Clerk

AND TO: Agway Farm & Home Supply, LLC,
Case No. 22-10602 (the "Debtor")

Claim # N/A

**Pearl Valley Farms Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$12,562.20** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7th DAY OF February, 2023.

ASSIGNOR: Pearl Valley Farms Inc.

_____
(Signature)

Ray Baker
_____
(Print Name)

CFO
_____
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
_____
(Print Name)

Managing Member
_____
(Title)

## Claim Summary

**Creditor Name** Pearl Valley Farms Inc.
**Creditor Address** 968 S Kent Rd
Pearl City, IL 61062
**Debtor Name** Agway Farm & Home Supply, LLC
**Debtor Case No.** 22-10602
**Claim No.**
**Date Filed**
**Schedule No.** 2408412

### Schedule Amount

**General Unsecured** $12,562.20
**Priority** $0.00
**Secured** $0.00
**Admin Priority** $0.00

### Filed Claim Amount

**General Unsecured** $0.00
**Priority** $0.00
**Secured** $0.00
**Admin Priority** $0.00

### Current Claim Amount

**General Unsecured** $12,562.20
**Priority**
**Secured**
**Admin Priority**
*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Copyright © 2023 Stretto, All rights reserved.
410 Exchange, Ste 100
Irvine, CA 92602

| Debtor | Agway Farm & Home Supply, LLC, a Delaware Limited Liability Company | Case number (if known) | 22-10602 (JKS) |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.277 | PASLODE NZ<br>PO BOX 100 303<br>AUCKLAND NEW ZELAND, (blank) (blank)<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $30,581.49 |
| 3.278 | PBI GORDON CORPORATION<br>PO BOX 504228<br>SAINT LOUIS, MO 63150<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $11,361.60 |
| 3.279 | PDZ COMPANY LLC<br>PO BOX 504228<br>SAINT LOUIS, MO 63150<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $27,355.00 |
| 3.280 | PEARL VALLEY FARMS INC<br>968 South Kent Rd<br>Pearl City, IL 61062<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $12,562.20 |
| 3.281 | PET ADVENTURES WORLDWIDE INC<br>8494 Firebird Dr<br>West Chester, OH 45014<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $735.58 |
| 3.282 | PET AG INC<br>PO Box 505258<br>Saint Louis, MO 63150<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $9,317.44 |
| 3.283 | PET FACTORY INC<br>845 EAST HIGH ST<br>Mundelein, IL 60060<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $2,858.84 |