IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) <br> ) Chapter 11 <br> ) <br> Agway Farm & Home Supply, LLC ) Case No. 22-10602 <br> ) <br> ) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Pine Tree Farms Inc.
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): N/A
Amount of Claim: N/A
Date Claim Filed: N/A
Schedule # (if known): 2408416

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Amount of Schedule: $37,690.88

Phone: (607) 387-6416
Last four digits of Acct.#   N/A

Phone: 516-255-1801
Last four digits of Acct#:   N/A

Name and Current Address of Transferor:

Pine Tree Farms Inc.
PO Box 254
Interlaken, NY 14847

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#:   N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Terrel Ross
Transferee/Transferee's Agent

Date: February 9, 2023

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attention: Clerk

AND TO: Agway Farm & Home Supply, LLC,
Case No. 22-10602 (the "Debtor")

Claim # N/A

**Pine Tree Farms Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$37,690.88**("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9 DAY OF February, 2023.

ASSIGNOR: Pine Tree Farms Inc.

_Michele A. Griego_
568D77D2602E4C6...
(Signature)

Michele A. Griego
(Print Name)

Owner
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

| Debtor | Agway Farm & Home Supply, LLC, a Delaware Limited Liability Company | Case number (if known) | 22-10602 (JKS) |
|---|---|---|---|

| 3.284 | Nonpriority creditor's name and mailing address<br>PHILLIPS FEED & PET SUPPLY<br>3747 HECKTOWN RD<br>EASTON, PA 18045<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,237,562.09 |
|---|---|---|---|
| 3.285 | Nonpriority creditor's name and mailing address<br>PINE TREE FARMS INC<br>PO BOX 254<br>Interlaken, NY 14847<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $37,690.88 |
| 3.286 | Nonpriority creditor's name and mailing address<br>PITT OHIO EXPRESS INC<br>P O BOX 643271<br>Pittsburgh, PA 15264-3271<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,564.06 |
| 3.287 | Nonpriority creditor's name and mailing address<br>PLANT FOOD COMPANY INC<br>38 Heightstown Cranbury Station<br>Cranbury, NJ 08512<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $12,276.00 |
| 3.288 | Nonpriority creditor's name and mailing address<br>PLANTATION PRODUCTS LLC<br>3780 Tradeport Court<br>Lockbourne, OH 43137<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $25,257.96 |
| 3.289 | Nonpriority creditor's name and mailing address<br>POLYGRO L L C<br>PO Box 567<br>Safety Harbor, FL 34695<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $146,097.76 |
| 3.290 | Nonpriority creditor's name and mailing address<br>POLYVINYL FILMS INC<br>PO BOX 753<br>Sutton, MA 01590<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $671.52 |

## Claim Summary

**Creditor Name** Pine Tree Farms Inc.
**Creditor Address** PO Box 254
Interlaken, NY 14847
**Debtor Name** Agway Farm & Home Supply, LLC
**Debtor Case No.** 22-10602
**Claim No.**
**Date Filed**
**Schedule No.** 2408416

### Schedule Amount

**General Unsecured** $37,690.88
**Priority** $0.00
**Secured** $0.00
**Admin Priority** $0.00

### Filed Claim Amount

**General Unsecured** $0.00
**Priority** $0.00
**Secured** $0.00
**Admin Priority** $0.00

### Current Claim Amount

**General Unsecured** $37,690.88
**Priority**
**Secured**
**Admin Priority**
*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Copyright © 2023 Stretto, All rights reserved.
410 Exchange, Ste 100
Irvine, CA 92602