# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGWAY FARM & HOME SUPPLY, LLC [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10602 (JKS) |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on TRC Master Fund LLC, Attn: Terrel Ross at PO Box 633, Woodmere, NY 11598:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 489]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 490]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 491]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 492]**

Furthermore, on February 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Pearl Valley Farms Inc., Ray Baker at 968 S Kent Rd, Pearl City, IL 61062:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 489]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 490]**

---

[1] 1 The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230

Furthermore, on February 15, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Pine Tree Farms, Inc., c/o Obermayer Rebmann Maxwell & Hippel LLP, Attn: Michael D. Vagnoni, Esq. at Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 491]**

Furthermore, on February 15, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Pine Tree Farms, Inc. at PO Box 254, Interlaken, NY 14847:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 492]**

Dated: February 16, 2023

Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of February, 2023, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026