**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>**AGWAY FARM & HOME SUPPLY, LLC.**[1]<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 22-10602 (JKS)<br>)<br>)<br>)<br>) **Obj. Deadline: March 23, 2023 at 4:00 pm (ET)**<br>) |

**SUMMARY COVER SHEET TO THE SIXTH MONTHLY FEE APPLICATION
OF FTI CONSULTING, INC.,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 15, 2022, effective as of July 26, 2022 |
| Period for which compensation and reimbursement are sought: | January 1, 2023, through January 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $38,161.00 (80% of $47,701.25) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $482.21 |

This is an:   __X__ monthly   ___ interim   ___ final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

1

137186080.1

DOCS_DE:242604.1 02312/002

## COMPENSATION BY TIMEKEEPER

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Zucker, Clifford | Senior Managing Director | 1,325.00 | 2.6 | $3,445.00 |
| Ganti, Narendra | Managing Director | 985 | 9.4 | 9,259.00 |
| Griffin, Allison | Managing Director | 985 | 3.9 | 3,841.50 |
| Davis, Jackilyn | Senior Director | 975 | 9.9 | 9,652.50 |
| McDonnell, Chad | Director | 610 | 16.4 | 10,004.00 |
| Downing, Thomas | Senior Consultant | 695 | 4.8 | 3,336.00 |
| Addicks, Michael | Consultant | 475 | 10.2 | 4,845.00 |
| Bader, Daniel | Consultant | 475 | 8.0 | 3,800.00 |
| Hellmund-Mora, Marili | Manager | 325 | 1.7 | 552.50 |
| **SUBTOTAL** | | | **66.9** | **$48,735.50** |
| Less: 50% discount for non-working travel time | | | | (1,034.25) |
| **GRAND TOTAL** | | | **66.9** | **$47,701.25** |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 5.3 | $3,998.50 |
| 2 | Cash & Liquidity Analysis | 6.4 | 4,060.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 0.9 | 1,192.50 |
| 20 | General Meeting with Debtor & Debtor's Professionals | 3.4 | 2,635.00 |
| 24 | Preparation of Fee Application | 5.8 | 2,755.00 |
| 25 | Travel Time | 2.1 | 2,068.50 |
| 26 | Tech Services and Imaging | 43.0 | 32,026.00 |
| | **SUBTOTAL** | **66.9** | **$48,735.50** |
| | Less: 50% discount for non-working travel time | | (1,034.25) |
| | Less: Voluntary Reduction | | 0.00 |
| | **GRAND TOTAL** | **66.9** | **$47,701.25** |

## SUMMARY OF EXPENSES

| Expense Type | Amount |
|---|---:|
| Lodging | $261.06 |
| Transportation | 182.37 |
| Working Meals | 38.78 |
| **Total** | **$482.21** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**AGWAY FARM & HOME SUPPLY, LLC.**[1]<br><br>Debtor.[2] | Chapter 11<br><br>Case No. 21-10602 (JKS)<br><br>Obj. Deadline: March 23, 2023 at 4:00 pm (ET) |

**SIXTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Administrative Order") [D.I. 114], the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in these chapter 11 cases, hereby submits this *Sixth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period January 1, 2023 to January 31, 2023* (the "Application Period").

**BACKGROUND**

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

.

DOCS_DE:242604.1 02312/002

1. On July 5, 2022 (the "Petition Date"), the Debtor commenced these chapter 11 cases by filing petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

2. On July 18, 2022, the U.S. Trustee appointed an Official Committee of Unsecured Creditors [D.I. 63]. At the formation meeting the Committee selected Fox Rothschild LLP as its counsel. On July 27, 2022, the Committee selected FTI as its financial advisor. The Committee consists of the following six members:

   a) The Scotts Company, LLC;
   b) Animal Health International, Inc.;
   c) Wildlife Sciences, LLC;
   d) Capital Forrest Products;
   e) Hub Group, Inc.; and
   f) American Wood Fibers, Inc.

3. On September 9, 2022, the Court entered the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors* [D.I. 195] (the "Retention Order").

