# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC [1] | Case No. 22-10602 (JKS) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Supplemental Declaration of Jeffrey R. Waxman in Support of Debtor's Application Authorizing and Approving the Employment of Morris James LLP as Counsel to the Debtor Nunc Pro Tunc to July 5, 2022** (Docket No. 564)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: March 21, 2023

_____
Ana M. Galvan

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 21st day of March, 2023 by Ana M. Galvan proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public · California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

---

[1] 1 The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| City Clerk of Boston, MA | | 1 City Hall Ave | | Boston | MA | 02109 |
| City Clerk of Richmond, VA | Accounts Payable Department | 900 E Broad St | Room 1004 | Richmond | VA | 23219 |
| Internal Revenue Service | | 310 Lowell St | | Andover | MA | 01810 |
| Massachusetts Department of Revenue | | 200 Arlington St | | Chelsea | MA | 02150 |
| Massachusetts Secretary of the Commonwealth Corp Div | | One Ashburton Place | Room 1717 | Boston | MA | 02108-1512 |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Securities & Exchange Commission | | 100 F St NE | | Washington | DC | 20549 |
| Virginia State Income Tax | | 9901 Lori Rd | | Chesterfield | VA | 23832 |
| Virginia Commissioner of Revenue | | 144 N Sycamore St | | Petersburg | VA | 23803 |
| Virginia Department of Taxation | | 1957 Westmoreland St | | Richmond | VA | 23230 |
| Virginia Department of Taxation | | 600 E Main St | Suite 1100 | Richmond | VA | 23219 |
| Virginia Office of the Attorney General | | 202 N Ninth St | | Richmond | VA | 23219 |

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Agway Farm & Home Supply, LLC | c/o Morris James LLP | Attn: Jeffrey R. Waxman & Brya M. Keilson | jwaxman@morris.james.com bkeilson@morrisjames.com |
| Agway Farm & Home Supply, LLC | c/o Shulman Bastrian | Attn: Alan J. Friedman & Melissa Davis Lowe | afriedman@shulmanbastian.com mlowe@shulmanbastian.com |
| Animal Health International Inc. | Attn: Heather Kayser | | heather.kayser@pattersonvet.com |
| Animal Health International Inc. | c/o Bernick Lifson PA | Attn: Jack E. Pierce | jpierce@bernicklifson.com |
| Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield | c/o McGuireWoods LLP | Attn: Joseph S. Sheerin, Esq. | jsheerin@mcguirewoods.com |
| Cargill Animal Nutrition- Pro Pet | | | kate_hibbard@cargill.com |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Growmark FS, LLC | c/o Franklin & Prokopik | Attn: William A. Crawford | wcrawford@fandpnet.com |
| Hub Group, Inc. | Attn: Geoffrey F. De Martino | | gdemartino@hubgroup.com kenneth.listwak@troutman.com |
| Mansfield Oil Company of Gainesville, Inc. | c/o Thompson, O'Brien, Kappler & Nasuti, PC | | mpugh@tokn.com |
| Massachusetts Office of the Attorney General | | | ago@state.ma.us |
| Office of the U.S. Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | ustpregion03.wl.ecf@usdoj.gov richard.schepacarter@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Colin R. Robinson, & Steven W. Golden | bsandler@pszjlaw.com crobinson@pszjlaw.com sgolden@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein | rfeinstein@pszjlaw.com |
| Securities & Exchange Commission | Attn: Lara Shalov Mehraban | | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Southern States Cooperative, Inc. | c/o Hirschler Felischer | Attn: Andrew P. Sherrod | asherrod@hirschlerlaw.com |
| Southern States Cooperative, Inc. | c/o Hirschler Fleischer | Attn: Stephen E. Leach | sleach@hirschlerlaw.com |
| Southern States Cooperative, Inc. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Ryan P. Newell & Robert F. Poppiti, Jr. | rpoppiti@ycst.com rnewell@ycst.com bankfilings@ycst.com |
| The Scotts Company, LLC | Attn: David S. Robinson | | dave.robinson@scotts.com |
| True Value Company, LLC | c/o Beck Chaet Bamberger & Polsky SC | Attn: Devon J. Eggert | deggert@bcblaw.net pfoster@bcblaw.net |
| True Value Company, LLC | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| U.S. Attorneys Office for the District of Delaware | Attn: David C. Weiss | | usade.ecfbankruptcy@usdoj.gov |
| Wildlife Sciences LLC | Attn: William J. Gleason | | bill.gleason@wildlifesciences.net james.hanson@wildlifesciences.net colton.gleason@wildlifesciences.net |
| Woodgrain Millwork Inc. | Attn: President, General, or Managing Agent | | rhullette@woodgrain.com |
| Woodgrain Millwork Inc. | Attn: President, General, or Managing Agent | | creditdept@woodgrain.com |