# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor. | **Re: Docket No. 530** |

## CERTIFICATE OF NO OBJECTION

I, Brya M. Keilson, hereby certify as follows:

On February 28, 2023, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Motion of Agway Farm & Home Supply, LLC for an Order Further Extending the Exclusive Periods During Which Debtor May File a Plan and Disclosure Statement and Solicit Acceptances Thereof Pursuant to 11 U.S.C. § 1121(d)* (the "Motion") [D.I. 530].

The deadline to object to the Motion was March 21, 2023.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon. The Debtor respectfully requests that the Court enter the Order granting the Motion, a copy of which was attached as Exhibit A to the Motion.

| | |
|---|---|
| Dated: March 22, 2023<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>E-mail: bkeilson@morrisjames.com<br><br>*Counsel to the Debtor and Debtor in Possession* |

16039701/1