**EXHIBIT A**

**In re: Agway Farm & Home Supply, LLC Case No. 22-10602 (JKS)**
**Interim Fee Period:  October 1, 2022 Through and including December 31, 2022**

| Name of Professional | Firm's Role in Case | Compensation Requested (Interim Period) | Expenses Requested (Interim Period) | Amounts of Any Voluntary Fee Reductions (Interim Period) | Amounts of Any Voluntary Expense Reductions (Interim Period) | Interim Fees Approved | Interim Expenses Approved | 20% Holdback Amount to be Paid |
|---|---|---|---|---|---|---|---|---|
| **Shulman Bastian Friedman & Bui LLP** | Counsel to the Debtor | $107,743.50 | $216.30 | $0.00 | $0.00 | $107,743.50 | $216.30 | $21,548.70 |
| **Morris James LLP** | Counsel to the Debtor | $162,165.50 | $1,117.85 | $0.00 | $0.00 | $162,165.50 | $1,117.85 | $32,433.10 |
| **Focus Management Group USA Inc.** | Financial Advisors to the Debtor | $46,012.50 | $1,570.00 | $0.00 | $70.00 | $46,012.50 | $1,500.00 | $9,132.50 |
| **Richardson Kontogouris Emerson LLP** | Accountants to the Debtor | $11,708.75 | $0.00 | $0.00 | $0.00 | $11,708.75 | $0.00 | $2,341.75 |
| **Pachulski Stang Ziehl & Jones LLP**[1] | Counsel for the Official Committee of Unsecured Creditors | $702,570.50 | $1,138.40 | $0.00 | $0.00 | $702,570.50 | $1,138.40 | $140,514.10 |
| **FTI Consulting, Inc.**[2] | Financial Advisor for the Official Committee of Unsecured Creditors | $93,105.00 | $918.79 | $0.00 | $0.00 | $93,105.00 | $918.79 | $18,621.00 |

---

[1] Pachulski Stang Ziehl & Jones LLP's compensation period is from July 20, 2022 to December 31, 2022.
[2] FTI Consulting, Inc.'s compensation period is from July 26, 2022 through September 30, 2022.

16003150/2