**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **AGWAY FARM & HOME SUPPLY, LLC.**[1] | ) Case No. 22-10602 (JKS) |
| | ) |
| Debtor. | ) |
| | ) **Obj. Deadline: April 11, 2023 at 4:00 pm (ET)** |

**SUMMARY COVER SHEET TO THE AMENDED[2] SEVENTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC.,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 15, 2022, effective as of July 26, 2022 |
| Period for which compensation and reimbursement are sought: | February 1, 2023, through February 28, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $27,586.40 (80% of $34,483.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is an:    _X_ monthly    ___ interim    ___ final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

[2] **Amended to provide updated amount of compensation.**

1

DOCS_DE:242767.2 02312/002

## COMPENSATION BY TIMEKEEPER

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Ganti, Narendra | Managing Director | $985 | 2.0 | $1,970.00 |
| Griffin, Allison | Managing Director | 985 | 3.5 | 3,447.50 |
| Davis, Jackilyn | Senior Director | 975 | 12.1 | 11,797.50 |
| McDonnell, Chad | Director | 610 | 18.6 | 11,346.00 |
| Downing, Thomas | Senior Consultant | 695 | 0.6 | 417.00 |
| Addicks, Michael | Consultant | 475 | 2.5 | 1,187.50 |
| Bader, Daniel | Consultant | 475 | 2.7 | 1,282.50 |
| Koller, Lydia | Consultant | 350 | 2.0 | 700.00 |
| Richards, Oleaq | Consultant | 250 | 7.0 | 1,750.00 |
| Hellmund-Mora, Marili | Manager | 325 | 1.8 | 585.00 |
| **SUBTOTAL** | | | **52.8** | **$34,483.00** |
| Less: 50% discount for non-working travel time | | | | 0.00 |
| Less: Voluntary Reduction | | | | 0.00 |
| **GRAND TOTAL** | | | **52.8** | **$34,483.00** |

3

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 0.6 | $417.00 |
| 2 | Cash & Liquidity Analysis | 0.5 | 492.50 |
| 19 | Case Management | 0.5 | 492.50 |
| 24 | Preparation of Fee Application | 4.3 | 1,772.50 |
| 26 | Tech Services and Imaging | 46.9 | 31,308.50 |
| | **SUBTOTAL** | **52.8** | **$34,483.00** |
| | Less: 50% discount for non-working travel time | | 0.00 |
| | **GRAND TOTAL** | **52.8** | **$34,483.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**AGWAY FARM & HOME SUPPLY, LLC.**[1]<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 21-10602 (JKS)<br>)<br>)<br>) **Obj. Deadline: April 11, 2023 at 4:00 pm (ET)**<br>) |

**AMENDED[2] SEVENTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Administrative Order") [D.I. 114], the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in these chapter 11 cases, hereby submits this *Seventh Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period February 1, 2023 to February 28, 2023* (the "Application Period").

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

[2] **Amended to provide updated amount of compensation.**

DOCS_DE:242767.2 02312/002

**BACKGROUND**

1. On July 5, 2022 (the "Petition Date"), the Debtor commenced these chapter 11 cases by filing petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

2. On July 18, 2022, the U.S. Trustee appointed an Official Committee of Unsecured Creditors [D.I. 63]. At the formation meeting the Committee selected Pachulski Stang Ziehl and Jones LLP as its counsel. On July 27, 2022, the Committee selected FTI as its financial advisor. The Committee consists of the following six members:

   a) The Scotts Company, LLC;
   b) Animal Health International, Inc.;
   c) Wildlife Sciences, LLC;
   d) Capital Forrest Products;
   e) Hub Group, Inc.; and
   f) American Wood Fibers, Inc.

3. On September 9, 2022, the Court entered the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors* [D.I. 195] (the "Retention Order").

**RELIEF REQUESTED**

4. FTI submits this Fee Application pursuant to the Bankruptcy Rules, the Administrative Order, and the Retention Order. By this Fee Application, FTI seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $27,586.40 for the Application Period (80% of $34,483.00 total fees), and $0.00 of actual and necessary expenses incurred, for a total compensation of $27,586.40 in accordance with the terms of the Administrative Order. FTI reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such

expenses may not have been captured in FTI's billing system as of the date of filing this Fee Application.

**SUMMARY OF FEES**

5.     The total number of hours expended by FTI professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 86.5 hours. Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

6.     Services rendered by (i) each professional and paraprofessional, (ii) a summary of the time incurred by task, (iii) detailed time entries during the Application Period, (iv) summary of the expenses incurred by task, and (v) detailed expense entries are attached hereto as **Exhibit A, Exhibit B, Exhibit C**, **Exhibit D**, and **Exhibit E,** respectively. The following paragraphs describe the primary services rendered by FTI during the Application Period.

