# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC,[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Objection Deadline: April 17, 2023 at 4:00 p.m. (ET)** |

**SUMMARY OF NINTH MONTHLY FEE APPLICATION OF SHULMAN BASTIAN FRIEDMAN & BUI LLP, BANKRUPTCY COUNSEL TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR <u>THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023</u>**

| | |
|---|---|
| Name of Applicant: | Shulman Bastian Friedman & Bui LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | July 5, 2022 (effective July 5, 2022) |
| Period for which compensation and reimbursement is sought: | March 1, 2023 through March 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary legal services rendered: | $20,913.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n):   <u> X </u> monthly   <u>   </u> interim   <u>   </u> final application

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

## PRIOR APPLICATIONS FILED

| Dated Filed | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 08/08/2022 | 7/5/2022 – 7/31/2022 | $89,666.00 | $41.05 | $89,666.00 (100%) | $41.05 (100%) |
| 09/08/2022 | 8/1/2022 – 8/31/2022 | $55,401.00 | $19.50 | $55,401.00 (100%) | $19.50 (100%) |
| 10/6/2022 | 9/1/2022 – 9/30/2022 | $32,427.50 | $0.00 | $32,427.50 (100%) | $0.00 (100%) |
| TOTAL | | | | $177,494.50 | $60.55 |
| 11/7/2022 | 10/1/2022 – 10/31/2022 | $55,724.00 | $86.60 | $44,579.20 (80%) | $86.60 (100%) |
| 12/5/2022 | 11/1/2022 – 11/30/2022 | $32,389.50 | $64.60 | $25,911.60 (80%) | $64.60 (100%) |
| 1/5/2023 | 12/1/2022 – 12/31/2022 | $19,630.00 | $65.10 | $15,704.00 (80%) | $65.10 (100%) |
| 2/6/2023 | 1/1/2023 – 1/31/2023 | $18,124.50 | $5.69 | $14,499.60 (80%) | $5.69 (100%) |
| 3/6/2023 | 2/1/2023 – 2/28/2023 | $14,886.50 | $23.83 | $11,909.20 (80%) | $23.83 (100%) |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC,[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Objection Deadline: April 17, 2023 at 4:00 p.m. (ET)** |

**NINTH MONTHLY FEE APPLICATION OF SHULMAN BASTIAN FRIEDMAN & BUI LLP, BANKRUPTCY COUNSEL TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

Shulman Bastian Friedman & Bui LLP ("SBFB"), general bankruptcy counsel to Agway Farm & Home Supply, LLC, the debtor and debtor in possession (the "Debtor"), hereby submits its monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting interim compensation in the amount of $20,913.00 and reimbursement of expenses in the amount $0.00 for the period from March 1, 2023 through March 31, 2023 (the "Compensation Period"), and in support thereof, SBFB respectfully represents as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).

2. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

3. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

**BACKGROUND**

4.  On July 5, 2022 (the "Petition Date"), the Debtor filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Court") for relief under chapter 11 of the Bankruptcy Code. The Debtor continues as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code while it completes its dissolution and winddown. On July 18, 2022, an official committee of unsecured creditors (the "Committee") was appointed in this case. On November 9, 2022, a first amended notice of appointment of an official committee of unsecured creditors was filed. No trustee or examiner has been appointed.

5.  On July 13, 2022, the Debtor filed a Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Administrative Compensation Motion") [D.I. 54]. The deadline for filing objections to the Administrative Compensation Motion was 4:00 p.m. (ET) on July 27, 2022. No objections to the Administrative Compensation Motion were filed and on August 2, 2022 the Debtor submitted its Certification of Counsel and proposed form of order approving the Administrative Compensation Motion [D.I. 103]. On August 3, 2022, this Court entered an Order granting the Administrative Compensation Motion [D.I. 114].

6.  On July 13, 2022, the Debtor filed an application seeking the retention and employment of Shulman Bastian Friedman & Bui LLP as bankruptcy counsel for the Debtor nunc pro tunc to the Petition Date [D.I. 50]. On August 3, 2022, this Court entered an Order [D.I. 112] approving the retention of SBFB as bankruptcy counsel to the Debtor nunc pro tunc to the Petition Date.

7. Attached hereto as **Exhibit A** is a full and detailed statement describing the services rendered by each professional and paraprofessional at SBFB during the Compensation Period.

8. To apprise this Court of the legal services provided during the Compensation Period, SBFB sets forth the following summary of legal services rendered. The summary is intended only to highlight the general categories of services performed by SBFB on behalf of the Debtor; it is not intended to set forth each and every item of professional services which SBFB performed.

