# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor. | **Re: D.I. 586** |

### ORDER AUTHORIZING FURTHER EXTENSION OF EXCLUSIVE PERIODS DURING WHICH THE DEBTOR MAY FILE A PLAN AND DISCLOSURE STATEMENT AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121(d)

Upon consideration of the Motion of Agway Farm & Home Supply, LLC (the "Debtor") for an Order Further Extending the Exclusive Periods During which the Debtor May File a Plan and Disclosure Statement and Solicit Acceptances Thereof Pursuant to 11 U.S.C. § 1121(d) (the "Motion"),[1] and finding that due and sufficient notice of the Motion having been given, and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion is GRANTED;

2. The period during which the Debtor has the exclusive right to file a plan is extended through and including May 3, 2023;

3. The period during which the Debtor has the exclusive right to solicit acceptances of a plan is extended through and including June 30, 2023;

4. Notwithstanding the above, the Committee may at any time during the extension of the Exclusive Periods, file a joint plan with the Debtor; and

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

16060449/1

5. This extension of the Exclusive Periods is without prejudice to the right of the Committee to (i) seek to terminate the Debtor's Exclusive Periods, after notice and an opportunity for hearing of no less than fourteen (14) days and (ii) object to any future extension of the Exclusive Periods.

**Dated: April 14th, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**