## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **AGWAY FARM & HOME SUPPLY, LLC.**[1] | ) Case No. 22-10602 (JKS) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) **Obj. Deadline: May 12, 2023 at 4:00 pm (ET)** |
| | ) |

### SUMMARY COVER SHEET TO THE EIGHTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MARCH 1, 2023 THROUGH MARCH 31, 2023

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 15, 2022, effective as of July 26, 2022 |
| Period for which compensation and reimbursement are sought: | March 1, 2023, through March 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $67,612.40 (80% of $84,515.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $684.33 |

This is an:    __X__ monthly ___ interim ___ final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

137186080.1

DOCS_DE:243069.1 02312/002

## COMPENSATION BY TIMEKEEPER

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Zucker, Clifford | Senior Managing Director | 1,325.00 | 1.3 | $1,722.50 |
| Ganti, Narendra | Managing Director | 985 | 5.3 | 5,220.50 |
| Davis, Jackilyn | Senior Director | 975 | 6.8 | 6,630.00 |
| McDonnell, Chad | Director | 610 | 3.0 | 1,830.00 |
| Dong, Heidi | Senior Consultant | 750 | 5.0 | 3,750.00 |
| Downing, Thomas | Senior Consultant | 695 | 0.6 | 417.00 |
| Park, Jacob | Senior Consultant | 565 | 0.4 | 226.00 |
| Webster, Brittany | Senior Consultant | 365 | 8.0 | 2,920.00 |
| Addicks, Michael | Consultant | 475 | 14.5 | 6,887.50 |
| Bader, Daniel | Consultant | 475 | 55.5 | 26,362.50 |
| Koller, Lydia | Consultant | 350 | 27.0 | 9,450.00 |
| Lee, Sangyup Francis Chun | Consultant | 95 | 25.6 | 2,432.00 |
| Lhadon, Tsering | Consultant | 350 | 11.6 | 4,060.00 |
| Richards, Oleaq | Consultant | 250 | 49.0 | 12,250.00 |
| Hellmund-Mora, Marili | Manager | 325 | 1.1 | 357.50 |
| **GRAND TOTAL** | | | **214.7** | **$84,515.50** |

2

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 0.6 | $591.00 |
| 2 | Cash & Liquidity Analysis | 8.0 | 5,619.00 |
| 13 | Analysis of Other Miscellaneous Motions | 0.3 | 295.50 |
| 19 | Case Management | 6.0 | 2,886.00 |
| 21 | General Meetings with Committee & Committee Counsel | 0.3 | 397.50 |
| 24 | Preparation of Fee Application | 6.9 | 4,132.50 |
| 26 | Tech Services and Imaging | 192.6 | 70,594.00 |
| | **GRAND TOTAL** | **214.7** | **$84,515.50** |

DOCS_DE:243069.1 02312/002

## SUMMARY OF EXPENSES

| Expense Type | Amount |
|---|---:|
| Other | $684.33 |
| **Total** | **$684.33** |

DOCS_DE:243069.1 02312/002

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **AGWAY FARM & HOME SUPPLY, LLC.**[1] | ) Case No. 21-10602 (JKS) |
| | ) |
| | ) |
| Debtor.[2] | ) |
| | ) **Obj. Deadline: May 12, 2023 at 4:00 pm (ET)** |
| | ) |

**EIGHTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC.,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
MARCH 1, 2023 THROUGH MARCH 31, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Administrative Order") [D.I. 114], the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in these chapter 11 cases, hereby submits this *Eighth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period March 1, 2023 to March 31, 2023* (the "Application Period").

**BACKGROUND**

---

[1]  The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

.

1.      On July 5, 2022 (the "<u>Petition Date</u>"), the Debtor commenced these chapter 11 cases by filing petitions for relief under chapter 11 of the Bankruptcy Code (the "<u>Chapter 11 Cases</u>").

