**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AGWAY FARM & HOME SUPPLY, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10602 (JKS)<br><br>**Re: Docket No. 615** |

## CERTIFICATE OF NO OBJECTION

I, Brya M. Keilson, hereby certify as follows:

On May 5, 2023, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Motion of the Debtor and Debtor-In-Possession for Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement with Pughtown Farm Center Inc.* (the "Motion") [D.I. 615] with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Motion was May 26, 2023.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon. The Debtor respectfully requests that the Court enter the Order granting the Motion, a copy of which was attached as Exhibit A to the Motion.

| | |
|---|---|
| Dated: May 30, 2023<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>E-mail: bkeilson@morrisjames.com<br><br>*Counsel to the Debtor and Debtor in Possession* |

16151841/1