# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street  
17th Floor  
Wilmington, DE 19801

|  |  |
|---|---|
|  | March 31, 2023 |
| CRR | Invoice  132316 |
|  | Client    02312 |
|  | Matter    00002 |
|  | **CRR** |

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   03/31/2023**

| | |
|---|---:|
| FEES | $35,514.50 |
| EXPENSES | $112.30 |
| **TOTAL CURRENT CHARGES** | **$35,626.80** |
| **BALANCE FORWARD** | **$253,491.74** |
| **LAST PAYMENT** | **$140,514.10** |
| **TOTAL BALANCE DUE** | **$148,604.44** |

Pachulski Stang Ziehl & Jones LLP  Page:     2
Agway Farms O.C.C.  Invoice 132316
02312    - 00002  March 31, 2023

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BJS | Sandler, Bradford J. | Partner | 1595.00 | 7.20 | $11,484.00 |
| CRR | Robinson, Colin R. | Counsel | 1095.00 | 7.80 | $8,541.00 |
| IDD | Densmore, Ian | Paralegal | 545.00 | 12.80 | $6,976.00 |
| KSN | Neil, Karen S. | Case Man. Asst. | 425.00 | 1.40 | $595.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 545.00 | 2.10 | $1,144.50 |
| PJL | Labov, Paul John | Partner | 1295.00 | 5.10 | $6,604.50 |
| RJF | Feinstein, Robert J. | Partner | 1695.00 | 0.10 | $169.50 |
| | | | | 36.50 | $35,514.50 |

Pachulski Stang Ziehl & Jones LLP                                                                      Page:     3
Agway Farms O.C.C.                                                                                     Invoice 132316
02312    - 00002                                                                                       March 31, 2023

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.20 | $319.00 |
| BL | Bankruptcy Litigation [L430] | 0.50 | $547.50 |
| CA | Case Administration [B110] | 6.50 | $3,479.50 |
| CP | Compensation Prof. [B160] | 8.70 | $7,121.50 |
| CPO | Comp. of Prof./Others | 7.60 | $6,232.00 |
| GC | General Creditors Comm. [B150] | 1.40 | $1,753.00 |
| OP | Operations [B210] | 1.10 | $1,754.50 |
| PD | Plan & Disclosure Stmt. [B320] | 10.50 | $14,307.50 |
| | | 36.50 | $35,514.50 |

Pachulski Stang Ziehl & Jones LLP                                                            Page:     4
Agway Farms O.C.C.                                                                           Invoice 132316
02312    - 00002                                                                             March 31, 2023

## Summary of Expenses

| Description | Amount |
|---|---:|
| Pacer - Court Research | $51.20 |
| Reproduction Expense [E101] | $13.80 |
| Reproduction/ Scan Copy | $47.30 |
| | $112.30 |

| | | |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: 5 |
| Agway Farms O.C.C. | | Invoice 132316 |
| 02312    - 00002 | | March 31, 2023 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 03/08/2023 | BJS | AD | Teleconference with PL regarding bid pro hearing update | 0.20 | 1595.00 | $319.00 |
| | | | | **0.20** | | **$319.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 03/14/2023 | CRR | BL | Confer w/ FTI re review of laptops. | 0.50 | 1095.00 | $547.50 |
| | | | | **0.50** | | **$547.50** |
| **Case Administration [B110]** | | | | | | |
| 03/01/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| 03/02/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| 03/03/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 03/03/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| 03/06/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 03/07/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 03/08/2023 | KSN | CA | Maintain document control. | 0.30 | 425.00 | $127.50 |
| 03/08/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| 03/10/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| 03/13/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 03/13/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 6 | |
| Agway Farms O.C.C. | | | | | Invoice 132316 | |
| 02312    -00002 | | | | | March 31, 2023 | |

