**EXHIBIT A**

**In re: Agway Farm & Home Supply, LLC Case No. 22-10602 (JKS)**
**Interim Fee Period: annuary 1, 2023 Through and including March 31, 2023**

| Name of Professional | Firm's Role in Case | Compensation Requested (Interim Period) | Expenses Requested (Interim Period) | Amounts of Any Voluntary Fee Reductions (Interim Period) | Amounts of Any Voluntary Expense Reductions (Interim Period) | Interim Fees Approved | Interim Expenses Approved | 20% Holdback Amount to be Paid |
|---|---|---|---|---|---|---|---|---|
| **Shulman Bastian Friedman & Bui LLP** | Counsel to the Debtor | $53,924.00 | $29.52 | $0.00 | $0.00 | $53,924.00 | $29.52 | $10,784.80 |
| **Morris James LLP** | Counsel to the Debtor | $70,295.00 | $733.85 | $0.00 | $0.00 | $70,295.00 | $733.85 | $14,059.00 |
| **Focus Management Group USA Inc.** | Financial Advisors to the Debtor | $20,820.00 | $0.00 | $0.00 | $0.00 | $20,820.00 | $0.00 | $4,164.00 |
| **Richardson Kontogouris Emerson LLP** | Accountants to the Debtor | $28,411.25 | $79.78 | $0.00 | $0.00 | $28,411.25 | $79.78 | $5,682.25 |
| **FTI Consulting, Inc.**[1] | Financial Advisor for the Official Committee of Unsecured Creditors | $119,116.50 | $681.30 | $0.00 | $0.00 | $119,116.50 | $681.30 | $$23,823.30 |

---

[1] FTI Consulting, Inc.'s compensation period is from October 1, 2022 through and including December 31, 2022.

16158354/1