# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC[1] | Case No. 22-10602 (JKS) |
| Debtor. | Re: Docket No. 650 |

## CERTIFICATE OF NO OBJECTION

I, Brya M. Keilson, hereby certify as follows:

On June 5, 2023, Shulman Bastian Friedman & Bui LLP ("SBFB"), counsel for the above-captioned debtor and debtor-in-possession (the "Debtor"), filed their *Eleventh Monthly Fee Application of Shulman Bastian Friedman & Bui LLP, Bankruptcy Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2023 to May 31, 2023* (the "Application") [D.I. 650] with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Application was June 15, 2023.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [D.I. 114], no further order is required,

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

and SBFB is entitled to receive 80% of its fees ($13,333.60) and 100% of its expenses ($0.00).

Dated:  June 16, 2023      **MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bkeilson@morrisjames.com

*Counsel to the Debtor and Debtor-In-Possession*