## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC [1] | Case No. 22-10602 (JKS) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 21, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Eighth Monthly Fee Application of Richardson Kontogouris Emerson LLP, Accountants to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2023 Through April 30, 2023** (Docket No. 669)

- **Eleventh Monthly Fee Application of Focus Management Group USA Inc., Financial Advisor to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2023 Through May 31, 2023** (Docket No. 670)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: June 28, 2023

_Sharon Lee_
Sharon Lee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 28th day of June, 2023 by Sharon Lee proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Kerrie Lynne Darby_

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

[1] 1 The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230

# __Exhibit A__

Document Ref: JHZWK-UTHM4-BA4FJ-XFRCF



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Agway Farm & Home Supply, LLC | c/o Morris James LLP | Attn: Jeffrey R. Waxman & Brya M. Keilson | jwaxman@morris.james.com bkeilson@morrisjames.com |
| Agway Farm & Home Supply, LLC | c/o Shulman Bastrian | Attn: Alan J. Friedman & Melissa Davis Lowe | afriedman@shulmanbastian.com mlowe@shulmanbastian.com |
| Office of the U.S. Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | ustpregion03.wl.ecf@usdoj.gov richard.schepacarter@usdoj.gov |

In re: Agway Farm Home Supply, LLC
Case No. 22-10602 (JKS)

Page 1 of 1

# Signature Certificate

Reference number: JHZWK-UTHM4-BA4FJ-XFRCF

| Signer | Timestamp | Signature |
|--------|-----------|-----------|

**Sharon Lee**
Email: sharon.m.lee@stretto.com

| | |
|---|---|
| Sent: | 28 Jun 2023 20:02:21 UTC |
| Viewed: | 28 Jun 2023 20:02:31 UTC |
| Signed: | 28 Jun 2023 20:03:01 UTC |

**Recipient Verification:**

| | |
|---|---|
| ✔Email verified | 28 Jun 2023 20:02:31 UTC |
| ✔Personally Known | 28 Jun 2023 20:01:45 UTC |

*Sharon Lee*

IP address: 99.7.147.55
Location: Anaheim, United States

**Kerrie Darby**
Email: kerrie.darby@stretto.com

| | |
|---|---|
| Sent: | 28 Jun 2023 20:02:21 UTC |
| Viewed: | 28 Jun 2023 20:02:35 UTC |
| Signed: | 28 Jun 2023 20:03:25 UTC |

*Kerrie Lynne Darby*

IP address: 98.50.110.157
Location: Denver, United States

Document notarized online using audio-video communication on:

28 Jun 2023 20:03:25 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

