## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC[1] | Case No. 22-10602 (JKS) |
| Debtor. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JULY 13, 2023 AT 11:00 A.M. (ET)

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

**RESOLVED MATTERS:**

1. Motion of the Debtor and Debtor-In-Possession for Order Pursuant To 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement with Binghamton Agway [Filed May 22, 2023; Docket No. 637].

    Response/Objection Deadline:  June 12, 2023 at 4:00 p.m.

    Responses/Objections Received:  None.

    Related Documents:

    A. Certificate of No Objection [Filed June 13, 2023; Docket No. 659].

    B. Order Pursuant To 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement with Binghamton Agway [Filed June 20, 2023; Docket No. 663].

    Status: An Order was entered by the Court on June 20, 2023.  Accordingly, a hearing on this matter is no longer necessary.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

16197851/1

2

| | |
|---|---|
| Dated:  June 29, 2023<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman, Esquire (admitted *pro hac vice*)<br>Melissa Davis Lowe, Esquire (admitted *pro hac vice*)<br>Max Casal, Esquire (admitted *pro hac vice*)<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>E-mail: afriedman@shulmanbastian.com<br>E-mail: mlowe@shulmanbastian.com<br>E-mail: mcasal@shulmanbastian.com<br><br>*Counsel to the Debtor and Debtor in Possession* |

16197851/1