**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AGWAY FARM & HOME SUPPLY, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10602 (JKS) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 case:

| **Date** | **Time** |
|---|---|
| August 17, 2023 | 3:00 p.m. (prevailing ET) |
| September 14, 2023 | 3:00 p.m. (prevailing ET) |
| October 19, 2023 | 3:00 p.m. (prevailing ET) |

**Dated: July 12th, 2023
Wilmington, Delaware**

**J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE**

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

16109415/1