# EXHIBIT A

**May 1, 2023 – May 31, 2023 Invoice**

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

|  |  |
|---|---|
| | June 30, 2023 |
| CRR | Invoice  132894 |
| | Client  02312 |
| | Matter  00002 |
| | **CRR** |

RE:  Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   06/30/2023**

| | |
|---|---:|
| FEES | $56,129.00 |
| EXPENSES | $203.40 |
| **TOTAL CURRENT CHARGES** | **$56,332.40** |
| **BALANCE FORWARD** | **$148,604.44** |
| **LAST PAYMENT** | **$118,959.64** |
| **TOTAL BALANCE DUE** | **$85,977.20** |

| | | | | | |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | Page: | 2 |
| Agway Farms O.C.C. | | | | Invoice 132894 | |
| 02312    - 00002 | | | | June 30, 2023 | |

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| ARP | Paul, Andrea R. | Case Man. Asst. | 425.00 | 3.30 | $1,402.50 |
| BJS | Sandler, Bradford J. | Partner | 1595.00 | 8.00 | $12,760.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 495.00 | 1.30 | $643.50 |
| CRR | Robinson, Colin R. | Counsel | 1095.00 | 16.40 | $17,958.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 1395.00 | 1.20 | $1,674.00 |
| IDD | Densmore, Ian | Paralegal | 545.00 | 7.50 | $4,087.50 |
| KSN | Neil, Karen S. | Case Man. Asst. | 425.00 | 0.40 | $170.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 545.00 | 4.90 | $2,670.50 |
| PJL | Labov, Paul John | Partner | 1295.00 | 11.40 | $14,763.00 |
| | | | | 54.40 | $56,129.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:     3
Agway Farms O.C.C.                                                   Invoice 132894
02312    - 00002                                                     June 30, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA  | Asset Analysis/Recovery[B120]    | 0.70  | $1,056.50 |
| BL  | Bankruptcy Litigation [L430]     | 2.10  | $2,349.50 |
| CA  | Case Administration [B110]       | 10.50 | $6,158.50 |
| CP  | Compensation Prof. [B160]        | 5.70  | $3,586.50 |
| CPO | Comp. of Prof./Others            | 7.00  | $6,850.00 |
| FF  | Financial Filings [B110]         | 0.60  | $807.00 |
| GC  | General Creditors Comm. [B150]   | 2.00  | $2,420.00 |
| IC  | Insurance Coverage               | 4.80  | $5,986.00 |
| PD  | Plan & Disclosure Stmt. [B320]   | 21.00 | $26,915.00 |
|     |                                  | 54.40 | $56,129.00 |

Pachulski Stang Ziehl & Jones LLP Page:     4
Agway Farms O.C.C. Invoice 132894
02312   - 00002 June 30, 2023

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $132.30 |
| Postage [E108] | $2.00 |
| Reproduction/ Scan Copy | $69.10 |
| | $203.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 5 |
| Agway Farms O.C.C. | | | | | | Invoice 132894 |
| 02312    - 00002 | | | | | | June 30, 2023 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 05/05/2023 | PJL | AA | Update on receivable settlement. | 0.20 | 1295.00 | $259.00 |
| 05/05/2023 | BJS | AA | Attention to receivables motion | 0.30 | 1595.00 | $478.50 |
| 06/12/2023 | BJS | AA | Attention to potential tax refund; Various emails with CR regarding same | 0.20 | 1595.00 | $319.00 |
| | | | | **0.70** | | **$1,056.50** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 03/17/2023 | CRR | BL | Multiple discussions, negotiations re extension of time to provide discovery with NGP and confer with LWhidden. | 2.00 | 1095.00 | $2,190.00 |
| 05/05/2023 | BJS | BL | Review 9019 motion | 0.10 | 1595.00 | $159.50 |
| | | | | **2.10** | | **$2,349.50** |
| **Case Administration [B110]** | | | | | | |
| 04/03/2023 | PJL | CA | Review Correspondence and discuss same with C. Robinson. | 0.60 | 1295.00 | $777.00 |
| 04/05/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 04/11/2023 | KSN | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |
| 04/11/2023 | CRR | CA | Meeting w/ FTI, BSandler, PLabov re case status. | 0.40 | 1095.00 | $438.00 |
| 04/17/2023 | BJS | CA | Review agenda and discuss with CR | 0.10 | 1595.00 | $159.50 |
| 04/18/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| 04/19/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 04/28/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 05/01/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/01/2023 | ARP | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |
| 05/02/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/02/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 05/03/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); | 0.30 | 545.00 | $163.50 |

