IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    **Chapter 11** |
| **AGWAY FARM & HOME SUPPLY, LLC**[1] | ) |
| | )    **Case No. 22-10602 (JKS)** |
|          **Debtor.** | ) |
| | )    Related to Docket No. 698 |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED) REGARDING THE ELEVENTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED <u>FOR THE PERIOD JUNE 1, 2023 THROUGH JUNE 30, 2023</u>**

The undersigned hereby certifies that:

1. On July 26, 2023, FTI Consulting, Inc. ("<u>FTI</u>"), financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), filed and served the *Monthly Application for Compensation Eleventh Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the period June 1, 2023 to June 30, 2023* [Docket No. 698] (the "<u>Application</u>").

2. Objections to the Application were to be filed and served no later than August 7, 2023 by 4:00 p.m. (prevailing Eastern Time). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

3. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 114], the Debtor is authorized to

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

pay FTI $3,806.40, which represents 80% of the fees ($4,758.00), and $285.93 which represents the expenses requested in the Application, for the period from June 1, 2023 through June 30, 2023, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

Dated: August 16, 2023    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*