## SIGN-IN SHEET

| CASE NAME: Agway Farm & Home Supply, LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER  22-10602 JKS | DATE: 8/28/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan Friedman | Shulman Bastian | Ability |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Robert Poppiti | Young Conaway | Southern States |
| Colin R. Robinson | Pachulski Stang Ziehl + Jones | Committee |

**Agway Farm & Home Supply, LLC 22-10602**
**August 28, 2023 - 1:00PM**
**Solicitation Motion**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Becky | Yerak | Wall Street Journal | News Corp |
| Narendra | Ganti | Committee | FTI Consulting |
| Melissa | Lowe | Debtor | Shulman Bastian |
| Paula | Subda | USBC | USBC |