# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor. | **Re: Docket Nos. 713, 714, 715, 716** |
| | **Hearing Date: October 19, 2023 at 3:00 p.m. (ET)** |

## NOTICE OF HEARING OF INTERIM FEE APPLICATIONS

**PLEASE TAKE NOTICE** that on August 14, 2023, the following fee applications (each, an "Interim Fee Application" and collectively, the "Interim Fee Applications") were filed with the United States Bankruptcy Court for the District of Delaware (the "Court") and served upon you:

1. Fourth Interim Fee Application of Shulman Bastian Friedman & Bui LLP, Bankruptcy Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2023 Through June 30, 2023 [Docket No. 713];

2. Fourth Interim Application of Morris James LLP, as Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2023 Through June 30, 2023 [Docket No. 715];

3. Fourth Interim Fee Application of Focus Management Group USA Inc., Financial Advisor to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2023 Through June 30, 2023 [Docket No. 715]; and

4. Fourth Interim Fee Application of Richardson Kontogouris Emerson LLP, Accountants to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2023 Through June 30, 2023 [Docket No. 716].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider Interim Fee Applications is scheduled for **October 19, 2023 at 3:00 p.m. (ET)** at the United States Bankruptcy Court for the District of Delaware before The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Notices filed with the Interim Fee Applications, any responses or objections to the Interim Fee Applications must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon (i) the Debtor: Agway Farm & Home Supply, LLC, 6606 W. Broad Street, Richmond, VA 23230; (ii) counsel to the Debtor: Morris James LLP, 500 Delaware Avenue, Suite

16270757/1

1500, Wilmington, DE 19801 Attn: Jeffrey Waxman and Brya Keilson, jwaxman@morrisjames.com and bkeilson@morrisjames.com and Shulman Bastian Friedman & Bui LLP, 100 Spectrum Center Drive; Suite 600, Irvine, CA 92618 Attn: Alan Friedman and Melissa Davis Lowe, afriedman@shulmanbastian.com and mlowe@shulmanbastian.com; (iii) the Office of the United States Trustee, 844 King St., Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Richard Schepacarter (Richard.Schepacarter@usdoj.gov); and (iv) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware, 19801, Attn: Bradford J. Sandler, Esq. (bsandler@pszjlaw.com) and Colin R. Robinson, Esq. (crobinson@pszjlaw.com) and received on or before **August 29, 2023 at 4:00 p.m. (ET) (the "Objection Deadline").**

**IF NO OBJECTIONS TO ANY OF THE INTERIM FEE APPLICATIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH INTERIM FEE APPLICATIONS WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 29, 2023
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman, Esq. (admitted *pro hac vice*)
Melissa Davis Lowe, Esq. (admitted *pro hac vice*)
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*