# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Re: Docket No. 742** |

## CERTIFICATE OF NO OBJECTION

I, Brya M. Keilson, hereby certify as follows:

On August 30, 2023, ABC Services Group, Inc./Charles Klaus, as Chief Liquidating Officer to the Debtor, filed the *Notice of Staffing Report by ABC Services Group, Inc. for the Period from January 1, 2023 through January 31, 2023* (the "Staffing Report") [Docket No. 742].

The deadline to object to the Staffing Report was September 13, 2023.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Staffing Report appears thereon.

Dated:  September 14, 2023          **MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Brya M. Keilson, Esquire (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: bkeilson@morrisjames.com

*Counsel to the Debtors and Debtors in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

16307952/1