S&J ELLIS FARMS

5949 STATE ROUTE 136

WEST UNION, OH 45693

(937) 544-8285



FILED

2023 SEP 20  AM 10: 01

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

SEPTEMBER 12, 2023

TO WHOM IT MAY CONCERN:

PLEASE BE AWARE THAT I DO NOT WISH TO BE A PART OF ANY BANKRUPTCY PROCEEDINGS CONCERNING AGWAY FARM AND HOME SUPPLY, LLC (CASE NO. 22-10602(JKS))

I HAVE RECEIVED DOCUMENTATION THAT IDENTIFIES ME AS "RETAIL INTERNAL VENDOR" WITH A CLAIM OF $5700.54.

MY RECORDS INDICATE THAT I AM NOT OWED THIS MONEY.

PLEASE REMOVE MY COMPANY FROM THE PROCEEDINGS AND MAILING LIST.

THANK YOU,

*[signature]*

TODD ELLIS – OWNER

S&J ELLIS FARMS, INC.