# EXHIBIT A

**June 1, 2023 – June 30, 2023 Invoice**



919 North Market Street
17th Floor
Wilmington, DE  19801

Agway Farms O.C.C.

September 26, 2023
Invoice    133693
Client    02312.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2023

| | |
|---|---|
| FEES | $9,526.50 |
| EXPENSES | $2.27 |
| **TOTAL CURRENT CHARGES** | **$9,528.77** |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

Client 02312.00002

Page:    2

Invoice 133693

September 26, 2023

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| CRR | Robinson, Colin R. | Counsel | 1,095.00 | 8.70 | $9,526.50 |
| | | | | 8.70 | $9,526.50 |

Pachulski Stang Ziehl & Jones LLP
Agway Farms O.C.C.
Client 02312.00002

Page:    3
Invoice 133693
September 26, 2023

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CPO | Other Professional Compensation | 1.10 | $1,204.50 |
| IC | Insurance Coverage | 3.80 | $4,161.00 |
| PD | Plan and Disclosure Statement | 3.80 | $4,161.00 |
| | | 8.70 | $9,526.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:     4
Agway Farms O.C.C.                                                   Invoice 133693
Client 02312.00002                                                  September 26, 2023

---

**Summary of Expenses**

| Description | Amount |
| --- | --- |
| Conference Call | $2.27 |
| | $2.27 |

Pachulski Stang Ziehl & Jones LLP
Agway Farms O.C.C.
Client 02312.00002

Page:    5
Invoice 133693
September 26, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Other Professional Compensation** | | | | | | |
| 06/01/2023 | CRR | CPO | Review FTE interim fee application. | 0.20 | 1,095.00 | $219.00 |
| 06/20/2023 | CRR | CPO | Review docket, CNO's re pending fee applications and email IDensmore. | 0.30 | 1,095.00 | $328.50 |
| 06/29/2023 | CRR | CPO | Attention re PSZJ and FTI fee applications and confer w/ IDensmore re filing. | 0.40 | 1,095.00 | $438.00 |
| 06/30/2023 | CRR | CPO | Review monthly fee application and email to IDensmore re filing. | 0.20 | 1,095.00 | $219.00 |
| | | | | **1.10** | | **$1,204.50** |
| **Insurance Coverage** | | | | | | |
| 06/07/2023 | CRR | IC | Attention re insurance policies and confer w/ FTI. | 1.00 | 1,095.00 | $1,095.00 |
| 06/08/2023 | CRR | IC | Review email from Debtor counsel re insurance policies. | 0.30 | 1,095.00 | $328.50 |
| 06/16/2023 | CRR | IC | Review issues re insurance coverage and prepare, send email to INasitir and review response. | 1.40 | 1,095.00 | $1,533.00 |
| 06/22/2023 | CRR | IC | Review, consider and reply to INasitir re certain insurance policies. | 0.80 | 1,095.00 | $876.00 |
| 06/28/2023 | CRR | IC | Review, respond to Debtor's counsel re insurance extension. | 0.30 | 1,095.00 | $328.50 |
| | | | | **3.80** | | **$4,161.00** |
| **Plan and Disclosure Statement** | | | | | | |
| 06/01/2023 | CRR | PD | Confer w/ Debtor's counsel re Plan, exclusivity extension. | 0.20 | 1,095.00 | $219.00 |
| 06/07/2023 | CRR | PD | Prepare Plan update to Committee, confer w/ BSandler, PLabov and send. | 1.00 | 1,095.00 | $1,095.00 |
| 06/16/2023 | CRR | PD | Review, revise Plan re HUB Group comments and send to Debtor's counsel. | 1.70 | 1,095.00 | $1,861.50 |
| 06/23/2023 | CRR | PD | Review, analysis re Debtor's comments to plan provisions. | 0.90 | 1,095.00 | $985.50 |
| | | | | **3.80** | | **$4,161.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                                     **$9,526.50**

Pachulski Stang Ziehl & Jones LLP                                          Page:    6
Agway Farms O.C.C.                                                         Invoice 133693
Client 02312.00002                                                        September 26, 2023

---

## Expenses

| 06/26/2023 | CC | Conference Call [E105] AT&T Conference Call, CRR | 2.27 |

**Total Expenses for this Matter**                                        **$2.27**