# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor.[1] | |

**Objection Deadline:  March 23, 2023 at 4:00 p.m. (ET)**
**Hearing Date:  Scheduled only if Necessary**

## SIXTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JANUARY 1, 2023 THROUGH JANUARY 31, 2023

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | July 20, 2022 by Order entered September 21, 2022 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2023 – January 31, 2023 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $72,681.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $71.34 |

This is a:     ☒ monthly      ☐ interim      ☐ final application.

The total time expended for preparation of this monthly fee application is approximately 2 hours and the corresponding compensation requested is approximately $2,000.00.

---

[1]  The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

**PRIOR MONTHLY APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 10.07.22 | 07.20.22 – 08.31.22 | $263,934.50 | $391.68 | $263,934.50 | $391.68 |
| 10.28.22 | 09.01.22 – 09.30.22 | $135,367.50 | $ 84.20 | $135,367.50 | $ 84.20 |
| 12.09.22 | 10.01.22 – 10.31.22 | $111,238.50 | $472.50 | $111,238.50 | $472.50 |
| 01.19.23 | 11.01.22 – 11.30.22 | $113,515.00 | $ 93.32 | $113,515.00 | $ 93.32 |
| 02.06.23 | 12.01.22 – 12.31.22 | $ 78,515.00 | $ 96.70 | $ 78,515.00 | $ 96.70 |

**PACHULSKI STANG ZIEHL & JONES LLP PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 1996 | $1,595.00 | 5.60 | $8,932.00 |
| Paul John Labov | Partner, 2002 | $1,295.00 | 11.50 | $14,892.50 |
| Colin R. Robinson | Counsel 2012 | $1,095.00 | 40.90 | $44,785.50 |
| Ian Densmore | Paralegal | $545.00 | 4.70 | $2,561.50 |
| Patricia J. Jeffries | Paralegal | $545.00 | 1.60 | $872.00 |
| Karen S. Neil | Case Management Assistant | $425.00 | 1.50 | $637.50 |

Grand Total:    **$$72,681.00**
Total Hours:    **65.80**
Blended Rate:    **$1,104.57**

### COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 4.00 | $ 4,570.00 |
| Bankruptcy Litigation | 13.50 | $16,062.50 |
| Case Administration | 7.60 | $ 5,452.00 |
| Claims Administration / Objections | 0.10 | $    159.50 |
| Compensation of Professionals | 3.20 | $ 2,554.00 |
| Compensation of Professionals / Other | 1.00 | $ 1,075.00 |
| Executory Contracts | 2.40 | $ 2,628.00 |
| Financial Filings | 0.40 | $    438.00 |
| Financing | 0.40 | $    518.00 |
| Operations | 0.80 | $ 1,276.00 |
| Plan & Disclosure Statement | 32.40 | $37,948.00 |
| **Totals** | **65.80** | **$72,681.00** |

### EXPENSE SUMMARY

| Expense Category | Service Provider[2] (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | | $ 2.44 |
| Pacer – Court Research | | $14.90 |
| Reproduction / Scan Copy | | $54.00 |
| **Total** | | **$71.34** |

---

[2] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor.[1] | |

**Objection Deadline:  March 23, 2023 at 4:00 p.m. (ET)**
**Hearing Date:  Scheduled only if Necessary**

**SIXTH MONTHLY APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OF JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, entered on August 3, 2022 [Docket No. 114] (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its *Sixth Monthly Application for Compensation and Reimbursement of Expenses for the Period of January 1, 2023 through January 31, 2023* (the "Application").

By this Application, PSZJ seeks (i) a monthly interim allowance of compensation in the amount of $72,681.00 and actual and necessary expenses in the amount of $71.34 for a total allowance of $72,752.34 and (ii) payment of $58,144.80 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of $71.34 (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of $58,216.14 for the period of January

---

[1]  The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

1, 2023 through January 31, 2023 (the "Interim Period").  In support of this Application, PSZJ respectfully represents as follows:

**Background**

1.    On July 5, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor is operating its business and managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in this chapter 11 case.

2.    On July 18, 2022, the Office of the United States Trustee established the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code, which currently is comprised of the following seven members: (i) The Scotts Company, LLC; (ii) Animal Health International, Inc.; (iii) Wildlife Sciences, LLC; (iv) Capital Forrest Products; (v) Gallagher North America, Inc.; (vi) Hub Group, Inc.; and (vii) American Wood Fibers, Inc.[Docket Nos. 118 and 289].

3.    On August 3, 2022, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein.  The Administrative Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within ten (10) days after service of the monthly fee application the Debtor is authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the period September 30, 2022, and at three-month intervals or such other intervals convenient to the Court, each Professional shall file

and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4. The retention of PSZJ, as counsel to the Committee, was approved effective as of July 20, 2022, by this Court's *Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of July 20, 2022* [Docket No. 205] (the "Retention Order"). The Retention Order authorized PSZJ to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## PSZJ'S APPLICATION FOR COMPENSATION AND
## FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5. All services for which PSZ&J requests compensation were performed for or on behalf of the Committee. PSZ&J has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in this case. PSZ&J has not received a retainer in this case.

### Fee Statements

6. The fee statement for the Interim Period is attached hereto as **Exhibit A**. This statement contains daily time logs describing the time spent by each attorney and

paraprofessional during the Interim Period.  To the best of PSZJ's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order.  PSZJ's time reports are initially handwritten or directly entered in the billing system, by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  PSZJ is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  PSZJ's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  To the extent it is feasible, PSZJ professionals attempt to work during travel.

### Actual and Necessary Expenses

7.     A summary of the actual and necessary expenses incurred by PSZJ for the Interim Period is attached hereto as part of **Exhibit A**.  PSZJ customarily charges $0.10 per page for photocopying expenses related to cases, such as this, arising in Delaware.  PSZJ's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  PSZJ summarizes each client's photocopying charges on a daily basis.

8.     PSZJ charges $0.25 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZJ's calculation of the actual costs incurred by PSZJ for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable

in relation to the amount charged by outside vendors who provide similar services.  PSZJ does not charge the Debtor for the receipt of faxes in this case.

9.      With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZJ charges the standard usage rates these providers charge for computerized legal research.  PSZJ bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZJ is passed on to the client.

