IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC [1] | Case No. 22-10602 (JKS) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 12, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Certification of Stretto, Inc. Regarding Solicitation of Votes and Tabulation of Ballots in Connection with the Combined Disclosure Statement and Joint Plan of Liquidation of Agway Farm & Home Supply, LLC Under Chapter 11 of the Bankruptcy Code** (Docket No. 795)

- **Declaration of Narendra Ganti in Support of Final Approval of the Disclosure Statement and Confirmation of the Joint Plan of Liquidation of Agway Farm & Home Supply, LLC Under Chapter 11 of the Bankruptcy Code Proposed by the Debtor and the Official Committee of Unsecured Creditors** (Docket No. 796)

- **Declaration of Charles Klaus in Support of Final Approval of the Disclosure Statement and Confirmation of the Joint Plan of Liquidation of Agway Farm & Home Supply, LLC Under Chapter 11 of the Bankruptcy Code Proposed by the Debtor and the Official Committee of Unsecured Creditors** (Docket No. 797)

- **Memorandum in Support of Final Approval of the Disclosure Statement and Confirmation of the Joint Plan of Liquidation of Agway Farm & Home Supply, LLC Under Chapter 11 of the Bankruptcy Code Proposed by the Debtor and the Official Committee of Unsecured Creditors** (Docket No. 798)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] 1 The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

- **Notice of Filing of Proposed Order Approving Disclosure Statement on a Final Basis and Confirming Joint Plan of Liquidation Proposed by the Debtor and the Official Committee of Unsecured Creditors** (Docket No. 799)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: October 17, 2023

_____
Sharon Lee

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 17th day of October, 2023 by Sharon Lee proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| City Clerk of Boston MA | Attn: Legal Department | 1 City Hall Ave | Boston | MA | 02109 |
| City Clerk of Richmond VA | Accounts Payable Department | 900 E Broad St Room 1004 | Richmond | VA | 23219 |
| Internal Revenue Service | Attn: Legal Department | 310 Lowell St | Andover | MA | 01810 |
| Internal Revenue Service | Attn: Legal Department | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| MA Secretary of Commonwealth Corp | Attn: Legal Department | One Ashburton Place Room 1717 | Boston | MA | 02108-1512 |
| Massachusetts Department of Revenue | Attn: Legal Department | 200 Arlington St | Chelsea | MA | 02150 |
| Securities & Exchange Commission | Attn: Legal Department | 100 F St NE | Washington | DC | 20549 |
| VA Office of the Attorney General | Attn: Legal Department | 202 N Ninth St | Richmond | VA | 23219 |
| Virginia Commissioner of Revenue | Attn: Legal Department | 144 N Sycamore St | Petersburg | VA | 23803 |
| Virginia Department of Taxation | Attn: Legal Department | 1957 Westmoreland St | Richmond | VA | 23230 |
| Virginia Department of Taxation | Attn: Legal Department | 600 E Main St Suite 1100 | Richmond | VA | 23219 |
| Virginia State Income Tax | Attn: Legal Department | 9901 Lori Rd | Chesterfield | VA | 23832 |

# **<u>Exhibit B</u>**



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Agway Farm & Home Supply, LLC | c/o Morris James LLP | Attn: Jeffrey R. Waxman & Brya M. Keilson | jwaxman@morris.james.com<br>bkeilson@morrisjames.com |
| Agway Farm & Home Supply, LLC | c/o Shulman Bastrian | Attn: Alan J. Friedman & Melissa Davis Lowe | afriedman@shulmanbastian.com<br>mlowe@shulmanbastian.com |
| Animal Health International Inc. | Attn: Heather Kayser | | heather.kayser@pattersonvet.com |
| Animal Health International Inc. | c/o Bernick Lifson PA | Attn: Jack E. Pierce | jpierce@bernicklifson.com |
| Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield | c/o McGuireWoods LLP | Attn: Joseph S. Sheerin, Esq. | jsheerin@mcguirewoods.com |
| Cargill Animal Nutrition- Pro Pet | | | kate_hibbard@cargill.com |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Growmark FS, LLC | c/o Franklin & Prokopik | Attn: William A. Crawford | wcrawford@fandpnet.com |
| Hub Group, Inc. | Attn: Geoffrey F. De Martino | | gdemartino@hubgroup.com<br>kenneth.listwak@troutman.com |
| Mansfield Oil Company of Gainesville, Inc. | c/o Thompson, O'Brien, Kappler & Nasuti, PC | | mpugh@tokn.com |
| Massachusetts Office of the Attorney General | | | ago@state.ma.us |
| Office of the U.S. Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | ustpregion03.wl.ecf@usdoj.gov<br>richard.schepacarter@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Colin R. Robinson, & Steven W. Golden | bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br>sgolden@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein | rfeinstein@pszjlaw.com |
| Securities & Exchange Commission | Attn: Lara Shalov Mehraban | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Southern States Cooperative, Inc. | c/o Hirschler Felischer | Attn: Andrew P. Sherrod | asherrod@hirschlerlaw.com |
| Southern States Cooperative, Inc. | c/o Hirschler Fleischer | Attn: Stephen E. Leach | sleach@hirschlerlaw.com |
| Southern States Cooperative, Inc. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Ryan P. Newell & Robert F. Poppiti, Jr. | rpoppiti@ycst.com<br>rnewell@ycst.com<br>bankfilings@ycst.com |
| The Scotts Company, LLC | Attn: David S. Robinson | | dave.robinson@scotts.com |
| True Value Company, LLC | c/o Beck Chaet Bamberger & Polsky SC | Attn: Devon J. Eggert | deggert@bcblaw.net<br>pfoster@bcblaw.net |
| True Value Company, LLC | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| U.S. Attorneys Office for the District of Delaware | Attn: David C. Weiss | | usade.ecfbankruptcy@usdoj.gov |
| Wildlife Sciences LLC | Attn: William J. Gleason | | bill.gleason@wildlifesciences.net<br>james.hanson@wildlifesciences.net<br>colton.gleason@wildlifesciences.net |
| Woodgrain Millwork Inc. | Attn: President, General, or Managing Agent | | rhullette@woodgrain.com |
| Woodgrain Millwork Inc. | Attn: President, General, or Managing Agent | | creditdept@woodgrain.com |