# SIGN-IN SHEET

| CASE NAME: Agway Farm & Home Supply LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 22-10602 JKS | DATE: 10/19/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeff Waxman | Morris James | Debtor |
| Melissa Lowe | Shulman Bastian | " |
| Colin R. Robinson | Pachulski Stang Ziehl & Jones | Committee |
| Robert F. Poppiti Jr | Young Conaway | Southern States |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

22-10602 Agway Farm and Home Supply LLC
10/19/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Paula | Subda | USBC | USBC |
| Stuart | Maples | Sunshine Mills, Inc. | Maples Law Firm, PC |
| Alan | Friedman | Debtor | Shulman Bastian Friedman & Bui LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Narendra | Ganti | Unsecured creditors Committee | FTI Consulting |
| Aileen | Daversa | Stretto | Stretto |
| Charles | Klaus | Debtor's Chief Liquidating Officer | ABC Services Group, Inc. |
| Brya | Keilson | Debtor | Morris James LLP |