# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor.[1] | **Re Docket No. 778** |

### ORDER GRANTING THIRD QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 1, 2023 THROUGH JUNE 30, 2023

Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as counsel for the Committee in the above-captioned case, filed its *Third Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from April 1, 2023 through June 30, 2023* (the "Third Quarterly Application"). The Court has reviewed the Third Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Third Quarterly Application, and any hearing on the Third Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Third Quarterly Application. Accordingly, it is hereby

ORDERED that the Third Quarterly Application is GRANTED, on an interim basis. The Debtor in the above-captioned case shall pay to PSZJ the sum of $65,655.50 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $229.57 for a total of $65,885.07 for services rendered and disbursements incurred by PSZJ for the period April 1, 2023 through June 30, 2023, less any amounts previously paid in connection with the monthly fee applications.

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: November 8th, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE