**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC, | Case No. 22-10602 (JKS) |
| Debtor. | **Re Docket Nos. 849, 850 & 851** |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 15th day of November, 2023, I caused a

copy of the following document(s) to be served on the individuals on the attached service list(s)

in the manner indicated:

- *Certificate of No Objection - No Order Required Regarding Twelfth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the period of July 1, 2023 to July 31, 2023(Docket No. 849)*

- *Certificate of No Objection - No Order Required Regarding Thirteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the period August 1, 2023 to August 31, 2023 (Docket No. 850)*

- *Certificate of No Objection - No Order Required Regarding Fourteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the period September 1, 2023 to September 30, 2023 (Docket No. 851)*

Dated: November 16, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*

Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**Agway Farm & Home Supply, LLC**
**Case No. 22-10602 (JKS)**
**Fee Application Email Service List**
**DE Doc No. 245643.002**
**06—Email**

*VIA ELECTRONIC MAIL*
(Counsel to Debtor)
Alan J. Friedman, Esq.
Melissa Davis Lowe, Esq.
Shulman Bastian Friedman & Bui LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618
**Email: afriedman@shulmanbastian.com**
**mlowe@shulmanbastian.com**

*VIA ELECTRONIC MAIL*
(Counsel to Debtor)
Jeffrey R. Waxman, Esq.
Brya M. Keilson, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
**Email: jwaxman@morrisjames.com**
**bkeilson@morrisjames.com**

*VIA ELECTRONIC MAIL*
(U.S. Trustee)
Richard L. Schepacarter, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
**Email: richard.schepacarter@usdoj.gov**
**ustpregion03.wl.ecf@usdoj.gov**