**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC [1] | Case No. 22-10602 (JKS) |
| Debtors. | |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Monica Balos, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 21, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Summary of Fifteenth Monthly Fee Application of Focus Management Group USA Inc., Financial Advisor to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2023 Through September 30, 2023** (Docket No. 854)

- **Summary of Sixteenth Monthly Fee Application of Focus Management Group USA Inc. Financial Advisors to the Debtor, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2032** (Docket No. 855)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: November 22, 2023

*Monica Balos*
Monica Balos

| | |
|---|---|
| State of Colorado | ) |
| | ) SS. |
| County of Denver | ) |

Subscribed and sworn before me this 22nd day of November 2023 by Monica Balos.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] 1 The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230

# Exhibit A

Document Ref: VXJEC-Z7U96-F4ZAZ-QQFNP

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Address 1 | City | State | Zip |
|------|-----------|------|-------|-----|
| Agway Farm & Home Supply, LLC | 6606 W Broad St | Richmond | VA | 23230 |

# **Exhibit B**

 STRETTO

## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Agway Farm & Home Supply, LLC | c/o Shulman Bastrian | Attn: Alan J. Friedman & Melissa Davis Lowe | afriedman@shulmanbastian.com mlowe@shulmanbastian.com |
| Agway Farm & Home Supply, LLC | c/o Morris James LLP | Attn: Jeffrey R. Waxman & Brya M. Keilson | jwaxman@morris.james.com bkeilson@morrisjames.com |
| Office of the U.S. Trustee for the District of Delaware | Attn: Richard L. Schepacarter | 844 N King St | ustpregion03.wl.ecf@usdoj.gov richard.schepacarter@usdoj.gov |