# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC,[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Re: Docket No. 864** |

## CERTIFICATE OF NO OBJECTION

I, Jeffrey R. Waxman, hereby certify as follows:

On November 30, 2023, Morris James LLP ("Morris James"), counsel for the above-captioned debtor and debtor-in-possession (the "Debtor"), filed the *Consolidated Thirteenth Monthly Application of Morris James LLP, Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2023 to October 31, 2023* (the "Application") [D.I. 864] with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Application was December 11, 2023.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [D.I. 114], no further order is required, and Morris James is entitled to receive 80% of its fees ($42,100.00) and 100% of its expenses ($1,186.92).

*[Signature Page to Follow]*

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The Debtor's address is 6606 W. Broad Street, Richmond, VA 23230.

Dated:  December 12, 2023

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  jwaxman@morrisjames.com

*Counsel to the Debtor and Debtor-In-Possession*