**EXHIBIT A**
In re: Agway Farm & Home Supply, LLC Case No. 22-10602 (JKS)
Final Fee Period: July 5, 2022 through and including November 30, 2023

| Name of Professional | Firm's Role in Case | Compensation Requested (Final Period) | Expenses Requested (Final Period) | Amounts of Any Voluntary Fee Reductions (Final Period) | Amounts of Any Voluntary Expense Reductions (Final Period) | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Shulman Bastian Friedman & Bui LLP** | Counsel to the Debtor | $512,092.00[1] | $3,819.35 | $0.00 | $0.00 | $512,092.00 | $3,819.35 |
| **Morris James LLP** | Counsel to the Debtor | $656,580.00[2] | $9,314.02 | $0.00 | $0.00 | $656,580.00 | $9,314.02 |
| **Focus Management Group USA Inc.** | Financial Advisors to the Debtor | $199,687.50 | $1,850.00 | $0.00 | $0.00 | $199,687.50 | $1,850.00 |
| **Richardson Kontogouris Emerson LLP** | Accountants to the Debtor | $51,980.25 | $79.78 | $0.00 | $0.00 | $51,980.25 | $79.78 |
| **ABC Services Group, Inc.** | Chief Liquidating Officer to the Debtor | $518,260.60 | $30,288.01 | $0.00 | $0.00 | $518,260.60 | $30,288.01 |
| **Stretto, Inc.** | Administrative Advisor to the Debtor | $4,918.32[3] | $0.00 | $0.00 | $0.00 | $4,918.32 | $0.00 |
| **Pachulski Stang Ziehl & Jones LLP**[4] | Counsel for the Official Committee of Unsecured Creditors | $1,033,936.50 | $2,670.14 | $0.00 | $82.35 | $1,033,936.50 | $2,670.14 |
| **FTI Consulting, Inc.** | Financial Advisor for the Official Committee of Unsecured Creditors | $466,303.75 | $5,052.77 | $0.00 | $0.00 | $466,303.75 | $5,052.77 |

---

[1] Includes actual fees of $5,736 incurred during the Post-Effective Date Period.
[2] This amount includes an additional capped amount of $7,500 in actual fees incurred for the Post-Effective Date Period.
[3] Listed Amount of Compensation Sought is net of Client Contractual Discount in the amount of $1,229.58.
[4] On December 21, 2023, Pachulski Stang Ziehl & Jones LLP filed the *Supplement to Fifth Quarterly and Final Application for Compensation and for Reimbursement of Expenses for the Period from July 20, 2022 through September 30, 2023* [Docket No. 888] to include additional fees and expenses not previously included.

16474496/1