11

**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGWAY FARM & HOME SUPPLY, LLC.[1] | Case No. 22-10602 (JKS) |
| Debtor. | **Re: Docket No. __** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S FIRST OMNIBUS OBJECTION TO
CERTAIN CLAIMS (NON-SUBSTANTIVE)**
**(Duplicate Claims, Amended/Superseded Claims, Late-Filed Claims)**

Upon consideration of the *Plan Administrator's First Omnibus Objection to Certain Claims (Non-Substantive)* (the "Objection");[2] and upon consideration of the Squasoni Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtor, its estate, its creditors and other parties in interest; and this Court having found that the Plan Administrator's notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no other notice need be provided;

---

[1] The last four digits of the Debtor's federal tax identification number are 1247. The address for correspondence related to the Debtor is c/o Saccullo Business Consulting, LLC, 27 Crimson King Drive, Bear, DE 19701.

[2] Capitalized terms not defined herein shall have the meanings ascribed to the terms in the Objection.

12

and this Court having reviewed the Objection and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Objection is sustained to the extent set forth herein.

2. The Duplicate Claims listed on Schedule 1 are hereby disallowed and expunged in their entirety.

3. The Amended/Superseded Claims listed on Schedule 2 are hereby disallowed and expunged in their entirety.

4. The Late-Filed Claims listed on Schedule 3 are hereby disallowed and expunged in their entirety.

5. The Plan Administrator is authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

6. Stretto, the Court-appointed claims and noticing agent in the Chapter 11 Case, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

7. The Plan Administrator's objection to each Duplicate Claim, Amended/Superseded Claim, and Late-Filed Claim constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each Duplicate Claim, Amended/Superseded Claim, and Late-Filed Claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves

such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

8.   This Order is without prejudice to the rights of the Plan Administrator, the estate, any successor thereto, and any other party in interest, to object to any other proof of claim filed in the Chapter 11 Case.

9.   The Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matter arising from or related to the Objection or this Order, including the interpretation, enforcement and implementation of this Order.

4936-6671-3428.2 02312.00003

15

# Schedule 1

## Duplicate Claims

4936-6671-3428.2 02312.00003

## SCHEDULE 1 – DISPUTED DUPLICATE CLAIMS

| | DISPUTED CLAIM TO BE DISALLOWED | | | | SURVIVING CLAIM | | | | Objection |
|---|---|---|---|---|---|---|---|---|---|
| Name of Claimant | Claim # | Date Filed | Claim Amount | | Name of Claimant | Claim # | Date Filed | Claim Amount | |
| Agri-Fab, Inc | 216 | 9/29/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 73,045.14<br>$ 73,045.14 | Bradford Capital Holdings, LP [as Assignee of Agri-Fab, Inc] | 209 | 9/29/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 73,045.14<br>$ 73,045.14 | Duplicate Claim asserted. |
| Best Bee Brothers LLC | 59 | 8/10/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 28,577.04<br>$ 28,577.04 | Best Bee Brothers LLC | 157 | 9/14/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 28,577.04<br>$ 28,577.04 | Duplicate Claim asserted. |
| Dutch Valley Growers | 45 | 8/2/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 43,105.29<br>$ 43,105.29 | Dutch Valley Growers | 229 | 1/30/2023 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 43,105.29<br>$ 43,105.29 | Duplicate Claim asserted. |
| Ghost Controls LLC | 10 | 7/19/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 36,039.06<br>$ 36,039.06 | Ghost Controls LLC | 189 | 9/19/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 36,039.06<br>$ 36,039.06 | Duplicate Claim asserted. |
| Growmark FS, LLC | 112 | 9/1/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 146,137.60<br>$ 146,137.60 | Growmark FS, LLC | 191 | 9/19/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 146,137.60<br>$ 146,137.60 | Duplicate Claim asserted. |
| Growmark, Inc | 113 | 9/1/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 441,817.33<br>$ 441,817.33 | Growmark, Inc | 190 | 9/19/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 441,817.33<br>$ 441,817.33 | Duplicate Claim asserted. |
| Hain Capital Investors Master Fund, LTD [as Assignee of Rhino Seed and Landscape Supply, LLC] | 94 | 8/23/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 93,554.96<br>$ 93,554.96 | Hain Capital Investors Master Fund, LTD [as Assignee of Rhino Seed and Landscape Supply, LLC] | 210 | 9/26/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 93,554.96<br>$ 93,554.96 | Duplicate Claim asserted. |
| Hoover's Hatchery Company, LLC | 13 | 7/22/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 21,764.06<br>$ 21,764.06 | Hoovers Hatchery Company LLC | 122 | 8/30/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 21,768.46<br>$ 21,768.46 | Duplicate Claim asserted. |
| Hoover's Hatchery Company, LLC | 121 | 8/30/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 21,768.46<br>$ 21,768.46 | Hoovers Hatchery Company LLC | 122 | 8/30/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 21,768.46<br>$ 21,768.46 | Duplicate Claim asserted. |