**RELIEF REQUESTED**

4. FTI submits this Fee Application pursuant to the Bankruptcy Rules, the Administrative Order, and the Retention Order. By this Fee Application, FTI seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $38,161.00 for the Application Period (80% of $47,701.25 total fees), and $482.21 of actual and necessary expenses incurred, for a total compensation of $38,643.21 in accordance with the terms of the Administrative Order. FTI reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such

2

expenses may not have been captured in FTI's billing system as of the date of filing this Fee Application.

## SUMMARY OF FEES

5. The total number of hours expended by FTI professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 86.5 hours. Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

6. Services rendered by (i) each professional and paraprofessional, (ii) a summary of the time incurred by task, (iii) detailed time entries during the Application Period, (iv) summary of the expenses incurred by task, and (v) detailed expense entries are attached hereto as **Exhibit A, Exhibit B, Exhibit C**, **Exhibit D**, and **Exhibit E,** respectively. The following paragraphs describe the primary services rendered by FTI during the Application Period.

*Code 1 – Current Operating Results & Events (5.3 hours)*

1. During the Application Period, FTI reviewed the Debtor's financial information, including P&L, balance sheet, and other data. As part of this review, FTI analyzed the Debtor's November Monthly Operating Report ("MOR"). This was necessary to better understand the Debtor's current financial situation, as well as their historical profitability and asset composition.

*Code 2 – Cash and Liquidity Analysis (6.4 hours)*

2. During the Application Period, FTI monitored the Debtor's liquidity position and performed diligence on the Debtor's 13-week cash flow forecasts and weekly budget to actual variances. As part of this diligence, FTI corresponded with Debtor's advisors in order to understand the underlying drivers of the budget, key budget assumptions, and explanations for significant weekly budget-to-actual variances. FTI prepared and distributed weekly reports to the

3

Committee summarizing and analyzing the details of the 13-week cash flow forecasts, which are refreshed every week, as well as actual results compared to budget in order to keep the Committee informed of the Debtor's current and projected liquidity position

*Code 18 – Potential Avoidance Actions & Litigation Matters  (0.9 hours)*

3. During the Statement Period, FTI professionals reviewed documents.

*Code 20 – General Meetings with Debtor and Debtor's Professionals  (3.4 hours)*

4. During the Statement Period, FTI professionals met and corresponded with the Debtor and professionals regarding the case and other matters.

*Code 24 – Preparation of Fee Application  (5.8 Hours)*

5. During the Application period FTI prepared the December Fee Application.

*Code 25 – Travel Time  (2.1 Hours)*

6. During the Application period FTI spent time traveling for meetings with the debtor.

*Code 26 – Tech Services and Imaging  (43.0 Hours)*

7. During the Application period FTI analyzed documents and report related to the debtor's technology and analyzed data from the various enterprise systems.

## CONCLUSION

WHEREFORE, FTI respectfully requests an interim allowance of compensation for professional services rendered as financial advisor to the Committee during the Application Period in the amount of $38,161.00 (80% of $47,701.25 total fees), and $482.21 for actual and necessary expenses incurred, for a total compensation of $38,643.21 pursuant to the Administrative Order, and such other and further relief that the Court deems just and proper.

4

Dated: March 13, 2023

FTI CONSULTING, INC.

By: */s/ Cliff Zucker*
    Cliff Zucker
    1166 Ave of the Americas, 15th Floor
    New York, NY 10036
    Telephone: 212-841-9355
    E-mail: cliff.zucker@fticonsulting.com

    Financial Advisors to the Official
    Committee of Unsecured Creditors of
    Agway Farm & Home Supply, LLC.

**VERIFICATION PURSUANT TO DEL. BANKR. L.R. 2016-2(g) AND 28 U.S.C. § 1746**

I, Cliff Zucker, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1. I am a Senior Managing Director with the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 cases.

2. I have read the foregoing statement of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: March 13, 2023    FTI CONSULTING, INC.