*Code 1 – Current Operating Results & Events (0.6 hours)*

1.     During the Application Period, FTI reviewed the Debtor's financial information, including P&L, balance sheet, and other data. As part of this review, FTI analyzed the Debtor's November Monthly Operating Report ("MOR"). This was necessary to better understand the Debtor's current financial situation, as well as their historical profitability and asset composition.

*Code 2 – Cash and Liquidity Analysis (0.5 hours)*

2.     During the Application Period, FTI monitored the Debtor's liquidity position and performed diligence on the Debtor's 13-week cash flow forecasts and weekly budget to actual variances. As part of this diligence, FTI corresponded with Debtor's advisors in order to understand the underlying drivers of the budget, key budget assumptions, and explanations for significant weekly budget-to-actual variances. FTI prepared and distributed weekly reports to the

3

Committee summarizing and analyzing the details of the 13-week cash flow forecasts, which are refreshed every week, as well as actual results compared to budget in order to keep the Committee informed of the Debtor's current and projected liquidity position

*Code 19 – Case Management (0.5 hours)*

3. During the Statement Period, FTI professionals discussed the case and the plan going forward.

*Code 24 – Preparation of Fee Application  (4.3 Hours)*

4. During the Application period FTI prepared the First Interim Fee Application.

*Code 26 – Tech Services and Imaging  (46.9 Hours)*

5. During the Application period FTI analyzed documents and report related to the debtor's technology and analyzed data from the various enterprise systems.

## CONCLUSION

WHEREFORE, FTI respectfully requests an interim allowance of compensation for professional services rendered as financial advisor to the Committee during the Application Period in the amount of $27,586.40 (80% of $34,483.00 total fees), and $0.00 for actual and necessary expenses incurred, for a total compensation of $27,586.40 pursuant to the Administrative Order, and such other and further relief that the Court deems just and proper.

Dated: March 30, 2023                FTI CONSULTING, INC.

By: */s/ Cliff Zucker*
Cliff Zucker
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone: 212-841-9355
E-mail: cliff.zucker@fticonsulting.com

Financial Advisors to the Official Committee of Unsecured Creditors of
Agway Farm & Home Supply, LLC.

4

**VERIFICATION PURSUANT TO DEL. BANKR. L.R. 2016-2(g) AND 28 U.S.C. § 1746**

I, Cliff Zucker, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1. I am a Senior Managing Director with the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 cases.

2. I have read the foregoing statement of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: March 30, 2023

FTI CONSULTING, INC.

By: */s/ Cliff Zucker*
Cliff Zucker
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone: 212-841-9355
E-mail: cliff.zucker@fticonsulting.com

Financial Advisors to the Official Committee of Unsecured Creditors of Agway Farm & Home Supply, LLC

5

**EXHIBIT A**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2023 TO FEBRUARY 28, 2023**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Ganti, Narendra | Managing Director | $985 | 2.0 | $1,970.00 |
| Griffin, Allison | Managing Director | 985 | 3.5 | 3,447.50 |
| Davis, Jackilyn | Senior Director | 975 | 12.1 | 11,797.50 |
| McDonnell, Chad | Director | 610 | 18.6 | 11,346.00 |
| Downing, Thomas | Senior Consultant | 695 | 0.6 | 417.00 |
| Addicks, Michael | Consultant | 475 | 2.5 | 1,187.50 |
| Bader, Daniel | Consultant | 475 | 2.7 | 1,282.50 |
| Koller, Lydia | Consultant | 350 | 2.0 | 700.00 |
| Richards, Oleaq | Consultant | 250 | 7.0 | 1,750.00 |
| Hellmund-Mora, Marili | Manager | 325 | 1.8 | 585.00 |
| **SUBTOTAL** | | | **52.8** | **$34,483.00** |
| Less: 50% discount for non-working travel time | | | | 0.00 |
| Less: Voluntary Reduction | | | | 0.00 |
| **GRAND TOTAL** | | | **52.8** | **$34,483.00** |