- **Estate Analysis**

This category includes time expended by SBFB in connection with addressing potential collection actions, including review and analysis of issues related to collection of outstanding accounts receivable and multiple conferences and correspondence related to same. This category also includes preparation and finalizing of complaints relating to the collection of outstanding receivables against (1) Achille Enterprises, (2) Agway Holland, (3) Animals and Gardens, (4) Binghamton Agway, (5) Moscow Feed & Supply, and (6) Palmetto Pigeon Plan, and reviewing potential settlements with various parties.

SBFB expended 17.20 hours of time for a charge of $5,403.50 for services rendered with respect to matters relating to estate analysis.

- **Asset Disposition**

This category includes time expended by SBFB in connection with asset disposition. Such services included but are not limited to the following: (1) address issues relating to potential abandonment of laptops and computers, and (2) address various lease issues, including communications relating to arranging for pick up of equipment with respect to the CIT lease.

3

SBFB expended 4.20 hours of time for a charge of $1,451.50 for services rendered with respect to matters relating to asset disposition.

- **Business Operations**

This category includes time expended by SBFB in connection with addressing issues related to the Debtor's business operations. Such services included addressing issues relating to company credit card, tax issues, closing of accounts and weekly disbursements.

SBFB expended 1.80 hours of time for a charge of $962.00 for services rendered with respect to matters relating to business operations.

- **Case Administration**

This category includes time expended by SBFB in connection with (1) reviewing the Debtor's monthly operating report and communications addressing same, (2) addressing issues re rejection of contracts and related issues, (3) addressing insurance issues, pending corporate invoices and final payments to taxing authorities, and (4) attending to various case administrative matters, calendaring of hearings and various related deadlines, and updating and maintaining case files.

SBFB expended 2.70 hours of time for a charge of $1,261.50 for services rendered with respect to matters relating to case administration.

- **Employee Benefits and Pension**

This category includes communications and addressing issues relating to termination of employees and status of Cobra insurance.

SBFB expended 1.40 hours of time for a charge of $735.00 for services rendered with respect to matters relating to employee benefits and pension.

- **Fee Application**

This category includes time expended by SBFB in connection with reviewing and revising invoices in preparation of monthly fee applications, addressing issues relating to monthly fee applications, preparation of SBFB's February monthly fee application and in commencing drafting of this monthly fee application of SBFB.  This category also includes reviewing fee applications of other professionals in the case.

SBFB expended 4.90 hours of time for a charge of $1,989.50 for services rendered with respect to matters relating to fee application.

- **Plan and Disclosure Statement**

This category includes time expended by SBFB in connection with review and analysis relating to the Debtor's plan.  Such included review and revisions to the combined plan and disclosure statement drafted by the Committee and correspondence with Committee counsel to resolve final issues on the plan.  This category further includes the preparation of a motion to approve solicitation procedures and preparation of ballot and opt out notice.

SBFB expended 14.30 hours of time for a charge of $8,901.50 for services rendered with respect to matters relating to plan and disclosure statement.

- **Employment**

This category includes time expended by SBFB in connection with review and analysis of declaration related to ongoing employment and supplemental disclosures.

SBFB expended .30 hours of time for a charge of $208.50 for services rendered with respect to matters relating to general litigation.

9. The total sum due to SBFB for professional services rendered on behalf of the Debtor during the Compensation Period is $20,913.00. SBFB submits that the professional services it rendered on behalf of the Debtor during this time were reasonable and necessary.

10. SBFB incurred $0.00 of expenses during the Compensation Period. A chart detailing the specific disbursements is attached hereto as **Exhibit B**.

11. The undersigned hereby attests that he/she has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements, including that copying charges were only $.10 per page.

**WHEREFORE**, SBFB hereby requests pursuant to the procedures allowed in the Administrative Compensation Order: (i) interim allowance of compensation for necessary and valuable professional services rendered to the Debtor in the amount of $20,913.00 and reimbursement of expenses in the amount of $0.00 for the period from March 1, 2023 through March 31, 2023; (ii) payment in the total amount of $16,730.40 (representing 80% of the total fees ($16,730.40) billed and 100% of the expenses $0.00 incurred during the Application Period); and (iii) such other relief as this Court deems just and proper.

Dated: April 5, 2023                             **MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
Max Casal (admitted *pro hac vice*)
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com
E-mail: mcasal@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*

## **VERIFICATION**

Melissa D. Lowe, after being sworn according to law, deposes and says:

a) I am a partner with the law firm of Shulman Bastian Friedman & Bui LLP.

b) I have personally performed or am familiar with the services rendered by SBFB, as counsel to the Debtor.

c) I have reviewed the foregoing Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Fee Application complies with such Rule.

Dated:  April 5, 2023      ___/s/ *Melissa D. Lowe*_____
                                           Melissa D. Lowe