2.      On July 18, 2022, the U.S. Trustee appointed an Official Committee of Unsecured Creditors [D.I. 63]. At the formation meeting the Committee selected Pachulski Stang Ziehl and Jones LLP as its counsel. On July 27, 2022, the Committee selected FTI as its financial advisor. The Committee consists of the following six members:

a) The Scotts Company, LLC;

b) Animal Health International, Inc.;

c) Wildlife Sciences, LLC;

d) Capital Forrest Products;

e) Hub Group, Inc.; and

f) American Wood Fibers, Inc.

3.      On September 9, 2022, the Court entered the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors* [D.I. 195] (the "<u>Retention Order</u>").

**<u>RELIEF REQUESTED</u>**

4.      FTI submits this Fee Application pursuant to the Bankruptcy Rules, the Administrative Order, and the Retention Order. By this Fee Application, FTI seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $67,612.40 for the Application Period (80% of $84,515.50 total fees), and $684.33 of actual and necessary expenses incurred, for a total compensation of $68,296.73 in accordance with the terms of the Administrative Order.  FTI reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such

expenses may not have been captured in FTI's billing system as of the date of filing this Fee Application.

## SUMMARY OF FEES

5.      The total number of hours expended by FTI professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 214.7 hours.  Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

6.      Services rendered by (i) each professional and paraprofessional, (ii) a summary of the time incurred by task, (iii) detailed time entries during the Application Period, (iv) summary of the expenses incurred by task, and (v) detailed expense entries are attached hereto as **Exhibit A, Exhibit B, Exhibit C**, **Exhibit D**, and **Exhibit E,** respectively. The following paragraphs describe the primary services rendered by FTI during the Application Period.

*Code 1 – Current Operating Results & Events (0.6 hours)*

1.      During the Application Period, FTI reviewed the Debtor's financial information, including P&L, balance sheet, and other data. As part of this review, FTI analyzed the Debtor's November Monthly Operating Report ("MOR"). This was necessary to better understand the Debtor's current financial situation, as well as their historical profitability and asset composition.

*Code 2 – Cash and Liquidity Analysis (8.0 hours)*

2.      During the Application Period, FTI monitored the Debtor's liquidity position and performed diligence on the Debtor's 13-week cash flow forecasts and weekly budget to actual variances. As part of this diligence, FTI corresponded with Debtor's advisors in order to understand the underlying drivers of the budget, key budget assumptions, and explanations for significant weekly budget-to-actual variances. FTI prepared and distributed weekly reports to the

Committee summarizing and analyzing the details of the 13-week cash flow forecasts, which are refreshed every week, as well as actual results compared to budget in order to keep the Committee informed of the Debtor's current and projected liquidity position

### Code 13 – Analysis of Miscellaneous Motions  (0.3 hours)

3.      Time in this code includes analysis of various first day motions including, among others, critical vendor, professional retention applications, and lease rejection motions.

### Code 19 – Case Management (6.0 hours)

4.      During the Statement Period, FTI professionals discussed the case and the plan going forward.

### Code 21 – General Meetings with Committee & Committee Counsel  (0.3 hours)

5.      Work in this area included participation in periodic calls with the Committee and its counsel to discuss case strategy and status, current financial and operational results, the Debtor's corporate structure, interrelationships among the Debtor and certain non-debtors, preliminary understanding of claims, pending motions and various other case issues

### Code 24 – Preparation of Fee Application  (6.9 Hours)

6.      During the Application period FTI prepared the First Interim Fee Application.

### Code 26 – Tech Services and Imaging  (192.6 Hours)

7.      During the Application period FTI analyzed documents and report related to the debtor's technology and analyzed data from the various enterprise systems.

## CONCLUSION

WHEREFORE, FTI respectfully requests an interim allowance of compensation for professional services rendered as financial advisor to the Committee during the Application Period in the amount of $67,612.40 (80% of $84,515.50 total fees), and $684.33 for actual and necessary

4

expenses incurred, for a total compensation of $68,296.73 pursuant to the Administrative Order,

and such other and further relief that the Court deems just and proper.

Dated: May 3, 2023                          FTI CONSULTING, INC.