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/14/2023 | KSN | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |
| 03/14/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 03/15/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| 03/16/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| 03/17/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 03/20/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| 03/21/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 03/21/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.2); draft Critical Dates Memorandum to track pending Adversary Cases (.7); advise attorneys of upcoming deadlines (.1) | 1.00 | 545.00 | $545.00 |
| 03/23/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 03/23/2023 | IDD | CA | Review docket to update Critical Dates memorandum (.1); advise attorneys of upcoming Deadlines (.1) | 0.20 | 545.00 | $109.00 |
| 03/24/2023 | BJS | CA | Review Agenda and Discuss with CR | 0.10 | 1595.00 | $159.50 |
| 03/24/2023 | IDD | CA | Review docket to update Critical Dates memorandum (.1); advise attorneys of upcoming Deadlines (.1) | 0.20 | 545.00 | $109.00 |
| 03/28/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 03/29/2023 | IDD | CA | Review docket to update Critical Dates memorandum (.1); advise attorneys of upcoming Deadlines (.1) | 0.20 | 545.00 | $109.00 |
| 03/30/2023 | KSN | CA | Maintain document control. | 0.30 | 425.00 | $127.50 |
| 03/30/2023 | IDD | CA | Review docket to update Critical Dates memorandum (.1); advise attorneys of upcoming Deadlines (.1) | 0.20 | 545.00 | $109.00 |

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 7 | |
| Agway Farms O.C.C. | | | | | | Invoice 132316 | |
| 02312   - 00002 | | | | | | March 31, 2023 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/31/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 03/31/2023 | IDD | CA | Review docket to update Critical Dates memorandum (.1); advise attorneys of upcoming Deadlines (.1) | 0.20 | 545.00 | $109.00 |
| | | | | **6.50** | | **$3,479.50** |

**Compensation Prof. [B160]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2023 | IDD | CP | Draft Certificate of No Objection for PSZJ 5th Monthly Fee Application (.3); file same with the Court (.2) | 0.50 | 545.00 | $272.50 |
| 03/09/2023 | PJJ | CP | Revise January fee statement. | 0.30 | 545.00 | $163.50 |
| 03/09/2023 | IDD | CP | Draft Certificate of No Objection for PSZJ 1st Interim Fee Application | 0.30 | 545.00 | $163.50 |
| 03/13/2023 | BJS | CP | Review and revise fee application | 0.30 | 1595.00 | $478.50 |
| 03/13/2023 | IDD | CP | Draft Notice for PSZJ 6th Monthly Fee Application (.3); file PSZJ 6th Monthly Fee Application with the Court (.2); serve same on required parties (.1) | 0.60 | 545.00 | $327.00 |
| 03/13/2023 | CRR | CP | Review draft fee application. | 0.40 | 1095.00 | $438.00 |
| 03/14/2023 | IDD | CP | File Certificate of No Objection for PSZJ 4th Monthly Fee Application | 0.20 | 545.00 | $109.00 |
| 03/14/2023 | CRR | CP | Review analysis re interim fee order and confer w/ P. Jeffries. | 0.40 | 1095.00 | $438.00 |
| 03/14/2023 | CRR | CP | Review CNO's re monthly fee applications and confer w/ IDensmore re filing. | 0.30 | 1095.00 | $328.50 |
| 03/15/2023 | IDD | CP | Update Certificate of No Objection for PSZJ 1st Quarterly Fee Application | 0.20 | 545.00 | $109.00 |
| 03/22/2023 | CRR | CP | Review invoice, attention re fee application and email to PJeffries. | 0.40 | 1095.00 | $438.00 |
| 03/23/2023 | BJS | CP | Various emails with PSZJ regarding fee application | 0.20 | 1595.00 | $319.00 |
| 03/23/2023 | IDD | CP | Draft Notice for PSZJ 7th Monthly Fee Application (.3); revise Certificate of No Objection for FTI 1st Interim Fee Application (.2) | 0.50 | 545.00 | $272.50 |
| 03/23/2023 | CRR | CP | Review CNO re quarterly fee application. | 0.20 | 1095.00 | $219.00 |
| 03/24/2023 | IDD | CP | File Certificate of No Objection for PSZJ 1st Interim Fee Application | 0.20 | 545.00 | $109.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page:     8 |
| Agway Farms O.C.C. | | | | | | Invoice 132316 |
| 02312    - 00002 | | | | | | March 31, 2023 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/27/2023 | PJJ | CP | Draft February fee statement. | 0.80 | 545.00 | $436.00 |
| 03/28/2023 | PJJ | CP | Work on February fee statement. | 1.00 | 545.00 | $545.00 |
| 03/29/2023 | BJS | CP | Review and Revise PSZJ fee applications | 0.30 | 1595.00 | $478.50 |
| 03/29/2023 | IDD | CP | Draft Certificate of No Objection for PSZJ 6th Monthly Fee Application (.3); file same with the Court (.2) | 0.50 | 545.00 | $272.50 |
| 03/29/2023 | CRR | CP | Review Feb. fee applications, draft quarterly and email to P. Jeffries. | 0.80 | 1095.00 | $876.00 |
| 03/29/2023 | CRR | CP | Review, edit CNO's for monthly fee applications. | 0.30 | 1095.00 | $328.50 |
| | | | | 8.70 | | $7,121.50 |