| | | | | Page: | 6 |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | |
| Agway Farms O.C.C. | | | | Invoice 132894 | |
| 02312   - 00002 | | | | June 30, 2023 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | advise attorneys of upcoming deadlines (.1) | | | |
| 05/03/2023 | ARP | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |
| 05/04/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/04/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 05/05/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/08/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/08/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 05/10/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/10/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 05/11/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/11/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 05/12/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/12/2023 | ARP | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |
| 05/18/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/19/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 05/22/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/22/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 05/23/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/23/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 05/24/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/25/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/26/2023 | BJS | CA | Review Agenda and Discuss with CR | 0.10 | 1595.00 | $159.50 |

| Pachulski Stang Ziehl & Jones LLP | Page: 7 |
|---|---|
| Agway Farms O.C.C. | Invoice 132894 |
| 02312    - 00002 | June 30, 2023 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/30/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/30/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 05/31/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 05/31/2023 | ARP | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |
| 06/01/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 06/02/2023 | IDD | CA | Review docket to update Critical Dates Memo (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| 06/06/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 06/07/2023 | ARP | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |
| 06/08/2023 | ARP | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |
| 06/12/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 06/13/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 06/15/2023 | ARP | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |
| 06/16/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 06/19/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 06/20/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 06/21/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 06/22/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| 06/27/2023 | ARP | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| | | | | **10.50** | | **$6,158.50** |

### Compensation Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/25/2023 | CRR | CP | Review, revise inteirm fee application and send to IDensmore for filing. | 0.30 | 1095.00 | $328.50 |
| 05/01/2023 | PJJ | CP | Draft March fee statement (1.0) and notice (.2). | 1.20 | 545.00 | $654.00 |
| 05/01/2023 | PJJ | CP | Draft 2nd interim fee app. | 1.00 | 545.00 | $545.00 |
| 05/03/2023 | PJJ | CP | Revise March fee statement. | 0.40 | 545.00 | $218.00 |
| 05/03/2023 | PJJ | CP | Revise 2nd interim fee statement. | 0.80 | 545.00 | $436.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 8
Agway Farms O.C.C.  Invoice 132894
02312    - 00002  June 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/08/2023 | PJJ | CP | Draft 2nd interim fee application. | 0.50 | 545.00 | $272.50 |
| 05/31/2023 | IDD | CP | Update PSZJ's 8th Monthly Fee Application (.1); file same with the Court (.2); serve same on required parties (.1) | 0.20 | 545.00 | $109.00 |
| 05/31/2023 | PJJ | CP | Draft April fee statement. | 0.80 | 545.00 | $436.00 |
| 05/31/2023 | PJJ | CP | Draft notice of ninth monthly fee statement. | 0.20 | 545.00 | $109.00 |
| 06/30/2023 | BJS | CP | Review and revise fee application | 0.30 | 1595.00 | $478.50 |
| | | | | **5.70** | | **$3,586.50** |