10.     PSZJ believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZJ believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

11.     The names of the timekeepers of PSZJ who have rendered professional services in this case during the Interim Period are set forth in the attached **Exhibit A**.  PSZJ, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Debtor on a regular basis with respect to various matters in connection with the Debtor's case, and performed all necessary professional services which are described and narrated in detail below.  PSZJ's efforts have been extensive due to the size and complexity of the Debtor's case.

**Summary of Services by Project**

12.     The services rendered by PSZJ during the Interim Period can be grouped into the categories set forth below.  PSZJ attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**.  **Exhibit A** identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

A.     **Asset Disposition**

13.     During the Interim Period, the Firm, among other things, reviewed correspondence relating to the sale of miscellaneous assets and collection of receivables.

Fees:  $4,570.00          Hours:  4.00

B.     **Bankruptcy Litigation**

14.     During the Interim Period, the Firm, among other things, reviewed the Montpelier 9019 motion, conferred with Committee professionals regarding litigation, and investigative interviews.

Fees:  $16,062.50          Hours:  13.50

**C.**     <u>**Case Administration**</u>

      15.    During the Interim Period, the Firm, among other things, reviewed correspondence and pleadings and forwarded them to appropriate parties, and reviewed and followed up on various open case issues.

        Fees: $5,452.o0        Hours: 7.60

**D.**     <u>**Claims Administration/ Objection**</u>

      16.    During the Interim Period, the Firm, among other things, conferred with parties regarding Madison claim issues.

        Fees: $159.50        Hours: .10

**E.**     <u>**Compensation of Professionals**</u>

      17.    During the Interim Period, the Firm, among other things, prepared its fifth monthly fee application.

        Fees: $2,554.00        Hours: 3.20

**F.**     <u>**Compensation of Professionals / Other**</u>

      18.    During the Interim Period, the Firm, among other things, reviewed monthly fee applications filed by the Debtor's professionals.

        Fees: $1,075.00        Hours: 1.00

**G.**     <u>**Executory Contracts**</u>

      19.     During the Interim period, the Firm, among other things, reviewed and analyzed a sublease extension and RSM contracts.

        Fees: $2,628.00        Hours: 2.40

**H.**     **Financial Filings**

20.     During the Interim period, the Firm, among other things, reviewed the Debtor's monthly operating report.

> Fees: $438.00                    Hours: .40

**I.**     **Financing**

21.     During the Interim Period, the Firm, among other things, reviewed updated cash balance reconciliation.

> Fees: $518.00                    Hours: .40

**J.**     **Operations**

22.     During the Interim Period, the Firm, among other things, reviewed various operational reports, including but not limited to accounts receivable aging, cash flow and reconciliation.

> Fees: $1,276.00                  Hours: .80

**K.**     **Plan and Disclosure Statement**

23.     During the Interim Period, the Firm, among other things, reviewed the Debtor's revised combined disclosure statement and plan of liquidation, and conferred with counsel on timing issues in connection with confirmation, and reviewed the Debtors' motion to extend plan filing exclusivity.

> Fees: $37,948.00                 Hours: 32.40

### Valuation of Services

24.     Attorneys and paraprofessionals of PSZJ expended a total 65.80 hours in

connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 1996 | $1,595.00 | 5.60 | $8,932.00 |
| Paul John Labov | Partner, 2002 | $1,295.00 | 11.50 | $14,892.50 |
| Colin R. Robinson | Counsel 2012 | $1,095.00 | 40.90 | $44,785.50 |
| Ian Densmore | Paralegal | $545.00 | 4.70 | $2,561.50 |
| Patricia J. Jeffries | Paralegal | $545.00 | 1.60 | $872.00 |
| Karen S. Neil | Case Management Assistant | $425.00 | 1.50 | $637.50 |

**Grand Total:**    **$$72,681.00**
**Total Hours:**            **65.80**
**Blended Rate:**    **$1,104.57**

25.     The nature of work performed by these persons is fully set forth in

**Exhibit A** attached hereto.  These are PSZJ's normal hourly rates for work of this character. The

reasonable value of the services rendered by PSZJ for the Committee during the Interim Period is

$72,681.00.

26.     In accordance with the factors enumerated in section 330 of the Bankruptcy

Code, it is respectfully submitted that the amount requested by PSZJ is fair and reasonable given

(a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services

rendered, (d) the value of such services, and (e) the costs of comparable services other than in a

case under the Bankruptcy Code.  Moreover, PSZJ has reviewed the requirements of Del. Bankr.

LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZJ respectfully requests that, for the period of January 1, 2023 through January 31, 2023, (i) an interim allowance be made to PSZJ for compensation in the amount $72,681.00 and actual and necessary expenses in the amount of $71.34 for a total allowance of $72,752.34 and (ii) payment of $58,144.80 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of $71.34 (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of $58,216.14, and for such other and further relief as this Court may deem just and proper.

Dated:   March 13, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

## **DECLARATION**

STATE OF DELAWARE          :
                           :
COUNTY OF NEW CASTLE  :

      Bradford J. Sandler, after being duly sworn according to law, deposes and says:

      a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and am admitted to appear before this Court.

      b)      I am familiar with the legal services rendered by PSZJ as counsel to the Committee.

      c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2, the Administrative Order signed on or about August 3, 2022 and submit that the Application substantially complies with such rule and orders.