| Creditor | Claim # | Date | Amounts | | Creditor | Claim # | Date | Amounts | | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ragan and Massey LLC | 186 | 9/19/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 225,812.17<br>$ 225,812.17 | Ragan & Massey LLC | 196 | 9/19/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 225,812.17<br>$ 225,812.17 | Duplicate Claim asserted. |
| SL 323 Lockhouse Road LLC | 192 | 9/19/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 1,078,352.60<br>$ 1,078,352.60 | SL 323 Lockhouse Road LLC | 228 | 1/23/2023 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 2,018,426.51<br>$ 2,018,426.51 | Duplicate Claim asserted. |
| Southern States Chatham Cooperative Inc | 114 | 9/1/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 25,461.05<br>$ 25,461.05 | Southern States Chatham Cooperative Inc | 237 | 10/2/2023 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 25,461.05<br>$ 25,461.05 | Duplicate Claim asserted. |

16

**Schedule 2**

**Amended/Superseded Claims**

## SCHEDULE 2 – DISPUTED AMENDED/SUPERSEDED CLAIMS

| DISPUTED CLAIM TO BE DISALLOWED | | | | | SURVIVING CLAIM | | | | | Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Name of Claimant | Claim # | Date Filed | Claim Amount | | Name of Claimant | Claim # | Date Filed | Claim Amount | | |
| Automotive Rentals, Inc. | 185 | 11/4/2020 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ 24,250.84<br>$ 17,728.54<br>$ 41,979.38 | Automotive Rentals, Inc. | 233 | 3/8/2023 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ 1,430.44<br>$ 16,383.28<br>$ 17,813.72 | Amended Claim |
| Bekaert Corporation | 7 | 7/12/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 840,745.91<br>$ 840,745.91 | Bekaert Corporation | 231 | 2/1/2023 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 804,770.95<br>$ 804,770.95 | Amended Claim |
| Bradford Capital Holdings, LP [as Assignee of Agri-Fab, Inc] | 135 | 9/7/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 62,293.50<br>$ 62,293.50 | Bradford Capital Holdings, LP [as Assignee of Agri-Fab, Inc] | 209 | 9/29/2023 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 73,045.14<br>$ 73,045.14 | Amended Claim |
| CCA Financial LLC | 69 | 8/12/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ 185,000.00<br>$ -<br>$ -<br>$ 211,305.00<br>$ 396,305.00 | CCA Financial LLC | 234 | 3/9/2023 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 215,105.71<br>$ 215,105.71 | Amended Claim |
| Hain Capital Investors Master Fund, LTD [as Assignee of Gallagher North America, Inc.] | 163 | 9/15/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 675,579.68<br>$ 675,579.68 | Hain Capital Investors Master Fund, LTD [as Assignee of Gallagher North America, Inc.] | 170 | 9/15/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 675,579.68<br>$ 675,579.68 | Amended Claim |
| Ragan & Massey LLC | 174 | 9/16/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 224,551.44<br>$ 224,551.44 | Ragan and Massey LLC | 186 | 9/19/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 225,812.17<br>$ 225,812.17 | Amended Claim |
| Saunders Brothers, Inc | 30 | 7/27/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 19,280.21<br>$ 19,280.21 | Saunders Brothers, Inc | 100 | 8/30/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 19,280.21<br>$ 19,280.21 | Amended Claim |
| SL 323 Lockhouse Road LLC | 184 | 9/17/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 1,078,352.60<br>$ 1,078,352.60 | SL 323 Lockhouse Road LLC | 228 | 1/23/2023 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 2,018,426.51<br>$ 2,018,426.51 | Amended Claim |
| Southern States Cooperative, Inc. | 180 | 9/16/2022 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 7,214,773.00<br>$ 7,214,773.00 | Southern States Cooperative, Inc. | 225<br>226<br>236 | 1/9/2023  1/9/2023  6/29/2023 | Secured<br>Administrative<br>Priority Unsecured<br>General Unsecured<br>Total | $ -<br>$ -<br>$ -<br>$ 1,682,043.12<br>$ 1,682,043.12 | Amended Claim |