By: */s/ Cliff Zucker*
Cliff Zucker
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone: 212-841-9355
E-mail: cliff.zucker@fticonsulting.com

Financial Advisors to the Official
Committee of Unsecured Creditors of
Agway Farm & Home Supply, LLC

6

**EXHIBIT A**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Zucker, Clifford | Senior Managing Director | 1,325.00 | 2.6 | $3,445.00 |
| Ganti, Narendra | Managing Director | 985 | 9.4 | 9,259.00 |
| Griffin, Allison | Managing Director | 985 | 3.9 | 3,841.50 |
| Davis, Jackilyn | Senior Director | 975 | 9.9 | 9,652.50 |
| McDonnell, Chad | Director | 610 | 16.4 | 10,004.00 |
| Downing, Thomas | Senior Consultant | 695 | 4.8 | 3,336.00 |
| Addicks, Michael | Consultant | 475 | 10.2 | 4,845.00 |
| Bader, Daniel | Consultant | 475 | 8.0 | 3,800.00 |
| Hellmund-Mora, Marili | Manager | 325 | 1.7 | 552.50 |
| **SUBTOTAL** | | | **66.9** | **$48,735.50** |
| Less: 50% discount for non-working travel time | | | | (1,034.25) |
| **GRAND TOTAL** | | | **66.9** | **$47,701.25** |