**EXHIBIT B**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD FEBRUARY 1, 2023 TO FEBRUARY 28, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 0.6 | $417.00 |
| 2 | Cash & Liquidity Analysis | 0.5 | 492.50 |
| 19 | Case Management | 0.5 | 492.50 |
| 24 | Preparation of Fee Application | 4.3 | 1,772.50 |
| 26 | Tech Services and Imaging | 46.9 | 31,308.50 |
| | **SUBTOTAL** | **52.8** | **$34,483.00** |
| | Less: 50% discount for non-working travel time | | 0.00 |
| | **GRAND TOTAL** | **52.8** | **$34,483.00** |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2023 TO FEBRUARY 28, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/15/2023 | Downing, Thomas | 0.6 | Review questions for client's former finance VP based on Accounts Payable reports and documents. |
| 2 | 2/16/2023 | Ganti, Narendra | 0.5 | Call with C. Klaus, ABC Services, and B. Harwood, Agway, to discuss insurance renewals |
| 19 | 2/28/2023 | Ganti, Narendra | 0.5 | Call with C. Klaus, ABC Services, to discuss case issues |
| 24 | 2/14/2023 | Addicks, Michael | 1.6 | Prepare the First Interim Fee Application. |
| 24 | 2/14/2023 | Hellmund-Mora, Marili | 1.8 | Prepare the first interim fee application July - September. |
| 24 | 2/15/2023 | Addicks, Michael | 0.9 | Update the First Interim Fee Application. |
| 26 | 2/28/2023 | McDonnell, Chad | 2.0 | Coordinate with team to begin acquisitions of received hard drive data; discussions and coordination with client via email and phone |
| 26 | 2/8/2023 | Davis, Jackilyn | 0.1 | Follow-up correspondence. |
| 26 | 2/9/2023 | McDonnell, Chad | 2.5 | Continue to locate Bitlocker recovery keys in Azure AD to unlock forensic images; |
| 26 | 2/10/2023 | McDonnell, Chad | 2.3 | Discussion with B. Harwood, Agway, and C. Klaus, ABC Services, regarding user access to M365 accounts; Investigate methods to bulk update user permissions via powershell script. |
| 26 | 2/13/2023 | Davis, Jackilyn | 1.4 | Analyze questions for meeting with former financial officer; correspondence regarding meeting. |
| 26 | 2/13/2023 | Ganti, Narendra | 1.0 | Review correspondence re: data preservation |
| 26 | 2/13/2023 | McDonnell, Chad | 2.7 | Prepare updated active-user report; provide report to Chuck and Brent |
| 26 | 2/13/2023 | McDonnell, Chad | 2.3 | Remove sign-in access from 251 users. |
| 26 | 2/14/2023 | Davis, Jackilyn | 1.1 | Evaluate financial statements in prep for meeting with former financial officer. |
| 26 | 2/14/2023 | McDonnell, Chad | 1.2 | Create administrator account for Rob Mason per C. Klaus request. |
| 26 | 2/15/2023 | Bader, Daniel | 0.5 | Attend Agway sync before client call with B. Harwood, Agway, to discuss meeting agenda and what we will cover. |
| 26 | 2/15/2023 | Bader, Daniel | 1.0 | Attend Agway client call with Brent re: responses to our questions and other key points he made about the state of Agway's financial reports. |
| 26 | 2/15/2023 | Davis, Jackilyn | 3.1 | Evaluate financial statements in prep for meeting with former financial officer; meeting with financial officer. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2023 TO FEBRUARY 28, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 2/15/2023 | Griffin, Allison | 2.6 | Analysis of AP register and general ledger data |
| 26 | 2/16/2023 | Davis, Jackilyn | 1.0 | Analyze and assess notes on next steps regarding AP register and general ledger data. |
| 26 | 2/16/2023 | McDonnell, Chad | 3.9 | Extract, unzip, and provide OneDrive file inventories for requested custodians |
| 26 | 2/17/2023 | Davis, Jackilyn | 1.4 | Analyze and assess notes on next steps for financial data analysis. |
| 26 | 2/17/2023 | Griffin, Allison | 0.4 | Review of additional data reports provided by B. Harwood; Confer with J. Davis on follow-up items |
| 26 | 2/17/2023 | McDonnell, Chad | 1.7 | Create Inventory and package 27 devices and hard drives for return to Agway. |
| 26 | 2/20/2023 | Davis, Jackilyn | 0.8 | Analyze next steps for Agway tech analysis. |
| 26 | 2/21/2023 | Bader, Daniel | 0.7 | Compare A/P Aging report from NetSuite to the one Brent sent over and created summary of major differences. |
| 26 | 2/21/2023 | Davis, Jackilyn | 0.5 | Status update meeting with FTI team to discuss project plan going forward. |
| 26 | 2/21/2023 | Griffin, Allison | 0.5 | Review of comparison analysis of reports provided by B. Harwood to reports exported directly from Net-suite |
| 26 | 2/22/2023 | Bader, Daniel | 0.5 | Investigated and took notes on differences between Brent 2022 A/P Aging Report and one pulled from NetSuite. |
| 26 | 2/22/2023 | Davis, Jackilyn | 0.8 | Assess Agway consolidated report values. |
| 26 | 2/23/2023 | Davis, Jackilyn | 0.5 | First pass at Azure database. |
| 26 | 2/24/2023 | Davis, Jackilyn | 1.0 | First pass at Azure database. |
| 26 | 2/28/2023 | Davis, Jackilyn | 0.4 | Follow-up on database warehouse; correspondence regarding next steps. |
| 26 | 2/28/2023 | Koller, Lydia | 2.0 | Data management/Documentation and Imaging |
| 26 | 2/28/2023 | Richards, Oleaq | 3.2 | Imaging and inventory of Hard-drives. |
| 26 | 2/28/2023 | Richards, Oleaq | 3.8 | Troubleshooting hard drives. |