                                            By: */s/ Cliff Zucker*_____
                                                Cliff Zucker
                                                1166 Ave of the Americas, 15th Floor
                                                New York, NY 10036
                                                Telephone: 212-841-9355
                                                E-mail: cliff.zucker@fticonsulting.com

                                                Financial Advisors to the Official
                                                Committee of Unsecured Creditors of
                                                Agway Farm & Home Supply, LLC.

5

## VERIFICATION PURSUANT TO DEL. BANKR. L.R. 2016-2(g) AND 28 U.S.C. § 1746

I, Cliff Zucker, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1.     I am a Senior Managing Director with the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI").  FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 cases.

2.     I have read the foregoing statement of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: May 3, 2023                    FTI CONSULTING, INC.

By: /s/ Cliff Zucker
Cliff Zucker
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone: 212-841-9355
E-mail: cliff.zucker@fticonsulting.com

Financial Advisors to the Official
Committee of Unsecured Creditors of
Agway Farm & Home Supply, LLC

6

**EXHIBIT A**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Zucker, Clifford | Senior Managing Director | 1,325.00 | 1.3 | $1,722.50 |
| Ganti, Narendra | Managing Director | 985 | 5.3 | 5,220.50 |
| Davis, Jackilyn | Senior Director | 975 | 6.8 | 6,630.00 |
| McDonnell, Chad | Director | 610 | 3.0 | 1,830.00 |
| Dong, Heidi | Senior Consultant | 750 | 5.0 | 3,750.00 |
| Downing, Thomas | Senior Consultant | 695 | 0.6 | 417.00 |
| Park, Jacob | Senior Consultant | 565 | 0.4 | 226.00 |
| Webster, Brittany | Senior Consultant | 365 | 8.0 | 2,920.00 |
| Addicks, Michael | Consultant | 475 | 14.5 | 6,887.50 |
| Bader, Daniel | Consultant | 475 | 55.5 | 26,362.50 |
| Koller, Lydia | Consultant | 350 | 27.0 | 9,450.00 |
| Lee, Sangyup Francis Chun | Consultant | 95 | 25.6 | 2,432.00 |
| Lhadon, Tsering | Consultant | 350 | 11.6 | 4,060.00 |
| Richards, Oleaq | Consultant | 250 | 49.0 | 12,250.00 |
| Hellmund-Mora, Marili | Manager | 325 | 1.1 | 357.50 |
| **GRAND TOTAL** | | | **214.7** | **$84,515.50** |