## Comp. of Prof./Others

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/03/2023 | BJS | CPO | Review RKE fee application | 0.10 | 1595.00 | $159.50 |
| 03/06/2023 | BJS | CPO | Review SBF fee application | 0.10 | 1595.00 | $159.50 |
| 03/08/2023 | IDD | CPO | Draft Certificate of No Objection for FTI 4th Monthly Fee Application (.3); file same with the Court (.2) | 0.50 | 545.00 | $272.50 |
| 03/09/2023 | IDD | CPO | Draft Certificate of No Objection for FTI 1st Interim Fee Application | 0.30 | 545.00 | $163.50 |
| 03/10/2023 | CRR | CPO | Review, confer w/ FTI, IDensmore re re-filing of fee application. | 0.40 | 1095.00 | $438.00 |
| 03/13/2023 | BJS | CPO | Review FM fee application | 0.10 | 1595.00 | $159.50 |
| 03/13/2023 | BJS | CPO | Review FTI fee application | 0.10 | 1595.00 | $159.50 |
| 03/13/2023 | BJS | CPO | Various emails with CR, PL regarding interim fee applications | 0.10 | 1595.00 | $159.50 |
| 03/13/2023 | IDD | CPO | Draft Notice for FTI 6th Monthly Fee Application (.3); file FTI 6th Monthly Fee Application with the Court (.2); serve same on required parties (.1) | 0.60 | 545.00 | $327.00 |
| 03/13/2023 | CRR | CPO | Review CNO's re pending fee applications. | 0.30 | 1095.00 | $328.50 |
| 03/14/2023 | IDD | CPO | File Certificate of No Objection for FTI 4th Monthly Fee Application | 0.20 | 545.00 | $109.00 |
| 03/15/2023 | IDD | CPO | Draft proposed Order for FTI 1st Interim Fee Application (.3); update Certificate of No Objection for same (.2) | 0.50 | 545.00 | $272.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 9 |
| Agway Farms O.C.C. | | | | | | Invoice 132316 |
| 02312    - 00002 | | | | | | March 31, 2023 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 03/20/2023 | BJS | CPO | Review Waxman declaration | 0.10 | 1595.00 | $159.50 |
| 03/23/2023 | IDD | CPO | Finalize FTI 7th Monthly Fee Application (.3); draft Notice for same (.2); revise Certificate of No Objection for FTI 1st Interim Fee Application (.2) | 0.70 | 545.00 | $381.50 |
| 03/23/2023 | CRR | CPO | Review, respond to chambers re interim fee applications comments and update PLabov, BSandler. | 0.40 | 1095.00 | $438.00 |
| 03/24/2023 | IDD | CPO | File Certificate of No Objection for FTI 1st Interim Fee Application | 0.20 | 545.00 | $109.00 |
| 03/29/2023 | IDD | CPO | Draft Certificate of No Objection for FTI 6th Monthly Fee Application (.3); file same with the Court (.2); file FTI 7th Monthly Fee Application with the Court (.3); finalize FTI 2nd Interim Fee Application (.4) | 1.20 | 545.00 | $654.00 |
| 03/30/2023 | BJS | CPO | Attention to FTI fee application | 0.50 | 1595.00 | $797.50 |
| 03/30/2023 | IDD | CPO | Draft Withdrawal of FTI 7th Monthly Fee Application (.2); file same with the Court (.1); file FTI Amended 7th Monthly Fee Application with the Court (.3) | 0.60 | 545.00 | $327.00 |
| 03/30/2023 | CRR | CPO | Review Debtor professional fee applications. | 0.60 | 1095.00 | $657.00 |
| | | | | **7.60** | | **$6,232.00** |