### Comp. of Prof./Others

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/12/2023 | BJS | CPO | Review MJ fee applications | 0.10 | 1595.00 | $159.50 |
| 04/27/2023 | CRR | CPO | Confer w/ IDensmore re FTI interim fee applications, review updated draft and confirm re filing. | 0.80 | 1095.00 | $876.00 |
| 04/27/2023 | CRR | CPO | Review CNO's re PSZJ, FTI fee applications and email to IDensmore re filing. | 0.20 | 1095.00 | $219.00 |
| 04/28/2023 | BJS | CPO | Review FTI fee application | 0.10 | 1595.00 | $159.50 |
| 04/28/2023 | BJS | CPO | Review Staffing Report | 0.10 | 1595.00 | $159.50 |
| 05/02/2023 | IDD | CPO | Draft Notice for FTI 8th Monthly Fee Application (.2); file same with the Court (.2); serve same on required parties (.1) | 0.50 | 545.00 | $272.50 |
| 05/02/2023 | BJS | CPO | Review FTI fee applications | 0.10 | 1595.00 | $159.50 |
| 05/02/2023 | CRR | CPO | Review, edit CNO's re Feb. FTI and PSZJ fee apps and confer w/ IDensmore re filing. | 0.30 | 1095.00 | $328.50 |
| 05/02/2023 | CRR | CPO | Review, finalize FTI fee application and confer w/ IDensmore re filing | 0.30 | 1095.00 | $328.50 |
| 05/05/2023 | BJS | CPO | Review Focus fee application | 0.10 | 1595.00 | $159.50 |
| 05/05/2023 | BJS | CPO | Review SBFB fee application | 0.10 | 1595.00 | $159.50 |
| 05/08/2023 | BJS | CPO | Review RKE fee application | 0.10 | 1595.00 | $159.50 |
| 05/15/2023 | BJS | CPO | Review RKE fee application | 0.10 | 1595.00 | $159.50 |
| 05/15/2023 | BJS | CPO | Review Focus fee application | 0.10 | 1595.00 | $159.50 |
| 05/15/2023 | BJS | CPO | Review MJ fee application | 0.10 | 1595.00 | $159.50 |

| | | | | Page: | 9 |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | |
| Agway Farms O.C.C. | | | | Invoice 132894 | |
| 02312   - 00002 | | | | June 30, 2023 | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/15/2023 | BJS | CPO | Review SBFB fee application | 0.10 | 1595.00 | $159.50 |
| 05/22/2023 | CAK | CPO | Draft list of all professional fee applications filed in case including amounts requested. | 1.30 | 495.00 | $643.50 |
| 05/30/2023 | IDD | CPO | File Certificate of No Objection for FTI's 2nd Interim Fee Application (.2); file Certificate of No Objection for FTI's 8th Monthly Fee Application | 0.40 | 545.00 | $218.00 |
| 05/30/2023 | CRR | CPO | Review and finalize March, April monthly and quarterly fee applications for Committee professionals and confer w/ IDensmore re filing. | 0.60 | 1095.00 | $657.00 |
| 05/31/2023 | IDD | CPO | Update FTI's 9th Monthly Fee Application (.1); file same with the Court (.2); serve same on required parties (.1) | 0.40 | 545.00 | $218.00 |
| 06/01/2023 | IDD | CPO | Finalize FTI 3rd Interim Fee Application (.2); prepare exhibits for same (.2) | 0.40 | 545.00 | $218.00 |
| 06/02/2023 | BJS | CPO | Various emails with Debtors regarding FTI | 0.10 | 1595.00 | $159.50 |
| 06/05/2023 | BJS | CPO | Review SBF fee application | 0.10 | 1595.00 | $159.50 |
| 06/07/2023 | BJS | CPO | Various emails with S Lisko regarding FTI | 0.10 | 1595.00 | $159.50 |
| 06/21/2023 | BJS | CPO | Review Focus fee application | 0.10 | 1595.00 | $159.50 |
| 06/21/2023 | BJS | CPO | Review RKE fee app | 0.10 | 1595.00 | $159.50 |
| 06/21/2023 | BJS | CPO | Review FTI fee application | 0.10 | 1595.00 | $159.50 |
| 06/30/2023 | BJS | CPO | Review FTI fee application | 0.10 | 1595.00 | $159.50 |
| | | | | **7.00** | | **$6,850.00** |

### Financial Filings [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/19/2023 | BJS | FF | Review MORs | 0.20 | 1595.00 | $319.00 |
| 05/30/2023 | CRR | FF | Review cash update from FTI. | 0.30 | 1095.00 | $328.50 |
| 06/21/2023 | BJS | FF | Review MOR | 0.10 | 1595.00 | $159.50 |
| | | | | **0.60** | | **$807.00** |