                                  */s/ Bradford J. Sandler*
                                  Bradford J. Sandler

# EXHIBIT A

**January 1, 2023 – January 31, 2023 Invoice**

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

|  | |
|---|---|
| | March 09, 2023 |
| CRR | Invoice 131953 |
| | Client 02312 |
| | Matter 00002 |
| | **CRR** |

RE: Committee Representation

## STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2023

| | |
|---|---:|
| FEES | $72,681.00 |
| EXPENSES | $71.34 |
| **TOTAL CURRENT CHARGES** | **$72,752.34** |
| **BALANCE FORWARD** | **$319,733.46** |
| **A/R Adjustments** | **-$25,405.34** |
| **TOTAL BALANCE DUE** | **$367,080.46** |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    - 00002

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1595.00 | 5.60 | $8,932.00 |
| CRR | Robinson, Colin R. | Counsel | 1095.00 | 40.90 | $44,785.50 |
| IDD | Densmore, Ian | Paralegal | 545.00 | 4.70 | $2,561.50 |
| KSN | Neil, Karen S. | Case Man. Asst. | 425.00 | 1.50 | $637.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 545.00 | 1.60 | $872.00 |
| PJL | Labov, Paul John | Partner | 1295.00 | 11.50 | $14,892.50 |
| | | | | 65.80 | $72,681.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

Page:      3

Prebill#300197

March 09, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 4.00 | $4,570.00 |
| BL | Bankruptcy Litigation [L430] | 13.50 | $16,062.50 |
| CA | Case Administration [B110] | 7.60 | $5,452.00 |
| CO | Claims Admin/Objections[B310] | 0.10 | $159.50 |
| CP | Compensation Prof. [B160] | 3.20 | $2,554.00 |
| CPO | Comp. of Prof./Others | 1.00 | $1,075.00 |
| EC | Executory Contracts [B185] | 2.40 | $2,628.00 |
| FF | Financial Filings [B110] | 0.40 | $438.00 |
| FN | Financing [B230] | 0.40 | $518.00 |
| OP | Operations [B210] | 0.80 | $1,276.00 |
| PD | Plan & Disclosure Stmt. [B320] | 32.40 | $37,948.00 |
| | | 65.80 | $72,681.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

### Summary of Expenses

| Description | Amount |
| --- | ---: |
| Conference Call [E105] | $2.44 |
| Pacer - Court Research | $14.90 |
| Reproduction/ Scan Copy | $54.00 |
| | $71.34 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312   -00002

|  |  |  | Hours |  | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Disposition [B130]

| CRR Bill | 01/06/2023 | AD | 0.40 | 0.40 | 1,095.00 | 438.00 |
|---|---|---|---|---|---|---|
| 01/06/2023 | CRR | AD | Confer w/ Debtor's counsel re proposed abandonment of laptops and related tech. | 0.40 | 1095.00 | $438.00 |
| CRR Bill | 01/11/2023 | AD | 0.80 | 0.80 | 1,095.00 | 876.00 |
| 01/11/2023 | CRR | AD | Review, respond to Debtor re proposed abandonment of laptops, other items. | 0.80 | 1095.00 | $876.00 |
| CRR Bill | 01/12/2023 | AD | 0.90 | 0.90 | 1,095.00 | 985.50 |
| 01/12/2023 | CRR | AD | Review Debtor motion, settlement re large receivable and email to FTI. | 0.90 | 1095.00 | $985.50 |
| CRR Bill | 01/16/2023 | AD | 0.40 | 0.40 | 1,095.00 | 438.00 |
| 01/16/2023 | CRR | AD | Review Debtor update re transfer of abandoned laptops and related costs. | 0.40 | 1095.00 | $438.00 |
| CRR Bill | 01/17/2023 | AD | 0.30 | 0.30 | 1,095.00 | 328.50 |
| 01/17/2023 | CRR | AD | Review proposed sale of pallets and email to FTI. | 0.30 | 1095.00 | $328.50 |
| PJL Bill | 01/17/2023 | AD | 0.30 | 0.30 | 1,295.00 | 388.50 |
| 01/17/2023 | PJL | AD | Review correspondence on sale of miscellaneous assets. | 0.30 | 1295.00 | $388.50 |
| BJS Bill | 01/18/2023 | AD | 0.10 | 0.10 | 1,595.00 | 159.50 |
| 01/18/2023 | BJS | AD | Various emails with FTI regarding a/r settlement | 0.10 | 1595.00 | $159.50 |
| CRR Bill | 01/18/2023 | AD | 0.20 | 0.20 | 1,095.00 | 219.00 |
| 01/18/2023 | CRR | AD | Update Debtor re consent to proposed account receivable settlement. | 0.20 | 1095.00 | $219.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312   -00002

Page:    6

Prebill#300197

March 09, 2023

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| PJL<br>Bill | 01/18/2023 | | AD | 0.40 | 0.40 | 1,295.00 | | 518.00 |
| 01/18/2023 | PJL | AD | Review correspondence on accounts receivable collection and discuss same with FTI and C. Robinson. | | | 0.40 | 1295.00 | $518.00 |
| CRR<br>Bill | 01/19/2023 | | AD | 0.20 | 0.20 | 1,095.00 | | 219.00 |
| 01/19/2023 | CRR | AD | Emails with Debtor re withdrawal of notice to abandon laptops. | | | 0.20 | 1095.00 | $219.00 |
| | | | | | | 4.00 | | $4,570.00 |

## Bankruptcy Litigation [L430]

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| BJS<br>Bill | 01/03/2023 | | BL | 0.10 | 0.10 | 1,595.00 | | 159.50 |
| 01/03/2023 | BJS | BL | Various emails with JP Eldred regarding Altman/Quickell | | | 0.10 | 1595.00 | $159.50 |
| CRR<br>Bill | 01/03/2023 | | BL | 1.10 | 1.10 | 1,095.00 | | 1,204.50 |
| 01/03/2023 | CRR | BL | Review update from FTI re litigation related interviews and update notes re litigation. | | | 1.10 | 1095.00 | $1,204.50 |
| PJL<br>Bill | 01/03/2023 | | BL | 0.60 | 0.60 | 1,295.00 | | 777.00 |
| 01/03/2023 | PJL | BL | Review update on Debtor interviews with FA and internal discussion on same. | | | 0.60 | 1295.00 | $777.00 |
| CRR<br>Bill | 01/04/2023 | | BL | 1.80 | 1.80 | 1,095.00 | | 1,971.00 |
| 01/04/2023 | CRR | BL | Telephone conference with FTI team re litigation updates and review, update internal notes. | | | 1.80 | 1095.00 | $1,971.00 |
| BJS<br>Bill | 01/06/2023 | | BL | 0.50 | 0.50 | 1,595.00 | | 797.50 |
| 01/06/2023 | BJS | BL | Call with FTI regarding investigation | | | 0.50 | 1595.00 | $797.50 |
| BJS<br>Bill | 01/09/2023 | | BL | 0.40 | 0.40 | 1,595.00 | | 638.00 |
| 01/09/2023 | BJS | BL | Attention to Altman/Quickel interviews | | | 0.40 | 1595.00 | $638.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     7

Agway Farms O.C.C.