17

**Schedule 3**

**Late-Filed Claims**

## SCHEDULE 3 – DISPUTED LATE-FILED CLAIMS

| LINE | NAME | CLAIM # | DATE FILED | DISPUTED CLAIM PRIORITY STATUS | AMOUNT | SURVIVING CLAIM (IF ANY) | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | AGRATRONIX | 214 | 10/5/2022 | Secured | $ - | Secured | $ - |
| | | | | Administrative | $ - | Administrative | $ - |
| | | | | Priority Unsecured | $ - | Priority Unsecured | $ - |
| | | | | General Unsecured | $ 5,596.53 | General Unsecured | $0.00 |
| | | | | Subtotal | $5,596.53 | Subtotal | $0.00 |
| | Reason: Objection, Late filed.  Asserted Claim for pre-petition goods sold.  Claim filed after the General Bar Date, September 19, 2022. | | | | | | |
| 2 | AGRIVENTURES RETAIL | 212 | 10/3/2022 | Secured | $ - | Secured | $ - |
| | | | | Administrative | $ - | Administrative | $ - |
| | | | | Priority Unsecured | $ - | Priority Unsecured | $ - |
| | | | | General Unsecured | $ 1,551.17 | General Unsecured | $1.36 |
| | | | | Subtotal | $1,551.17 | Subtotal | $1.36 |
| | Reason: Objection, Late filed.  Asserted Claim for pre-petition open credit.  Claim filed after the General Bar Date, September 19, 2022.  Scheduled Claim 2408160 for $1.36 survives. | | | | | | |
| 3 | Argo Partners [as Assignee of Evergreen | 224 | 12/5/2022 | Secured | $ - | Secured | $ - |
| | | | | Administrative | $ - | Administrative | $ - |
| | | | | Priority Unsecured | $ - | Priority Unsecured | $ - |
| | | | | General Unsecured | $ 205,258.38 | General Unsecured | $148,119.71 |
| | | | | Subtotal | $205,258.38 | Subtotal | $148,119.71 |
| | Reason: Objection, Late filed.  Asserted Claim for pre-petition goods sold.  Claim filed after the General Bar Date, September 19, 2022.  Scheduled Claim 2408270 for $148,119.71 survives. | | | | | | |
| 4 | Dano Group | 204 | 9/21/2022 | Secured | $ - | Secured | $ - |
| | | | | Administrative | $ - | Administrative | $ - |
| | | | | Priority Unsecured | $ - | Priority Unsecured | $ - |
| | | | | General Unsecured | $ 18,995.20 | General Unsecured | $18,995.20 |
| | | | | Subtotal | $18,995.20 | Subtotal | $18,995.20 |
| | Reason: Objection, Late filed.  Asserted claim is for pre-petition invoices for shipment of cargo pursuant to bills of lading.  Claim filed after the General Bar Date, September 19, 2022.  A single Scheduled Claim 2408243 for $18,995.20 survives. | | | | | | |