**EXHIBIT B**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 5.3 | $3,998.50 |
| 2 | Cash & Liquidity Analysis | 6.4 | 4,060.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 0.9 | 1,192.50 |
| 20 | General Meeting with Debtor & Debtor's Professionals | 3.4 | 2,635.00 |
| 24 | Preparation of Fee Application | 5.8 | 2,755.00 |
| 25 | Travel Time | 2.1 | 2,068.50 |
| 26 | Tech Services and Imaging | 43.0 | 32,026.00 |
| | **SUBTOTAL** | **66.9** | **$48,735.50** |
| | Less: 50% discount for non-working travel time | | (1,034.25) |
| | Less: Voluntary Reduction | | 0.00 |
| | **GRAND TOTAL** | **66.9** | **$47,701.25** |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 1/12/2023 | Zucker, Clifford | 0.5 | Review and analysis of RSM contracts. |
| 1 | 1/17/2023 | Downing, Thomas | 3.6 | Review and analyze financial statements for accounts payable questions. |
| 1 | 1/18/2023 | Downing, Thomas | 1.2 | Call with C. Klaus to discuss liquidity. |
| 2 | 1/12/2023 | Zucker, Clifford | 0.4 | Review and analysis of 9019 settlement on A/R. |
| 2 | 1/17/2023 | Addicks, Michael | 2.7 | Update Cash Bridge reconciliation through 11/14. |
| 2 | 1/23/2023 | Addicks, Michael | 1.3 | Finalized Agway Cash Bridge from filing through 12/31. |
| 2 | 1/24/2023 | Addicks, Michael | 1.2 | Finalized Agway Cash Bridge from filing through 12/31. |
| 2 | 1/30/2023 | Zucker, Clifford | 0.8 | Review and analysis of cash activity and reconciliation. |
| 18 | 1/6/2023 | Zucker, Clifford | 0.5 | Call with counsel on potential litigation. |
| 18 | 1/9/2023 | Zucker, Clifford | 0.4 | Review and analysis of management interview notes. |
| 20 | 1/18/2023 | Addicks, Michael | 1.4 | Interview re: Agway CPC acquisition with M. Grossman, N. Ganti, and JP Eldred |
| 20 | 1/18/2023 | Ganti, Narendra | 2.0 | Interview with M. Grossman, former CFO.. |
| 24 | 1/4/2023 | Addicks, Michael | 1.3 | Prepare FTI Fee Application for November. |
| 24 | 1/23/2023 | Hellmund-Mora, Marili | 0.5 | Update and finalize the November fee application. |
| 24 | 1/23/2023 | Hellmund-Mora, Marili | 1.2 | Prepare the December fee application to ensure compliance with bankruptcy guidelines. |
| 24 | 1/25/2023 | Addicks, Michael | 0.6 | Prepare December FTI Fee Application. |
| 24 | 1/26/2023 | Addicks, Michael | 0.8 | Update the December FTI Fee Application. |
| 24 | 1/27/2023 | Addicks, Michael | 0.2 | Revise the December FTI Fee Application. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 1/30/2023 | Addicks, Michael | 0.7 | Finalize the December fee application. |
| 24 | 1/30/2023 | Ganti, Narendra | 0.5 | Draft NetSuite data memo and analysis of exported financial reports. |
| 25 | 1/18/2023 | Ganti, Narendra | 1.5 | Travel time from Richmond to Home. |
| 25 | 1/12/2023 | Ganti, Narendra | 0.6 | Travel time to Richmond for M. Grossman, former CFO, interview. |
| 26 | 1/9/2023 | Ganti, Narendra | 0.3 | Call with C. Klaus to discuss back ups of laptops. |
| 26 | 1/12/2023 | Ganti, Narendra | 0.6 | Call with C. Klaus to discuss laptops and imaging them. |
| 26 | 1/19/2023 | Ganti, Narendra | 2.0 | Meeting with C. Klaus, CLO, to review laptops, hard drives, and other electronic equipment. |
| 26 | 1/3/2023 | Bader, Daniel | 0.6 | Internal update call with FTI tech team regarding NetSuites analysis. |
| 26 | 1/3/2023 | Davis, Jackilyn | 0.2 | Follow-up correspondence with IT team re: NetSuites. |
| 26 | 1/3/2023 | Griffin, Allison | 0.6 | Draft NetSuite data memo and analysis of exported financial reports. |
| 26 | 1/4/2023 | Bader, Daniel | 1.3 | Extract and analyze data from NetSuites for potential recovery claim. |
| 26 | 1/4/2023 | Davis, Jackilyn | 0.3 | Follow-up correspondence re: NetSuites with IT team. |
| 26 | 1/4/2023 | Davis, Jackilyn | 0.7 | Test ODBC connection. |
| 26 | 1/4/2023 | Davis, Jackilyn | 0.2 | Internal discussion regarding database download. |
| 26 | 1/5/2023 | Bader, Daniel | 1.6 | Download and run various analyses from NetSuites system to understand issues. |
| 26 | 1/5/2023 | Davis, Jackilyn | 0.4 | Project set-up in AWS environment. |
| 26 | 1/5/2023 | Davis, Jackilyn | 0.7 | Status update meeting; compilation of notes. |
| 26 | 1/5/2023 | Griffin, Allison | 0.7 | Confer with J. Davies and D. Bader regarding NetSuite data preservation, creation of data log, collection memo; Collation of notes on Agway NetSuite and accounting data. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 1/9/2023 | Davis, Jackilyn | 0.7 | Analyze and assess preservation of systems. |
| 26 | 1/9/2023 | Griffin, Allison | 0.3 | Updates to questions for B. Harwood; Analysis of financial data. |
| 26 | 1/10/2023 | Davis, Jackilyn | 0.6 | Summarize next steps regarding NetSuites investigation. |
| 26 | 1/11/2023 | Bader, Daniel | 0.5 | Meeting with the FTI team to go over financial review of Agway accounting data and how the data was structured and exported from NetSuite. |
| 26 | 1/11/2023 | Griffin, Allison | 0.3 | Confer with D. Badder on export of back-end tables and financial reports. |
| 26 | 1/17/2023 | Bader, Daniel | 1.7 | Download relevant Agway accounting reports from NetSuite, formatted into Excel, and uploaded onto Teams for a review of the company's financials. Also put together short memo with timeline and data integrity issues in |
| 26 | 1/19/2023 | Griffin, Allison | 0.4 | Correspondence with Agway and FTI team regarding preservation of additional data systems; Confer with J. Davis. |
| 26 | 1/9/2023 | McDonnell, Chad | 1.7 | Final QC of M365 data. |
| 26 | 1/11/2023 | McDonnell, Chad | 1.2 | Coordination calls with client to discuss laptop hard drive imaging. |
| 26 | 1/20/2023 | McDonnell, Chad | 3.0 | Correspondence with the UCC regarding shipment and delivery of additional laptops and desktop hard drives; begin acquisition of laptops delivered to FTI from Richmond office. |
| 26 | 1/23/2023 | McDonnell, Chad | 4.0 | Continue acquisition of custodian laptops. |
| 26 | 1/25/2023 | McDonnell, Chad | 4.5 | Continue acquisition of custodian laptops. |
| 26 | 1/10/2023 | Ganti, Narendra | 0.6 | Call with C. Klaus to discuss Montpelier settlement. |
| 26 | 1/19/2023 | Ganti, Narendra | 1.3 | Review and revise December 2022 fee application. |
| 26 | 1/23/2023 | Davis, Jackilyn | 1.4 | Analyze and assess progress updates. |
| 26 | 1/24/2023 | Bader, Daniel | 0.5 | Attend Agway catch-up meeting where we discuss status of data download/upload and next steps in our analysis. |
| 26 | 1/24/2023 | Davis, Jackilyn | 2.6 | Meeting with FTI tech team to discuss next steps; adjustment to memorial. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 1/24/2023 | Griffin, Allison | 0.4 | Confer with J. Davis on data preservation data summaries and data integrity memo. |
| 26 | 1/25/2023 | Bader, Daniel | 1.8 | Download front-end reports for GL 2021 and 2022; Balance Sheet for year end 2020, 2021, and 2022; Income Statement Monthly for 2020, 2021, and 2022. Formatted reports in Excel and uploaded to Teams site. |
| 26 | 1/25/2023 | Davis, Jackilyn | 0.8 | Modify memorial describing state of preservation. |
| 26 | 1/26/2023 | Davis, Jackilyn | 1.1 | Continue to modify memorial describing state of preservation. |
| 26 | 1/27/2023 | Griffin, Allison | 1.2 | Analysis of data extracts and documentation of data preservation and data integrity notes. |
| 26 | 1/30/2023 | Davis, Jackilyn | 0.2 | Follow-up correspondence with IT team regarding financial discussion. |
| 26 | 1/31/2023 | McDonnell, Chad | 2.0 | Continue acquisitions of client devices; begin locating custodian Bitlocker keys on client Azure Active Directory to decrypt device images. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|