**EXHIBIT B**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 0.6 | $591.00 |
| 2 | Cash & Liquidity Analysis | 8.0 | 5,619.00 |
| 13 | Analysis of Other Miscellaneous Motions | 0.3 | 295.50 |
| 19 | Case Management | 6.0 | 2,886.00 |
| 21 | General Meetings with Committee & Committee Counsel | 0.3 | 397.50 |
| 24 | Preparation of Fee Application | 6.9 | 4,132.50 |
| 26 | Tech Services and Imaging | 192.6 | 70,594.00 |
| | **GRAND TOTAL** | **214.7** | **$84,515.50** |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 3/21/2023 | Ganti, Narendra | 0.6 | Review February 2023 monthly operating report. |
| 2 | 3/1/2023 | Zucker, Clifford | 0.4 | Review comments to cash bridge analysis. |
| 2 | 3/22/2023 | Ganti, Narendra | 0.6 | Review liquidity. |
| 2 | 3/28/2023 | Ganti, Narendra | 0.7 | Review and revise liquidity and waterfall analysis. |
| 2 | 3/30/2023 | Zucker, Clifford | 0.6 | Review comments to draft liquidation analysis. |
| 2 | 3/31/2023 | Ganti, Narendra | 0.6 | Update analysis on waterfall. |
| 2 | 3/23/2023 | Addicks, Michael | 2.4 | Prepare Agway Liquidation Analysis. |
| 2 | 3/24/2023 | Addicks, Michael | 2.7 | Prepare Agway Liquidation Analysis. |
| 13 | 3/1/2023 | Ganti, Narendra | 0.3 | Review motion to extend exclusivity for POR. |
| 19 | 3/27/2023 | Addicks, Michael | 0.7 | Create Teams share drive for fee applications |
| 19 | 3/27/2023 | Addicks, Michael | 0.4 | Call with the FTI team to discuss transition of fee application. |
| 19 | 3/28/2023 | Addicks, Michael | 2.1 | Prepare list of transition items for call with FTI. |
| 19 | 3/29/2023 | Addicks, Michael | 2.4 | Prepare and organize liquidity transition for Jacob Park, FTI. |
| 19 | 3/28/2023 | Park, Jacob | 0.4 | Call with the FTI team to discuss transition of fee application. |
| 21 | 3/1/2023 | Zucker, Clifford | 0.3 | Review and analysis of counsel/UCC correspondence. |
| 24 | 3/7/2023 | Ganti, Narendra | 0.6 | Review draft of 2nd interim fee application. |
| 24 | 3/8/2023 | Addicks, Michael | 1.3 | Prepare January Fee Application. |
| 24 | 3/8/2023 | Hellmund-Mora, Marili | 1.1 | Prepare the February fee application. |
| 24 | 3/9/2023 | Ganti, Narendra | 0.5 | Review final version of January 2023 fee application. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 3/15/2023 | Ganti, Narendra | 0.7 | Review and revise second interim fee application. |
| 24 | 3/21/2023 | Addicks, Michael | 0.4 | Prepare Agway February Fee Application. |
| 24 | 3/22/2023 | Addicks, Michael | 1.3 | Prepare Agway February Fee Application. |
| 26 | 3/1/2023 | Downing, Thomas | 0.4 | Discussion with internal team on next steps with back end data; Identified process to bulk load back end data with team. |
| 26 | 3/2/2023 | Dong, Heidi | 2.2 | Develop and troubleshoot automated table loading script for back end data. |
| 26 | 3/6/2023 | Dong, Heidi | 0.6 | Run automated table load process on additionally provided back end tables. |
| 26 | 3/1/2023 | Bader, Daniel | 0.9 | Attended Agway catch-up meeting and pulled some more information on 9 vendors in NetSuite A/P Aging report that do not match with Brent's A/P Aging report. |
| 26 | 3/1/2023 | Davis, Jackilyn | 0.5 | Internal status update meeting. |
| 26 | 3/1/2023 | Koller, Lydia | 2.6 | Perform Data management/Imaging. |
| 26 | 3/1/2023 | Richards, Oleaq | 3.9 | Imaging, inventory, troubleshooting Hard-drives. |
| 26 | 3/1/2023 | Richards, Oleaq | 3.8 | Continue imaging, inventory, troubleshooting Hard-drives. |
| 26 | 3/1/2023 | Webster, Brittany | 3.6 | Create images of requested hard drives; record and label correct evidence. |
| 26 | 3/1/2023 | Webster, Brittany | 2.4 | Create images of requested hard drives; record and label correct evidence. |
| 26 | 3/2/2023 | Davis, Jackilyn | 0.3 | Troubleshoot Azure data warehouse. |
| 26 | 3/2/2023 | Koller, Lydia | 3.0 | Data management/Imaging. |
| 26 | 3/2/2023 | Koller, Lydia | 3.4 | Continue to perform data management/Imaging. |
| 26 | 3/2/2023 | Lee, Sangyup Francis Chu | 3.9 | Perform laptop inventory for imaging. |
| 26 | 3/2/2023 | Lhadon, Tsering | 3.0 | Perform imaging and verifying collection. |