**General Creditors Comm. [B150]**

| | | | | | | |
|---|---|---|---|---:|---:|---:|
| 03/01/2023 | RJF | GC | Review committee update. | 0.10 | 1695.00 | $169.50 |
| 03/01/2023 | BJS | GC | Review and revise report to UCC | 0.20 | 1595.00 | $319.00 |
| 03/01/2023 | CRR | GC | Review, finalize update to Committee. | 0.80 | 1095.00 | $876.00 |
| 03/01/2023 | PJL | GC | Review and revise letter to committee. | 0.30 | 1295.00 | $388.50 |
| | | | | **1.40** | | **$1,753.00** |

**Operations [B210]**

| | | | | | | |
|---|---|---|---|---:|---:|---:|
| 03/20/2023 | BJS | OP | Review MOR | 0.10 | 1595.00 | $159.50 |
| 03/20/2023 | BJS | OP | Review numerous complaints; Teleconference with CR regarding same | 1.00 | 1595.00 | $1,595.00 |
| | | | | **1.10** | | **$1,754.50** |

| | | |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page:    10 |
| Agway Farms O.C.C. | | Invoice 132316 |
| 02312    - 00002 | | March 31, 2023 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Plan & Disclosure Stmt. [B320]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2023 | BJS | PD | Review draft plan | 0.20 | 1595.00 | $319.00 |
| 03/06/2023 | PJL | PD | Internal discussion regarding timing of plan and disclosure statement. | 0.40 | 1295.00 | $518.00 |
| 03/09/2023 | BJS | PD | Various emails with CR, PL regarding plan status | 0.10 | 1595.00 | $159.50 |
| 03/09/2023 | CRR | PD | Email to Debtor re Plan status. | 0.20 | 1095.00 | $219.00 |
| 03/09/2023 | PJL | PD | Review email correspondence on plan changes and internal discussion on timing. | 0.80 | 1295.00 | $1,036.00 |
| 03/10/2023 | BJS | PD | Various emails with CR regarding plan | 0.10 | 1595.00 | $159.50 |
| 03/13/2023 | PJL | PD | Conference with B. Sandler regarding timing on plan and disclosure statement. | 0.40 | 1295.00 | $518.00 |
| 03/16/2023 | BJS | PD | Review revised plan; Various emails with Debtor's counsel regarding changes | 1.50 | 1595.00 | $2,392.50 |
| 03/16/2023 | BJS | PD | Various emails with J Waxman regarding plan terms | 0.20 | 1595.00 | $319.00 |
| 03/16/2023 | PJL | PD | Review amendments to plan and disclosure statement. | 0.40 | 1295.00 | $518.00 |
| 03/21/2023 | BJS | PD | Various emails with B O'Kane regarding plan timeline | 0.30 | 1595.00 | $478.50 |
| 03/21/2023 | BJS | PD | Various emails with S Balasiano regarding plan | 0.10 | 1595.00 | $159.50 |
| 03/21/2023 | PJL | PD | Review plan and disclosure statement emails. | 0.40 | 1295.00 | $518.00 |
| 03/22/2023 | PJL | PD | Review back and forth correspondence on plan and timing from Debtors' counsel, including follow up with internal team. | 0.60 | 1295.00 | $777.00 |
| 03/23/2023 | BJS | PD | Various emails with S Balasiano regarding Plan issues | 0.20 | 1595.00 | $319.00 |
| 03/23/2023 | PJL | PD | Review plan and disclosure statement email and need for liquidation analysis, including discussion with B. Sandler. | 0.30 | 1295.00 | $388.50 |
| 03/24/2023 | PJL | PD | Conference with B. Sandler regarding plan administrator. | 0.40 | 1295.00 | $518.00 |
| 03/27/2023 | CRR | PD | Confer w/ Debtor's counsel re Plan and remaining comments and review updated Plan. | 1.80 | 1095.00 | $1,971.00 |
| 03/27/2023 | PJL | PD | Follow up correspondence from C. Robinson. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP  Page:   11
Agway Farms O.C.C.  Invoice 132316
02312   - 00002  March 31, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/28/2023 | PJL | PD | Conference with B. Sandler regarding plan administrator and timing for plan confirmation. | 0.60 | 1295.00 | $777.00 |