### General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/06/2023 | CRR | GC | Emails re scheduling, meeting w/ Committee and updates. | 0.20 | 1095.00 | $219.00 |
| 04/12/2023 | BJS | GC | UCC Call | 0.30 | 1595.00 | $478.50 |

| | | | | | Page: 10 |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | |
| Agway Farms O.C.C. | | | | | Invoice 132894 |
| 02312    - 00002 | | | | | June 30, 2023 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 04/12/2023 | CRR | GC | Attend meeting with Committee. | 0.40 | 1095.00 | $438.00 |
| 04/12/2023 | CRR | GC | Prepare agenda re meeting and prepare for meeting with Committee. | 0.70 | 1095.00 | $766.50 |
| 04/12/2023 | PJL | GC | Committee call. | 0.40 | 1295.00 | $518.00 |
| | | | | **2.00** | | **$2,420.00** |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 05/31/2023 | IAWN | IC | Telephone calls and emails with Robinson re policy expiration | 0.20 | 1395.00 | $279.00 |
| 05/31/2023 | IAWN | IC | Further email follow up with Robinson | 0.10 | 1395.00 | $139.50 |
| 05/31/2023 | CRR | IC | Review, analysis and respond to Debtor re certain insurance issues and confer w/ BSandler, INasitir, PLabov. | 2.20 | 1095.00 | $2,409.00 |
| 05/31/2023 | BJS | IC | Teleconference with CR regarding insurance | 0.30 | 1595.00 | $478.50 |
| 06/16/2023 | PJL | IC | Conference with C. Robinson regarding insurance policies. | 0.30 | 1295.00 | $388.50 |
| 06/16/2023 | PJL | IC | Conference with B. Sandler regarding insurance policies. | 0.20 | 1295.00 | $259.00 |
| 06/16/2023 | PJL | IC | Review insurance policies and additional cost for extension. | 0.30 | 1295.00 | $388.50 |
| 06/16/2023 | PJL | IC | Conference with Debtors' counsel regarding insurance policies. | 0.30 | 1295.00 | $388.50 |
| 06/17/2023 | IAWN | IC | Review file | 0.70 | 1395.00 | $976.50 |
| 06/17/2023 | IAWN | IC | Exchange emails with Colin Robinson re claims timing | 0.10 | 1395.00 | $139.50 |
| 06/22/2023 | IAWN | IC | Review Colin Robinson response to Iain Nasatir email | 0.10 | 1395.00 | $139.50 |
| | | | | **4.80** | | **$5,986.00** |