Prebill#300197

02312   -00002

March 09, 2023

| | | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| CRR Bill | 01/09/2023 | | BL | 2.20 | 2.20 | 1,095.00 | | 2,409.00 |
| 01/09/2023 | CRR | BL | Analysis, review re litigation against RSM. | | | 2.20 | 1095.00 | $2,409.00 |
| CRR Bill | 01/09/2023 | | BL | 0.80 | 0.80 | 1,095.00 | | 876.00 |
| 01/09/2023 | CRR | BL | Review litigation interview notes from FTI. | | | 0.80 | 1095.00 | $876.00 |
| CRR Bill | 01/09/2023 | | BL | 1.00 | 1.00 | 1,095.00 | | 1,095.00 |
| 01/09/2023 | CRR | BL | Review, analysis re possible causes of action. | | | 1.00 | 1095.00 | $1,095.00 |
| PJL Bill | 01/09/2023 | | BL | 1.80 | 1.80 | 1,295.00 | | 2,331.00 |
| 01/09/2023 | PJL | BL | Review litigation notes and discuss same with internal team. | | | 1.80 | 1295.00 | $2,331.00 |
| BJS Bill | 01/11/2023 | | BL | 0.30 | 0.30 | 1,595.00 | | 478.50 |
| 01/11/2023 | BJS | BL | Review 9019 motion; Various emails with M Casal regarding same | | | 0.30 | 1595.00 | $478.50 |
| BJS Bill | 01/24/2023 | | BL | 0.30 | 0.30 | 1,595.00 | | 478.50 |
| 01/24/2023 | BJS | BL | Review Montpelier motion | | | 0.30 | 1595.00 | $478.50 |
| CRR Bill | 01/26/2023 | | BL | 1.80 | 1.80 | 1,095.00 | | 1,971.00 |
| 01/26/2023 | CRR | BL | Litigation research. | | | 1.80 | 1095.00 | $1,971.00 |
| CRR Bill | 01/31/2023 | | BL | 0.80 | 0.80 | 1,095.00 | | 876.00 |
| 01/31/2023 | CRR | BL | Review re removal deadline and email w/ Debtor's counsel. | | | 0.80 | 1095.00 | $876.00 |
| | | | | | | 13.50 | | $16,062.50 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312   -00002

Page:     8

Prebill#300197

March 09, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| IDD Bill | 01/03/2023 | | CA | 0.20 | 0.20 | 545.00 | | 109.00 |
| 01/03/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| KSN Bill | 01/03/2023 | | CA | 0.20 | 0.20 | 425.00 | | 85.00 |
| 01/03/2023 | KSN | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |
| IDD Bill | 01/04/2023 | | CA | 0.20 | 0.20 | 545.00 | | 109.00 |
| 01/04/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| KSN Bill | 01/04/2023 | | CA | 0.10 | 0.10 | 425.00 | | 42.50 |
| 01/04/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| IDD Bill | 01/05/2023 | | CA | 0.20 | 0.20 | 545.00 | | 109.00 |
| 01/05/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| KSN Bill | 01/05/2023 | | CA | 0.20 | 0.20 | 425.00 | | 85.00 |
| 01/05/2023 | KSN | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |
| IDD Bill | 01/06/2023 | | CA | 0.20 | 0.20 | 545.00 | | 109.00 |
| 01/06/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| KSN Bill | 01/06/2023 | | CA | 0.20 | 0.20 | 425.00 | | 85.00 |
| 01/06/2023 | KSN | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |
| IDD | 01/09/2023 | | CA | 0.30 | 0.30 | 545.00 | | 163.50 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312   -00002

Page:      9

Prebill#300197

March 09, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Bill | | | | | | |
| 01/09/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.2); advise attorneys of upcoming deadlines (.1) | 0.30 | 545.00 | $163.50 |
| KSN Bill | 01/10/2023 | | CA | 0.10 | 0.10 | 425.00 | 42.50 |
| 01/10/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| IDD Bill | 01/11/2023 | | CA | 0.20 | 0.20 | 545.00 | 109.00 |
| 01/11/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| IDD Bill | 01/12/2023 | | CA | 0.20 | 0.20 | 545.00 | 109.00 |
| 01/12/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| IDD Bill | 01/13/2023 | | CA | 0.20 | 0.20 | 545.00 | 109.00 |
| 01/13/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| KSN Bill | 01/13/2023 | | CA | 0.10 | 0.10 | 425.00 | 42.50 |
| 01/13/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| PJL Bill | 01/13/2023 | | CA | 0.80 | 0.80 | 1,295.00 | 1,036.00 |
| 01/13/2023 | PJL | CA | Follow up on various open issues, including litigation and plan. | 0.80 | 1295.00 | $1,036.00 |
| IDD Bill | 01/17/2023 | | CA | 0.20 | 0.20 | 545.00 | 109.00 |
| 01/17/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| IDD | 01/18/2023 | | CA | 0.20 | 0.20 | 545.00 | 109.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312   -00002

Page:   10

Prebill#300197

March 09, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Bill | | | | | | |
| 01/18/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| KSN Bill | 01/18/2023 | | CA | 0.10 | 0.10 | 425.00 | 42.50 |
| 01/18/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| KSN Bill | 01/19/2023 | | CA | 0.10 | 0.10 | 425.00 | 42.50 |
| 01/19/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| IDD Bill | 01/20/2023 | | CA | 0.20 | 0.20 | 545.00 | 109.00 |
| 01/20/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| PJL Bill | 01/20/2023 | | CA | 0.60 | 0.60 | 1,295.00 | 777.00 |
| 01/20/2023 | PJL | CA | Review open issues and discuss with B. Sandler. | 0.60 | 1295.00 | $777.00 |
| IDD Bill | 01/23/2023 | | CA | 0.20 | 0.20 | 545.00 | 109.00 |
| 01/23/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | 0.20 | 545.00 | $109.00 |
| KSN Bill | 01/23/2023 | | CA | 0.10 | 0.10 | 425.00 | 42.50 |
| 01/23/2023 | KSN | CA | Maintain document control. | 0.10 | 425.00 | $42.50 |
| IDD Bill | 01/24/2023 | | CA | 0.20 | 0.20 | 545.00 | 109.00 |
| 01/24/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); circulate same to Debtors' professionals (.1) | 0.20 | 545.00 | $109.00 |
| KSN Bill | 01/24/2023 | | CA | 0.20 | 0.20 | 425.00 | 85.00 |
| 01/24/2023 | KSN | CA | Maintain document control. | 0.20 | 425.00 | $85.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312   -00002