| LINE | NAME | CLAIM # | DATE FILED | DISPUTED CLAIM PRIORITY STATUS | AMOUNT | | SURVIVING CLAIM (IF ANY) | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Dano Group | 206 | 9/26/2022 | Secured | $ | - | Secured | $ | - |
| | | | | Administrative | $ | - | Administrative | $ | - |
| | | | | Priority Unsecured | $ | - | Priority Unsecured | $ | - |
| | | | | General Unsecured | $ | 18,995.20 | General Unsecured | | $0.00 |
| | | | | Subtotal | | $18,995.20 | Subtotal | | $0.00 |
| | Reason: Objection, Late filed. Asserted claim is for pre-petition invoices for shipment of cargo pursuant to bills of lading. Claim filed after the General Bar Date, September 19, 2022. See above re Scheduled Claim 2408243. | | | | | | | | |
| 6 | Eastern Shore Forest Products Inc. | 207 | 9/27/2022 | Secured | $ | - | Secured | $ | - |
| | | | | Administrative | $ | - | Administrative | $ | - |
| | | | | Priority Unsecured | $ | - | Priority Unsecured | $ | - |
| | | | | General Unsecured | $ | 70,308.83 | General Unsecured | | $59,652.00 |
| | | | | Subtotal | | $70,308.83 | Subtotal | | $59,652.00 |
| | Reason: Objection, Late filed. Asserted claim is for pre-petition goods sold, finance charges and interest. Claim filed after the General Bar Date, September 19, 2022. Scheduled Claim 2408257 for $59,652.00 survives. | | | | | | | | |
| 7 | EMSCO Inc. DBA EMSCO Group | 221 | 11/9/2022 | Secured | $ | - | Secured | $ | - |
| | | | | Administrative | $ | - | Administrative | $ | - |
| | | | | Priority Unsecured | $ | - | Priority Unsecured | $ | - |
| | | | | General Unsecured | $ | 17,724.00 | General Unsecured | | $0.00 |
| | | | | Subtotal | | $17,724.00 | Subtotal | | $0.00 |
| | Reason: Objection, Late filed. Asserted claim is for pre-petition goods sold. Claim filed after the General Bar Date, September 19, 2022. | | | | | | | | |
| 8 | Grant County Mulch Inc | 217 | 10/6/2022 | Secured | $ | - | Secured | $ | - |
| | | | | Administrative | $ | - | Administrative | $ | - |
| | | | | Priority Unsecured | $ | - | Priority Unsecured | $ | - |
| | | | | General Unsecured | $ | 46,974.60 | General Unsecured | | $16,970.88 |
| | | | | Subtotal | | $46,974.60 | Subtotal | | $16,970.88 |
| | Reason: Objection, Late filed. Asserted claim is for pre-petition goods sold. Claim filed after the General Bar Date, September 19, 2022. Scheduled Claim 2408298 for $16,970.88 survives. | | | | | | | | |

| LINE | NAME | CLAIM # | DATE FILED | DISPUTED CLAIM PRIORITY STATUS | DISPUTED CLAIM AMOUNT | SURVIVING CLAIM (IF ANY) | SURVIVING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|
| 9 | Johnson's Milling and Feed, Inc. | 227 | 1/11/2023 | Secured | $ - | Secured | $ - |
| | | | | Administrative | $ - | Administrative | $ - |
| | | | | Priority Unsecured | $ - | Priority Unsecured | $ - |
| | | | | General Unsecured | $ 477.60 | General Unsecured | $0.00 |
| | | | | Subtotal | $477.60 | Subtotal | $0.00 |
| | Reason: Objection, Late filed. Asserted claim is for pre-petition credits issued to account from incorrect drafts. Claim filed after the General Bar Date, September 19, 2022. | | | | | | |
| 10 | Kontoor Brands | 230 | 1/31/2023 | Secured | $ - | Secured | $ - |
| | | | | Administrative | $ - | Administrative | $ - |
| | | | | Priority Unsecured | $ - | Priority Unsecured | $ - |
| | | | | General Unsecured | $ 31,917.40 | General Unsecured | $25,492.15 |
| | | | | Subtotal | $31,917.40 | Subtotal | $25,492.15 |
| | Reason: Objection, Late filed. Asserted claim is for pre-petition goods sold. Claim filed after the General Bar Date, September 19, 2022. Scheduled Claim 2408338 for $25,492.15 survives. | | | | | | |
| 11 | Oldcastle APG, Inc. [Oldcastle Architectural] | 220 | 11/4/2022 | Secured | $ - | Secured | $ - |
| | | | | Administrative | $ - | Administrative | $ - |
| | | | | Priority Unsecured | $ - | Priority Unsecured | $ - |
| | | | | General Unsecured | $ 658,215.00 | General Unsecured | $634,792.50 |
| | | | | Subtotal | $658,215.00 | Subtotal | $634,792.50 |
| | Reason: Objection, Late filed. Asserted claim is for pre-petition goods sold. Claim filed after the General Bar Date, September 19, 2022. Scheduled Claims 2408402, 2408405, and 2408406 in the amount of $634,792.50 survive. | | | | | | |
| 12 | ShelterLogic | 218 | 10/6/2022 | Secured | $ - | Secured | $ - |
| | | | | Administrative | $ - | Administrative | $ - |
| | | | | Priority Unsecured | $ - | Priority Unsecured | $ - |
| | | | | General Unsecured | $ 18,213.30 | General Unsecured | $0.00 |
| | | | | Subtotal | $18,213.30 | Subtotal | $0.00 |
| | Reason: Objection, Late filed. Asserted claim is for pre-petition goods sold. Claim filed after the General Bar Date, September 19, 2022. | | | | | | |