**EXHIBIT D**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| **Expense Type** | **Amount** |
|---|---|
| Lodging | $261.06 |
| Transportation | 182.37 |
| Working Meals | 38.78 |
| **Total** | **$482.21** |

**EXHIBIT E**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**EXPENSE DETAIL**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/19/23 | Ganti, Narendra | Lodging | Lodging - 01/18/23 - 01/19/23. Hotel stay while traveling to attend former CFO interview. | $261.06 |
| | | **Lodging Total** | | **261.06** |
| 01/19/23 | Ganti, Narendra | Other | Tips - (N-A), Narendra Ganti. Tips for Housekeeping | 0.00 |
| | | **Other Total** | | **0.00** |
| 01/18/23 | Ganti, Narendra | Transportation | Parking - Narendra Ganti. Parking at FTI office while traveling to attend former CFO interview. | 20.00 |
| 01/19/23 | Ganti, Narendra | Transportation | Car Rental - 01/18/23 - 01/19/23. Travel to attend former CFO interview. | 120.46 |
| 01/19/23 | Ganti, Narendra | Transportation | Car Rental - Gas - while traveling to attend former CFO interview. | 23.22 |
| 01/19/23 | Ganti, Narendra | Transportation | Car Rental - Gas - while traveling to attend former CFO interview. | 12.69 |
| 01/19/23 | Ganti, Narendra | Transportation | Tolls - Travel to attend former CFO interview. | 6.00 |
| | | **Transportation Total** | | **182.37** |
| 01/18/23 | Ganti, Narendra | Working Meals | Lunch for self while traveling to attend former CFO interview. | 10.00 |
| 01/18/23 | Ganti, Narendra | Working Meals | Dinner for self while traveling to attend former CFO interview. | 12.56 |
| 01/19/23 | Ganti, Narendra | Working Meals | Breakfast for self while traveling to attend former CFO interview. | 5.00 |
| 01/19/23 | Ganti, Narendra | Working Meals | Lunch for self while traveling to attend former CFO interview. | 11.22 |

**EXHIBIT E**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**EXPENSE DETAIL**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | **Working Meals Total** | | **38.78** |
| | | **Grand Total** | | **$482.21** |