| 26 | 3/2/2023 | McDonnell, Chad | 2.0 | Coordinate staffing for receipt and imaging of received devices from Nexcom; Compile and update data tracker; assist with acquisition related questions and challenges. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 3/2/2023 | Richards, Oleaq | 3.2 | Imaging, inventory, troubleshooting Hard-drives. |
| 26 | 3/2/2023 | Richards, Oleaq | 2.9 | Continue imaging, inventory, troubleshooting Hard-drives. |
| 26 | 3/2/2023 | Webster, Brittany | 2.0 | Create images of requested hard drives; record and label correct evidence. |
| 26 | 3/3/2023 | Bader, Daniel | 2.0 | Edited Python script to extract missing 48 back-end tables from NetSuite into shared folder. |
| 26 | 3/3/2023 | Koller, Lydia | 2.9 | Data management/Imaging. |
| 26 | 3/3/2023 | Lhadon, Tsering | 5.0 | Continue to perform devices imaging and verification process. |
| 26 | 3/3/2023 | Richards, Oleaq | 3.7 | Imaging, inventory, troubleshooting Hard-drives. |
| 26 | 3/3/2023 | Richards, Oleaq | 3.8 | Continue imaging, inventory, troubleshooting Hard-drives. |
| 26 | 3/6/2023 | Bader, Daniel | 0.5 | Pulled A/P Aging Summary reports from NetSuite for 2020, 2021, and 2022 and cleaned up/formatted. |
| 26 | 3/6/2023 | Davis, Jackilyn | 1.4 | Analyze back-up restoration progress. |
| 26 | 3/6/2023 | Koller, Lydia | 3.1 | Data management/Imaging. |
| 26 | 3/6/2023 | Koller, Lydia | 2.9 | Continue to perform data management/Imaging. |
| 26 | 3/6/2023 | Lee, Sangyup Francis Chu | 2.6 | Perform forensic imaging of laptops. |
| 26 | 3/6/2023 | Lee, Sangyup Francis Chu | 1.1 | Prepare CoC Documents & QC inventory for hard drives and laptops received for imaging. |
| 26 | 3/6/2023 | Richards, Oleaq | 3.2 | Physical Hard-Drive imaging, Inventory, Tracking, organizing and troubleshooting. |
| 26 | 3/6/2023 | Richards, Oleaq | 3.1 | Physical Hard-Drive imaging, Inventory, Tracking, organizing and troubleshooting. |
| 26 | 3/7/2023 | Koller, Lydia | 3.2 | Data management/Imaging and QC. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 3/7/2023 | Lee, Sangyup Francis Chu | 3.4 | Perform QC of forensic images of laptops. |
| 26 | 3/8/2023 | Davis, Jackilyn | 0.4 | Analyze back-up restoration progress. |
| 26 | 3/8/2023 | Lee, Sangyup Francis Chu | 3.8 | Perform QC of forensic images of laptops. |
| 26 | 3/8/2023 | Richards, Oleaq | 3.4 | Physical Hard-Drive imaging, Inventory, Tracking, organizing and troubleshooting. |
| 26 | 3/8/2023 | Richards, Oleaq | 2.1 | Physical Hard-Drive imaging, Inventory, Tracking, organizing and troubleshooting. |
| 26 | 3/9/2023 | Lee, Sangyup Francis Chu | 3.3 | Perform QC of forensic images of laptops. |
| 26 | 3/9/2023 | Richards, Oleaq | 3.4 | Physical Hard-Drive imaging, Inventory, Tracking, organizing and troubleshooting. |
| 26 | 3/9/2023 | Richards, Oleaq | 2.9 | Physical Hard-Drive imaging, Inventory, Tracking, organizing and troubleshooting. |
| 26 | 3/10/2023 | Koller, Lydia | 2.9 | Data management/Imaging. |
| 26 | 3/10/2023 | Koller, Lydia | 3.0 | Continue to perform data management/Imaging. |
| 26 | 3/10/2023 | Lee, Sangyup Francis Chu | 2.0 | Perform QC of forensic images of laptops. |
| 26 | 3/13/2023 | Bader, Daniel | 0.5 | Attended Agway sync to go over steps to build out AP Register report using back-end tables. |
| 26 | 3/13/2023 | Davis, Jackilyn | 0.8 | Correspondence regarding next steps; internal meeting to discuss NetSuite update. |
| 26 | 3/13/2023 | Lee, Sangyup Francis Chu | 1.6 | Prepare laptops for post-imaging hand-off to client. |
| 26 | 3/13/2023 | Richards, Oleaq | 3.8 | Physical Hard-Drives imaging, Inventory and processing. |
| 26 | 3/14/2023 | Bader, Daniel | 0.8 | Exploratory analysis into Agway back-end tables and what is useful to our reports. |
| 26 | 3/14/2023 | Lee, Sangyup Francis Chu | 0.8 | Prepare for and perform hand-off of laptops to client + Prepare CoC. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 3/15/2023 | Davis, Jackilyn | 0.3 | Correspondence regarding NetSuite administrator. |
| 26 | 3/15/2023 | Ganti, Narendra | 0.5 | Call with C. Robinson, PSZJ, to discuss computer imaging. |
| 26 | 3/15/2023 | McDonnell, Chad | 0.5 | Call with client to discuss imaging process, what data is available, and next steps. |