| 03/30/2023 | BJS | PD | Teleconference with S Balasiano regarding plan/post-con issues | 0.50 | 1595.00 | $797.50 |
| 03/30/2023 | PJL | PD | Review potential plan administrator correspondence and discuss with B. Sandler. | 0.40 | 1295.00 | $518.00 |
| 03/31/2023 | BJS | PD | Review and Revise Liquidation Analysis; Various emails with N Ganti regarding same | 0.50 | 1595.00 | $797.50 |
|  |  |  |  | 10.50 |  | $14,307.50 |

**TOTAL SERVICES FOR THIS MATTER:** $35,514.50

| Pachulski Stang Ziehl & Jones LLP | Page: 12 |
| Agway Farms O.C.C. | Invoice 132316 |
| 02312    - 00002 | March 31, 2023 |

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/10/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/10/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/13/2023 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | 6.90 |
| 03/13/2023 | RE2 | SCAN/COPY ( 123 @0.10 PER PG) | 12.30 |
| 03/14/2023 | RE | ( 64 @0.10 PER PG) | 6.40 |
| 03/14/2023 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 03/22/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/23/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/23/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/23/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/23/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/23/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/23/2023 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 03/23/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/23/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/23/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/23/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/23/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/23/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/28/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 03/28/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/28/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/28/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/28/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/28/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/28/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/29/2023 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 03/29/2023 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 03/29/2023 | RE | ( 48 @0.10 PER PG) | 4.80 |
| 03/29/2023 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 03/29/2023 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 03/29/2023 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 13 |
| Agway Farms O.C.C. | | | Invoice 132316 |
| 02312   - 00002 | | | March 31, 2023 |

| | | | |
|---|---|---|---:|
| 03/29/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 03/30/2023 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 03/31/2023 | PAC | Pacer - Court Research | 51.20 |

**Total Expenses for this Matter**      **$112.30**

Pachulski Stang Ziehl & Jones LLP  
Agway Farms O.C.C.  
02312    - 00002

Page: 14  
Invoice 132316  
March 31, 2023

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:** 03/31/2023

| | |
|---|---:|
| **Total Fees** | $35,514.50 |
| **Total Expenses** | 112.30 |
| **Total Due on Current Invoice** | $35,626.80 |

Outstanding Balance from prior invoices as of    03/31/2023    (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 132071 | 03/28/2023 | $72,681.00 | $71.34 | $72,752.34 |
| 132072 | 03/28/2023 | $40,028.50 | $196.80 | $40,225.30 |

**Total Amount Due on Current and Prior Invoices:**         **$148,604.44**