**Plan & Disclosure Stmt. [B320]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 03/17/2023 | CRR | PD | Review Debtor plan comments and BSandler responses. | 0.90 | 1095.00 | $985.50 |
| 04/01/2023 | BJS | PD | Various emails with CR regarding plan issues | 0.20 | 1595.00 | $319.00 |
| 04/01/2023 | BJS | PD | Review revised liquidation analysis; Various emails | 0.30 | 1595.00 | $478.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 11 | |
| Agway Farms O.C.C. | | | | | Invoice 132894 | |
| 02312    - 00002 | | | | | June 30, 2023 | |
| | | | with N Ganti regarding same | | | |
| 04/03/2023 | BJS | PD | Review Exclusivity Motion | 0.10 | 1595.00 | $159.50 |
| 04/03/2023 | BJS | PD | Various emails with Debtors regarding solicitation | 0.10 | 1595.00 | $159.50 |
| 04/03/2023 | CRR | PD | Initial review of solicitation motion, solicitation procedures and email with MDavis. | 1.10 | 1095.00 | $1,204.50 |
| 04/03/2023 | CRR | PD | Review, consider issues re exclusivity extension and respond to MDavis. | 0.50 | 1095.00 | $547.50 |
| 04/06/2023 | BJS | PD | Various emails with CR regarding plan | 0.10 | 1595.00 | $159.50 |
| 04/06/2023 | CRR | PD | Review liquidation analysis. | 0.80 | 1095.00 | $876.00 |
| 04/06/2023 | PJL | PD | Follow up on plan and disclosure statement, revisions to same, including liquidation analysis. | 0.40 | 1295.00 | $518.00 |
| 04/07/2023 | PJL | PD | Conference with B. Sandler regarding timing of plan and disclosure statement. | 0.40 | 1295.00 | $518.00 |
| 04/10/2023 | BJS | PD | Teleconference with CR regarding liquidation analysis; Various emails with CR regarding same | 0.20 | 1595.00 | $319.00 |
| 04/10/2023 | CRR | PD | Review current draft of liquidation analysis. | 0.40 | 1095.00 | $438.00 |
| 04/10/2023 | PJL | PD | Correspondence regarding plan and disclosure statement. | 0.40 | 1295.00 | $518.00 |
| 04/10/2023 | PJL | PD | Review liquidation analysis and internal discussion regarding same. | 0.60 | 1295.00 | $777.00 |
| 04/11/2023 | BJS | PD | Teleconference with FTI/PSZJ regarding liquidation analysis, plan discussion | 0.30 | 1595.00 | $478.50 |
| 04/11/2023 | PJL | PD | Attend call on FTI liquidation analysis and follow up with C. Robinson. | 0.80 | 1295.00 | $1,036.00 |
| 04/13/2023 | PJL | PD | Review United States Trustee Comments and internal follow up. | 0.40 | 1295.00 | $518.00 |
| 04/14/2023 | PJL | PD | Follow up internally regarding United States Trustee requests. | 0.20 | 1295.00 | $259.00 |
| 04/17/2023 | CRR | PD | Telephone conference with Hub Group re Plan issues. | 0.40 | 1095.00 | $438.00 |
| 04/19/2023 | BJS | PD | Various emails with PL regarding plan issues | 0.20 | 1595.00 | $319.00 |
| 04/19/2023 | CRR | PD | Review analysis from FTI re Plan and confer w/ NGanti. | 0.30 | 1095.00 | $328.50 |
| 04/19/2023 | PJL | PD | Review correspondence from various parties in | 0.40 | 1295.00 | $518.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP  
Agway Farms O.C.C.  
02312    - 00002

Page: 12  
Invoice 132894  
June 30, 2023

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | interest on plan and disclosure statement. | | | |
| 04/21/2023 | BJS | PD | Various emails with PSZJ regarding release language | 0.30 | 1595.00 | $478.50 |
| 04/21/2023 | CRR | PD | Review, analysis re Hub Group edits to Plan. | 1.40 | 1095.00 | $1,533.00 |
| 04/21/2023 | PJL | PD | Review HUB Comments and plan and discussion with C. Robinson regarding same. | 1.20 | 1295.00 | $1,554.00 |
| 04/24/2023 | PJL | PD | Conference with B. Sandler regarding update to timing on plan and disclosure statement. | 0.30 | 1295.00 | $388.50 |
| 04/27/2023 | PJL | PD | Review updated liquidation analysis. | 0.30 | 1295.00 | $388.50 |
| 04/28/2023 | BJS | PD | Review liquidation analysis; Various emails with FTI regarding same | 0.30 | 1595.00 | $478.50 |
| 05/02/2023 | PJL | PD | Correspondence regarding plan issues and receivable collection. | 0.60 | 1295.00 | $777.00 |
| 05/03/2023 | BJS | PD | Review exclusivity motion | 0.10 | 1595.00 | $159.50 |
| 05/03/2023 | CRR | PD | Review draft Plan and telephone conference with Debtor counsel re open issues. | 0.40 | 1095.00 | $438.00 |
| 05/16/2023 | CRR | PD | Plan discussion with Debtor's counsel. | 0.30 | 1095.00 | $328.50 |
| 05/17/2023 | CRR | PD | Further discussions with Debtor's counsel re Plan. | 0.40 | 1095.00 | $438.00 |
| 05/17/2023 | CRR | PD | Work on, consider further revisions to Plan. | 0.80 | 1095.00 | $876.00 |
| 05/25/2023 | BJS | PD | Attention to plan/releases | 0.30 | 1595.00 | $478.50 |
| 05/25/2023 | PJL | PD | Review correspondence on plan and releases. | 0.40 | 1295.00 | $518.00 |
| 06/01/2023 | BJS | PD | Review exclusivity motion | 0.10 | 1595.00 | $159.50 |
| 06/07/2023 | BJS | PD | Various emails with CR regarding plan issues/releases | 0.20 | 1595.00 | $319.00 |
| 06/07/2023 | PJL | PD | Review email correspondence on revised plan issues and discuss with C. Robinson. | 0.20 | 1295.00 | $259.00 |
| 06/16/2023 | PJL | PD | Review correspondence regarding insurance policies. | 0.40 | 1295.00 | $518.00 |
| 06/17/2023 | BJS | PD | Attention to insurance issues/D&O/plan terms | 0.50 | 1595.00 | $797.50 |
| 06/21/2023 | BJS | PD | Teleconference with CR regarding plan | 0.10 | 1595.00 | $159.50 |
| 06/21/2023 | PJL | PD | Review open issues with respect to plan. | 0.60 | 1295.00 | $777.00 |
| 06/23/2023 | BJS | PD | Attention to revised plan/releases | 0.40 | 1595.00 | $638.00 |