Page:   11

Prebill#300197

March 09, 2023

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| IDD Bill | 01/25/2023 | CA | 0.30 | 0.30 | 545.00 | | 163.50 |
| 01/25/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.2); advise attorneys of upcoming deadlines (.1) | | 0.30 | 545.00 | $163.50 |
| IDD Bill | 01/26/2023 | CA | 0.30 | 0.30 | 545.00 | | 163.50 |
| 01/26/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.2); advise attorneys of upcoming deadlines (.1) | | 0.30 | 545.00 | $163.50 |
| IDD Bill | 01/27/2023 | CA | 0.20 | 0.20 | 545.00 | | 109.00 |
| 01/27/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | | 0.20 | 545.00 | $109.00 |
| IDD Bill | 01/30/2023 | CA | 0.20 | 0.20 | 545.00 | | 109.00 |
| 01/30/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | | 0.20 | 545.00 | $109.00 |
| KSN Bill | 01/30/2023 | CA | 0.10 | 0.10 | 425.00 | | 42.50 |
| 01/30/2023 | KSN | CA | Maintain document control. | | 0.10 | 425.00 | $42.50 |
| IDD Bill | 01/31/2023 | CA | 0.20 | 0.20 | 545.00 | | 109.00 |
| 01/31/2023 | IDD | CA | Review docket to update Critical Dates Memorandum (.1); advise attorneys of upcoming deadlines (.1) | | 0.20 | 545.00 | $109.00 |
| CRR Bill | 01/31/2023 | CA | 0.80 | 0.80 | 1,095.00 | | 876.00 |
| 01/31/2023 | CRR | CA | Follow-up telephonic meeting with PSZJ team re appeal, next steps. | | 0.80 | 1095.00 | $876.00 |
| | | | | | | 7.60 | $5,452.00 |

## Claims Admin/Objections[B310]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BJS | 01/13/2023 | CO | 0.10 | 0.10 | 1,595.00 | | 159.50 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312   -00002

Page:   12

Prebill#300197

March 09, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Bill | | | | | | |
| 01/13/2023 | BJS | CO | Teleconference with R Maxwell regarding Madison/claim | 0.10 | 1595.00 | $159.50 |
| | | | | **0.10** | | **$159.50** |

## Compensation Prof. [B160]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IDD Bill | 01/19/2023 | | CP | 0.40 | 0.40 | 545.00 | | 218.00 |
| 01/19/2023 | IDD | CP | File PSZJ 4th Monthly Fee Application with the Court (.3); serve same on required parties (.1) | 0.40 | 545.00 | $218.00 |
| BJS Bill | 01/19/2023 | | CP | 0.30 | 0.30 | 1,595.00 | | 478.50 |
| 01/19/2023 | BJS | CP | Review and Revise PSZJ fee application | 0.30 | 1595.00 | $478.50 |
| CRR Bill | 01/19/2023 | | CP | 0.20 | 0.20 | 1,095.00 | | 219.00 |
| 01/19/2023 | CRR | CP | Review PSZJ invoice. | 0.20 | 1095.00 | $219.00 |
| CRR Bill | 01/19/2023 | | CP | 0.30 | 0.30 | 1,095.00 | | 328.50 |
| 01/19/2023 | CRR | CP | Review status re fee applications. | 0.30 | 1095.00 | $328.50 |
| CRR Bill | 01/19/2023 | | CP | 0.40 | 0.40 | 1,095.00 | | 438.00 |
| 01/19/2023 | CRR | CP | Confer w/ IDensmore re filing of fee applications and review, finalize. | 0.40 | 1095.00 | $438.00 |
| PJJ Bill | 01/31/2023 | | CP | 1.60 | 1.60 | 545.00 | | 872.00 |
| 01/31/2023 | PJJ | CP | Draft December fee statement. | 1.60 | 545.00 | $872.00 |
| | | | | **3.20** | | **$2,554.00** |

## Comp. of Prof./Others

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CRR Bill | 01/03/2023 | | CPO | 0.20 | 0.20 | 1,095.00 | | 219.00 |
| 01/03/2023 | CRR | CPO | Review OCP statement filed by Debtor. | 0.20 | 1095.00 | $219.00 |
| BJS | 01/05/2023 | | CPO | 0.10 | 0.10 | 1,595.00 | | 159.50 |

Pachulski Stang Ziehl & Jones LLP

Page:   13

Agway Farms O.C.C.

Prebill#300197

02312   -00002

March 09, 2023

| | | | | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Bill | | | | | | | |
| 01/05/2023 | BJS | CPO | Review SBF fee application | | 0.10 | 1595.00 | $159.50 |
| IDD Bill | 01/19/2023 | | CPO | 0.40 | 0.40 | 545.00 | 218.00 |
| 01/19/2023 | IDD | CPO | File FTI 4th Monthly Fee Application with the Court (.3); serve same on required parties (.1) | | 0.40 | 545.00 | $218.00 |
| BJS Bill | 01/19/2023 | | CPO | 0.10 | 0.10 | 1,595.00 | 159.50 |
| 01/19/2023 | BJS | CPO | Review FTI fee application | | 0.10 | 1595.00 | $159.50 |
| BJS Bill | 01/19/2023 | | CPO | 0.10 | 0.10 | 1,595.00 | 159.50 |
| 01/19/2023 | BJS | CPO | Review RKE fee application | | 0.10 | 1595.00 | $159.50 |
| BJS Bill | 01/20/2023 | | CPO | 0.10 | 0.10 | 1,595.00 | 159.50 |
| 01/20/2023 | BJS | CPO | Review Friedman supplement declaration | | 0.10 | 1595.00 | $159.50 |
| | | | | | **1.00** | | **$1,075.00** |