| LINE | NAME | CLAIM # | DATE FILED | DISPUTED CLAIM PRIORITY STATUS | AMOUNT | | SURVIVING CLAIM (IF ANY) | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | The J.M. Smucker Company [The J.M. Smucker Co. and Smucker Retail Foods, Inc] | 222 | 11/18/2022 | Secured | $ | - | Secured | $ - |
| | | | | Administrative | $ | - | Administrative | $ - |
| | | | | Priority Unsecured | $ | - | Priority Unsecured | $ - |
| | | | | General Unsecured | $ | 47,871.93 | General Unsecured | $0.00 |
| | | | | Subtotal | | $47,871.93 | Subtotal | $0.00 |
| | Reason: Objection, Late filed. | | | | | | | |
| 14 | The Lennox International Inc. | 211 | 9/28/2022 | Secured | $ | - | Secured | $ - |
| | | | | Administrative | $ | - | Administrative | $ - |
| | | | | Priority Unsecured | $ | - | Priority Unsecured | $ - |
| | | | | General Unsecured | $ | 8,079.63 | General Unsecured | $5,505.37 |
| | | | | Subtotal | | $8,079.63 | Subtotal | $5,505.37 |
| | Reason: Objection, Late filed. Asserted Claim is for pre-petition goods sold. Claim filed after the General Bar Date, September 19, 2022. Scheduled Claim 2408347 for $5,505.37 survives. | | | | | | | |
| 15 | Veritiv Operating Company | 235 | 3/28/2023 | Secured | $ | - | Secured | $ - |
| | | | | Administrative | $ | - | Administrative | $ - |
| | | | | Priority Unsecured | $ | - | Priority Unsecured | $ - |
| | | | | General Unsecured | $ | 22,747.92 | General Unsecured | $0.00 |
| | | | | Subtotal | | $22,747.92 | Subtotal | $0.00 |
| | Reason: Objection, Late filed. Asserted Claim is for pre-petition goods sold. Claim filed after the General Bar Date, September 19, 2022. | | | | | | | |
| 16 | Watkins Products | 215 | 10/5/2022 | Secured | $ | - | Secured | $ - |
| | | | | Administrative | $ | - | Administrative | $ - |
| | | | | Priority Unsecured | $ | - | Priority Unsecured | $ - |
| | | | | General Unsecured | $ | 5,812.59 | General Unsecured | $3,734.21 |
| | | | | Subtotal | | $5,812.59 | Subtotal | $3,734.21 |
| | Reason: Objection, Late filed. Asserted Claim is for pre-petition goods sold. Claim filed after the General Bar Date, September 19, 2022. Scheduled Claim 2408552 for $3,734.21 survives. | | | | | | | |