| 26 | 3/16/2023 | Lee, Sangyup Francis Chu | 2.3 | Perform inventory and forensic imaging of mobile devices. |
| 26 | 3/16/2023 | Lhadon, Tsering | 3.6 | Receive new batch of devices to inventory, perform logical forensic collection, and QC. |
| 26 | 3/16/2023 | Richards, Oleaq | 3.2 | Continue to process Physical Hard-Drives imaging, Inventory and processing. |
| 26 | 3/16/2023 | Richards, Oleaq | 2.6 | Continue to process Physical Hard-Drives imaging, Inventory and processing. |
| 26 | 3/17/2023 | Bader, Daniel | 3.5 | Began building out data dictionary for AP Register report using back-end tables by running queries to key-search for terms across all tables. |
| 26 | 3/20/2023 | Bader, Daniel | 1.9 | Run queries for text matching on string columns to identify fields in the database that match AP Register report from NetSuite. |
| 26 | 3/20/2023 | Bader, Daniel | 1.7 | Create data dictionary Excel sheet with potential tables/fields for AP Register columns and Word document with general notes on key tables and in-progress final query. |
| 26 | 3/20/2023 | Bader, Daniel | 1.0 | Continued exploratory work on back-end tables to start pulling an AP Register query for one vendor. |
| 26 | 3/20/2023 | Lee, Sangyup Francis Chu | 0.8 | Perform inventory & Generate CoC of mobile devices. |
| 26 | 3/21/2023 | Bader, Daniel | 3.0 | Continued exploratory work on back-end tables to pull an AP Register query for one vendor. |
| 26 | 3/22/2023 | Bader, Daniel | 2.5 | Continued exploratory work on back-end tables to start pulling an AP Register query for one vendor. |
| 26 | 3/22/2023 | Davis, Jackilyn | 0.6 | Follow-up regarding back-up data. |
| 26 | 3/24/2023 | Bader, Daniel | 3.8 | Continued exploratory work on back-end tables to pull AP Register query for one vendor. |
| 26 | 3/24/2023 | Bader, Daniel | 1.0 | Build out finalized and condensed version of data dictionary and entity relationship diagram. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 3/24/2023 | Bader, Daniel | 1.0 | Exploratory work on back-end tables to tie numbers of 2021 AP Register to query. |
| 26 | 3/27/2023 | Bader, Daniel | 4.0 | Exploratory work on back-end tables to get counts of records from January 2021 vendors to tie with NetSuite report and bring in all the relevant fields. |
| 26 | 3/27/2023 | Davis, Jackilyn | 0.4 | Analyze and assess NetSuite back-end data in relation to front-end data. |
| 26 | 3/28/2023 | Bader, Daniel | 2.3 | Investigated multiple transaction entries from transaction history table and created new table pulling last transaction from the log. |
| 26 | 3/28/2023 | Bader, Daniel | 2.1 | Investigate how the Transaction History table and Opportunity Lines table join together. |
| 26 | 3/28/2023 | Bader, Daniel | 1.0 | Investigate why extra records were being brought in to AP Register query but not from NetSuite report. |
| 26 | 3/28/2023 | Davis, Jackilyn | 0.4 | Analyze and assess NetSuite back-end data in relation to front-end data. |
| 26 | 3/29/2023 | Bader, Daniel | 1.0 | Draft status report email showing key tables/relationships, assumptions, and the process for creating the AP Register Report using the back-end. |
| 26 | 3/29/2023 | Bader, Daniel | 1.5 | Document each step in the AP Register report creation process for a given time period. |
| 26 | 3/29/2023 | Bader, Daniel | 2.5 | Tweak AP Register creation process to bring in information for journal entries that are present in opportunity lines table. |
| 26 | 3/29/2023 | Bader, Daniel | 1.0 | Filter out complete duplicates from opportunity lines table. |
| 26 | 3/29/2023 | Bader, Daniel | 2.3 | Exploratory analysis on Accounts and Company filtering. |
| 26 | 3/30/2023 | Bader, Daniel | 2.0 | Run AP Register process on 2020 and 2021 to see if counts/numbers tie and if balance numbers are being pulled correctly. |
| 26 | 3/30/2023 | Bader, Daniel | 3.0 | Investigate duplicate entries in Opportunity Lines table and if you need to remove a duplicate or sum up the amounts. |
| 26 | 3/30/2023 | Bader, Daniel | 1.5 | Re-organized how joining process of tables start to pull in all necessary transactions, including journals. |
| 26 | 3/30/2023 | Bader, Daniel | 1.2 | Incorporate due date and Bill/Paid column logic using back-end fields. |