Pachulski Stang Ziehl & Jones LLP                                                                Page:   13
Agway Farms O.C.C.                                                                               Invoice 132894
02312   - 00002                                                                                  June 30, 2023

|            |     |    |                                                                                          | Hours | Rate    | Amount      |
|------------|-----|----|------------------------------------------------------------------------------------------|-------|---------|-------------|
| 06/26/2023 | BJS | PD | Conference with CR regarding plan/releases                                               | 0.40  | 1595.00 | $638.00     |
| 06/26/2023 | PJL | PD | Review open issues with plan, including requested releases and discussion with C. Robinson regarding same. | 0.60  | 1295.00 | $777.00     |
| 06/29/2023 | PJL | PD | Attend to plan issues and conference with C. Robinson regarding same.                    | 0.50  | 1295.00 | $647.50     |
| 06/29/2023 | PJL | PD | Review plan language.                                                                    | 0.40  | 1295.00 | $518.00     |
|            |     |    |                                                                                          | 21.00 |         | $26,915.00  |

**TOTAL SERVICES FOR THIS MATTER:**                                                                                      **$56,129.00**

| Pachulski Stang Ziehl & Jones LLP | Page: 14 |
| Agway Farms O.C.C. | Invoice 132894 |
| 02312    - 00002 | June 30, 2023 |

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/20/2023 | PO | DE Postage | 2.00 |
| 04/27/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/27/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/27/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/27/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/28/2023 | RE2 | SCAN/COPY ( 156 @0.10 PER PG) | 15.60 |
| 05/02/2023 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 05/09/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 05/12/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/12/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/12/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/12/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/12/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/12/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/16/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 05/16/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 05/16/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 05/16/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/22/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/22/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/22/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/31/2023 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 05/31/2023 | RE2 | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 05/31/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/31/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/31/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/06/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/06/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/21/2023 | RE2 | SCAN/COPY ( 156 @0.10 PER PG) | 15.60 |
| 06/26/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/27/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/30/2023 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |

| Pachulski Stang Ziehl & Jones LLP | Page: 15 |
| Agway Farms O.C.C. | Invoice 132894 |
| 02312   - 00002 | June 30, 2023 |

| | | | |
|---|---|---|---|
| 06/30/2023 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 06/30/2023 | PAC | Pacer - Court Research | 132.30 |

**Total Expenses for this Matter**      **$203.40**

Pachulski Stang Ziehl & Jones LLP                                                                    Page:      16
Agway Farms O.C.C.                                                                                    Invoice 132894
02312    - 00002                                                                                      June 30, 2023

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    06/30/2023

| | |
|---|---:|
| **Total Fees** | $56,129.00 |
| **Total Expenses** | 203.40 |
| **Total Due on Current Invoice** | $56,332.40 |

**Outstanding Balance from prior invoices as of    06/30/2023    (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 132071 | 03/28/2023 | $72,681.00 | $71.34 | $14,536.20 |
| 132072 | 03/28/2023 | $40,028.50 | $196.80 | $8,005.70 |
| 132316 | 03/31/2023 | $35,514.50 | $112.30 | $7,102.90 |

**Total Amount Due on Current and Prior Invoices:**                                                   **$85,977.20**