## Executory Contracts [B185]

| | | | | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|---|
| CRR Bill | 01/03/2023 | | EC | 0.70 | 0.70 | 1,095.00 | 766.50 |
| 01/03/2023 | CRR | EC | Emails with Debtor's counsel re amendment to Richmond sublease and review amendment. | | 0.70 | 1095.00 | $766.50 |
| CRR Bill | 01/04/2023 | | EC | 0.20 | 0.20 | 1,095.00 | 219.00 |
| 01/04/2023 | CRR | EC | Email to Debtor's counsel re COC, lease extension. | | 0.20 | 1095.00 | $219.00 |
| CRR Bill | 01/12/2023 | | EC | 1.50 | 1.50 | 1,095.00 | 1,642.50 |
| 01/12/2023 | CRR | EC | Review RSM contracts, agreements. | | 1.50 | 1095.00 | $1,642.50 |
| | | | | | **2.40** | | **$2,628.00** |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

Page:    14

Prebill#300197

March 09, 2023

| | | | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|

### Financial Filings [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| CRR Bill | 01/23/2023 | FF | 0.40 | 0.40 | 1,095.00 | 438.00 |
| 01/23/2023 | CRR | FF | Review MOR. | | 0.40 | 1095.00 | $438.00 |

0.40          $438.00

### Financing [B230]

| | | | | | | |
|---|---|---|---|---|---|---|
| PJL Bill | 01/30/2023 | FN | 0.40 | 0.40 | 1,295.00 | 518.00 |
| 01/30/2023 | PJL | FN | Review updated cash balance reconciliation and discuss same with B. Sandler. | | 0.40 | 1295.00 | $518.00 |

0.40          $518.00

### Operations [B210]

| | | | | | | |
|---|---|---|---|---|---|---|
| BJS Bill | 01/04/2023 | OP | 0.10 | 0.10 | 1,595.00 | 159.50 |
| 01/04/2023 | BJS | OP | Review COC regarding office lease | | 0.10 | 1595.00 | $159.50 |
| BJS Bill | 01/12/2023 | OP | 0.10 | 0.10 | 1,595.00 | 159.50 |
| 01/12/2023 | BJS | OP | Review A/R aging report | | 0.10 | 1595.00 | $159.50 |
| BJS Bill | 01/20/2023 | OP | 0.30 | 0.30 | 1,595.00 | 478.50 |
| 01/20/2023 | BJS | OP | Attention to cash flow schedules | | 0.30 | 1595.00 | $478.50 |
| BJS Bill | 01/30/2023 | OP | 0.30 | 0.30 | 1,595.00 | 478.50 |
| 01/30/2023 | BJS | OP | Review FTI Report regarding cash reconciliation/bridge | | 0.30 | 1595.00 | $478.50 |

0.80          $1,276.00

### Plan & Disclosure Stmt. [B320]

| | | | | | | |
|---|---|---|---|---|---|---|
| CRR Bill | 01/03/2023 | PD | 3.10 | 3.10 | 1,095.00 | 3,394.50 |
| 01/03/2023 | CRR | PD | Revise Plan per comments received. | | 3.10 | 1095.00 | $3,394.50 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312   -00002

Page: 15

Prebill#300197

March 09, 2023

| | | | | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|---|
| CRR Bill | 01/04/2023 | | PD | 2.70 | 2.70 | 1,095.00 | 2,956.50 |
| 01/04/2023 | CRR | PD | Further research re plan releases. | | 2.70 | 1095.00 | $2,956.50 |
| CRR Bill | 01/05/2023 | | PD | 3.10 | 3.10 | 1,095.00 | 3,394.50 |
| 01/05/2023 | CRR | PD | Revise plan re release provisions and compare to other recent plans. | | 3.10 | 1095.00 | $3,394.50 |
| PJL Bill | 01/05/2023 | | PD | 0.80 | 0.80 | 1,295.00 | 1,036.00 |
| 01/05/2023 | PJL | PD | Review plan and disclosure statement and timing on same. | | 0.80 | 1295.00 | $1,036.00 |
| PJL Bill | 01/05/2023 | | PD | 1.30 | 1.30 | 1,295.00 | 1,683.50 |
| 01/05/2023 | PJL | PD | Internal discussion regarding plan timing, claims, plan administrator and trust. | | 1.30 | 1295.00 | $1,683.50 |
| PJL Bill | 01/09/2023 | | PD | 0.60 | 0.60 | 1,295.00 | 777.00 |
| 01/09/2023 | PJL | PD | Further review of timing on plan and disclosure statement. | | 0.60 | 1295.00 | $777.00 |
| CRR Bill | 01/12/2023 | | PD | 1.20 | 1.20 | 1,095.00 | 1,314.00 |
| 01/12/2023 | CRR | PD | Revise draft plan. | | 1.20 | 1095.00 | $1,314.00 |
| CRR Bill | 01/13/2023 | | PD | 1.40 | 1.40 | 1,095.00 | 1,533.00 |
| 01/13/2023 | CRR | PD | Revise Plan provisions re Plan Administrator. | | 1.40 | 1095.00 | $1,533.00 |
| BJS Bill | 01/18/2023 | | PD | 0.20 | 0.20 | 1,595.00 | 319.00 |
| 01/18/2023 | BJS | PD | Teleconference with CR regarding plan | | 0.20 | 1595.00 | $319.00 |
| BJS Bill | 01/20/2023 | | PD | 0.50 | 0.50 | 1,595.00 | 797.50 |
| 01/20/2023 | BJS | PD | Teleconference with S Balasiano regarding plan issues | | 0.50 | 1595.00 | $797.50 |
| CRR | 01/20/2023 | | PD | 2.00 | 2.00 | 1,095.00 | 2,190.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312     -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Bill | | | | | | |
| 01/20/2023 | CRR | PD | Plan revisions re releases and review recent J. Stickles confirmation orders. | 2.00 | 1095.00 | $2,190.00 |
| CRR Bill | 01/20/2023 | | PD | 0.60 | 0.60 | 1,095.00 | 657.00 |
| 01/20/2023 | CRR | PD | Confer with potential plan administrator and revise plan provisions re plan administrator. | 0.60 | 1095.00 | $657.00 |
| BJS Bill | 01/23/2023 | | PD | 1.50 | 1.50 | 1,595.00 | 2,392.50 |
| 01/23/2023 | BJS | PD | Review revised plan | 1.50 | 1595.00 | $2,392.50 |
| CRR Bill | 01/23/2023 | | PD | 1.00 | 1.00 | 1,095.00 | 1,095.00 |
| 01/23/2023 | CRR | PD | Finalize draft plan and send to BSandler, PLabov. | 1.00 | 1095.00 | $1,095.00 |
| CRR Bill | 01/23/2023 | | PD | 0.30 | 0.30 | 1,095.00 | 328.50 |
| 01/23/2023 | CRR | PD | Review proposed Plan Administrator CV. | 0.30 | 1095.00 | $328.50 |
| PJL Bill | 01/23/2023 | | PD | 0.40 | 0.40 | 1,295.00 | 518.00 |
| 01/23/2023 | PJL | PD | Review revised plan. | 0.40 | 1295.00 | $518.00 |
| PJL Bill | 01/24/2023 | | PD | 0.40 | 0.40 | 1,295.00 | 518.00 |
| 01/24/2023 | PJL | PD | Conference with B. Sandler regarding timing on plan confirmation. | 0.40 | 1295.00 | $518.00 |
| CRR Bill | 01/25/2023 | | PD | 1.40 | 1.40 | 1,095.00 | 1,533.00 |
| 01/25/2023 | CRR | PD | Revise Plan. | 1.40 | 1095.00 | $1,533.00 |
| CRR Bill | 01/25/2023 | | PD | 0.40 | 0.40 | 1,095.00 | 438.00 |
| 01/25/2023 | CRR | PD | Discuss exclusivity, plan status with Debtor's counsel. | 0.40 | 1095.00 | $438.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