**EXHIBIT C**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 3/30/2023 | Davis, Jackilyn | 0.8 | Analyze and assess results form D. Bader. |
| 26 | 3/31/2023 | Bader, Daniel | 0.5 | Attended Agway sync to go over progress on re-creating AP Register Report using back-end tables. |
| 26 | 3/31/2023 | Bader, Daniel | 1.2 | Investigated why bill payments were brought into 2021 report with a different account name. |
| 26 | 3/31/2023 | Bader, Daniel | 4.3 | Cleaned up script process and continued tying counts and numbers for 2021 and 2022. |
| 26 | 3/31/2023 | Davis, Jackilyn | 0.9 | Meeting with D. Bader to discuss NetSuite analysis. |
| 26 | 3/31/2023 | McDonnell, Chad | 0.5 | Remove user access from M365 per client request. |

**EXHIBIT D**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Expense Type | Amount |
|---|---|
| Other | $684.33 |
| **Total** | **$684.33** |

**EXHIBIT E**
**AGWAY FARM & HOME SUPPLY, LLC, ET AL. - CASE NO. 22-10602**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|-------------|---------------|--------|
| 01/01/23 | Hu, Ji Yon | Other | Purchased Services January 2023 - Project Folder @ 100 GB | $8.88 |
| 01/01/23 | Hu, Ji Yon | Other | Purchased Services January 2023 - SQL Server @ 5 GB | 4.16 |
| 01/01/23 | Hu, Ji Yon | Other | Purchased Services January 2023 - SFTP @ 50 GB | 8.45 |
| 01/01/23 | Hu, Ji Yon | Other | Purchased Services January 2023 - Managed Services | 5.58 |
| 01/31/23 | Location 551, EEC I | Other | Computer Hard Drives 4 TB (2 units @ $150.00 ea.) | 300.00 |
| 02/01/23 | Hu, Ji Yon | Other | Purchased Services February 2023 - Managed Services | 34.39 |
| 02/01/23 | Hu, Ji Yon | Other | Purchased Services February 2023 - Repository (s3) @ 14.02 GB | 0.08 |
| 02/01/23 | Hu, Ji Yon | Other | Purchased Services February 2023 - Project Folder @ 100 GB | 10.57 |
| 02/01/23 | Hu, Ji Yon | Other | Purchased Services February 2023 - SQL Server @ 100.88 GB | 81.59 |
| 02/01/23 | Hu, Ji Yon | Other | Purchased Services February 2023 - SQL Server @ 34.5 GB | 27.90 |
| 02/01/23 | Hu, Ji Yon | Other | Purchased Services February 2023 - SFTP @ 50 GB | 8.45 |
| 02/17/23 | Ganti, Narendra | Other | Postage Brent Harwood 6606 W. Broad Street | 194.28 |
| | | **Other Total** | | **684.33** |
| | | **Grand Total** | | **$684.33** |