Page:    17

Prebill#300197

March 09, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| CRR Bill | 01/26/2023 | PD | 1.20 | 1.20 | 1,095.00 | 1,314.00 |
| 01/26/2023 | CRR | PD | Further Plan revisions. | 1.20 | 1095.00 | $1,314.00 |
| PJL Bill | 01/26/2023 | PD | 0.70 | 0.70 | 1,295.00 | 906.50 |
| 01/26/2023 | PJL | PD | Review correspondence on exclusivity and discuss same with B. Sandler. | 0.70 | 1295.00 | $906.50 |
| CRR Bill | 01/27/2023 | PD | 0.30 | 0.30 | 1,095.00 | 328.50 |
| 01/27/2023 | CRR | PD | Plan discussion with BSandler and PLabov. | 0.30 | 1095.00 | $328.50 |
| CRR Bill | 01/27/2023 | PD | 1.70 | 1.70 | 1,095.00 | 1,861.50 |
| 01/27/2023 | CRR | PD | Revise Plan re trust reserve, plan adminstrator. | 1.70 | 1095.00 | $1,861.50 |
| PJL Bill | 01/27/2023 | PD | 0.80 | 0.80 | 1,295.00 | 1,036.00 |
| 01/27/2023 | PJL | PD | Conference with B. Sandler regarding plan administrator privilege. | 0.80 | 1295.00 | $1,036.00 |
| BJS Bill | 01/30/2023 | PD | 0.10 | 0.10 | 1,595.00 | 159.50 |
| 01/30/2023 | BJS | PD | Review exclusivity motion | 0.10 | 1595.00 | $159.50 |
| CRR Bill | 01/30/2023 | PD | 0.80 | 0.80 | 1,095.00 | 876.00 |
| 01/30/2023 | CRR | PD | Review issues re exclusivity and respond to Debtor's counsel. | 0.80 | 1095.00 | $876.00 |
| CRR Bill | 01/30/2023 | PD | 2.30 | 2.30 | 1,095.00 | 2,518.50 |
| 01/30/2023 | CRR | PD | Revise Plan further and send to BSandler, PLabov. | 2.30 | 1095.00 | $2,518.50 |
| PJL Bill | 01/30/2023 | PD | 1.60 | 1.60 | 1,295.00 | 2,072.00 |
| 01/30/2023 | PJL | PD | Review revised plan and discuss same with C. Robinson. | 1.60 | 1295.00 | $2,072.00 |
| | | | | 32.40 | | $37,948.00 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    - 00002

**TOTAL SERVICES FOR THIS MATTER:**                                                    **$72,681.00**

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

## **Expenses**

| | | | | |
|---|---|---|---|---|
| CC Bill | 12/12/2022 | | $2.44 | |
| 12/12/2022 | CC | Conference Call [E105] AT&T Conference Call, CRR | | 2.44 |
| RE2 Bill | 01/03/2023 | | $5.90 | |
| 01/03/2023 | RE2 | SCAN/COPY ( 59 @0.10 PER PG) | | 5.90 |
| RE2 Bill | 01/03/2023 | | $0.40 | |
| 01/03/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | | 0.40 |
| RE2 Bill | 01/03/2023 | | $0.60 | |
| 01/03/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | | 0.60 |
| RE2 Bill | 01/03/2023 | | $1.20 | |
| 01/03/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | | 1.20 |
| RE2 Bill | 01/04/2023 | | $0.20 | |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | | 0.20 |
| RE2 Bill | 01/04/2023 | | $0.30 | |
| 01/04/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | | 0.30 |
| RE2 Bill | 01/04/2023 | | $1.10 | |
| 01/04/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | | 1.10 |
| RE2 Bill | 01/04/2023 | | $0.60 | |
| 01/04/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | | 0.60 |
| RE2 Bill | 01/05/2023 | | $0.50 | |
| 01/05/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | | 0.50 |
| RE2 Bill | 01/05/2023 | | $0.70 | |
| 01/05/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | | 0.70 |
| RE2 Bill | 01/06/2023 | | $0.80 | |
| 01/06/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | | 0.80 |

Pachulski Stang Ziehl & Jones LLP

Page:   20

Agway Farms O.C.C.

Prebill#300197

02312   -00002

March 09, 2023

| RE2 Bill | 01/06/2023 | | $4.00 | |
|---|---|---|---|---|
| 01/06/2023 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | | 4.00 |
| RE2 Bill | 01/06/2023 | | $0.50 | |
| 01/06/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | | 0.50 |
| RE2 Bill | 01/06/2023 | | $0.50 | |
| 01/06/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | | 0.50 |
| RE2 Bill | 01/17/2023 | | $0.30 | |
| 01/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | | 0.30 |
| RE2 Bill | 01/17/2023 | | $0.70 | |
| 01/17/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | | 0.70 |
| RE2 Bill | 01/17/2023 | | $0.30 | |
| 01/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | | 0.30 |
| RE2 Bill | 01/17/2023 | | $0.80 | |
| 01/17/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | | 0.80 |
| RE2 Bill | 01/17/2023 | | $0.70 | |
| 01/17/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | | 0.70 |
| RE2 Bill | 01/17/2023 | | $1.00 | |
| 01/17/2023 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | | 1.00 |
| RE2 Bill | 01/20/2023 | | $4.80 | |
| 01/20/2023 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | | 4.80 |
| RE2 Bill | 01/20/2023 | | $1.70 | |
| 01/20/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | | 1.70 |
| RE2 Bill | 01/20/2023 | | $2.30 | |
| 01/20/2023 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | | 2.30 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    -00002

| RE2 Bill | 01/20/2023 | | $1.60 | |
|---|---|---|---|---|
| 01/20/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | | 1.60 |
| RE2 Bill | 01/20/2023 | | $1.80 | |
| 01/20/2023 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | | 1.80 |
| RE2 Bill | 01/20/2023 | | $1.30 | |
| 01/20/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | | 1.30 |
| RE2 Bill | 01/20/2023 | | $1.40 | |
| 01/20/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | | 1.40 |
| RE2 Bill | 01/20/2023 | | $2.20 | |
| 01/20/2023 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | | 2.20 |
| RE2 Bill | 01/20/2023 | | $4.70 | |
| 01/20/2023 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | | 4.70 |
| RE2 Bill | 01/24/2023 | | $1.70 | |
| 01/24/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | | 1.70 |
| RE2 Bill | 01/24/2023 | | $0.50 | |
| 01/24/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | | 0.50 |
| RE2 Bill | 01/24/2023 | | $0.40 | |
| 01/24/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | | 0.40 |
| RE2 Bill | 01/24/2023 | | $4.60 | |
| 01/24/2023 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | | 4.60 |
| RE2 Bill | 01/24/2023 | | $2.00 | |
| 01/24/2023 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | | 2.00 |
| RE2 Bill | 01/24/2023 | | $0.40 | |
| 01/24/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | | 0.40 |

Pachulski Stang Ziehl & Jones LLP

Agway Farms O.C.C.

02312    - 00002

Page:    22

Prebill#300197

March 09, 2023

| RE2 Bill | 01/27/2023 | $1.10 | |
|---|---|---|---|
| 01/27/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| RE2 Bill | 01/27/2023 | $0.20 | |
| 01/27/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| RE2 Bill | 01/27/2023 | $0.20 | |
| 01/27/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| PAC | 01/31/2023 | $14.90 | |
| 01/31/2023 | PAC | Pacer - Court Research | 14.90 |

**Total Expenses for this Matter**                **$71.34**

Pachulski Stang Ziehl & Jones LLP
Agway Farms O.C.C.
02312    -00002

Page:    23
Prebill#300197
March 09, 2023

---

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:    01/31/2023**

| | |
|---|---|
| **Total Fees** | **$72,681.00** |
| **Total Expenses** | **71.34** |
| **Total Due on Current Invoice** | **$72,752.34** |

**Outstanding Balance from prior invoices as of    03/09/2023        (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130900 | 08/31/2022 | $263,934.50 | $391.68 | $52,786.90 |
| 131012 | 09/30/2022 | $135,367.50 | $84.20 | $27,073.50 |
| 131217 | 10/31/2022 | $111,238.50 | $472.50 | $22,247.70 |
| 131438 | 11/30/2022 | $113,515.00 | $93.32 | $113,608.32 |
| 131660 | 12/31/2022 | $78,515.00 | $96.70 | $78,611.70 |

**Total Amount Due on Current and Prior Invoices:                    $367,080.46**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor.[1] | |

Objection Deadline:  March 23, 2023 at 4:00 p.m. (ET)
Hearing Date:  Scheduled only if Necessary

## NOTICE OF SIXTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JANUARY 1, 2023 THROUGH JANUARY 31, 2023

**PLEASE TAKE NOTICE** that on March 13, 2023, Pachulski Stang Ziehl & Jones LLP, Counsel for the Official Committee of Unsecured Creditors (the "Committee"), filed the *Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period of January 1, 2023 through January 31, 2023* (the "Application") seeking compensation for the reasonable and necessary services rendered to the Committee in the amount of $72,681.00 and reimbursement for actual and necessary expenses in the amount of $71.34.  A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court") on or before **March 23, 2023 at 4:00 p.m. Eastern Time**.

---

[1]  The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

DOCS_DE:242436.2 02312/002

The Application is submitted pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, entered on August 3, 2022 [Docket No. 114] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtor:  Agway Farm & Home Supply, LLC, 6006 W. Broad Street, Richmond, Virginia, 23230 (ii) counsel to the Debtor: Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware, 19801, Attn: Jeffrey R. Waxman (jwaxman@morrisjames.com),  and  Brya  Keilson  (bkielson@morrisjames.com)  and  Shulman Bastian Friedman & Bui LLP, 100 Spectrum Center Drive, Suite 600, Irvine, California, 92618, Attn:     Alan   J.   Friedman   (afriedman@shulmanbastian.com),   Melissa   Davis   Lowe (mlowe@shulmanbastian.com), and Max Casal (mcasal@shulmanbastian.com); (iii) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware, 19801, Attn:  Richard L. Schepacarter (richard.schepacarter@usdoj.gov); and (iv) counsel to the Official Committee of Unsecured Creditors,  Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street,  17th  Floor,  Wilmington,  Delaware,  19801,  Attn:  Bradford  J.  Sandler,  Esq. (bsandler@pszjlaw.com) and Colin R. Robinson, Esq. (crobinson@pszjlaw.com).

**PLEASE  TAKE  FURTHER  NOTICE**  THAT  IF  NO  OBJECTIONS  ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

DOCS_DE:242436.2 02312/002

IF A TIMELY OBJECTION IS FILED AND SERVED, A HEARING ON THE

APPLICATION WILL BE HELD AT A DATE AND TIME TO BE DETERMINED.


Dated:  March 13, 2023            **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*